# In the United States Court of Federal Claims

No. 92-580 C
(Filed: October 21, 2005)

************************************
**SPARTON CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
************************************

## ORDER

On October 18, 2005, Plaintiff attempted to file in paper form a Motion for Enlargement of Time Within Which to Request Reconsideration of the Court's September 28, 2005 Opinion and Order on Claim Construction; however, this case was converted to case management/ electronic case files (CM/ECF) on October 14, 2005. Plaintiff still does not have an ECF user account despite the Court's repeated admonitions.

The Clerk of the Court is ORDERED to return the motion to Plaintiff. The Clerk of the Court is further ORDERED to mail a copy of this order to Plaintiff.

Plaintiff is again advised that it must obtain an ECF account. Plaintiff is further advised that RCFC 59, not 83.2, applies to requests for reconsideration. Pursuant to paragraph 3(e) of the Court's most recent Special Procedures Order, issued on May 6, 2005, the Court hereby authorizes Plaintiff to file **electronically** a request for reconsideration on or before **October 28, 2005**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge