# In the United States Court of Federal Claims

No. 92-580 C
(Filed: November 7, 2005)

*************************************

**SPARTON CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

## ORDER

On May 6, 2005, the Court issued its Special Procedures Order. Paragraph 3(e) of that Order specifies that the 10-day-limit in RCFC 59(b) shall also apply to motions for reconsideration.

On September 1, 2005, the Clerk of Court mailed a letter to the Parties informing them that the case would be converted to an electronic case filing status (ECF) on October 14, 2005, and that all documents must be filed electronically after that date. Plaintiff was informed that it needed to obtain an ECF account on or before that date.

On September 28, 2005, the Court issued its Opinion and Order on Claim Construction. A properly filed request for reconsideration was due ten days thereafter. On October 14, 2005, the case was designated as an electronic case pursuant to the September 1, 2005 letter, and Plaintiff was again advised that it needed to obtain an ECF account.

On October 18, 2005, Plaintiff attempted to file, untimely and in paper form, a Motion for Enlargement of Time Within Which to Request Reconsideration of the Court's September 28, 2005 Opinion and Order on Claim Construction. The Court returned the filing to Plaintiff on October 21, 2005, and nonetheless allowed Plaintiff to file electronically its request for reconsideration on or before October 28, 2005, thirty days after the Court's Opinion and Order on Claim Construction. The Clerk of the Court was ordered to mail a copy of the order to Plaintiff, and a complimentary copy of the order was faxed to Plaintiff.

On October 28, 2005, Plaintiff filed—in paper form—a Motion for Leave to File its Motion for Reconsideration of the Court's September 28, 2005 Opinion and Order on Claim

Construction. In its motion, Plaintiff asks for leave to file its request for reconsideration in paper form, assuring the Court that it will subsequently refile the request electronically, as soon as it is able to obtain internet service.

Despite the Court's repeated admonitions, Plaintiff has failed to obtain an ECF account in the last two months. Plaintiff's original request for extension of time to file its request for reconsideration was untimely because Plaintiff failed to follow the rules of this Court. Nonetheless the Court was extremely lenient, and allowed Plaintiff an opportunity to file its request for reconsideration. Plaintiff still failed to comply with the Court's latest order. Hence, Plaintiff's Motion for Leave to File its Motion for Reconsideration of the Court's September 28, 2005 Opinion and Order on Claim Construction is DENIED.

The Clerk of Court is ORDERED to return Plaintiff's filing, and to mail a copy of this order to Plaintiff. The Court further ORDERS that all future filings by Plaintiff be made electronically.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge