# In the United States Court of Federal Claims

No. 92-580 C
(Filed: December 5, 2005)

| | |
|---|---|
| **SPARTON CORPORATION,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On September 1, 2005, the Clerk of Court mailed a letter to the Parties informing them that the case would be converted to an electronic case filing status (ECF) on October 14, 2005, and that all documents must be filed electronically after that date. Plaintiff was informed that it needed to obtain an ECF account on or before that date.

On October 14, 2005, the case was designated as an electronic case pursuant to the September 1, 2005 letter, and Plaintiff was again advised that it needed to obtain an ECF account.

Again, on November 7, 2005, Plaintiff was ordered to make all future filings by Plaintiff electronically. Plaintiff, however, still has failed to obtain an ECF account.

The Court hereby ORDERS Plaintiff to obtain an ECF account on or before January 6, 2006, or the case will be dismissed for failure to prosecute and failure to heed the Court's orders. The Clerk of Court is DIRECTED to deliver a copy of this order to Plaintiff by Federal Express (two-day delivery).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge