IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 92-580 |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED FIRST REQUEST BY THE UNITED STATES FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

Defendant, the United States, requests an enlargement of discovery from December 31, 2005[1] until January 17, 2006, a total of 17 days, for the purpose of allowing the United States to complete and serve its expert reports. The Government has been diligently working with its technical and economic experts for the purpose of presenting expert reports for each expert before the December 31 deadline.[2] Nonetheless, given the holiday season and the amount of

[1] *See* Order Scheduling Discovery for the Remainder of this Case Brought Under 28 U.S.C. § 1498(a) (May 6, 2005), as modified by Order Modifying Discovery Schedule (May 10, 2005).

[2] We further note that the May 6, 2005 Order Scheduling Discovery for the Remainder of this Case Brought Under 28 U.S.C. § 1498(a) states that discovery is to close on December 31, 2005 (see note 1) as to both fact discovery and expert discovery (pages 1, second paragraph, and 5 at ¶ f). On the other hand, the Order (at page 4, ¶ c) also states that expert reports are to be provided "as soon as possible" but no later than 90 days before trial, and expert rebuttal reports are due 30 days after the initial reports. To insure that we are not precluded from presenting expert testimony, we have assumed that the expert reports must be submitted by December 31, 2005, thus allowing adequate time for expert discovery. Sparton contends that the expert reports are due 90 days before trial. Producing reports after trial has been scheduled, however, will leave little time to conduct any further expert discovery, if needed.

work left to be accomplished, the additional 17 days will allow the Government to insure that its reports are compete and correct. And given that Sparton had over 6 years to complete and file its pretrial submissions, the Government's request for an additional 14 days to complete its expert reports will not unduly delay the proceedings.

On December 15, 2005, Government counsel discussed this motion with Sparton's counsel. Sparton's counsel stated that Sparton would not object to this request so long as it was limited to completion of the expert reports.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/*Gary L. Hausken*
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

December 16, 2005