# In the United States Court of Federal Claims

No. 92-580 C
(Filed: December 21, 2005)

| | |
|---|---|
| **SPARTON CORPORATION,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On December 16, 2005, Defendant filed an Unopposed Motion for Enlargement of Time to Complete Discovery until January 17, 2006, in order to allow it time to complete and serve its expert reports. The Parties are in disagreement regarding when expert discovery is to end based on the May 6, 2005, scheduling order. The scheduling order is clear, however, that fact discovery is to close on December 31, 2005,[1] and the Parties are to file a joint status report on or before January 15, 2006. Both of the deadlines, however, fall on federal holidays. The May 6, 2005, scheduling order is hereby rescinded.

Fact discovery is ORDERED to close on January 3, 2006. The Parties are ORDERED to file a joint status report on or before January 16, 2006. In the joint status report, the Parties shall discuss *inter alia* a proposed schedule for expert discovery. A status conference, in which an expert discovery schedule will be set, will be scheduled to follow the joint status report deadline. In view of this order, Defendant's motion is deemed moot.

The Clerk of the Court is DIRECTED to mail a copy of this order to Plaintiff because Plaintiff does not yet have its ECF account. Plaintiff is reminded that it must obtain an ECF account on or before January 6, 2006, or the case will be dismissed for failure to prosecute and

[1] Although the May 6, 2005, order lists December 31, 2006, as the discovery deadline, the deadline was corrected to December 31, 2005 in an order issued on May 10, 2005.

failure to heed the Court's orders. No further paper filings by Plaintiff shall be accepted and no further electronic filings will be mailed to Plaintiff.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge