IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 92-580 |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT IN ACCORDANCE WITH THE COURT' S ORDER OF DECEMBER 21, 2005**

In accordance with the Court' s December 21, 2005, Order, Docket No. 254, the parties file the following status report relating to expert discovery. On January 5, 2006, the parties conferred by telephone. The parties did not reach agreement as to an appropriate schedule. Therefore, the positions of the parties are separately set forth below.

**A. PLAINTIFF' S STATEMENT.**

*See* Letter from Steven Kreiss, counsel for plaintiff Sparton Corporation (attached).

**B. DEFENDANT' S STATEMENT.**

The United States proposes the following schedule:

| | |
|---|---|
| February 17, 2006 | Exchange of initial expert reports, including all issues for which the submitting party bears the burden of persuasion |
| April 7, 2006 | Submission of Rebuttal Reports |
| June 2, 2006 | Expert depositions to be completed and close of expert discovery |

A status conference for the purpose of establishing a briefing schedule to be held at the Court's convenience as soon as practicable after the close of expert discovery.

Respectfully submitted,

*s/ Steven Kreiss**
STEVEN KREISS
1120 Connecticut Avenue, N.W.
Suite 240
Washington, D.C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711

January 17, 2006

* By written consent of Mr. Kreiss

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

*s/ Gary L. Hausken*
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-3045

January 17, 2006