# In the United States Court of Federal Claims

No. 92-580 C
(Filed: February 2, 2006)

| | |
|---|---|
| **SPARTON CORPORATION,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

Pursuant to the status conference held on February 1, 2006, the Court ORDERS the following:

1. On or before **February 10, 2006**, Plaintiff shall identify for Defendant all classified documents which Plaintiff considers to be relevant for trial. In response, Defendant shall determine whether the documents can be declassified. If the Parties cannot come to a resolution regarding the documents that Plaintiff identifies, they shall contact the Court on or before **March 2, 2006**, to request a status conference. The Court strongly recommends that Plaintiff's counsel begin his application for security clearance concurrently with the request for declassification of documents.

2. On or before **February 17, 2006**, Plaintiff shall file a motion to designate as independent experts pursuant to the May 26, 1993, protective order all of Plaintiff's expert witnesses that Plaintiff anticipates will need access to proprietary information at trial.

3. On or before **March 17, 2006**, Plaintiff shall identify all relevant documents that contain proprietary legends which Plaintiff would like removed, and Plaintiff shall request permission of the owners of the proprietary information, including Defendant (insofar as Plaintiff believes Defendant to be the owner), to use that proprietary information at trial.

4. The following expert discovery schedule, as proposed by Plaintiff's counsel in the joint status report, is hereby adopted:

| | |
|---|---|
| Plaintiff's expert reports due | **March 3, 2006** |
| Defendant's expert reports due | **April 3, 2006** |
| Plaintiff's rebuttal due | **May 3, 2006** |
| Close of expert discovery and close of all discovery | **August 2, 2006** |

5. The Parties shall actively engage in discussion of possible stipulations for trial. On or before **March 17, 2006**, the Parties shall file a joint status report regarding their progress in reaching agreement with respect to stipulations.

6. The Parties shall appear for a status conference on **March 28, 2006**, at 10:00 am Eastern Time. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

At the February 1, 2006, status conference, Plaintiff orally renewed its request that the Court consider its Motion for Reconsideration of the Court's September 28, 2005 Opinion and Order on Claim Construction. Plaintiff's previous request was denied by Order of the Court, dated November 7, 2005, because Plaintiff failed to follow the Rules of the Court of Federal Claims with respect to timeliness and the Court's orders regarding electronic filing. For the first time, Plaintiff indicated at the status conference that the substantive basis of its motion would be the *Phillips v. AWH Corp.* decision, 415 F.3d 1303 (Fed.Cir. 2005), which was published on July 12, 2005.

This Court again denied Plaintiff's request at the status conference for the same reasons as those stated in its November 7, 2005, Order. Furthermore, the Court noted that this Court's Opinion and Order on Claim Construction was issued more than two months (September 28, 2005) after the *Phillips* decision, and that Opinion and Order cited the *Phillips* decision. Plaintiff had every opportunity to request supplemental briefing on claim construction following the *Phillips* decision and before this Court issued its Opinion and Order.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge