IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPARTON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 92-580C<br>Chief Judge Edward Damich |

**MOTION TO DESIGNATE EXPERT WITNESSES**

Plaintiff, the Sparton Corporation, moves to designate its expert witnesses in compliance with the Court's February 2, 2006 Order. Sparton has already designated Charles Boyle, Donald Martin, and Professor Igor Paul as independent expert witnesses under the May 26, 1993 Protective Order. The defendant did not object to said designations. Although defendant did object to Sparton's designation of Professor Ralph Nash as an independent expert witness under the May 26, 1993 Protective Order previously, defendant's counsel has informed Sparton's counsel that defendant no longer objects to said designation. The matter must now be considered by defendant's contractors. In view thereof, Sparton respectfully requests that this motion be granted.

Respectfully submitted,

Date: February 21, 2006

s/Steven Kreiss
Attorney for Plaintiff
1120 Connecticut Avenue, N.W. #240
Washington D.C. 20036
(202) 347-6382; Fax (202) 347-7711