IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPARTON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 92-580C<br>Chief Judge Edward Damich |

**MOTION FOR AN EXTENSION OF TIME**

Plaintiff, the Sparton Corporation, moves on this first occasion for an extension of time of fourteen days, from March 3, 2006 to March 17, 2006, within which to obtain the signatures of its expert witnesses for incorporation into its expert reports and the curriculum vitae of one of its experts, Richard Langley. The Court's February 2, 2006 Order did not indicate the format of the expert witness reports. CFC Rule 26(a)(2)(B) does. Counsel believes that the Court in its February 2, 2006 Order may have meant for the parties to provide expert disclosure reports in accordance with CFC Rule 26(a)(2)(B). If it did, then the requested extension is necessary for Sparton to comply with the Court's February 2 Order. Counsel has been diligently working on the preparation of the expert reports the Court required Sparton to submit to the defendant. Counsel has submitted said expert reports to defendant, but has not been able to gather the required signatures inasmuch as these

experts are located in different parts of the United States. Furthermore, curriculum vitaes of these experts, with the exception of Richard Langley, have already been provided to defendant. Thus, substantial compliance with the Court's February 2 Order has been accomplished, but Sparton needs additional time within which to complete the task at hand.

For the above reason, a short fourteen day time extension is requested. In view thereof, Sparton respectfully requests that this motion be granted.

Respectfully submitted,

Date: March 3, 2006

s/Steven Kreiss

Attorney for Plaintiff
1120 Connecticut Avenue, N.W. #240
Washington D.C. 20036
(202) 347-6382; Fax (202) 347-7711