**EXHIBIT 2**

HOUSTON
WASHINGTON
AUSTIN
DALLAS
MOSCOW
LONDON
BAKU

BAKER & BOTTS, L.L.P.
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10112-0228

TELEPHONE: (212) 705-5000
FACSIMILE: (212) 705-5020

JAMES J. MAUNE
(212) 408-2566

E-MAIL ADDRESS:
JMAUNE@BAKERBOTTS.COM

April 28, 1999

Steven Kreiss, Esq.
1440 New York Avenue N.W.
Suite 400
Washington, DC 20005

Re: Sparton v. United States

Dear Mr. Kreiss:

In accordance with your letter dated April 15, 1999, Hazeltine does not object to the expert witnesses as stipulated in the Protective Order.

Very truly yours,

James J. Maune

NY02:201381.1