IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 92-580C<br>Chief Judge Edward Damich |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Plaintiff, the Sparton Corporation ("Sparton"), moves on this second occasion for an extension of time of thirty days, from March 17, 2006 to April 16, 2006, within which to provide defendant with an expert witness report relating to the calculation of a royalty rate in support of its damages case. Sparton is providing defendant on March 17, 2006 with three expert witness reports with signatures in support of its infringement and lost profits case. Sparton and government counsel have discussed aspects of a reasonable royalty analysis that defendant believes should be included in a separate report. Sparton had prepared a separate report, but it did not include all the aspects of a reasonable royalty analysis that defendant believes should be included in such a report. Sparton has discussed these reasonable royalty analysis aspects with one of its experts who indicates that thirty additional days is needed for incorporation of said aspects into his expert report.

Defendant has consented to extending the time, as requested herein, for Sparton to provide defendant with such an expert witness report. It is for this reason that Sparton is filing the subject motion.

Accordingly, Sparton respectfully requests that this motion be granted and that defendant's due date for submitting expert witness reports be likewise extended for thirty days after Sparton submits the last expert witness report referred to herein.

Respectfully submitted,

Date: March 16, 2006

s/Steven Kreiss
Attorney for Plaintiff
1120 Connecticut Avenue, N.W. #240
Washington D.C. 20036
(202) 347-6382; Fax (202) 347-7711