IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 92-580 |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT IN ACCORDANCE WITH THE COURT'S ORDER OF FEBRUARY 2, 2006**

In accordance with paragraph 5 of the Court's February 2, 2006 Order, Docket No. 256, the parties have consulted and file the following report.

The parties have discussed areas for possible stipulation, including the facts that were submitted to the Court as part of the summary judgment motion and the contracts for the accused sonobuoys. At present, the parties are preparing draft stipulations, but have not exchanged drafts. With respect to Sparton's requests for admissions (which was specifically addressed as a topic for stipulation during the February 1, 2006 status conference), the parties concluded that the subject matter of those requests could best be addressed after the exchange of the expert accounting reports. The expert accounting reports are expected to detail much of the same material as is addressed in the requests for admissions.

Respectfully submitted,

*s/Steven Kreiss**
STEVEN KREISS
1120 Connecticut Avenue, N.W.
Suite 240
Washington, D.C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711

March 17, 2006

* By written consent of Mr. Kreiss

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

*s/Gary L. Hausken*
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-3045

March 17, 2006