IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 92-580 |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**RESPONSE OF THE UNITED STATES TO SPARTON'S REQUEST FOR ENLARGEMENT OF TIME TO PRESENT ITS EXPERT REPORTS**

On March 3, 2006, Sparton filed its "Motion for an Extension of Time," Docket No. 260 (hereinafter "Docket No. 260"), seeking an additional 14 days in which to submit signed copies of its expert reports. Subsequently, the Government informed Sparton that Sparton's expert reports, particularly that of Mr. Donald Martin, contain deficiencies in addition to the lack of signatures that were the subject of the request in Docket No. 260. After consultation between the parties, Sparton filed its "Consent Motion for Extension of Time," Docket No. 262, on March 16, 2006 ("Docket No. 262"). Docket No. 262 addresses all of the issues that were not addressed in Docket No. 260 and provides additional time for Sparton to correct deficiencies in its expert reports.

The requested enlargement of time in Docket No. 262 is designed to provide Sparton an opportunity to address all deficiencies and will, hopefully, resolve all issues relating to the form of the reports. In light of Docket No. 262, Sparton's Docket 260 motion is now moot.

## CONCLUSION

Since Sparton's motion, Docket No. 262, was proposed after consultation between the parties, is offered without objection from the Government, and provides for a greater enlargement of time than that requested by Docket No. 260, we submit that Sparton's motion, Docket No. 260 should be denied as moot.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/*Gary L. Hausken*

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

March 17, 2006