# In the United States Court of Federal Claims

No. 92-580 C
(Filed: March 21, 2006)

```
***********************************
                                  *
SPARTON CORPORATION,              *
                                  *
            Plaintiff,            *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
                                  *
***********************************
```

**ORDER**

On March 3, 2006, Plaintiff filed a Motion for Extension of Time from March 3 to March 17, 2006, within which to complete its expert reports. According to Plaintiff, the reports had already been served on Defendant, but were lacking some of the required signatures. In addition, the curriculum vitae of one of the experts, Richard Langley, had not yet been provided to Defendant. Plaintiff did not indicate whether or not Defendant opposed the motion.

On March 17, Defendant filed its Response to Plaintiff's Request for Enlargement of Time, stating that the expert reports provided by Plaintiff were deficient in more than just the signatures. Consequently, Defendant asked that Plaintiff be given additional time to correct all deficiencies in the expert reports. On the same day, Plaintiff filed an Unopposed Consent Motion for Extension of Time, asking the Court to grant an extension from March 17 to April 16, 2006, for Plaintiff to complete its expert reports.

The Court hereby GRANTS Plaintiff's March 17, 2006, Consent Motion for Extension of Time. Plaintiff is granted an extension of time from March 3, 2006 to April 17, 2006,[1] within which to complete its expert reports. Therefore, Plaintiff's March 3, 2006, Motion for Extension of Time is denied as moot.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] Plaintiff requests an extension beginning on March 17, 2006, yet expert reports are currently due on March 3, 2006. Hence, the start date has been changed to March 3, 2006. Furthermore, because April 16, 2006, is a Sunday, the end date has been changed to April 17, 2006.