# In the United States Court of Federal Claims

No. 92-580 C

(Filed: April 17, 2006)

************************************
*
**SPARTON CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On February 21, 2006, Plaintiff filed a Motion to Designate Expert Witnesses. In the motion, Plaintiff requested the Court to designate Professor Ralph Nash as an "independent expert" under the terms of the May 26, 1993, Protective Order. Plaintiff also stated that Mr. Charles Boyle, Mr. Donald Martin, and Professor Igor Paul had already been designated as independent experts.

Plaintiff's motion was discussed at a status conference held on March 28, 2006. On the same date, the Court ordered Plaintiff to file additional documents to support the designation of Professor Nash and Professor Paul. Plaintiff filed a motion for leave to file those documents on March 30, 2006, and the documents were ultimately filed on April 14, 2006. During the interim, on April 12, 2006, another status conference was held to discuss Plaintiff's Motion to Designate Expert Witnesses.

In view of statements made at the status conference on April 12, 2006, and in view of the documents attached to Plaintiff's Motion to Designate Expert Witnesses and the documents filed by Plaintiff on April 14, 2006, the Court GRANTS Plaintiff's motion. Professor Ralph Nash, Mr. Charles Boyle, Mr. Donald Martin, and Professor Igor Paul are each hereby designated as an "independent expert" entitled to "Qualified Person" status pursuant to paragraph 2(d) of the May 26, 1993, Protective Order. Each of the experts are granted access to proprietary information, but shall not release the proprietary information to the public.

Pursuant to the April 12, 2006, status conference, determinations regarding the use of proprietary information at trial will be postponed until the pretrial conference. Nonetheless, the Parties are encouraged to continue their efforts in determining which proprietary legends can be removed and shall report on their progress in the Joint Status Report due on July 10, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge