IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 92-580 |
| v. | ) | |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION FOR PERMISSION TO FILE THE REPORT OF THE UNITED STATES REGARDING THE STATUS OF THE GOVERNMENT'S REVIEW OF CLASSIFIED DOCUMENTS UNDER SEAL**

During the telephonic status conference held on April 12, 2006, the Court directed the United States to furnishes a report on the status of its review of classified documents that plaintiff considers to be relevant for trial. At that time, counsel for the United States asked permission to file the report informally by facsimile to counsel and chambers, due largely to the concern that it involved the handling of classified information.

Counsel for the United States has now prepared the requested report. Having reviewed the material contained in the report, the United States is satisfied that providing the report to the court and counsel under seal will adequately protect the interests of the United States.

Accordingly, the United States hereby moves pursuant to General Order 42A, paragraph 7, for permission to file the requested status report, with supporting exhibits, under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

*s/Gary L. Hausken*
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

April 24, 2006

Counsel for the United States