# In the United States Court of Federal Claims

No. 92-580 C

(Filed: July 20, 2006)

***********************************
**SPARTON CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
***********************************

## ORDER

Pursuant to the Status Conference held on July 19, 2006, the Court ORDERS the following:

Stipulations:

1. On or before **August 2, 2006**, Plaintiff shall respond to Defendant's April 28, 2006, letter requesting stipulations with respect to certain exhibits. On or before the same date, Defendant shall provide Plaintiff with its proposed stipulations for trial.

2. On or before **August 30, 2006**, Plaintiff shall respond to Defendant's proposed stipulations.

Declassification:

3. On or before **August 2, 2006**, Defendant shall inform Plaintiff regarding which documents, or portions of documents, have been declassified.

Proprietary Legends:

4. On or before **July 28, 2006**, Plaintiff shall: a) provide Defendant with copies of the DF documents, which Defendant indicated that it did not possess in its April

4, 2006 letter; and b) respond to Defendant's February 17, 2006, letter requesting removal of proprietary legends from certain exhibits.

5. Plaintiff shall have until **August 16, 2006**, to contact contractors to request removal of proprietary legends from any documents indicated by Defendant to contain the proprietary information solely of a single contractor. On or before the same date, Plaintiff shall contact Magnavox, or its successor, to request removal of the proprietary legend on the drawing included in Mr. Hudson's expert report.

Trial:

6. Plaintiff shall, in its response to Defendant's Motion in Limine to Preclude Testimony by Professor Nash that is due on or before July 31, 2006, include a copy of Professor Nash's prior declaration and specifically point out the portion(s) of the declaration that include the subject matter of Professor Nash's proposed testimony at trial.

7. Pursuant to the Court's March 28, 2006, order, all discovery closes on September 19, 2006. In preparation for trial, the Parties shall review the Chamber's "Proposed Trial Preparation Order" available at http://www.uscfc.uscourts.gov/Biosnew.htm.

8. On or before **October 4, 2006**, the Parties shall file a Joint Status Report, discussing in detail their progress with respect to: agreement on stipulations for trial; declassification of documents or portions thereof; and removal of proprietary legends. The Parties shall attach a draft of the Proposed Trial Preparation Order with the dates completed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge