EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPARTON CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 92-580C<br>Chief Judge Edward J. Damich |

**NOTICE OF THE DEPOSITION OF JAMES W. WIDENHOFER PURSUANT TO RCFC 30**

To: Steven Kreiss, Esq.
Suite 240
1120 Connecticut Avenue, N.W.
Washington, D.C. 20036

Defendant, the United States, hereby gives notice that commencing at 9:00 a.m., Eastern Time, on September 13, 2006, at the offices of the United States Attorney, 315 W. Allegan, Room 252, Lansing, Michigan 48933, or at such other time and place as may be agreed upon by counsel for the parties, defendant will take the deposition upon oral examination of James W. Widenhofer, 6650 Clark Lake Road, Jackson, Michigan 49201-9207, pursuant to Rule 30 of the Rules of the United States Court of Federal Claims ("RCFC") before an officer authorized by law to take depositions. A copy of a subpoena for his testimony is attached. The deposition shall continue from business day to business day until completed or terminated by defendant.

You are invited to attend and cross-examine.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

JOHN FARGO
Director

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342

August 25, 2006

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing "NOTICE OF THE DEPOSITION OF JAMES W. WIDENHOFER PURSUANT TO RCFC 30," was forwarded by facsimile, by e-mail, and by Federal Express for delivery on the next business day, this 25th day of August, 2006, to:

Steven Kreiss, Esquire
1120 Connecticut Avenue, N.W.
Suite 240
Washington, D.C. 20036

Mary Mattocks
Mary Mattocks
Staff Assistant
(202) 514-6681

# *United States Claims Court*

SPARTON CORPORATION

No. 92-580 C

VS.

THE UNITED STATES

## SUBPOENA

Chief Judge Edward J. Damich

To James W. Widenhofer
6650 Clark Lake Road
Jackson, Michigan 48993

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

■ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the the above case. Offices of the United States Attorney, 315 W. Allegan, Rm. 252, Lansing, MI 48993 on September 13, 2006, at 9:00 a.m., EDT

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. RULE 32 (b) (6).

[signature] — August 25, 2006

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) — DATE

Gary L.Hausken, Comm. Lit. Br., Civil Div., Dept. of Justice, Wash., D.C. 20530 Tel. 202-307-0342

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

NOTE - If the place of travel is more than 100 miles (by the shortest usual means of travel) from the place where the subpoena is served, or if the place of deposition is more than 100 miles from the place where the deponent resides, is employed or transacts business in person, the person served may regard the command as optional unless there is attached to the subpoena an order of the Court requiring his/her appearance, notwithstanding the distance of travel. In any event, response to the subpoena will entitle the person to the fees and mileage allowed by law.

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

☐ Fees tendered for one day's attendance and mileage allowed by law.
(Fees and mileage need not be tendered when the subpoena is issued on behalf of the United States or an officer or agency thereof.)

DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the proof of Service is true and correct.

Executed on ________________ ________________________________
DATE SIGNATURE OF SERVER

________________________________
ADDRESS OF SERVER

________________________________

RULE 45.

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fees.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance; or
(ii) requires disclosure of privileged or other protected matter and no exception or waiver
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information;
or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of the party, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party on whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to content the claim

**CORRECTED CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing "NOTICE OF THE DEPOSITION OF JAMES W. WIDENHOFER PURSUANT TO RCFC 30," was forwarded by facsimile and by Federal Express for delivery on the next business day, on the 25th day of August, 2006, to:

Steven Kreiss, Esquire
1120 Connecticut Avenue, N.W.
Suite 240
Washington, D.C. 20036

August 28, 2006

Mary A. Mattocks

Mary Mattocks
Staff Assistant
(202) 514-6681