**EXHIBIT B**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPARTON CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 92-580C<br>Chief Judge Edward J. Damich |

**DECLARATION OF STEVEN KREISS**

I, Steven Kreiss, declare and state under penalty of perjury that I have personal knowledge of the facts set forth below, except where I have indicated that the facts are provided on information and belief:

1. I am counsel of record for the Sparton Corporation ("Sparton") in the above litigation. Mr. Widenhofer has not been designated as an expert witness by Sparton and on information and belief has provided no expert witness report to defendant in this case. On information and belief, Mr. Widenhofer has never been personally served the subject subpoena in this case, now resides on some island in the State of Michigan whose name and location are unknown to me, and is a retired, and no longer a current, Sparton employee.

2. On June 16, 2005, when defendant first answered Plaintiff's Interrogatory Nos. 1(a) and (b), defendant did not assert a license defense under Contract No. N00019-70-C-0133. On June 27, 2006, six months after the January 3,

2006 close of fact discovery in this litigation, defendant newly asserted in this litigation, in its First Amended Answer to Plaintiff's Interrogatory Nos. 1(a) and (b), a license defense under Contract No. N00019-70-C-0133. On information and belief, the documents identified by defendant in answer to Sparton's Interrogatory No. 1(b)(viii), in support of this newly asserted license defense, were produced by Sparton and submitted to the defendant in the mid 1990s by Sparton's prior counsel of record.

September 5, 2006

Steven Kreiss