IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 92-580 |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATEMENT OF GOOD FAITH CONDUCT**

In accordance with the court's Pre-Trial Order, Docket No. 290, ¶ 2.c.i.(1), counsel for plaintiff, Sparton Corporation, counsel for defendant, the United States, state that on January 14, 2008, the counsel for the parties met and conferred in good faith regarding the following topics:

(1) the potential for settlement of this case;

(2) the objections of each party to opposing party's witnesses; and

(3) the objections of each party to the opposing party's exhibits.

Respectfully submitted,

*/s Steven Kreiss**

STEVEN KREISS
Attorney at Law
1120 Connecticut Avenue, N.W.
Washington, D. C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711

Attorney for Plaintiff, Sparton Corp.

* facsimile signature on file

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

*s/Gary L. Hausken*

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

Attorneys for Defendant, United States

January 22, 2008