IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 92-580 |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF PROCEDURES FOR SEQUESTRATION**

In accordance with the court's Pre-Trial Order, Docket No. 290, ¶ 2.c.i.(2), counsel for plaintiff, Sparton Corporation, and counsel for defendant, the United States, met and conferred on January 14, 2008, regarding the need for sequestration of witnesses. As a result of that conference, the parties concur that, in this case, an order sequestering the witnesses during trial is not required and that neither party will seek sequestration.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

*s/Steven Kreiss*

STEVEN KREISS
Attorney at Law
1120 Connecticut Avenue, N.W.
Washington, D. C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711

Attorney for Plaintiff, Sparton Corp.

* facsimile signature on file

JOHN FARGO
Director

*s/Gary L. Hausken*

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

Attorneys for Defendant, United States

January 22, 2008