IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 92-580 |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO PRESENT SUBSTANTIVE TESTIMONY BY DEPOSITION TRANSCRIPT**

Pursuant to Appendix A, paragraphs 13(c)(1) and 15(b), RCFC, and paragraph 2.c.*i*.2 of this court's Pretrial Order, Docket No. 290 (June 20, 2007), defendant, the United States, presents the following motion to submit testimony by way of deposition testimony recorded in accordance with RCFC 32. In the event that court precludes the admission of such previously recorded testimony, the Government reserves the right to present each such witness to testify as to the matters asserted in the recorded testimony.

1. William Graff
517 Smithfield Ave.
Philadelphia, Pennsylvania 19116

Mr. Graff testified at a deposition held on November 2, 1993 at Naval Air Warfare Center, Jacksonville and Street Roads, Warminster, Pennsylvania. Defendant offers the following testimony on the following pages from that deposition:

7-8, 14-19, 29-44, 46-47, 55-57, 67, 72-75, 93-96, 98-108, 111-112, 114, 121-130, 135-137, 142-143, 147-150

The cited testimony provides the basis for admitting Defendants Exhibits 122-125 and provides factual support for Defendants Proposed Findings of Fact (DPFF) Nos. 105, 154, 273-277, 283, 284, 286-302.

2. Joseph Abella
11718 Wood Stream Ridge Court
Fort Wayne, Indiana 46845

Mr. Abella provided testimony on behalf of Raytheon Corporation, as successor to the Magnavox Company, at the RCFC 30(b)(6) deposition on August 18, 1998 in Fort Wayne, Indiana. Defendant offers the following testimony on the following pages from that deposition:

4-14, 19-23, 38-42, 47-48, 50-51, 58-59, 62-63, 70, 76, 83-84, 88-89, 91-93, 99-102, 106-110, 115, 118-121, 125

The cited testimony provides the basis for admitting Defendants Exhibits 175-177 and provides factual support for DPFF Nos. 333, 334, 336-339, 342, 344, 345, 347, 351-353, 355.

3. George Lewis
3926 Windswept Drive
Fort Wayne, Indiana 46815

Mr. Lewis provided testimony on behalf of Raytheon Corporation, as successor to The Magnavox Company, at a deposition held on August 20, 1998 in Fort Wayne, Indiana. Defendant offers the following testimony on the following pages from that deposition:

4-5, 11, 17, 33, 35-37, 40-46, 48-50, 65-66, 80-81

The cited testimony provides the basis for admitting Defendants Exhibits 179-181 and provides factual support for DPFF Nos. 348 and 349. Further, on the record of the Lewis Deposition, the parties stipulated substantially as follows:

> For purposes of this litigation, versions A, B and C of the Magnavox SSQ-62 sonobuoys are the same, and are also the same as the SSQ-53D, with the exception for differences noted in the number of holes in the buckle plate.

65:4 - 66:8.

4. Chuck Logar
923 Simon Road
Huntertown, Indiana 46748

Mr. Logar provided testimony on behalf of Raytheon Corporation, as successor to The Magnavox Company, at a deposition held on August 19, 1998 in Fort Wayne, Indiana. Defendant offers the following testimony on the following pages from that deposition:

5-11, 36, 60-70, 72-74, 87-94, 99-101, 107-108, 111-122, 152

The cited testimony provides the basis for admitting Defendants Exhibits 183-187 and provides the support for DPFF Nos. 343.

5. Rod Bergstedt
2112 Spring Mill Road
Fort Wayne, Indiana 46845

Mr. Bergstedt provided testimony on behalf of Raytheon, as successor to The Magnavox Company, at a deposition held on August 20, 1998 in Fort Wayne, Indiana. Defendant offers the following testimony on the following pages from that deposition:

7-11, 17-21, 24-25, 30, 32-33, 35-39, 44-52, 54-55, 91-95, 115, 192-195, 217-220, 222-224, 227, 233, 237-241

The cited testimony provides the basis for admitting Defendants Exhibits 189-192.

6. Albert Stewart Logan
Rural Route No. 2,
Pictou, Nova Scotia, B0K 1H0, Canada.

Mr. Logan provided testimony on behalf of Hermes Corporation at a deposition on March 10-11, 1998, conducted in Halifax, Nova Scotia. Defendant offers the following testimony on the following pages from that deposition:

2, 7, 35-43, 49-50, 52-53, 102-103, 124-126, 130, 132-133, 135-136, 139-144, 197-203.

The cited testimony provides the basis for admitting Defendants Exhibits 194-196 and provides factual support for DPFF Nos. 370, 371-374, 376-379, 380-387.

7. Karl G. Kuhn
16 Lawson Terrace
Scituate, Massachusetts 02066

Mr. Kuhn provided testimony at the RCFC 30(b)(6) deposition on behalf of Hazeltine Corporation held at Braintree, Massachusetts, on July 10, 1998. Defendant offers the following testimony on the following pages from that deposition:

4-8, 12-15, 29-31, 34, 38-39, 47-55, 60-62, 67-71

The cited testimony provides the basis for admitting Defendants Exhibits 198-201 and provides factual support for DPFF No. 356.

