IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPARTON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 92-580C<br>Chief Judge Edward Damich |

**SPARTON CORPORATION'S MOTION IN LIMINE**

Sparton Corporation ("Sparton"), in compliance with the Court's June 20, 2007 Order, paragraph 2ci(4), (Doc. 290), files a motion in limine to exclude any evidence relating to two subjects. The first subject is defendant's claim that it possesses a license under the suit patents by virtue of contract No. N00019-70-C-0133. This claim was first advanced by defendant on December 15, 2006 subsequent to the close of discovery. No discovery was permitted by this Court after the close of discovery, and none was taken by Sparton. The documents on which defendant has relied in support of this defense were produced well over ten years from the date defendant first asserted this claim. In other words, when faced with the prospect of a trial, defendant began reviewing the documents produced by Sparton in the beginning of this case. The claim is stale and untimely. The second subject is defendant's claim that it possesses data rights to the suit patents as a result of Contract N00019-69-C-0465. This claim first appeared in defendant's

proposed additional findings of fact served November 19, 2007, fifteen years after this litigation began and well after the close of discovery and after this Court refused to permit Dean Ralph Nash, an expert in government contract data rights, to testify as an expert at trial. This claim is even more stale than the one noted above. In view of the loss of the discovery right and the loss of a renowned expert in the field in which defendant now makes a stale claim, this Court should exclude the requested subject matter.

Respectfully submitted,
Sparton Corporation, Plaintiff

Dated: January 22, 2008

s/Steven Kreiss
Steven Kreiss
Attorney for Plaintiff
1120 Connecticut Avenue NW
Suite 433
Washington D.C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711