IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SPARTON CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 92-580C
Chief Judge Edward Damich

**SPARTON CORPORATION'S MOTION IN LIMINE**

Sparton Corporation ("Sparton"), in compliance with the Court's June 20, 2007 Order, paragraph 2ci(3), (Doc. 290), files a motion for leave to present substantive evidence by way of deposition testimony. A list of the pages of such transcripts follows.

1. Abella transcript pages 5-7, 10, 13-15, 18-63, 66-70, 73-90, 94-108, 114, 118 and 123
2. Lewis transcript pages 11, 17, 19-55, 65-74, 80-81
3. Logar transcript pages 5, 6, 11-13, 28-72, 74-76, 79-80, 82-102, 104, 107-115, 147, 149, 153, 155, 158-160
4. Ouelette transcript pages 5-6, 12-32, 40-46, 65-67, and 107-110
5. Carrera transcript pages 19-20 and 31-67
6. Balboni transcript pages 79, 81-107, 109-133 and 137-173
7. Kuhn transcript pages 4, 7, 15-25, 27-47, 49-51, 57-80, 82-83, 89-90 and 96
8. Logan transcript pages 1-4, 9-34, 37-44, 49-60, 62-68, 86-100, 102-105, 116-133, 136, 138-144 and 146-152

9. Hudson transcript pages 8-15, 17-18, 29-30, 32-34, 39, 48-49, 58, 61, 63, 66-78, 80, 130-132, 146-147, 149, 153-156, 158-159 and 168

10. Graff transcript pages 7, 36-38, 41-43, 46, 67, 91-93, 95, 101, 104-105, 107-110, 121-125, 149-150

11. Pickrell transcript pages 10-16, 28-57, 66, 69 and 94-97

Respectfully submitted,
Sparton Corporation, Plaintiff

Dated: January 22, 2008

s/Steven Kreiss

Steven Kreiss
Attorney for Plaintiff
1120 Connecticut Avenue NW
Suite 433
Washington D.C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711