# In the United States Court of Federal Claims

No. 92-580 C

(Filed: January 28, 2008)

**********************************
*
**SPARTON CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

## REVISED PRE-TRIAL ORDER

On January 24, 2007, the Court held a telephonic status conference to discuss the party's progress with respect to the deadlines of the Court's June 20, 2007 trial preparation order. As a result of the status conference, the trial preparation order shall be revised as follows.

- On or before **January 28, 2008**, Plaintiff shall deliver to Defendant the following documents:
  (1) Plaintiff's response to Defendant's draft Joint Stipulation of Facts;
  (2) Plaintiff's response to Defendant's draft Joint Stipulation of Witnesses;
  (3) Plaintiff's response to Defendant's draft Joint Stipulation of Exhibits; and
  (4) A complete Microsoft Word version of Plaintiff's response to Defendant's December 21, 2007 Proposed Findings of Fact and Law.

- On or before **February 4, 2008**, the parties shall:
  (1) File any objections, including the grounds therefor, to the opposing party's motions regarding deposition testimony and any proposed cross-designation of transcript pages. In cross-designating, the party may not simply designate the entire transcript.
  (2) File a Joint Stipulation of Facts, Witnesses, and Exhibits as follows:
    (a) a statements of the facts on which the parties agree, separately numbered and based on the parties' Proposed Findings of Fact;

(b) a listing of all witnesses to which neither party objects, with a brief description of each such witness;

(c) a descriptive listing of all exhibits to which neither party objects on the grounds of authenticity or admissibility (two sets of such exhibits shall concurrently be provided to chambers).

(3) File each party's Proposed Findings of Fact, other than jointly stipulated facts, separately numbered with underlining designating the portion in dispute, in the same format as prescribed in paragraph 2.a.i.(1) of the Court's June 20, 2007 trial preparation order.

(4) Provide to chambers each party's Final Witness List, including a brief description of each witness and denoting stipulated witnesses, in the same format as prescribed in paragraph 2.a.i.(2) of the Court's June 20, 2007 trial preparation order.

(5) Provide to chambers two copies of each party's Final Exhibit List, and two sets of such exhibits, excluding joint exhibits, in the same format as prescribed in paragraph 2.a.i.(3) of the Court's June 20, 2007 trial preparation order.

- No later than **February 6, 2008**, Plaintiff shall file a Memorandum of Fact and Law.

  (a) The Memorandum of Fact and Law shall set forth Plaintiff's conclusions of law with a complete exposition of the legal theory that supports each legal claim.

  (b) Based upon its Proposed Findings of Fact, Plaintiff shall explain the factual basis upon which it relies to support its claims. With respect to all facts, Plaintiff shall reference its Proposed Findings of Fact, by number.

  (c) Absent good cause, the memorandum shall not exceed 30 pages.

- No later than **February 13, 2008**, Defendant shall file a Responsive Memorandum of Fact and Law in the same format as Plaintiff's Memorandum.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge