IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 92-580

Chief Judge Damich

SPARTON CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**JOINT STIPULATION OF FACTS, WITNESSES, AND EXHIBITS**

STEVEN KREISS
Attorney at Law
1120 Connecticut Avenue, N.W.
Washington, D. C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711

Attorney for Plaintiff, Sparton Corp.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

Attorneys for Defendant, United States

February 4, 2008

## TABLE OF ABBREVIATIONS

| | |
|---|---|
| '120 application | Application Ser. No. 345,871 filed Mar. 29, 1973, upon which United States Patent No. 3,921,120 issued Nov. 18, 1975. |
| '120 patent | United States Patent No. 3,921,120, titled "Float Actuated Release Mechanism" issued Nov. 18, 1975, on Application Serial No. 345, 871 filed Mar. 29, 1973. |
| '233 application | Application Ser. No. 612,698 filed Sep. 12, 1975, upon which United States Patent No. 4,029,233 issued June 14, 1977. |
| '233 patent | United States Patent No. 4,029,233, titled "Sonobuoy Retainer Plate" issued June 14, 1977, on Application Serial No. 612,698 filed Sept. 12, 1975 |
| DPFF | "Defendant's Proposed Findings of Fact" served November 19, 2007 |
| JX- | Joint Exhibit |
| PPFF | "Plaintiffs' Proposed Findings of Fact" served October 17, 2007 |
| PTO | United States Patent and Trademark Office |
| PX- | Plaintiffs' Exhibit |

## I. JOINT STATEMENT OF FACT

In accordance with the court's Pretrial Order, Docket No. 290, ¶ 2.c.ii.(2)(a) (June 30, 2007) counsel for plaintiff, Sparton Corporation, and for defendant, the United States, submit the following statements of the facts on which the parties agree:

1. An active sonobuoy is a miniature sonar system similar to those installed in ships. DX-100 at D100.2. [DPFF 10]

2. The active sonobuoy sends out short pulses of sound and locates the presence of a submarine by detecting the returning pulses reflected by the target. DX-100 at D100.2. [DPFF 12]

3. The '120 patent's term expired at midnight, November 18, 1992. 35 U.S.C. § 154 (1975). JX-1. [DPFF 32]

4. The '233 patent's term expired at midnight, June 14, 1994. 35 U.S.C. § 154 (1975). JX-3. [DPFF 33]

5. The accounting period for the '120 patent in this case begins on August 25, 1980, twelve years prior to the date when this case was filed. 35 U.S.C. § 286. The accounting period for the '120 patent ends on November 18, 1992. DX-221. [DPFF 34]

6. The accounting period for the '233 patent in this case begins on August 25, 1980 and ends on June 14, 1994. DX-221. [DPFF 35]

7. Sparton filed patent application no. 345,871 on March 29, 1973, naming James W. Widenhofer as the inventor. That application issued as patent no. 3,921,120 (the '120 patent), entitled "Float Actuation Release Mechanism," on November 18, 1975. The patent is assigned to Sparton Corporation. PX 259 at page 1. [DPFF 36]

8. Sparton filed patent application no. 612,698 on September 12, 1975, as a division of application no. 345,871. That application, which has an effective filing date of March 29, 1973, issued as patent no. 4,029,233 (the ‘233 patent), entitled “Sonobuoy Retainer Plate,” on June 14, 1977. James W. Widenhofer is the inventor of the ‘233 patent and Sparton Corporation is the assignee. PX 260 at page 1. [DPFF 37]

9. The patents asserted in this litigation are U.S. Patent Nos. 3,921,120 (the '120 patent) and 4,029,233 (the '233 patent). Both patents name James W. Widenhofer as inventor and have an effective filing date of March 29, 1973. Complaint. [DPFF 38]

10. Mr. Boyle, a Sparton employee, first became aware of the SSQ-39(XN-1) design through briefings provided by the Navy. DX-126 at D126.61-62. [DPFF 47]

11. United States Patent No. 2,687,541 (the Bannister or ‘541 patent), entitled “Apparatus for Refloating Submerged Objects,” was issued on August 31, 1954 to Bryant Bannister. ‘541 patent, first page, heading. DX-224. [DPFF 50]

12. The Bannister patent is for a fishing rod, gun or other object that is dropped into the water from a boat. DX-224 at D224.3 col 2, lns 24-39. [DPFF 51]

13. United States Patent No. 3,093,808 (the Tatnall or ‘808 patent), entitled “Air-Dropped Miniature Sonobuoy,” was issued on June 11, 1963 to George J. Tatnall, Albert F. Scarcelli and George A. Gimber, as assignors to the United States, as represented by the Secretary of the Navy. DX-225 at D225.4 col 1, lns 1-6. [DPFF 53]

14. United States Patent No. 3,074,671 (the Dinolfo or ‘671 patent), entitled “Air Dropped Buoy Release Mechanism,” was issued on January 22, 1963 to Michael Dinolfo and Everett W. Farmer, employees of Sanders Associates. DX-226 at D226.3 col 1, lns 1-7. [DPFF 56]

15. United States Patent No. 3,140,886 (the Cotilla or '886 patent), entitled "Coupling Device," was issued on July 14, 1964 to Edward J. Cotilla and George A. Gimber, assignors to the United States, as represented by the Secretary of the Navy. DX-227 at D227.2 col 1, lns 1-7. [DPFF 60]

16. United States Patent No. 3,220,600 (the Wojciechowski or '600 patent), entitled "Closure Having Pressure-activated Release Mechanism," was issued on November 8, 1965 to Francis X. Wojciechowski and Harald E. Karlson. DX-228 at D228.3 col 1, lns 1-6. [DPFF 64]

