IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 92-580 |
| v. | ) | |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S CROSS-DESIGNATION OF SUBSTANTIVE TESTIMONY TO BE PRESENTED BY DEPOSITION TRANSCRIPT**

Pursuant to Appendix A, paragraphs 13(c)(1) and 15(b), RCFC, and paragraph 2.c.*ii*.1 of this court's Pretrial Order, Docket No. 290 (June 20, 2007), defendant, the United States, offers the following cross-designations to the designations of testimony recorded in accordance with RCFC 32 offered in "Sparton Corporation's Motion in Limine [sic]," Docket No. 297 (Jan. 22, 2008).

**1. William Graff**

Defendant cross-designates the following pages from the deposition on November 2, 1993: 8, 14-19, 29-35, 39-40, 47, 55-57, 72-75, 94-96, 98-100, 102-103, 106, 111-112, 114, 126-130, 135-137, 142-143, 147-148.

**2. Joseph Abella**

Defendant cross-designates the following pages from the deposition on August 18, 1998: 4, 8-9, 11-12, 91-93, 109-110, 115, 119-121, 125.

**3. George Lewis**

Defendant cross-designates the following pages from the deposition on August 20, 1998: 4-5.

**4. Chuck Logar**

Defendant cross-designates the following pages from the deposition on August 19, 1998: 7-10, 73, 116-122, 152.

**5. Albert Stewart Logan**

Defendant cross-designates the following pages from the deposition on March 10-11, 1998: 7, 35, 135, 197-203.

**6. Karl G. Kuhn**

Defendant cross-designates the following pages from the deposition on July 10, 1998: 5-6, 8, 12-14, 48, 52-55.

**7. Carl H. Carrera, Jr.**

Defendant cross-designates the following pages from the deposition on June 12, 1998: 6-8, 21, 79-80, 82-83.

**8. Don H. Pickrell, Jr.**

Defendant cross-designates the following pages from the deposition on July 23, 1998: 17-18, 98, 101-103, 105-106.

**9. Charles Ouellette**

Defendant cross-designates the following pages from the deposition on December 9-10, 1997: 3-4, 38-39, 47, 64, 103-106, 111-115.

**10. Michael J. Balboni**

Defendant cross-designates the following pages from the deposition on December 18, 1997: 11, 13-14, 16-22, 25-26, 60-63, 73-75, 175-179, 183-187.

**11. Alan T. Hudson**

Defendant cross-designates the following pages from the deposition taken on February 18, 1998: 16, 19, 28, 31, 33, 38, 60, 62, 64-65, 79, 81, 122-129, 133, 145, 148, 152, 157, 160, 167

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

*s/ Gary L. Hausken*
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

Attorneys for Defendant, United States

February 4, 2008