IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SPARTON CORPORATION, )
)
Plaintiff, )
)
v. ) No. 92-580C
) Chief Judge Edward Damich
THE UNITED STATES, )
)
Defendant. )

**SPARTON CORPORATION'S MOTION TO FILE ITS LIST OF EXHIBITS**

Sparton Corporation ("Sparton"), in compliance with the Court's June 20, 2007 Order, paragraph 2ci(4), (Doc. 290), moves for leave to file its list of exhibits and witnesses provided below.

**LIST OF EXHIBITS**

| EXHIBIT | DESCRIPTION | PAGE(S) |
|---|---|---|
| Exhibit 1 | Intentionally Deleted | |
| Exhibit 2 | Selected portions of Contract N00019-69-C-0465 dated March 5, 1965 (B0031, A000026-29) | **P2.1-.4** |
| Exhibit 3 | Selected portions of Sparton's Response to Navy solicitation N00019-69-R-0075 dated January 3, 1968, incorporated within Contract N00019-69-C-0465 (B0035, A000034-49) | **P3.1-.16** |
| Exhibit 4 | Mod. P00004 to Contract No. N00019-69- C-0465 dated July 13, 1971 (B0051, A000022-25) | **P4.1-.4** |
| Exhibits 5-8 | JX exhibits | |
| Exhibit 9 | Sparton Internal Memo to A. Knoll From N. Devereaux dated October 19, 1970 (B0073, SPA 02782) | **P9.1** |

Exhibits 10-11 JX exhibits

Exhibit 12 Sparton Internal Memo to C. Bush from D. DePew dated January 22, 1971 (B0082, SPA 02791) **P12.1**

Exhibits 13-17 JX exhibits

Exhibit 18 Progress Report for Job No. 7400-1003 dated March 30, 1971 (B0113, SPA 02822-823) **P18.1-.2**

Exhibits 19-28 JX exhibits

Exhibit 29 Sparton Internal Memo to R. Hungerford from J. Widenhofer dated August 18, 1970 (B0157, SPA 02866) **P29.1**

Exhibits 30-41 JX exhibits

Exhibit 42 Sparton Internal Memo to R. N. Devereaux from C. Huntoon dated January 18, 1972 (B0206, SP 02915) **P42.1**

Exhibits 43-56 JX exhibits

Exhibit 57 Declaration of Gerry Martin (B0285) **P57.1-.3**

Exhibits 58-61 JX exhibits

Exhibit 62 Gerry Martin competitor contract Summary report (B0301) **P62.1-.4**

Exhibit 63 Continuation Sheet for Supplies/Service and Prices for Contract N00163-79-C-0166 (B0305) **P63.1**

Exhibit 64 Continuation Sheet for Supplies/Service and Prices for Contract N00163-80-C-0215 (B0306) **P64.1**

Exhibit 65 Continuation Sheet for Supplies/Service and Prices for Contract N00163-81-C-0291 (B0307) **P65.1**

Exhibit 66 Continuation Sheet for Supplies/Service and Prices for **P66.1**

| | | |
|---|---|---|
| | Contract N00163-82-C 0070 (B0308) | |
| Exhibit 67 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-82-C 0115 (B0309) | **P67.1** |
| Exhibit 68 | Continuation Sheet for Supplies/Service and prices for Contract N00163-83-C-0068 (B0310) | **P68.1** |
| Exhibit 69 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-83-C 0066 (B0311) | **P69.1** |
| Exhibit 70 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-84-C 0003 (B0312) | **P70.1** |
| Exhibit 71 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-86-C-0008 (B0313) | **P71.1** |
| Exhibit 72 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-87-C-0155 (B0314) | **P72.1** |
| Exhibit 73 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-88-C-0003 (B0315) | **P73.1** |
| Exhibit 74 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-89-C-0013 (B0316) | **P74.1** |
| Exhibit 75 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-89-C-0012 (B0317) | **P75.1** |
| Exhibit 76 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-90-C- | **P76.1** |

