# In the United States Court of Federal Claims

No. 92-580 C

(Filed: February 19, 2008)

*****************************************
**SPARTON CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*****************************************

**ORDER**

A telephonic status conference shall be held on **February 20, 2008 at 4:00pm** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via Court electronic digital recording, unless either party requests that a reporter be present. The Court, however, strongly emphasizes its preference for Court electronic digital recording of the conference and notes that the parties may order a written transcript at their own expense using a form located on the Court of Federal Claims website.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge