# In the United States Court of Federal Claims

No. 92-580 C

(Filed: February 20, 2008)

| | |
|---|---|
| ********************************** | |
| | * |
| **SPARTON CORPORATION,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On February 20, 2008, the Court held a telephonic status conference to discuss the state of the parties' trial preparation filings and the possibility of using videoconferencing to accommodate certain witnesses at trial. Pursuant to the status conference, the Court hereby ORDERS the following:

(1) Plaintiff shall arrange, as soon as possible, for videoconferencing equipment to be available for the testimony of witness George Boyle on April 21, 2008, at 11:00am Eastern Time.

(2) Plaintiff shall arrange, as soon as possible, for videoconferencing equipment to be available for the testimony of witness Gerry Martin on April 25, 2008, at 10:00am Eastern Time.

(3) Plaintiff shall file a status report on or before **February 27, 2008**, informing the Court of the arrangements Plaintiff has made for videoconferencing.

(4) To clarify the Trial Preparation Order of June 20, 2007, and the Revised Trial Preparation Order of January 28, 2008: The parties shall bring one additional set of exhibits for the Court on the first day of trial, on April 21, 2008. No other sets of exhibits will be needed by the Court.

(5) Defendant shall file an amended response to Plaintiff's objection to Defendant's exhibit #112, on or before **February 22, 2008**.

(6) The parties are granted leave to file amended exhibit lists with duplicate exhibits removed, on or before **February 25, 2008**. Defendant's amended exhibit list shall include the additional exhibit (and two copies thereof) discussed during the status conference.

(7) Plaintiff is granted leave to file an objection to the newly added exhibit of Defendant's amended exhibit list, but shall do so on or before **February 26, 2008**.

(8) Plaintiff shall file an amended version of its Proposed Findings of Fact, on or before **February 27, 2008**, in which references to exhibits by Bates number are replaced by references to Plaintiff's exhibit numbers and joint exhibit numbers, as appropriate.

(9) Defendant shall file its motion in limine, discussed during the status conference, on or before **February 27, 2008**. The motion in limine shall describe Defendant's justification for filing the motion in limine after the deadline for motions in limine has expired. In its response, if Plaintiff objects to Defendant's motion in limine as being untimely, such objection shall be treated as a motion to strike Defendant's motion in limine. However, whether or not Plaintiff objects to Defendant's motion in limine as being untimely, Plaintiff shall provide a substantive response to the motion.

If the parties have any questions regarding these or other trial preparation activities, they are directed to call chambers as soon as possible, as the trial is approaching quickly.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge