**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 92-580C

Chief Judge Edward J. Damich

SPARTON CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S FIRST AMENDED FINAL EXHIBIT LIST

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

Attorneys for Defendant, United States

February 25, 2008

**DEFENDANT'S FIRST AMENDED FINAL EXHIBIT LIST**

Defendant, the United States, by and through its counsel of record, submits the following amended list of exhibits. Defendant's First Amended Final Exhibit List withdraws exhibits DX 3, 4, 25, 32, 40, 54, 58, 68, 79, 81, 112, 117-119, 133, 135, 137-139, 143, 148, 154, 155, 170 and 172. These exhibits have either been made joint exhibits (DX 137, 138, 143, 154 and 155) or duplicated other exhibits (DX 3, 4, 25, 32, 40, 54, 58, 68, 79, 81, 112, 117-119, 133, 139, 148, 170 and 172). *See* Pretrial Order, Docket No. 290, ¶¶ 2.c.*ii*.(5); 3.a.*i*.

The withdrawal of these exhibits also renders moot plaintiff's objections to DX 25, 32, 40, 54, 58, 68, 79, 81, 112, 117-119, 135, 137-139, 143, 148, 154, and 155 in Sparton Corporation's Objections to the Defendant's Proposed Witnesses and Exhibits, Docket No. 296 (Jan. 22, 2008).

The First Amended Exhibit List also adds exhibit DX 242. This exhibit was inadvertently omitted from Defendant's Final Exhibit List. The exhibit is an excerpt of a contract proposal prepared by Sparton Corporation and produced to the government by Sparton during discovery.

| DX- | Description |
|---|---|
| | **A. DOCUMENTS** |
| 1 | Selected portions of Contract N00019-69-C-0465, effective March 5 1969, with modifications P00004, P00009, P00011 [Def. Summ. J. Ex. 3, A000014 - A000095; Pl. Summ. J. Exs. 3 & 4, B0035 - B0050 & B0051 - B0054, respectively]<br><br>DPFF: 179, 180-184, 269, 272 |

| DX- | Description |
|---|---|
| 2 | Letter to Kenneth Dobyns from Albert Waynick, dated March 15, 1982, with attachments [Def. Summ. J. Ex. 13, A000221 - A000234]<br><br>DPFF: 122 |
| 3 | Deleted as duplicating D95.84 - .89<br><br>DPFF: 328, 329 |
| 4 | Deleted as duplicating D95.90 - .95<br><br>DPFF: 205 |
| 5 | "Proposal and Reference Data for Definitization of Modification P0004, Contract N00019-69-C-0465," dated October 18, 1971 [Def. Summ. J. Ex. 33, A000379 - A000423]<br><br>DPFF: 264-267 |
| 6 | Letter to Naval Air Systems Command from Donald H. Stahlhut, dated October 22, 1971 [Def. Summ. J. Ex. 32, A000378]<br><br>DPFF: 81, 263 |
| 7 | Letter to Naval Air Systems Command from Donald H. Stahlhut, dated February 3, 1972 [Def. Summ. J. Ex. 34, A000424]<br><br>DPFF: 268 |
| 8 | Letter to Naval Air Systems Command from Fred A. Russum, dated June 21, 1972, with attachments [Def. Summ. J. Ex. 35, A000425 - A000438]<br><br>DPFF: 270 |
| 9 | Navy clearance memorandum entitled "Definitization of Change Orders P00004 and P00009," dated November 16, 1972 [Def. Summ. J. Ex. 36, A000439 - A000444]<br><br>DPFF: 271 |
| 10 | Withdrawn |
| 11 | Withdrawn |
| 12 | Withdrawn |
| 13 | Withdrawn |