8. Donald K. Sawyer
6312 Glendale Dr.
Yorba Linda, California 92886

Mr. Sawyer provided testimony at a RCFC 30(b)(6) deposition where he appeared on behalf of The Boeing Company, as successor to Rockwell International, held on June 12, 1998. Defendant offers the following testimony on the following pages from that deposition:

4-9, 11-13.

9. Carl H. Carrera, Jr.
4523 East White Dove Avenue
City of Orange, CA 92869

Mr. Carrera provided testimony at a RCFC 30(b)(6) deposition where he appeared on behalf of The Boeing Company, as successor to Rockwell International, held on June 12, 1998. Defendant offers the following testimony on the following pages from that deposition:

6-8, 21, 44-51, 53-59, 79-80, 82-83.

The cited testimony provides the basis for admitting Defendants Exhibits 204-205 and provides factual support for DPFF Nos. 364.

10. Don H. Pickrell, Jr.
5761 Stradella Ave.
Yorba Linda, California 92886

Dr. Pickrell provided testimony at a RCFC 30(b)(6) deposition where he appeared on behalf of The Boeing Company, as successor to Rockwell Corporation, held on July 23, 1998. Defendant offers the following testimony on the following pages from that deposition:

10-18, 30, 32, 34-35, 39-45, 94-98, 101-103, 105-106.

The cited testimony provides the basis for admitting Defendants Exhibit 207.

11. David Dellea
c/o Raytheon Company
1847 West Main Road
Portsmouth, Rhode Island

Mr. Dellea provided testimony at a RCFC 30(b)(6) deposition where he appeared on behalf of Raytheon Company on December 9, 1997 at Portsmouth, Rhode Island. Defendant offers the following testimony on the following pages from that deposition:

5-9, 17-18, 32-36, 46-47, 50-54, 56-57, 64, 66, 70.

The cited testimony provides the basis for admitting Defendants Exhibits 209-210.

12. Charles Ouellette
c/o Raytheon Company
1847 West Main Road
Portsmouth, Rhode Island

Mr. Ouellette provided testimony at a RCFC 30(b)(6) deposition where he appeared on behalf of Raytheon Company on December 9-10, 1997 at Portsmouth, Rhode Island. Defendant offers the following testimony on the following pages from that deposition:

3-6, 15, 19-20, 24-25, 27-29, 31-32, 38-40, 47, 64-65, 103-108, 111-115.

The cited testimony provides the basis for admitting Defendants Exhibits 212-213 and provides factual support for DPFF No. 367.

13. Michael J. Balboni
79 Green Gate Lane
Wareham, Massachusetts 02538

Mr. Balboni provided testimony at a RCFC 30(b)(6) deposition where he appeared on behalf of Sippican, Inc., held on December 18, 1997, in Boston, Massachusetts. Defendant offers the following testimony on the following pages from that deposition:

11, 13-14, 16-22, 25-26, 60-63, 73-75, 83-86, 92-95, 99-102, 114-116, 130-132, 175-179, 183-187.

The cited testimony provides the basis for admitting Defendants Exhibits 215-218 and provides factual support for DPFF Nos. 358-361.

14. Charles Folger Boyle
104 McConnell Drive
Jackson, Michigan 49201

Mr. Boyle provided testimony at a RCFC 30(b)(6) deposition where he appeared on behalf of Sparton Corp., held on April 22-23, 1993 in Arlington, Virginia, and at a RCFC 30(b)(1) deposition held on May 19-20, 1993 in Arlington, Virginia. Defendant offers the following testimony on the following pages from those depositions (pages from the four days of depositions were consecutively numbered):

6-10, 12, 25-27, 29-31, 36-38, 67-77, 79, 99, 102-110, 112, 126-128, 134-136, 138-141, 146-148, 165-199, 201-212, 214-222, 233-236, 239-240, 243-245, 249-250, 252-254, 256-258, 272, 274, 281, 300-311, 318-328, 330, 332-335, 339-340, 356-357, 374, 405-407, 419-422, 424-431, 433-441, 448-453, 463-464, 473-474, 483-520, 527-708.

The cited testimony provides the basis for admitting Defendants Exhibits 128-167 and provides factual support for DPFF Nos. 19, 42, 45, 48, 80, 85, 147, 148, 151, 152, 166, 179, 196-200, 207, 208, 213-215, 226, 235, 237, 257, 258, 267.

If Mr. Boyle is not called as an expert witness by Sparton, defendant will also move for the admission of the following pages from the expert witness deposition of Mr. Boyle, conducted on September 14, 2006:

9-16, 21-51, 70-81, 91, 93-94, 108-109.

The cited testimony provides the basis for admitting Defendant's Exhibits 168-173.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

*s/ Gary L. Hausken*

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

Attorneys for Defendant, United States

January 22, 2008