17. United States Patent No. 3,291,092 (the Halberg or '092 patent), entitled "Mooring Apparatus," was issued on December 13, 1966, to Paul V. Halberg and Clinton S. Myers, assignors to the Magnavox Company. DX-229 at D229.6 col 1, lns 1-7. [DPFF 66]

18. United States Patent No. 4,093,934 (the Urick or '934 patent), entitled "Free-Falling Sonobuoy," was issued on June 6, 1978, to Robert J. Urick and Robert L. Parris, and was assigned to the United States, as represented by the Secretary of the Navy. DX-230 at D230.1, items 11, 45, 54, 73 and 75. The Urick patent issued from an application filed on April 28, 1965. DX-230 at D230.1, items 21 & 22. [DPFF 68]

19. United States Patent No. 4,189,786 (the Adler or '786 patent), entitled "Radio Buoy Assembly," was issued on February 19, 1980 to Ronald Adler. DX-231 at D231.1, items 11, 45, 54, and 76. The Adler patent issued from an application filed on June 29, 1962. DX-231 at D231.1, items 21 & 22. The Adler patent states that the invention may be manufactured and used by or for the United States government without the payment of any royalties. DX-231 at D231.4 col 1, lns 4-7. [DPFF 71]

20. Magnavox Corporation and Sanders Associates, Inc. were selected by the Navy in the 1964-65 fiscal year time frame to design and develop the DIFAR sonobuoy ('SSQ-53' or

'DIFAR')." DX-17 at D17.2. The Navy assigned DIFAR sonobuoys the designation "AN/SSQ-53." Testimony of Madera; Testimony of Boyle. [DPFF 74]

21. The development of the original SSQ-53 spanned a 3-4 year time period, with production of the SSQ-53 sonobuoy first occurring in Fiscal Year 1968. DX-17 at D17.2. [DPFF 77]

22. Sparton became a third supplier for SSQ-53 DIFAR sonobuoys in Fiscal Year 1969 when the Navy issued Sparton Contract No. N00019-69-C-0465 ('the '-0465 contract')." DX-17 at D17.2. [DPFF 78]

23. Contract No. N00019-69-C-0465 was awarded on March 5, 1969, which is the effective date of the contract. B31, B35. The original '-0465 contract was a fixed price supply contract based on Sparton's offer, dated January 3, 1968. B31, B35. [Def. Response to PPFF 36, part b].

24. The '-0465 contract does not identify any of the clauses in Armed Services Procurement Regulation (ASPR) § 9.107-5 (Patent rights clauses for domestic contracts) as being incorporated in the contract either *in haec verba* or by reference. [Def. Response to PPFF 36, part b].

25. The SSQ-53 sonobuoy initially sold under the '-0465 contract incorporated a rotochute that slowed its descent from an airplane and vertically oriented the buoy so that it would impact the ocean at its bottom end. DX-126 at D126.55-57, D126.59, D126.188-189, D126.190-192. The SSQ-53 sonobuoy produced under the '-0465 contract had a release plate located at the bottom end of the sonobuoy housing which was caused to release from the housing by the sonobuoy's impact with the water. DX-126 at D126.55-57, D126.59, D126.188-189, D126.190-192. This permitted the components to exit the lower part of the housing and to

descend to their operating depth. DX-126 at D126.55-57, D126.59, D126.188-189, D126.190-192. [DPFF 79]

26. "The Naval Development Center ('NADC') had conducted theoretical studies and sea tests which confirmed that a deeper hydrophone would result in an improved submarine detection capability." DX-17 at D17.2-4; DX-123 at D123.4. [DPFF 82]

27. In describing the SSQ-62(XN-2) sonobuoy, XN-2 Interim Report 6 states:

> Descent stabilization following an air launch will be accomplished with a drogue chute. This device requires less space than the conventional sonobuoy rotochute and will preclude rotational motion as well as centrifugal and vibrational forces imparted by a rotochute. In addition, the drogue chute will reduce the depth to which the sonobuoy will descend immediately following water impact. A reduction in subsurface descent velocity will facilitate float inflation and minimize the possibility of float damage.

DX-169 at D169.14, ¶1.c(4)(g). [DPFF 97]

28. The XN-2 Final Report states: "DICASS Sonobuoy AN/SSQ-62(XN-2) is a development based on Sonobuoy AN/SSQ-50 (the sonobuoy component of the Command Active Sonobuoy System)." DX-234 at D234.11 ¶ 1.b(1). The report further states that "mechanical design features that have proven reliable in the AN/SSQ-50 were utilized to the fullest extent for like functions in the AN/SSQ-62 (XN-2). DX-234 at D234.11, ¶ 1.c(1). [DPFF 100]

29. The XN-2 Final Report describes the development of the Float Inflation System as follows:

> The major departure in the AN/SSQ-62(XN-2) DICASS floatation system compared to the AN/SSQ-50 CASS floatation system is the use of 3 $CO_2$ cartridges as opposed to 4 $CO_2$ in the CASS system. …
>
> The time delay between water entry and squib firing was eliminated by use of a drogue parachute. Rotochute blades used on other types of sonobuoys require a time delay to allow the rotochute to separate and clear the sonobuoy housing before the squib firing and buoy surfacing sequence.