| | | |
|---|---|---|
| | 0033 (B0318) | |
| Exhibit 77 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-90-C-0001 (B0319) | **P77.1** |
| Exhibit 78 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-91-C-0081 (B0320) | **P78.1** |
| Exhibit 79 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-91-C-0080 (B0321) | **P79.1** |
| Exhibit 80 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-88-C-0004 (B0322) | **P80.1** |
| Exhibit 81 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-88-C-0014 (B0323) | **P81.1** |
| Exhibit 82 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-81-C-0370 (B0324) | **P82.1** |
| Exhibit 83 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-81-C-0372 (B0325) | **P83.1** |
| Exhibit 84 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-81-C-0392 (B0326) | **P84.1** |
| Exhibit 85 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-82-C-0175 (B0327) | **P85.1** |
| Exhibit 86 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-83-C- | **P86.1** |

| | | |
|---|---|---|
| | 0080 (B0328) | |
| Exhibit 87 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-83-C-0008 (B0329) | **P87.1** |
| Exhibit 88 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-85-C-0007 (B0330) | **P88.1** |
| Exhibit 89 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-85-C-0121 (B0331) | **P89.1** |
| Exhibit 90 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-86-C-0010 (B0332) | **P90.1** |
| Exhibit 91 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-86-C-0202 (B0333) | **P91.1** |
| Exhibit 92 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-87-C-0006 (B0334) | **P92.1** |
| Exhibit 93 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-87-C-0007 (B0335) | **P93.1** |
| Exhibit 94 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-88-C-0009 (B0336) | **P94.1** |
| Exhibit 95 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-80-C-0016 (B0337) | **P95.1** |
| Exhibit 96 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-90-C- | **P96.1** |

| | | |
|---|---|---|
| | 0139 (B0338) | |
| Exhibit 97 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-92-C-0078 (B0339) | **P97.1** |
| Exhibit 98 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-93-C-0087 (B0340) | **P98.1** |
| Exhibit 99 | Continuation Sheet for Supplies/Service and Prices for Contract N00019-79-C-0220 (B0341) | **P99.1-.7** |
| Exhibit 100 | Continuation Sheet for Supplies/Service and Prices for Contract N00019-79-C-0593 (B0348) | **P100.1** |
| Exhibit 101 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-82-C-0230 (B0349) | **P101.1** |
| Exhibit 102 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-83-C-0082 (B0350) | **P102.1** |
| Exhibit 103 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-84-C-0006 (B0351) | **P103.1** |
| Exhibit 104 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-85-C-0005 (B0352) | **P104.1** |
| Exhibit 105 | Continuation Sheet for Supplies/Service and Prices for Contract N00163-83-C-0007 (B0353) | **P105.1** |
| Exhibit 106 | Modification P0010 to Contract N00163-90-C-0004 (B0354) | **P106.1** |

| | | |
|---|---|---|
| Exhibit 107 | Declaration of Henry Melvin | **P107.1-.4** |
| Exhibit 108 | Delete | |
| Exhibit 109 | Attachment to Melvin Declaration (Bid Package PTP, B0378) | **P109.1-.45** |
| Exhibit 110 | Attachment to Melvin Declaration Sparton Loss Under Mod. 4 to Contract N00019-69-C-0465 (B0424) | **P110.1-.3** |
| Exhibits 111-120 | Joint exhibits | |
| Exhibit 121 | Selected pages from William H. Graff Deposition dated November 2, 1993 Tr. 7, 8, 36-38, 43, 46, 67, 91-93, 95, 101, 104-105, 107-110, 122-125, 149-150) | **P121.1-.16** |
| Exhibit 122 | Amendment PX0007 to Contract (N00019-69- C-0465 dated April 19, 1972 (SPA 2355-57) | **P122.1-.3** |
| Exhibit 123 | Amendment PX0008 to Contract N00019-69- B0548 C-0465 dated June 8, 1972 (SPA 2349-51) | **P123.1-.3** |
| Exhibits 124-127 | Joint exhibits | |
| Exhibit 128 | Navy Budget Report for 1994-65 (017088-89, B0577) | **P123.1-.2** |
| Exhibits 129-134 | Joint exhibits | |
| Exhibit 135 | Selected Portions of NAVAIR Acquisition Guide, Seventh Edition (016311, 016349, 016350) | **P135.1-.3** |
| Exhibits 136-150 | Joint exhibits | |
| Exhibit 151 | Declaration of Charles Boyle | **P151.1-.2** |
| Exhibit 152-154 | Joint exhibits | |
| Exhibit 155 | Declaration of Charles Boyle | **P155.1-.19** |
| Exhibit 156 | Deleted | |