| DX- | Description |
|---|---|
| 14 | Letter from John H. Bodde, Sparton Corporation to Dept. of the Navy, Attn: AIR 21533, dated February 11, 1971, subject: Request for retention for Classified Data for Contract #N00019-70-C-0133 (SPA 42084) |
| 15 | Letter from Charles A. Nelson, Defense Supply Agency to John H. Bodde, Sparton Corp., dated Jan. 28, 1971 (SPA 42085) |
| 16 | Deleted as unnecessary. |
| 17 | Brief of Appellant Sparton Corporation, dated February 10, 2004, pages 3-17 |
| | DPFF: 27, 28, 31, 75, 78, 79, 82, 83, 107, 108, 110, 112, 137, 145, 146, 153, 164, 237, 241-246 |
| 18 | Deleted as unnecessary. |
| 19 | Now JX 11 |
| | DPFF: 156 |
| 20 | Now JX 13 |
| | DPFF: 109, 307, 315 |
| 21 | Sparton Interdepartmental Correspondence to A. Knoll from N. Devereaux, dated October 19, 1970 (SPA 02782) |
| 22 | Now JX 15 |
| 23 | "Progress Report, September 1970" by N. Devereaux (Def. Summ. J. Ex. 8, A000198 - A000200, SPA 10276 - SPA 10278) |
| | DPFF: 111 |
| 24 | Now JX 17 |
| | DPFF: 113, 114, 315 |
| 25 | Deleted as duplicating D89.5 - .8 |
| | DPFF: 115, 116, 118, 308, 315 |
| 26 | Now JX 19 |
| | DPFF: 119, 120 |
| 27 | Sparton Interdepartmental Correspondence to C. Bush from D. DePew, dated January 22, 1971 (SPA 02791) |

| DX- | Description |
|---|---|
| 28 | Now JX 21 |
| | DPFF: 121, 123-130, 252, 315 |
| 29 | Now JX 22 |
| 30 | Now JX 23 |
| 31 | Now JX 24 |
| 32 | Deleted as duplicating DX-2 |
| 33 | Now JX 26 |
| | DPFF: 131, 132 |
| 34 | Progress Report for Job 7400-1003, dated March 30, 1971 (SPA 02822 - SPA 02823) |
| 35 | Now JX 28 |
| | DPFF: 133 |
| 36 | Now JX 29 |
| 37 | Now JX 30 |
| 38 | Now JX 31 |
| | DPFF: 149, 195 |
| 39 | Now JX 32 |
| | DPFF: 134-136 |
| 40 | Deleted as duplicating DX95.112 -.113 |
| | DPFF: 196 |
| 41 | Now JX 34 |
| 42 | Now JX 35 |
| | DPFF: 201 |
| 43 | Now JX 36 |
| 44 | Now JX 37 |
| 45 | Now JX 38 |

| DX- | Description |
|---|---|
| 46 | Now JX 39<br><br>DPFF: 202 |
| 47 | Sparton Interdepartmental Correspondence to R. Hungerford to J. Widenhofer, dated August 18, 1971 (SPA 02866) |
| 48 | Withdrawn |
| 49 | Now JX 42 |
| 50 | Now JX 43<br><br>DPFF: 203, 204 |
| 51 | Now JX 44 |
| 52 | Now JX 45<br><br>DPFF: 206-208, 257 |
| 53 | Now JX 46 |
| 54 | Deleted as duplicating D95.90 - .95 |
| 55 | Deleted as duplicating DX-5 |
| 56 | Now JX 49 |
| 57 | Now JX 50 |
| 58 | Deleted as duplicating DX-6 |
| 59 | Now JX 52 |
| 60 | Now JX 53<br><br>DPFF: 209-212 |
| 61 | Now JX 54 |
| 62 | Now JX 56 |
| 63 | Sparton Interdepartmental Correspondence to R.N. Devereaux from C. Huntoon, dated January 18, 1972 (SPA 02915) |
| 64 | Now JX 58 |
| 65 | Now JX 59 |

| DX- | Description |
|---|---|
| 66 | Now JX 55 |
| | DPFF: 213-215, 257, 261, 267 |
| 67 | Now JX 60 |
| | DPFF: 216-219 |
| 68 | Deleted as duplicating DX-7 |
| 69 | Now JX 62 |
| 70 | Now JX 63 |
| | DPFF: 220-222 |
| 71 | Now JX 64 |
| | DPFF: 223 |
| 72 | Now JX 65 |
| | DPFF: 150, 224, 227, 228 |
| 73 | Now JX 66 |
| | DPFF: 232-234, 236, 247-249, 251-256, 259-262, 316, 318, 326, 327 |
| 74 | Now JX 67 |
| 75 | Now JX 68 |
| 76 | Now JX 69 |
| 77 | Now JX 70 |
| 78 | Now JX 71 |
| 79 | Deleted as duplicating DX-8 |
| 80 | Now JX 73 |
| 81 | Deleted as duplicating DX-9 |
| 82 | Withdrawn |
| 83 | Deleted as duplicating DX-121. |
| 84 | Now JX 79 |