DX-234 at D234.18, ¶ 3.b(1). [DPFF 101]

30. Mr. Widenhofer called the deployment scheme the 'inverse' or 'upside-down' deployment design because all SSQ-53 production sonobuoys up to that time contained release plate assemblies located at the bottom of the sonobuoy to deploy sonobuoy components from the bottom end of the sonobuoy. DX-17 at D17.5-6. [DPFF 107]

31. In September 1970, Sparton's project engineer, Mr. Devereaux, prepared a Program Schedule to complete a design phase and then a testing phase "to demonstrate an acceptable design for [Sparton's] Deep DIFAR" sonobuoy. DX-17 at D17.6. [DPFF 109]

32. In November 1970, Sparton's employee , Mr. Depew, was assigned the responsibility to prepare a technical description of Sparton's proposed dual depth sonobuoy in the proposal to be given the Navy. DX-17 at D17.6; DX-112 at D112.7-16; DX-113 at SPA 37709-SPA 37710. His technical description was to be hardware oriented and include a layout. DX-17 at D17.6; DX-112 at D112.7-16; DX-113 at D113.1-2. [DPFF 111]

33. On December 2, 1970, James W. Widenhofer proposed a test program for Sparton's deep DIFAR sonobuoy design. DX-24 at D24.1. The purpose of the test was "[t]o evaluate the performance of the proposed inverse sonobuoy package with particular reference to the float pressure activated release plate design." DX-24 at D24.1. [DPFF 112]

34. The following personnel and equipment were required by Sparton from the Navy to conduct the proposed test because Sparton did not possess them: (a) one aircraft equipped with sonobuoy launchers; (b) an aircraft mounted high speed movie camera; (c) one boat and crew; (d) divers with underwater still cameras; (e) a boat deck located high speed movie camera; (f) one Q-57 (or other passive) sonobuoy, and (g) receiving equipment for the Q-57 sonobuoy (to monitor squib fire). B0074. [PPFF 45]

35. The “Patent Information” report describes a release plate which is “blown out of the top end of the sonobuoy” by pressure from the inflating stowed float located directly below the release plate. DX-25 at D25.2. [DPFF 115]

36. Figures 2A and 2B of Mr. Widenhofer’s February 26, 1971, report illustrate the deployment sequence of the inverse sonobuoy design tested on February 18, 1971. DX-28 at D28.7-8. [DPFF 124]

37. In stage one of that deployment sequence, the sonobuoy enters the water, causing a battery to activate and inflate a float. DX-28 at D28.7. Inflation of the float triggers the release plate, causing the plate to disengage from the sonobuoy and jettison the parachute. DX-28 at D28.7. [DPFF 125]

38. In stage two of that deployment sequence, the float, radio transmitter and battery rise to the water’s surface, while the remainder of the buoy, including the housing, descends while paying out the cable, which is attached to the surface level assembly, through the top of the housing. DX-28 at SPA D28.7. [DPFF 126]

39. In stages three and four of that deployment sequence, the subsurface sonobuoy components exit from the top of the housing which then falls away. DX-28 at D28.8. [DPFF 127]

40. By March 30, 1971, Sparton was informed by its Engineering department that 20 final hydrophone engineering models were ready to be delivered to Sparton’s sonobuoy group. B113-14. [PPFF 62]

41. Mr. Widenhofer submitted a “Final Report” concerning the deep DIFAR program on June 21, 1971, in which he stated:

> The Deep DIFAR program, Job 7400 is complete. The final engineering lot consisting of twenty sonobuoys has been assembled and is waiting a final determination as to how the buoys may best be utilized.

DX-39 at D39.1. [DPFF 134]

42. The Naval Air Systems Command ('NAVAIR'), as a result of the fleet recommendations, NADC theoretical studies and sea tests, granted an Engineering Change Proposal ('ECP') at about the same time to each of three SSQ-53 producers, to supply the Navy with 500 buoys deployable at 90 or 500 feet (Magnavox), 300 buoys at 90 or 1000 feet (Sanders) and 300 buoys at 90 or 1000 feet (Sparton). DX-17 at D17.4. [DPFF 152]

43. Engineering Change Proposal 0465-2 became effective on July 13, 1971 when the Navy executed Modification 4 to the '-0465 contract. DX-17 at D17.10-11 (citing effective date of Mod. 4 and ECP 0465-2 as both being July 13, 1971); DX-128, DX-129. [DPFF 163]

44. The ECP proposed to incorporate capability to operate at depths of either 1000 feet or 90 feet (dual depth capability) into the AN/SSQ-53 sonobuoy produced under the '-0465 contract. DX-130. [DPFF 164]

45. Sparton proposed adding the 1000 foot listening capability to the existing 90 foot capability of the SSQ-53 sonobuoy. DX-126 at D126.91-94, 239. [part of DPFF 165]

46. The '-0465 contract did not list any of the clauses in ASPR § 9.107-5 as being incorporated by reference in the contract. [DPFF 184]

47. In all 300 dual depth sonobuoys delivered by Sparton to the Navy under Mod. 4, Sparton substituted the single piece bendable release plate shown below (and depicted in drawing No. 900-4623) for the Depew multipiece release plate mechanism proposed in ECP 0465-2. [PX-181 at] B1052-84, 1428. [PPFF 102]

48. The Navy procured AN/SSQ-53A sonobuoys from Magnavox Government and Industrial Corporation (Magnavox) during the accounting periods for the ‘120 and ‘233 patents under each of four contracts: Nos. N00163-79-C-0166, N00163-80-C-0215, N00163-81-C-0291, and N00163-82-C-0070. DX-221. [DPFF 329]

49. Sonobuoys manufactured under Contract No. N00163-79-C-0166 may have included retainer plates of the one-hole, two-hole or three-hole designs. DX-176 at 000158. Sonobuoys manufactured under Contract Nos. N00163-80-C-0215, N00163-81-C-0291, and N00163-82-C-0070 contained retainer plates of the one hole design. DX-176 at D176.9. [DPFF 335]

50. The Navy procured AN/SSQ-53D sonobuoy from Magnavox Government and Industrial Corporation (Magnavox) during the accounting periods for the ‘120 and ‘233 patents under each of three contracts: N00163-89-C-0012, N00163-90-C-0003 and N00163-91-C-0081. DX-221. [DPFF 339]