Exhibit 157 Deleted

Exhibits 158-159 Joint exhibits

Exhibit 160 Description of the Deep **P160.1-.7**
DIFAR Sonobuoy B0816

Exhibit 161 Deleted

Exhibit 162-164 Joint exhibits

Exhibit 165 Selected portions of **P165.1-.9**
Deposition transcript of
Don Pickrell, Jr. (Tr. Cover, 54-57, 94-97)

Exhibit 166 Joint exhibit

Exhibit 167 Selected portions of **P167.1-.5**
Deposition transcript of
Karl Kuhn (Tr. Cover, 64-67)

Exhibit 168 Selected portions of **P168.1-.44**
Deposition transcript of Stuart Logan
(Tr. Cover, Table pgs. 1-3, 1-3, 9-24,
37-40, 49-60, 65-68)

Exhibits 169-170 Joint exhibits

Exhibit 171 Selected portions of book **P171.1-.13**
entitled “Modern Submarine Warfare”
by David Miller and John
Jordan dated 1987

Exhibit 172 Joint exhibit

Exhibit 173 Rockwell Pickrell deposition **P173.1-.8**
exhibit 9: Wheat First Securities
Investment Research dated July 7, 1986

Exhibits 174-176 Joint exhibits

Exhibit 177 Selected portions of the **P177.1-.51**
**(But delete 177.9,.11, .15, .18, .19, .21-.24, .34-37)**
deposition of Navy employee
William Graff (Tr. Cover, 17, 31-34, 41, 42,
44, 94, 96-116, 119-139)

Exhibits 178-201 Joint exhibits

| | | |
|---|---|---|
| Exhibit 202 | Selected portions of deposition transcript of Raytheon employee Ouellette (Tr. Cover, 5-6, 12-14, 15-18, 26-32, 107-109) | **P202.1-.19** |
| Exhibit 204 **(But delete 204.35-.38)** | Selected portions of deposition transcript of former Rockwell employee Pickrell (Tr. Cover, 10-16, 28-58, 69) | **P204.1-.41** |
| Exhibit 205 | Selected portions of Rockwell's Pickrell deposition exhibit 4 | **P205.1-.21** |
| Exhibit 206 | Selected portions of Rockwell's Pickrell deposition exhibit 8 | **P206.1-.3** |
| Exhibit 207 | Selected portions of Rockwell's Pickrell deposition exhibit 20 | **P207.1-.7** |
| Exhibit 208 | Supplemental Declaration of Gerry Martin | **P208.1-.3** |
| Exhibit 209 | Supplemental Declaration of Henry Melvin | **P209.1-.5** |
| Exhibit 210 | Declaration of Charles Boyle | **P209.1-.24** |
| Exhibit 211 | Joint exhibit | |
| Exhibit 214 | Infringement Chart For Magnavox AN/SSQ 53A Sonobuoys Under U.S. Patent No. 4,029,233 (Under Contracts 79-0166; 80-0215; 81-0291; and 82-0070). | **P214.1-.8** |
| Exhibit 215 | Infringement Chart For Magnavox AN/SSQ 53A Sonobuoys Under U.S. Patent No. 4,3,921,120 (Under Contracts 79-0166; 80-0215; 81-0291; and 82-0070). | **P215.1-.15** |