| DX- | Description |
|---|---|
| 85 | Now JX 80<br><br>DPFF: 168, 303 |
| 86 | Letter to Sparton Corporation from K. W. Dobyns, dated June 8, 1981 (Def. Summ. J. Ex. 43, A000520) |
| 87 | Letter to Office of Naval Research from John H. Bodde, dated July 2, 1981 (Def. Summ. J. Ex. 44, A000521)<br><br>DPFF: 305 |
| 88 | Letter to Sparton Corporation from K. W. Dobyns, dated August 24, 1981 (Def. Summ. J. Ex. 45, A000522) |
| 89 | Letter to Office of Naval Research from John H. Bodde, dated October 8, 1981, with attachments (Def. Summ. J. Ex. 46, A000523 - A000538)<br><br>DPFF: 307-309 |
| 90 | Letter to Sparton Corporation from K. W. Dobyns, dated February 9, 1982 (Def. Summ. J. Ex. 47, A000539) |
| 91 | Letter to Naval Air Systems Command from John H. Bodde, dated April 13, 1982 (Def. Summ. J. Ex. 48, A000540 - A000541)<br><br>DPFF: 311 |
| 92 | Letter to the Honorable Frank Carlucci from John H. Bodde, dated May 19, 1982 (Def. Summ. J. Ex. 49, A000542 - A000544)<br><br>DPFF: 312 |
| 93 | Letter to Naval Air Systems Command from David Hockenbrocht, dated June 11, 1991, with selected attachments (Def. Summ. J. Ex. 50, A000545 - A000580)<br><br>DPFF: 313-317 |
| 94 | Excerpt of Letter to John Forrest from Paul J. Ethington, dated November 18, 1991, with selected attachments (Def. Summ. J. Ex. 51, A000581 - A000616)<br><br>DPFF: 318, 319 |

| DX- | Description |
|---|---|
| 95 | Excerpt of Letter to John Forrest from Paul J. Ethington, dated February 27, 1992, with selected attachments (Def. Summ. J. Ex. 52, A000617 - A000729)<br><br>DPFF: 169-172, 196, 202, 205, 320-328 |
| 96 | Letter to John Forrest from Paul J. Ethington, dated August 7, 1992 (Def. Summ. J. Ex. 53, A000730 - A000731)<br><br>DPFF: 329, 330 |
| 97 | Now JX 92<br><br>DPFF: 19 |
| 98 | Now JX 93 |
| 99 | Now JX 94 |
| 100 | Now JX 95<br><br>DPFF: 2-17, 23-27, 40 |
| 101 | Now JX 96 |
| 102 | Now JX 97 |
| 103 | Now JX 98 |
| 104 | Now JX 99 |
| 105 | Now JX 100 |
| 106 | Amendment PX0007 to Contract N00019-69-C-0465, dated April 19, 1972 (SPA 02355 - SPA 02357) |
| 107 | Amendment PX0008 to Contract N00019-69-C-0465, dated June 8, 1972 (SPA 02349 - SPA 02351) |
| 108 | Now JX 103 |
| 109 | Now JX 104 |
| 110 | Now JX 105 |
| 111 | Now JX 107 |
| 112 | Deleted as duplicating DX95.96 - .111<br><br>DPFF: 112 |

| DX- | Description |
|---|---|
| 113 | Sparton Internal Memorandum from B. Passman to R. Hungerford, dated November 11, 1970 (SPA 37709 - SPA 37710)<br><br>DPFF: 113 |
| 114 | Withdrawn |
| 115 | Withdrawn |
| 116 | Now JX 141<br><br>DPFF: 20-21, 76 |
| 117 | Deleted as duplicating DX-14<br><br>DPFF: 118, 194 |
| 118 | Deleted as duplicating DX-15<br><br>DPFF: 193 |
| 119 | Deleted as duplicating D93.14-.15<br><br>DPFF: 114, 115, 117, 118 |
| 120 | Four pages of drawings (SPA 30732 - SPA 30735), with first page signed by Mr. Depew and the second page signed by Mr. Boyle. |