51. The retainer plate of the Magnavox AN/SSQ-53D and AN/SSQ-53E sonobuoys is identical to the AN/SSQ-53A retainer plate with three holes (two elongated openings and central round hole). DX-176 at D176.40-41. [DPFF 341]

52. For purposes of this litigation, the Magnavox AN/SSQ-53D and AN/SSQ-53E sonobuoys procured under the cited contracts deploy in substantially the same manner as Magnavox AN/SSQ-53A sonobuoys discussed above. DX-182 at D182.44-50. [DPFF 342]

53. The retainer plate of the Magnavox AN/SSQ-57 sonobuoys is identical to the AN/SSQ-53A retainer with the three elongated openings in the plate. DX-176 at D176.38. [DPFF 344]

54. The Navy procured AN/SSQ-57 sonobuoys from Magnavox Government and Industrial Corporation (Magnavox) during the accounting periods for the '120 and '233 patents under each of two contracts: N00163-88-C-0004 and N00163-89-C-0014. DX-221. [DPFF 345]

55. For purposes of this litigation, the Magnavox AN/SSQ-57 sonobuoys procured under the cited contracts deploy in substantially the same manner as Magnavox AN/SSQ-53A sonobuoys discussed above. [DPFF 346]

56. The retainer plate of the Magnavox AN/SSQ-62A and AN/SSQ-62B sonobuoys are shown below.



DX-181; DX-178 at D178.49-50. The retainer plate of the Magnavox AN/SSQ-62C sonobuoys is configured as shown below. PX 251 (Lewis Exhibit 8); DX-178 at D178.49-50.



[DPFF 348]

57. For purposes of this litigation, the Magnavox AN/SSQ-62 sonobuoys procured under the cited contracts deploy in substantially the same manner as Magnavox AN/SSQ-53A sonobuoys discussed above. DX-176. [DPFF 350]

58. The retainer plate of the Magnavox AN/SSQ-77A sonobuoys is identical to the retainer plate of those AN/SSQ-53A sonobuoys having a retainer plate with a single opening. DX-176. [DPFF 352]

59. For purposes of this litigation, the Magnavox AN/SSQ-77 sonobuoys procured under the contracts cited in the preceding paragraph deploy in substantially the same manner as Magnavox AN/SSQ-53A sonobuoys discussed above. DX-176. [DPFF 354]

60. The Navy, during the accounting periods for the ‘120 and ‘233 patents, procured AN/SSQ-77 sonobuoys from Sippican Corporation (Sippican) under contracts Nos. N00019-81-C-0372, N00019-85-C-0121 and N00019-86-C-0202. DX-221. [DPFF 358]

61. The Navy, during the accounting periods for the ‘120 and ‘233 patents, procured sonobuoys from Rockwell Corporation (Rockwell) under each of two contracts: Nos. N00019-82-C-0115 and N00019-83-C-0068. DX-221. [DPFF 362]

62. The Navy procured AN/SSQ-62 and AN/SSQ-62B sonobuoys during the relevant period from Raytheon Corporation (Raytheon) pursuant to three contracts: Nos. N00019-77-C-0224, N00019-79-C-0220, and N00019-81-C-0346. DX-221. [DPFF 364]

63. The Navy, during the accounting periods for the ‘120 and ‘233 patents, procured AN/SSQ-53B sonobuoys from Hermes Corp. (Hermes) under Contract No. N00019-76-C-0507. DX-221. [DPFF 366]

## II. JOINT LIST OF WITNESSES

In accordance with the court's Pretrial Order, Docket No. 290, ¶ 2.c.ii.(2) (June 30, 2007) counsel for plaintiff, Sparton Corporation, and for defendant, the United States, submit the following listing of all witnesses to which neither party objects:

### A. Plaintiff's Witnesses

1. **Gerry Martin**
5612 Johnson Lake Road
DeLeon Springs, Florida 32130

Gerry Martin is a government contract expert employed by the Sparton Corporation. He will testify in regard to the issues of validity (commercial success), license and damages. He will testify about two charts he prepared summarizing the contracts, their monetary values, and delivery dates under which the infringing sonobuoys were procured. He will also testify about the manner by which the Navy has procured (a) production and developmental sonobuoys in the 1980-1994 time period, (b) patent license rights to inventions in the sonobuoy art and (c) his previously submitted Declarations. He will testify in regard to documents 57-110, 208, 209, 235-238, 246 and 287.

Testimony time will be 4 hours.

2. **Charles Boyle**
104 McConnel
Jackson, Michigan 49201.

Charles Boyle, an independent technical expert, was formerly employed as a Chief Engineer by the Sparton Corporation, but is now retired. He will testify in regard to the issues of validity, infringement and damages. He will testify, inter alia, about (a) the patents in suit, as well as, the sonobuoys offered, tested and sold by Sparton to the Navy in the period 1965 to the present, (b) the conception and reduction to practice of the Sparton patented inventions, (c) claim charts comparing the patented inventions with the accused devices and disclosures of the two patents in suit, (d) the copying of Sparton's patented inventions by Sparton's competitors, (e) the interchangeability between (i) components contained in the infringing sonobuoys and (ii) components contained in Sparton' s and its infringing competitors' sonobuoys, (f) Sparton sonobuoys tested before, and proposed and tested under Mod. 4, to the '0465 contract, (g) other allegedly noninfringing sonobuoys made by Sparton's competitors in the period 1960-1998, (h) the file histories of the patents in suit, as well as, the prior art cited therein and the prior art cited by defendant in this litigation, and (i) the nature of the patented inventions and, in particular, the significant advance Sparton's patented inventions made to the sonobuoy art. He will testify in regard to documents 2-56, 120-127, 136-162, 175, 177, 179-201, 208-211, 212-234, 237, 265-268, 249-262 and 287-293.