| | | |
|---|---|---|
| Exhibit 216 | Infringement Chart For Magnavox AN/SSQ 62A, 62B and 62C Sonobuoys Under U.S. Patent No. 4,029,233 (Under Contracts 79-0593; 81-0345; 82-0230; 83-0082; 84-0006, 85-0005; 88-0007; 90-0004; And 92-0016). | **P216.1-.8** |
| Exhibit 217 | Infringement Chart For Magnavox AN/SSQ 62A, 62B nd 62C Sonobuoys Under U.S. Patent No. 3,921,120 (Under Contracts 79-0593; 81-0345; 82-0230; 83-0082; 84-0006, 85-0005; 88-0007; 90-0004; And 92-0016). | **P217.1-.5** |
| Exhibit 218 | Infringement Chart For Magnavox AN/SSQ 77B, 53D, 53E, and 57B Sonobuoys Under U.S. Patent No. 4,029,233 (Under Contracts 89-0016; 90-0139; 92-0078; 93-0087; 89-0012; 90-0003; 91-0081; 91-0244; 88-0004 and 89-0014). | **P218.1-.6** |
| Exhibit 219 | Infringement Chart For Magnavox AN/SSQ 77B, 53D, 53E, and 57B Sonobuoys Under U.S. Patent No. 3,921,120 (Under Contracts 89-0016; 90-0139; 92-0078; 93-0087; 89-0012; 90-0003; 91-0081; 91-0244; 88-0004 And 89-0014). | **P219.1-.13** |
| Exhibit 220 | Infringement Chart For Magnavox AN/SSQ 77A Sonobuoys Under U.S. Patent No. 3,921,120 (Under Contracts 80-0457; 81-0370; 82-0175; 83-0080; 84-0008; 85-0007; 86-0010; 87-0006 And 88-0009). | **P220.1-.13** |
| Exhibit 221 | Infringement Chart For Magnavox AN/SSQ 77A Sonobuoys Under U.S. Patent No. 4,029,233 (Under Contracts 80-0457; 81-0370; 82-0175; 83-0080; 84-0008; 85-0007; 86-0010; 87-0006 And 88-0009). | **P221.1-.6** |
| Exhibit 222 | Infringement Chart For Raytheon AN/SSQ 62 And 62B Under U.S. Patent No. 4,029,233 (Under Contracts 77-0224; 79-0220; And 81-0346). | **P222.1-.3** |
| Exhibit 223 | Infringement Chart For Rockwell AN/SSQ 53B Sonobuoys Under U.S. Patent No. 3,921,120 (Under Contracts 81-0115 And 83-0068). | **P223.1-.5** |

| | | |
|---|---|---|
| Exhibit 224 | Infringement Chart For Rockwell AN/SSQ 53B Sonobuoys Under U.S. Patent 4,029,233 (Under Contracts 81-0115 And 83-0068). | **P224.1-.5** |
| Exhibit 225 | Infringement Chart For Sippican AN/SSQ 36 Sonobuoys Under U.S. Patent No. 4,029,233 (Under Contract 80-0134). | **P225.1-.4** |
| Exhibit 226 | Infringement Chart For Sippican AN/SSQ 36 Sonobuoys Under U.S. Patent No. 3,921,120 (Under Contract 80-0134). | **P226.1-.13** |
| Exhibit 227 | Infringement Chart For Sippican AN/SSQ 77A Sonobuoys Under U.S. Patent 4,029,233 (Under Contracts 81-0372 (Novation From Hazeltine); 84-0117; 85-0121; 86-0202; And 87-0007 (Novation To Hermes). | **P227.1-.4** |
| Exhibit 228 | Infringement Chart For Sippican AN/SSQ 77A Sonobuoys Under U.S. Patent 3,921,120 (Under Contracts 81-0372 (Novation From Hazeltine); 84-0117; 85-0121; 86-0202; And 87-0007 (Novation To Hermes). | **P228.1-.12** |
| Exhibit 229 | Infringement Chart For Hazeltine AN/SSQ 53B And VLAD Sonobuoys Under U.S. Patent No. 4,029,233 (Under Contracts 79-0591; 81-0391 And 81-0392). | **P229.1-.4** |
| Exhibit 230 | Infringement Chart For Hazeltine AN/SSQ 53B And VLAD (SSQ 77/77A) Sonobuoys Under U.S. Patent No. 3,921,120 (Under Contracts 79-0591; 81-0391; And 81-0392). | **P230.1-.13** |
| Exhibit 231 | Infringement Chart For Hermes AN/SSQ 53B, 53D, 53E And 77B Sonobuoys Under U.S. Patent No. 3,921,120 (Under Contracts 86-0008; 87-0155; 88-0003; 89-0013; 90-0001 And 91-0080). | **P231.1-.12** |
| Exhibit 232 | Infringement Charts For Hermes AN/SSQ 53B, 53D, 53E And 77B Sonobuoys Under U.S. Patent 4,029,233 (Under | **P232.1-.4** |