**B. DEPOSITION TRANSCRIPTS AND AUTHENTICATED DEPOSITION EXHIBITS**

| DX- | Description |
|---|---|
| 121 | Selected portions of the transcript from the deposition of William Graff, taken November 2, 1993 [pages 7-8, 14-19, 29-44, 46-47, 55-57, 67, 72-75, 91-96, 98-112, 114-115, 117-119, 121-132, 135-137, 139, 142-143, 147-150]<br><br>DPFF: 105, 154, 273-277, 283, 284, 286-302 |
| 122 | Now JX 76<br><br>DPFF: 273 |
| 123 | Now JX 75<br><br>DPFF: 82, 83, 282, 285, 287 |
| 124 | Now JX 77<br><br>DPFF: 298 |

| DX- | Description |
|---|---|
| 125 | Now JX 78<br><br>DPFF: 296 |
| 126 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Charles F. Boyle, as witness for Sparton Corporation, conducted on April 22-23, 1993 and May 19-20, 1993 [pages 6-10, 12, 25-27, 29-31, 36-38, 67-77, 79, 99, 102-110, 112, 126-128, 134-136, 138-141, 146-148, 165-199, 201-212, 214-222, 233-236, 239-240, 243-245, 249-250, 252-254, 256-258, 272, 274, 281, 300-311, 318-328, 330, 332-335, 339-340, 356-357, 374, 405-407, 419-422, 424-431, 433-441, 448-453, 463-464, 473-474, 483-520, 527-708]<br><br>DPFF: 19, 42, 45, 48, 80, 85, 147, 148, 151, 152, 166, 179, 196-200, 207, 208, 213-215, 226, 235, 237, 257, 258, 267 |
| 127 | Deleted as unnecessary |
| 128 | Letter from John H. Bodde, Sparton Corporation, to Charles A. Nelson, Naval Air Systems Command, dated March 17, 1971 [Boyle Dep. Ex. 8A]<br><br>DPFF: 157, 159, 163, 164 |
| 129 | Now JX 12<br><br>DPFF: 156, 157, 159, 161, 164 |
| 130 | Sparton Corporation Engineering Change Proposal for Dual Depth DIFAR Sonobuoy, Contract N00019-69-C-0465, Log 5272, Dated March 15, 1971 [Boyle Dep. Ex. 8C]<br><br>DPFF: 157, 158, 162, 163, 165, 237-240, 252 |
| 131 | Deleted as unnecessary |
| 132 | Sparton Corporation Proposal for Dual Depth DIFAR Sonobuoy, Log 5272, Dated November 30, 1970 [Boyle Ex. 10]<br><br>DPFF: 154 |
| 133 | Deleted as duplicating DX-1 |
| 134 | Internal Navy Routing Sheet Regarding Modification /Amendment P0004, Dated October 28, 1971 [Boyle Dep. Ex. 12A] |
| 135 | Deleted as duplicating DX-5 |
| 136 | Schedules, Modification P0004, Contract N00019-69-C-0465[Boyle Dep. Ex. 12C] |