Testimony time will be 8 hours.

3. **Henry Melvin**
5612 Johnson Lake Road
DeLeon Springs, Florida 32130.

Henry Melvin is a government contract expert employed by the Sparton Corporation. He will testify about the profit made and requested by Sparton under Navy contracts for the procurement of sonobuoys covered by the patents in suit. He will also testify about Sparton's monetary loss under Mods 4, 9 and 11 of the '0465 contract. He will testify in regard to documents 107, 209, 236-238 and 287.

Testimony time will be 2 hours.

4. **Donald Martin**
Washington, D. C.

Donald Martin is Sparton's damages expert located in Washington, D. C. He will testify in regard to the issue of damages, the royalty base and rate (lost profits or reasonable royalty) and the delay compensation that should be awarded in this case. He will testify in regard to document 248 and any document or testimony offered in evidence in this case.

Testimony time will be 6 hours.

5. **Douglas Johnson**
c/o Sparton Corporation
Jackson, Michigan

Douglas Johnson is Sparton's Chief Operating Officer and will testify in regard to the commercial success of Sparton's patented inventions in suit, the capacity of Sparton to manufacture the patented inventions in support of a lost profits analysis. He will testify in regard to documents 236, 237 247, 287-294 and any document or testimony offered in evidence in this case.

Testimony time will be 4 hours.

**B. Defendant's Witnesses**

1. **Charles F. Boyle**
104 McConnell Drive
Jackson Michigan 49201

Mr. Boyle may be questioned on direct examination relating to his factual knowledge of events that transpired in the 1969 through 1974 time frame relating to the design, testing and the manufacture of Sparton's dual depth sonobuoy under ECP 0465-2, Sparton's Deep Depth sonobuoy, the Beartrap project, Sparton's DICASS XN-2 and XN-4 sonobuoys. Mr. Boyle may also be asked to authenticate Sparton documents listed in Defendant's preliminary and final exhibit lists.

Anticipated length of direct examination: 6 hours.

## II. JOINT LIST OF EXHIBITS

In accordance with the court's Pretrial Order, Docket No. 290, ¶ 2.c.ii.(2)(c) (June 30, 2007) counsel for plaintiff, Sparton Corporation, and for defendant, the United States, submit the following listing of all exhibits to which neither party objects on the grounds of authenticity or admissibility:

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 1 | U.S. Patent No. 3,921,120 issued November 18, 1975 | | 259 |
| 2 | Prosecution History of U.S. Patent No. 3,921,120 | | 182 |
| 3 | U.S. Patent No. 4,029,233 issued June 14, 1977 | | 260 |
| 4 | Prosecution History of U.S. Patent No. 4,029,233 | | 190 |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 5 | Assignment of the '120 Patent to Sparton | | 261 |
| 6 | Assignment of the '233 Patent to Sparton | | 262 |
| 7 | INTENTIONALLY LEFT BLANK | | |
| 8 | INTENTIONALLY LEFT BLANK | | |
| 9 | INTENTIONALLY LEFT BLANK | | |
| 10 | INTENTIONALLY LEFT BLANK | | |
| 11 | Letter to Naval Air Systems Command from John H. Bodde, dated March 17, 1971 | 19 | 5, 211 |
| 12 | Engineering Change Proposal 0465-2, dated March 15, 1971 | 129 | 6,211 |
| 13 | Sparton Interdepartment Correspondence to R. Hungerford from N. Devereaux, dated September 16, 1970 (SPA 02779-02780) | 20 | 7 |
| 14 | INTENTIONALLY LEFT BLANK | | |
| 15 | Sparton Interdepartmental Correspondence to R. Hungerford from N. Devereaux, dated October 21, 1970 (SPA 02781) | 22 | 8 |
| 16 | INTENTIONALLY LEFT BLANK | | |
| 17 | Sparton Interdepartmental Correspondence to N. Devereaux from J. Widenhofer, dated December 2, 1970 (SPA 02783-02786) | 24 | 10 |
| 18 | INTENTIONALLY LEFT BLANK | | |
| 19 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer, dated December 20, 1970 (SPA 02783-86) | 26 | 11 |
| 20 | INTENTIONALLY LEFT BLANK | | |
| 21 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer, dated February 26, 1971 (SPA 02792-02799) | 28 | 13 |
| 22 | Sparton Interdepartmental Correspondence to R. Hungerford from N. Devereaux, dated March 6, 1971 (SPA 02813-14) | 29 | 16 |
| 23 | Sparton Interdepartmental Correspondence to N. Devereaux from J.Widenhofer, March 8, 1971 (SPA 02800-802) | 30 | 14 |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 24 | Sparton Interdepartmental Correspondence to N. Devereaux from J. Widenhofer, dated March 8, 1971 (SPA 02803-812) | 31 | 15 |
| 25 | INTENTIONALLY LEFT BLANK | | |
| 26 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer, dated March 23, 1971 (SPA 02815-821) | 33 | 17 |
| 27 | INTENTIONALLY LEFT BLANK | | |
| 28 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer, dated April 6, 1971 (SPA 02824-837) | 35 | 19 |
| 29 | Sparton Interdepartmental Correspondence to W. Weston from C. Huntoon, dated May 3, 1971 (SPA 02838) | 36 | 20 |
| 30 | Sparton Interdepartmental Correspondence to E. Rice from B. Passman, dated May 21, 1971 (SPA 02839) | 37 | 21 |
| 31 | Sparton Interdepartmental Correspondence to N. Devereaux from J. Widenhofer, dated June 15, 1971 (SPA 02840-842) | 38 | 22 |
| 32 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer, dated June 21, 1971 (SPA 02843-850) | 39 | 23 |
| 33 | INTENTIONALLY LEFT BLANK | | |
| 34 | Sparton Interdepartment Correspondence to E. Rice from R. T. White, dated July 20, 1971 (SPA 02851) | 41 | 24 |
| 35 | Sparton Interdepartment Correspondence to B. Passman from R. T. White, dated July 20, 1971 (SPA 02852-853) | 42 | 25 |
| 36 | Sparton Interdepartment Correspondence to R. Hungerford from J. Widenhofer, dated July 29, 1971 (SPA 02854-863) | 43 | 26 |
| 37 | Sparton Interdepartment Correspondence to E. Schinck from N. Devereaux, dated August 3, 1971 (SPA 02864) | 44 | 27 |
| 38 | Sparton Interdepartment Correspondence to R. Hungerford from N. Devereaux, dated August 9, 1971 (SPA 02865) | 45 | 28 |
| 39 | Handwritten notes entitled "D2 Difar - Release Plate Actuation Pressure," initialed JWW, dated August 12, 1971 and August 13, 1971 | 46 | |
| 40 | INTENTIONALLY LEFT BLANK | | |
| 41 | INTENTIONALLY LEFT BLANK | | |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 42 | Sparton Interdepartment Correspondence to N. Devereaux from R. Hungerford, dated August 31, 1971 (SPA 02867) | 49 | 30 |
| 43 | Sparton Interdepartment Correspondence to N. Devereaux from C. Huntoon and J. Widenhofer, dated September 15, 1971 (SPA 02868-880) | 50 | 31 |
| 44 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer, dated October 5, 1971 (SPA 02881-884) | 51 | 32 |
| 45 | Sparton Drawing No. 900-4709 entitled "Preliminary Layout, Dual Depth DIFAR," dated October 10, 1971 (SPA 02904-09) | 52 | 40 |
| 46 | Sparton Interdepartment Correspondence to R. Hungerford from J. Widenhofer, dated October 12, 1971 (SPA 02886) | 53 | 34 |
| 47 | INTENTIONALLY LEFT BLANK | | |
| 48 | INTENTIONALLY LEFT BLANK | | |
| 49 | Sparton Interdepartment Correspondence to F. Clark from C. Huntoon, dated October 21, 1971 (SPA 02887) | 56 | 35 |
| 50 | Sparton Interdepartment Correspondence to F. Clark from C. Huntoon, dated October 21, 1971 (SPA 02888) | 57 | 36 |
| 51 | INTENTIONALLY LEFT BLANK | | |
| 52 | Sparton Interdepartment Correspondence to E.D. Rice from R.N. Devereaux, dated November 10, 1971 (SPA 02889) | 59 | 37 |
| 53 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer, dated November 11, 1971 (SPA 02890-899) | 60 | 38 |
| 54 | Sparton Interdepartment Correspondence to A. Tarr from N. Devereaux, dated November 16, 1971 (SPA 02900-903) | 61 | 39 |
| 55 | Sparton Drawing No. 900-4623 entitled, "Plate, Release," dated November 31, 1971 (SPA 02885) | 66 | 33 |
| 56 | Sparton Interdepartment Correspondence to Barry Passman from Richard White, dated December 22, 1971 (SPA 02910-914) | 62 | 41 |