| | | |
|---|---|---|
| | Contracts 86-0008; 87-0155; 88-0003; 89-0013; 90-0001; 91-0243; And 91-0080. | |
| Exhibit 233 | Infringement Chart For Hermes AN/SSQ 53B Sonobuoys Under U.S. Patent No. 4,029,233 (Under Contracts 76-0507; 83-0066; And 84-0003). | **P233.1-.3** |
| Exhibit 234 | Infringement Chart For Hermes AN/SSQ 53B Sonobuoys Under U.S. Patent No. 3,921,120 (Under Contracts 76-0507; 83-0066; And 84-0003). | **P234.1-.13** |
| Exhibit 235 | Two accounting base charts identifying the applicable patent in suit, the contractor manufacturing the accused sonobuoy, the designation of the accused sonobuoy, the contracts under which the infringing sonobuoys were procured by the Navy, the contract value for each contract and the delivery period for the accused sonobuoys procured under said contract. | **P235.1-.9** |
| Exhibit 236 | Deleted | |
| Exhibit 237 | A three-page analysis of fifteen Sparton contract bids showing profit requested for sonobuoys corresponding to those accused in this litigation, together with the Sparton contract business records evidencing these bids. | **P237.1-.46** |
| Exhibit 238 | Deleted | |
| Exhibit 239 | USS Indianapolis narrative history from internet website ussindianapolis.org. Bates numbers 500,000-013. | **P239.1-.14** |
| Exhibit 240 | The USS Indianapolis at Indystar.com/library/factfiles internet website. Bates numbers 500,014-016. | **P240.1-.5** |
| Exhibit 241 | Excerpts from “ASW versus Submarine Technology Battle” by Louis Gerken (1986). Bates numbers 500,019-074. | **P241.1-.56** |
| Exhibit 242 | Captain Peter A. Huchthausen U.S. Navy (Ret.) at peterhuchthausen.com internet website. Bates number 500,075. | **P242.1** |

| | | |
|---|---|---|
| Exhibit 243 | Excerpts from book entitled "October Fury" by Peter A. Huchthausen. Bates numbers 500,076-124. | **P243.1-.50** |
| Exhibit 244 | Logan deposition transcript pages 37-44, 49-52 and 149-152. | **P244.1-.16** |
| Exhibit 245 | Hudson deposition transcript pages cover, 1-87, 124-137, 146-173 and second transcript cover, 4, 7-8, 41, 42, 45-49, 59-63, 66-80, exh (1) cover, pgs. 1, 11-13, 20, 21, 27, exh (2) B1012-1051, exh (3) pgs A181-195. | **P245.1-.224** |
| Exhibit 246 | Expert report of Gerald Martin. | **P246.1-.5** |
| Exhibit 247 | Expert report of Douglas Johnson | **P247.1-.3** |
| Exhibit 248 | Expert report of Donald Martin | **P248.1-.30** |
| Exhibit 249 | Expert and rebuttal expert reports of Charles Boyle. | **P249.1-.17** |
| Exhibit 250 | Abella deposition transcript pages 1, 5-7, 10, 13-15, 18-63, 66-70, 73-90, 94-108, 114, 118, 123 and deposition exhibits 2, 3, Bates page numbers 157-159, 166-170, 172, 175-180, 184. | **P250.1-.120** |
| Exhibit 251 | Lewis deposition transcript pages 1, 11-17, 19-55, 65-74, 80-81, and deposition exhibits 1-3, 8, Bates page numbers 163-170, 175, 188. | **P251.1-.82** |
| Exhibit 252 | Logar deposition transcript pages 1, 5, 6, 11-13, 28-72, 74-76, 79-80, 82-104, 107-115, 147, 149, 153, 155, 158-160 and deposition exhibits 1-3, 6-7, 9-10. | **P252.1-.114** |
| Exhibit 253 | Deleted | |
| Exhibit 254 | Oullette deposition Transcript pages 1, 3-6, 12-32, 40-47, 64-67, 107-111 and deposition exhibits 14-16. | **P254.1-.78** |
| Exhibit 255 | Carrera deposition transcript | **P255.1-.52** |

pages 1, 7, 8, 10, 11, 19-20, 31-68, 70-73 and deposition exhibits 2, 5, 10.