| DX- | Description |
| --- | --- |
| 137 | Now JX-43 |
| 138 | Now JX-45 |
| 139 | Deleted as duplicating DX-1 |
| 140 | Consulting Services Agreements Between Sparton Corporation and Charles F. Boyle [Boyle Dep. Ex. 19] |
| 141 | Deep DIFAR Illustration Showing Location of Impact Plate from Q-50 [Boyle Dep. Ex. 20] |
| 142 | Now JX 142<br><br>DPFF: 106 |
| 143 | Now JX-64 |
| 144 | Figure 1: Sonobuoy Packaging Layout (with Handwritten Notations) [Boyle Dep. Ex. 24] |
| 145 | Figure 2: Sonobuoy Deployment Sequence [Boyle Dep. Ex. 25] |
| 146 | Schematic Drawing Titled “Plate Release” [Boyle Dep. Ex. 28] |
| 147 | Physical Exhibit – Sonobuoy [Boyle Dep. Ex. 29] |
| 148 | Deleted as duplicating DX-40 |
| 149 | Book No. 1: List of Sonobuoy Components [Boyle Dep. Ex. 31] |
| 150 | Letter to John Forrest, Naval Air Systems Command Headquarters, from Paul Ethington, February 27, 1992 [Boyle Dep. Ex. 32] |
| 151 | Inventory of Job 7400 Central Engineering File [Boyle Dep. Ex. 33] (SPA 02776 - SPA 02778) |
| 152 | Assorted Schematic Drawings of Sonobuoy Components [Boyle Dep. Ex. 34] (SPA 26911- SPA 26914; SPA 26919 - SPA 26945) |
| 153 | Withdrawn |
| 154 | Now JX-43 |
| 155 | Now JX-65 |
| 156 | Sparton Interdepartmental Correspondence to N. Devereaux from J. Wiedenhofer, April 27, 1972 [Boyle Dep. Ex. 38] (A000350 - A000377) |

| DX- | Description |
| --- | --- |
| 157 | Letter to John Bodde from K.W. Dobyns, August 24, 1981 [Boyle Dep. Ex. 39] (SPA 29006) |
| 158 | Sparton Interdepartmental Correspondence to C. Boyle from J.E. Templeton, November 12, 1991 [Boyle Dep. Ex. 44] (SPA 30563) |
| 159 | Sparton Electronics Proposal: Descent Stabilization S3A Launched Sonobuoys, October 1970 [Boyle Dep. Ex. 46] (SPA 26776 - SPA 26793)<br><br>DPFF: 85-92 |
| 160 | Defense Technical Information Center (DTIC) Report, [Boyle Dep. Ex. 47] (SPA 26947 - SPA 27132)<br><br>DPFF: 45-47, 49, 50 |
| 161 | Letter to Department of the Navy, Attention Robert T. Hoare from John H. Bodde, March 28, 1972 [Boyle Dep. Ex. 48] |
| 162 | Physical Exhibit – Sonobuoy [Boyle Dep. Ex. 50] |
| 163 | Letter to Department of the Navy, Attention L.M. Holloway from John H. Bodde, July 13, 1971 [Boyle Dep. Ex. 53] |
| 164 | Defense Technical Information Center (DTIC) Report, Sonobuoy AN/SSQ-62, Interim Report Number 3, January 5, 1973 [Boyle Dep. Ex. 54] |
| 165 | Contract File: N000019-72-C-0341 Q62 DICASS [Boyle Dep. Ex. 55] (SPA 15515 - SPA 16066) |
| 166 | Withdrawn |
| 167 | Partial Schematic Drawing of Sonobuoy Assembly, with Handwritten Notations [Boyle Dep. Ex. 57] (SPA 28654) |
| 168 | Sparton Corporation Proposal for Dual Depth DIFAR Sonobuoy, Log 5272, Dated November 30, 1970 [Boyle Expert Dep. Ex. 4]<br><br>DPFF: 155 |
| 169 | DICASS Sonobuoy AN / SSQ-62 Interim Report Number 6, December 5, 1970 [Boyle Expert Dep. Ex. 7] (G200202 - G200261)<br><br>DPFF: 93, 96-99 |
| 170 | Deleted as duplicating D95.96-.111 |