| 57 | INTENTIONALLY LEFT BLANK | | |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 58 | Sparton Interdepartment Correspondence to R. White from J. Widenhofer, dated January 19, 1972 (SPA 02916-917) | 64 | 43 |
| 59 | Sparton Interdepartment Correspondence to H. Walters from J. Widenhofer, dated January 19, 1972 (SPA 02918-919) | 65 | 44 |
| 60 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer and C. Huntoon, dated January 31, 1972 (SPA 02920-923) | 67 | 45 |
| 61 | INTENTIONALLY LEFT BLANK | | |
| 62 | Sparton Interdepartment Correspondence to A. Tarr from N. Devereaux, dated February 4, 1972 (SPA 02924) | 69 | 46 |
| 63 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer and C. Huntoon, dated February 17, 1972 (SPA 02925-951) | 70 | 47 |
| 64 | Sparton Interdepartment Correspondence to "Those Listed" from E. Rice, dated March 3, 1972 (SPA 02952) | 71 | 48 |
| 65 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer and C. Huntoon, dated March 21, 1972 (SPA 02953-959) | 72 | 49 |
| 66 | Sparton Interdepartment Correspondence to N. Devereaux from J. Widenhofer, dated April 28, 1972 (SPA 02960-987) | 73 | 50 |
| 67 | Sparton Interdepartment Correspondence to E. McCormick from N. Devereaux, dated May 11, 1972 (SPA 02988) | 74 | 51 |
| 68 | Sparton Interdepartment Correspondence to R. Hungerford from J. Widenhofer, dated May 22, 1972 (SPA 02989) | 75 | 52 |
| 69 | Sparton Interdepartment Correspondence to R. Hungerford from J. Widenhofer, dated May 22, 1972 (SPA 02990) | 76 | 53 |
| 70 | Sparton Interdepartment Correspondence to R. Hungerford from J. Widenhofer, dated June 3, 1972 (SPA 02992) | 77 | 55 |
| 71 | Sparton Interdepartment Correspondence to R. Hungerford from J. Widenhofer, dated June 7, 1972 (SPA 02991) | 78 | 54 |
| 72 | INTENTIONALLY LEFT BLANK | | |
| 73 | Sparton Interdepartment Correspondence to R. Hungerford from J. Widenhofer, dated July 12, 1972 (SPA 02993) | 80 | 56 |
| 74 | INTENTIONALLY LEFT BLANK | | |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 75 | "Evaluation Plan" for "Selectable Depth AN/SSQ-53 Sonobuoys," dated February 28, 1972 (Graff Ex. 5; 000002-17) | 123 | 120 |
| 76 | Material Inspection and Receiving Report, DD form 250, dated April 25, 1972 (Graff Ex. 4; SPA 01843-46) | 122 | 58 |
| 77 | Material Inspection and Receiving Report, DD form 250, dated June 9, 1972 (Graff Ex. 6; SPA 01847-48) | 124 | 59 |
| 78 | Material Inspection and Receiving Report, DD form 250, dated June 13, 1972 Graff Ex. 7 (SPA 01849-53) | 125 | 60 |
| 79 | Material Inspection and Receiving Report, DD form 250, dated July 12, 1972 (SPA 09614-15) | 84 | 61 |
| 80 | Letter to Office of Naval Research from John H. Bodde, dated February 11, 1981 (Def. Summ. J. Ex. 42, A000517-A000519) | 85 | |
| 81 | INTENTIONALLY LEFT BLANK | | |
| 82 | INTENTIONALLY LEFT BLANK | | |
| 83 | INTENTIONALLY LEFT BLANK | | |
| 84 | INTENTIONALLY LEFT BLANK | | |
| 85 | INTENTIONALLY LEFT BLANK | | |
| 86 | INTENTIONALLY LEFT BLANK | | |
| 87 | INTENTIONALLY LEFT BLANK | | |
| 88 | INTENTIONALLY LEFT BLANK | | |
| 89 | INTENTIONALLY LEFT BLANK | | |
| 90 | INTENTIONALLY LEFT BLANK | | |
| 91 | INTENTIONALLY LEFT BLANK | | |
| 92 | NAVAIR ASW Accoustic Systems Report, dated Aug. 12, 1986 (016497-525) | 97 | 111 |
| 93 | Sonobuoy Schedule Status Summary, dated Dec. 1992 (016475) | 98 | 112 |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 94 | Navy Memorandum to NAVAIR Program Office, PMA-264, from NAC Sonobuoy Procurement Branch, 612, re: History of Sonobuoy Contractors, Unit Prices, Quantities Awarded, As Well As Type and Method of Awards, dated Feb. 17, 1988 (016525-526) | 99 | 113 |
| 95 | History of Sonobuoys, dated about Mar. 18, 1983 (016453-457) | 100 | 114 |
| 96 | Navy Memorandum to Commanding Officer from Chief of Navy Materiel, dated Jan. 12, 1981 (023223-254) | 101 | 115 |
| 97 | Excerpts from Navy Audit Report, dated June 30, 1987 (016166-6235) | 102 | 116 |
| 98 | Selected Portions of Hazeltine DIFAR Pre-Award Conference Material, dated Oct. 9-10, 1979 (021505-576) | 103 | 117 |
| 99 | NAVAIR Sonobuoy Functional Responsibilities Chart (016187) | 104 | 118 |
| 100 | Navy Description of Hazeltine Vertical Line Array DIFAR (VLAD) History (021503-504) | 105 | 119 |
| 101 | INTENTIONALLY LEFT BLANK | | |
| 102 | INTENTIONALLY LEFT BLANK | | |
| 103 | Navy photograph of Sparton Dual Depth Sonobuoys AN/SSQ-53(DD) submitted under Mod. 4 to Contract N00019-69-C-0465 (000208) | 108 | 124 |
| 104 | NAVAIR Form 4330 relating to Contract No. N00019-69-C-0465 (001054-001066) | 109 | 125 |
| 105 | Audit Report, dated August 17, 1972 (001082-092) | 110 | 126 |
| 106 | Sparton Contract Pricing Proposal for AN/SSQ-53 (Dual Depth) under Mod. 4 to Contract No. N00019-69-C-0465, dated July 12, 1971 (001120) | | 127 |
| 107 | PMA-264 Strategic Plan (021043-052) | 111 | 129 |
| 108 | Navy Internal Memo to Director, Engineering Division from Acting Head Sonobuoy Staff, dated May 23, 1978 (020521-522) | | 130 |
| 109 | Navy Internal Memo to Director, Engineering Division from Acting Head Anti-Submarine Warfare Engineering Branch, dated June 9, 1978 (020523-526) | | 131 |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 110 | Navy Slide Charts on Production Sonobuoys by CDR K. Walker, dated March 31, 1993 (016463-473) | | 132 |
| 111 | Navy Internal Memo to the Distribution List from H.J. McCullom, dated March 8, 1991 (017019-028) | | 133 |
| 112 | Navy Production Sonobuoy Monthly Status Report for August 1985 from NAVAVIONICCEN (022518-526) | | 134 |