Exhibit 256 Balboni deposition transcript **P256.1-.128** pages 1, 3-8, 11-15, 24, 27, 28, 76-179 and deposition exhibits 2, 2A, 3, 4, 4A, 8.

Exhibit 257 Kuhn deposition transcript **P257.1-.81** pages 1, 4, 5, 7-11, 15-47, 49-51, 53-83, 89-90, 96 and deposition exhibits 2-4.

Exhibit 258 Logan deposition transcript **P258.1-.122** pages cover, 1-3, 9-34, 37-44, 48-68, 86-100, 102-105, 116-133, 136, 138-144, 146-152, 159-162 and deposition exhibits 6, 7, 12.

Exhibits 259-260 Joint exhibits

Exhibit 261 The assignment of the **P261.1-.4** 120 patent in suit.

Exhibit 262 The assignment of the 233 **P262.1-.4** patent in suit.

Exhibit 263 Letter dated April 1, 1981 **P263.1-.126** from DOL Administrator to the Navy Department with attachments IND 10181 and Supplements thereto (Bates 23368-407, 23367, 23704-721, 23546-564, 23528-38, 23500-07, 23539-41, 23459-63, 23508-27) (Proprietary)

Exhibit 264 Navy memo dated July 2, 1986 **P264.1-.95** (Bates 23481-99, 23326-39, 23675-703, 23340-343, 23627-642, and 23313-325) (Proprietary).

Exhibit 265 October 4, 1983 Magnavox **P265.1-.3** Request For Deviation (Bates 22837-39).

Exhibit 266 Magnavox' Failed Item **P266.1-.14** Analysis Reports dated September 21-22, 1983 (Bates 22840-53).

Exhibit 267 Navy memo dated May 21, 1982 **P267.1-.2** (Bates 23255-56).

Exhibit 268 Magnavox letter to Navy **P268.1-.9** dated March 19, 1982 (Bates 23214-22).

Exhibit 269 Amendment P00004 to contract **P268.1-.8**
N00163-89-C-0012 (Bates 23054-61).

Exhibit 270 Enclosure (1) (Bates 23367). **P270.1**

Exhibit 271 Enclosure (2) (Bates 23453-58) **P271.1-.6**

Exhibit 272 AN/SSQ-77A Historical Prices **P272.1-.4**
Adjusted For Inflation (Bates 23309-312).

Exhibit 273 Navy document entitled **P273.1-.4**
Hazeltine (Bates 23084-87).

Exhibit 274 NAVWEP letter to NAVAIR dated **P274.1-.2**
October 19, 1979 (Bates 23987-88).

Exhibit 275 Navy memo dated February 16, **P275.1-.9**
1984 (Bates 23014-22).

Exhibit 276 February 2, 1984 Notes on **P276.1-.3**
F/Y' 85 Q-77A Production Contract (Bates 23023-25).

Exhibit 277 NAVAIR memo dated April 25, **P277.1-.6**
1984 (Bates 23026-31).

Exhibit 278 Sippican Statement Of VLAD **P278.1-.19**
Program Plan Development And Objectives dated October 30, 1984 (Bates 23032-50).

Exhibit 279 Hermes Request For Results Of **P279.1-.3**
Tests (Bates 22854-56).

Exhibit 280 Amendment P00007 to Contract **P280.1-.3**
N00019-76-C-0507 (Bates 22068-70).

Exhibit 281 Hermes letter to Naval **P281.1-.10**
Avionics Center dated September 24, 1985 (Bates 23066-75).

Exhibit 282 Navy Request For **P282.1-.13**
Authority To Negotiate (Bates 22290-302).

Exhibit 283 Navy memo regarding **P283.1-.11**
Production Sonobuoy Monthly Status Reports For March 1985 (Bates 22588-98).

Exhibit 284 Navy memo regarding **P284.1-.14**
Production Sonobuoy Delivery Trend Analysis dated June 4, 1985 (Bates 22684-97).

Exhibit 285 Navy document entitled FY87 **P285.1-.10**

Sonobuoy Award Totals By Contractor (Bates 22494-503).