| DX- | Description |
|---|---|
| 171 | DICASS Sonobuoy AN/SSQ-62 Interim Report Number 1, August 4, 1972 [Boyle Expert Dep. Ex. 10] (G200262 - G200305)<br><br>DPFF: 167 |
| 172 | Deleted as duplicating D95.96-.111 |
| 173 | Proposal for "Descent Stabilization of S3A Launched Sonobuoys by Sparton Corp., dated October 1, 1970 (SPA 26776 - 026793) [Boyle Dep. Ex. 46] |
| 174 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Joseph Abella, as witness for Ratheon Company, successor to The Magnavox Company, conducted on August 18, 1998 in Fort Wayne, Indiana [pages 4-15, 18-63, 66-70, 73-110, 114-115, 118-121, 123, 125]<br><br>DPFF: 333, 334, 336-339, 342, 344, 345, 347, 351-353, 355 |
| 175 | Request for Shipment of Sparton and Magnavox Buckle Plates and Photographs, January 20, 1983 [Abella Dep. Exhibit 1] |
| 176 | Letter to Naval Avionics Center, Attention R. O'Brien, Regarding Request for Buckle Plate Drawings, from C.D. Clarke, Magnavox Manager of Sensor Programs, December 23, 1982 [Abella Dep. Exhibit 2] (000150-000190)<br><br>DPFF: 333, 334, 336-339, 342, 344, 345, 347, 351-353, 355 |
| 177 | Magnavox Specifications Sheet for Sonobuoy AN/SSQ77A, [Abella Dep. Exhibit 3] (MAG019566 - MAG019567) |
| 178 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of George Lewis, as witness for Ratheon Company, successor to The Magnavox Company, conducted on August 20, 1998 in Fort Wayne, Indiana [pages 4-5, 11, 17, 19-55, 65-74, 80-81]<br><br>DPFF: 348, 349 |
| 179 | Independent Research and Development Data Sheet, Project Active Sonobuoy, [Lewis Dep. Exhibit 1] (MAG018944 - MAG018964) |
| 180 | Schematic Drawing, AN/SSQ-62B [Lewis Dep. Exhibit 2] (MAG019550) |
| 181 | Schematic Drawing, Buckle Plate [Lewis Dep. Exhibit 3] (MAG019553)<br><br>DPFF: 349 |

| DX- | Description |
|---|---|
| 182 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Chuck Logar, as witness for Ratheon Company, successor to The Magnavox Company, conducted on August 19, 1998 in Fort Wayne, Indiana [pages 5-13, 28-76, 79-80, 82-102, 104, 107-122, 147, 149, 152-153, 155, 158-160]<br><br>DPFF: 343 |
| 183 | Schematic Drawing, Release Plate [Logar Dep. Exhibit 3] (MAG019522) |
| 184 | Schematic Drawing, Release Plate [Logar Dep. Exhibit 6] (MAG019517) |
| 185 | Magnavox Specifications Sheet for Sonobuoy AN/SSQ57B [Logar Dep. Exhibit 7] (MAG019562 - MAG019563) |
| 186 | Schematic Drawing, Untitled [Logar Dep. Exhibit 8] (MAG019490) |
| 187 | Schematic Drawing, Release Plate [Logar Dep. Exhibit 9] (MAG019500) |
| 188 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Rod Bergstedt, as witness for Ratheon Company, successor to The Magnavox Company, conducted on August 20, 1998 in Fort Wayne, Indiana [pages 7-11, 17-21, 24-25, 30, 32-33, 35-39, 44-52, 54-55, 91-95, 115, 192-195, 217-220, 222-224, 227, 233, 237-241] |
| 189 | Magnavox Technical Proposal for the Development of Pressure-Insensitive Deep Water Electronics, April 1976, [Bergstedt Dep. Exhibit 1] (MAG018750 - MAG018753) |
| 190 | Handwritten Drawing, Major Components of Sparton Q-53 [Bergstedt Dep. Exhibit 2] (MAG018904A; MAG018905) |
| 191 | Q-53 Deployment Sequence, Shallow [Bergstedt Dep. Exhibit 7] (MAG017753 - MAG017755) |
| 192 | AN/SSQ-53 PIP Review, 6th Evaluation [Bergstedt Dep. Exhibit 27] (MAG017039 - MAG017084) |
| 193 | Excerpts of the Transcript of the Deposition of Albert Stewart Logan conducted on March 10-11, 1997 at Halifax, Nova Scotia [pages 1-4, 7, 9-44, 49-60, 62-68, 86-100, 102-105, 116-133, 135-136, 138-144, 146-152, 197-203]<br><br>DPFF: 370, 371-374, 376-379, 380-387 |
| 194 | Now JX 139<br><br>DPFF: 372-374 |