| 113 | Selected Portions of Letter Contract No. N00019-72-C-0585, dated May 25, 1972 (012248-302) | | 136 |
| 114 | Navy Procurement Review Board Minutes, dated May 22, 1972 (011571) | | 137 |
| 115 | Navy Procurement Request for AN/SSQ-53 Product Improvement Program, dated April 28, 1972 | | 138 |
| 116 | Selected Portions of Definitized Contract N00019-72-C-0585, dated March 15, 1973 (002272-278) | | 139 |
| 117 | Request for Authority to Definitize Contract N00019-72-C-0585, dated February 27, 1973 (002099-2116) | | 140 |
| 118 | Letter to William Stevenson from Fred A. Russum, dated March 5, 1973 (002118) | | 141 |
| 119 | Inter-Office Memorandum to DGRS/GDCF/P. Burge from DCRS-GDPE (Mr. Reid), regarding the N00019-72-C-0585 contract (011370) | | 142 |
| 120 | Inter-Office Memorandum to DRCS-GDPE/W. Reid from DCRS-GDP (Mr. Selby), dated July 10, 1973 regarding the N00019-72-C-0585 Contract (011374) | | 143 |
| 121 | Form 4310/2 regarding Modification P00001 to Contract No. N00019-72-C-0585, dated December 19, 1972 (001981-82) | | 144 |
| 122 | Transmittal Sheet regarding Contract No. N00019-72-C-0585, dated September 15, 1972 (001969-001974) | | 145 |
| 123 | Modification P00011 to Contract No. N00019-72-C-0585, dated August 21, 1975 (012182-012186) | | 146 |
| 124 | Modification P00010 to Contract No. N00019-72-C-0585, dated Setember 20, 1974 (012187-012196) | | 147 |
| 125 | Letter from Commander, Naval Air Systems Command to Sparton Electronics, dated December 5, 1974 (012818) | | 148 |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 126 | Amendment PX0002 to Contract No. N00019-72-C-0585, dated May, 1975 (012239-242) | | 149 |
| 127 | Transmittal Sheet, dated September 15, 1972 (012975-980) | | 150 |
| 128 | Navy Memorandum for Authority to Contract, dated March 26, 1979 (024312-338) | | 152 |
| 129 | Memorandum from E.C. Waller to Assistant Secretary of the Navy, dated April 4, 1973 (013595-596) | | 153 |
| 130 | Memorandum from Chief of Navy Material to Anti-Submarine Warfare Systems Project Office, dated April 19, 1973 (002127) | | 154 |
| 131 | DD Form 254, Contract No. N00019-72-C-0585 (012172-175) | | 158 |
| 132 | Memorandum from NAVAIR to Sparton, dated December 14, 1971 (004881) | | 159 |
| 133 | INTENTIONALLY LEFT BLANK | | |
| 134 | Sparton Internal Memorandum from B. Passman to R. Hungerford, dated Nov. 11, 1970 (SPA 37709-37710) | | 162 |
| 135 | Defense Supply Agency Inter-Office Memo, dated July 18, 1973 (002130-002132) | | 163 |
| 136 | Rockwell Business Plan Revision, dated June 6, 1980 (Pickrell Ex. 13) | | 164 |
| 137 | Selected portions of Hazeltine DIFAR Pre-Award notes and presentations, dated October 9-10, 1979 (Kuhn Ex. 5) | 201 | 166 |
| 138 | Logan Deposition Exhibit 2 | | 169 |
| 139 | Logan Deposition Exhibit 4 | 194 | 170 |
| 140 | Series of Articles relating to Sonobuoy Historical Development by Russell I. Mason published in the AESS Newsletter, Sept. 1984 and October 1984; and related article by Christian L. Engleman published in the AESS Newsletter, May 1985; compiled by Sparton Corporation (SPA 42510-27) | | 172 |
| 141 | Selected portions of NAVAIR 28-SSQ-500-4, Technical Manual for Sonobuoys, Basic Introduction to Air ASW Acoustics Systems, dated 15 Apr. 1996 (015929-30, 015955-76) | 116 | 174 |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 142 | Proposal, Sonobuoy AN/SSQ-53 by Sparton Electronics (SPA 27182-27540) | 142 | 175 |
| 143 | Navy slide charts, subject: The ASW Mission (021003-09, 021016-17) | | 176 |
| 144 | DD Form 254, Contract No. N00019-72-C-0585 (012172-175) | | 178 |
| 145 | Dual Depth DIFAR Sonobuoy proposal by Sparton Electronics, dated November 30, 1970 (000018-53) | | 179 |
| 146 | Sparton Test Plan for Engineering Test of Dual Depth DIFAR Sonobuoys under Contract No. N00019-72-C-0585 (SPA 30542-45) | | 180 |
| 147 | Operation Instruction Manual for Sonobuoy AN/SSQ-53 (DD) Dual Depth Sonobuoy by Sparton, dated July 1, 1972 (000054-86) | | 181 |
| 148 | U.S. Patent No. 3,093,808 to Tatnall, | 225 | 183 |
| 149 | U.S. Patent No. 3,140,886 to Cotilla | 227 | 184 |
| 150 | U.S. Patent No. 3,220,028 to Maes | | 185 |
| 151 | U.S. Patent No. 3,309,649 to Ballard | | 186 |
| 152 | U.S. Patent No. 3,646,505 to Kirby | | 187 |
| 153 | U.S. Patent No. 2,778,332 to Talbot | | 188 |
| 154 | U.S. Patent No. 3,701,175 to Widenhofer | | 189 |
| 155 | U.S. Patent No. 3,220,600 to Wojciechowski | 228 | 191 |
| 156 | U.S. Patent No. 3,048,297 to Elliott | | 192 |
| 157 | U.S. Patent No. 3,257,026 to Taylor | | 193 |
| 158 | U.S. Patent No. 3,074,671 to Dinolfo | 226 | 194 |
| 159 | U.S. Patent No. 456,494 to Mahoney | | 195 |
| 160 | U.S. Patent No. 2,673,660 to Nordin | | 196 |
| 161 | U.S. Patent No. 2,4929,149 to Wittenberg | | 197 |
| 162 | U.S. Patent No. 2,192,450 to Miller | | 198 |
| 163 | U.S. Patent No. 2,403,806 to Langdon | | 199 |

| JX- | Description | DX- | PX- |
|---|---|---|---|
| 164 | U.S. Patent No. 3,253,765 to Train | | 200 |
| 165 | U.S. Patent No. 2,766,904 to Philip | | 201 |

Respectfully submitted,


*s/Steven Kreiss**

STEVEN KREISS
Attorney at Law
1120 Connecticut Avenue, N.W.
Washington, D. C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711

Attorney for Plaintiff, Sparton Corp

**By permission, facsimile signature on file*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

*s/ Gary L. Hausken*

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

Attorneys for Defendant, United States


February 4, 2008