Exhibit 286 Excerpts from Naval Aviation **P286.1-.32** Systems Team Competition Handbook (1994) (Bates 22317-322, and 22361-86).

Exhibit 287 Two page Chart Listing The **P287.1-.2** Sparton Sonobuoy Contracts for the AN/SSQ-53, AN/SSQ-62, AN/SSQ-77, and AN/SSQ-57 type sonobuoys.

Exhibit 288 Claim chart comparing both **P288.1-.28** suit patent claims to Sparton's AN/SSQ-53A sonobuoys sold to the Navy and depicted in attached drawing Nos. 8131, 7473, 8129, 9866, 7750, 8128, 7421, 8160, 8117, 8129, 7778, 4496, 6770, 7221, 7480.

Exhibit 289 Claim chart comparing both **P289.1-.29** suit patent claims to Sparton's AN/SSQ-53A sonobuoys sold to the Navy and depicted in attached drawing Nos. 2687, 7473, 2698, 3196, 3085, 2689, 2690, 9855, 3014, 2688, 2687, 7778, 6770, 4496, 2684, and 7480.

Exhibit 290 Claim charts comparing both **P290.1-.25** suit patent claims to Sparton's AN/SSQ-62, 62A and 62B sonobuoys sold to the Navy and depicted in attached drawing Nos. (for the SSQ 62) 7438, 7494, 7696, 4496, 5000, 7699, 6497, 7698, (for the SSQ-62A) 5684, 5652, 5653, 5636, 3867, 6265, 6770, 3045, 3866, 5000, (for the SSQ-62B) 6262, 6606, 6280, 6339, 3045, 5000, 6265, 6260, and 6770.

Exhibit 291 Claim chart comparing both **P291.1-.31** suit patent claims to Sparton's AN/SSQ-41B sonobuoys sold to the Navy and depicted in attached drawing Nos. 3250, 3559, 3293, 3540, 3446, 7000, 3382, 9855, 3253, 7778, 3294, 3576, 7381, 3217, 7035, 7146, and 5067.

Exhibit 292 Claim chart comparing both **P292.1-.32** suit patent claims to Sparton's AN/SSQ-57A sonobuoys sold to the Navy and depicted in attached drawing Nos. 3300, 3559, 3460, 3458, 3540, 3536, 7000, 3446, 9855, 3294, 3459, 3256, 7778, 3576, 3217, 7035, 5067, and 7146.

Exhibit 293 Claim chart comparing both **P293.1-.31** suit patent claims to Sparton's AN/SSQ-77A sonobuoys sold to the Navy and depicted in attached drawing Nos. 6450, 7778, 6647, 9337, 6451, 6435, 9561, 6437, 6461, 6121, 6471, 6464, 6468, 9181, 7146, 3217 and 7298.

Exhibit 294 Chart showing Sparton's **P294.1**

Foreign Sonobuoy Customers for the years 1980-1994 and the sonobuoy models purchased by each foreign customer.

Exhibit 295 Cover letter dated **P295.1-.15** December 15, 2006 and Defendant's Second Amended Answers To Interrogatories 1-6

Exhibit 296 Defendant's Service of **P296.1-.15** Response Charts In Accordance With The Court's Order Of May 6, 2005.

Exhibit 468 Navy memos dated February 25, **P468.1-.4** 1977, March 1977, March 30, 1977 and May 5, 1977 referencing the supply of Sparton's SSQ-53A sonobuoy to Hermes Electronics Ltd. (Bates pages 021225, 021228, 021230 and 021227).

Exhibit 469 Excerpts from Magnavox **P469.1-.5** contract N00163-87-C-0006.

Exhibit 470 Excerpts from Sippican **P470.1-.15** contract N00163-84-C-0117.

Exhibit 471 Excerpts from Magnavox **P471.1-.43** contract N00163-88-C-0007.

**LIST OF WITNESSES**

**1-9. Sparton has already identified its list of witnesses in its pretrial submissions and rebuttal submissions and incorporates that identification herein by reference thereto.**

Respectfully submitted,
Sparton Corporation, Plaintiff

Dated: Febuary 4, 2008

s/Steven Kreiss
Steven Kreiss
Attorney for Plaintiff
1120 Connecticut Avenue NW
Suite 433
Washington D.C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711