| **DX-** | **Description** |
|---|---|
| 195 | Diagram of Hermes second design for the release mechanism for its SSQ-53 sonobuoy (1 page) [Logan Dep. Ex. 6]<br><br>DPFF: 380, 381 |
| 196 | Diagram of Hermes' third design for the release mechanism for its SSQ-53 and SSQ-77 sonobuoys (2 pages) [Logan Dep. Ex. 12]<br><br>DPFF: 385, 386 |
| 197 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Karl G. Kuhn as witness for Hazeltine Corporation conducted on July 10, 1998 at Braintree, Massachusetts [pages 4-8, 12-25, 27-55, 57-80, 82-83, 89-90, 96]<br><br>DPFF: 356 |
| 198 | Schematic Drawing, Buoy Assembly [Kuhn Dep. Exhibit 2] (S000011)<br><br>DPFF: 356 |
| 199 | Schematic Drawing, Buoy Assembly [Kuhn Dep. Exhibit 3] (S000013)<br><br>DPFF: 356 |
| 200 | Schematic Drawing, Release Plate [Kuhn Dep. Exhibit 4] (S000015)<br><br>DPFF: 356 |
| 201 | Now JX 137 |
| 202 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Donald K. Sawyer as witness for The Boeing Company, successor to Rockwell International, conducted on June 12, 1998 in Anaheim, California [pages 4-9, 11-13] |
| 203 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Carl H. Carrera as witness for The Boeing Company, successor to Rockwell International, conducted on June 12, 1998 in Anaheim, California [pages 6-8, 19-21, 31-67, 79-80, 82-83]<br><br>DPFF: 364 |
| 204 | Schematic Drawing, Buckle Plate [Carrera Dep. Exhibit 2]<br><br>DPFF: 364 |

| DX- | Description |
| --- | --- |
| 205 | Schematic Drawing, Sonobuoy Assembly [Carrera Dep. Exhibit 5]<br><br>DPFF: 364 |
| 206 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Dr. Don H. Pickrell, Jr., as witness for The Boeing Company, successor to Rockwell International, conducted on July 23, 1998 in Anaheim, California [pages 10-18, 28-57, 66, 69, 94-98, 101-103, 105-106] |
| 207 | The Sonobuoy Program Today: A Business Plan Revision, June 6, 1980 [Pickerell Dep. Exhibit 4] (BOEN 002 1284 - BOEN 002 1332) |
| 208 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of David Dellea as witness for Raytheon Company, conducted on December 9, 1997 at Portsmouth, Rhode Island [pages 5-9, 17-18, 32-36, 46-47, 50-54, 56-57, 64, 66, 70] |
| 209 | Material Inspection and Receiving Report, Corrected Copy P0005, January 19, 1978 [Dellea Exhibit 4] |
| 210 | Material Inspection and Receiving Report, Corrected Copy, January 4, 1980 [Dellea Exhibit 8] (019487) |
| 211 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Charles Ouelette, as witness for Raytheon Company, conducted on December 9-10, 1997 at Portsmouth, Rhode Island [pages 3-6, 12-32, 38-47, 64-67, 103-115]<br><br>DPFF: 367 |
| 212 | Schematic Drawing, Sonobuoy Assembly [Ouelette Dep. Exhibit 14]<br><br>DPFF: 367 |
| 213 | Schematic Drawing, Deformation Plate [Ouelette Dep. Exhibit 15]<br><br>DPFF: 367 |
| 214 | Excerpt of the Transcript of RCFC 30(b)(6) Deposition of Michael J. Balboni, as witness for Sippican, Inc., conducted on December 18, 1997 at Boston, Massachusetts [pages 11, 13-14, 16-22, 25-26, 60-63, 73-75, 79, 81-107, 109-133, 137-173, 175-179, 183-187]<br><br>DPFF: 358, 361 |
| 215 | Schematic Drawing, Buoy Assembly [Balboni Dep. Exhibit 2] (S000004)<br><br>DPFF: 358, 361 |

| DX- | Description |
|---|---|
| 216 | Schematic Drawing, Release Plate [Balboni Dep. Exhibit 3] (S000026)<br><br>DPFF: 358, 361 |
| 217 | Schematic Drawing, AN/SSQ - 36 Assembly [Balboni Dep. Exhibit 4] (S000017)<br><br>DPFF: 358, 361 |
| 218 | Schematic Drawing, Release Plate [Balboni Dep. Exhibit 8] (S000005) |
| 219 | Mod 4 Sonobuoy (Physical Exhibit)<br><br>DPFF: 358, 361 |
| 220 | Expert Report of Alan Hudson, dated May 10, 2006.<br><br>DPFF: 1, 18, 41, 42 |
| 221 | Expert Report of Daniel McGavock, CRI International, dated May 15, 2006.<br><br>DPFF: 34, 35, 331, 332, 340, 341, 346, 350, 354, 356, 357, 359, 361, 363, 366, 369, 375, 382 |
| 222 | Declaration of Helen Q. Sherman, Acting Director , Directorate of User Services, Defense Technical Information Center, Dated 2 November 2007<br><br>DPFF: 46, 47 |
| 223 | Military Specification, Sonobuoy AN/SSQ-53A, dated June 30, 1975 (025093 - 025125)<br><br>DPFF: 84 |
| 224 | United States Patent Number 2,687,541 (B. Bannister) dated August 31, 1954<br><br>DPFF: 51-53 |
| 225 | Now JX 148<br><br>DPFF: 54-56 |
| 226 | Now JX 158<br><br>DPFF: 57-60 |
| 227 | Now JX 149<br><br>DPFF: 61-64 |

| DX- | Description |
|---|---|
| 228 | Now JX 155<br><br>DPFF: 65-66 |
| 229 | United States Patent Number 3,291,092 (P. V. Halberg et al.) dated December 13, 1966<br><br>DPFF: 67-68 |
| 230 | United States Patent Number 4,093,934 (Urick et al.) dated June 6, 1978<br><br>DPFF: 69-71 |
| 231 | United States Patent Number 4,189,786 (Adler) dated February 19, 1980<br><br>DPFF: 72-74 |
| 232 | DTIC Report No. AD511359, DICASS Sonobuoy AN/SSQ-62(XN-2), Interim Report No. 5, dated September 5, 1970 (G200212 - G000256)<br><br>DPFF: 94, 95 |
| 233 | Withdrawn |
| 234 | DTIC Report No. AD517799, DICASS Sonobuoy AN/SSQ-62(XN-2) Final Report, dated September, 1971 (G200306 - G200389)<br><br>DPFF: 100-104 |
| 235 | ANA Bulletin No. 445 dated July 12, 1963, Air Force-Navy Aeronautical Bulletin, Engineering Changes to Weapons, Systems, Equipments, and Facilities (011215 - 011238)<br><br>DPFF: 159, 160, 161 |
| 236 | AIR-10414 dated February 5, 1968, Naval Air Systems Command Supplement No. 1 to ANA Bulletin 445 (Supercedes BuWeps Supplement No. 1 of 29 January 1964 and revision thereof dated 1 March 1966) (011239 - 011243) |
| 237 | Sparton Inter-Department Correspondence to C. Boyle from D. Depew, dated February 5, 1992 (SPA 30710 - SPA 37012)<br><br>DPFF: 178 |
| 238 | Excerpt from Sonobuoy Instructional Manual, NAVAIR 28-SSQ-500-1, dated July 1, 1983.<br><br>DPFF: 18 |

| DX- | Description |
| --- | --- |
| 239 | Excerpt of a Sparton Corporation Report entitled "Beartrap Sensor Study," dated 1 January 1971 (G202102-202124)<br><br>DPFF: 192 |
| 240 | Excerpt of Government Contract No. N00019-70-C-0133, dated November 6, 1969 (SPA42111-42280)<br><br>DPFF: 185-189. |
| 241 | Memorandum, "Award of Contract; recommendation for" (004646-4647)<br><br>DPFF: 76 |
| 242 | Excerpt of Sparton Proposal, entitled "Passive Subsystem for the Active Mediterranean Program," dated February 1, 1971. [SPA 43745 - SPA 43752 & SPA 43763-43768] |

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

*s/ Gary L. Hausken*
GARY L. HAUSKEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0342
Facsimile: (202) 307-0345

February 25, 2008

Attorneys for Defendant, United States