**EXHIBIT A**

# S P A R T O N   E L E C T R O N I C S   D I V I S I O N

12-Oct-88

BUOY TYPE Q 77 - A DOUBLE YEAR BUY

QUANTITY 63,000
RUN RATE PER DAY 1,600

LOG NO. 1567
C.L.I.N NO. 001
SOLICIATION NO.
REV. NO. 8

| DESCRIPTION | | BROOKSVILLE FLORIDA | DELEON SPRINGS FLORIDA | JACKSON MICHIGAN | TOTAL |
|---|---|---|---|---|---|
| DIRECT LABOR HOURS-RATE | | 5.31 | 6.40 | 0.00 | 3.21 |
| -HOURS | | 1.18 | 1.97 | 0.06 | |
| DIRECT MATERIAL | | 83.71 | 92.97 | 8.08 | 184.75 |
| SCRAP, M/H, & FREIGHT | | 4.69 | 11.99 | 0.85 | 17.53 |
| TOTAL MATERIAL | | 88.40 | 104.96 | 8.93 | 202.28 |
| DIRECT LABOR | | 6.25 | 12.61 | 0.71 | 19.57 |
| FACTORY OTHER DIRECT LABOR | | 3.15 | 4.77 | 0.21 | 8.13 |
| SALARY OTHER DIRECT LABOR | | 3.01 | 7.12 | 0.00 | 10.13 |
| TOTAL LABOR | | 12.41 | 24.50 | 0.92 | 37.83 |
| DIRECT BURDEN | | 3.91 | 4.34 | 0.38 | 8.63 |
| ALLOCATED BURDEN | | 15.52 | 30.67 | 1.15 | 47.34 |
| TOTAL BURDEN | | 19.43 | 35.01 | 1.53 | 55.97 |
| TOOLS--VENDOR | | 0.00 | 0.64 | 0.00 | 0.64 |
| --IN HOUSE | | 0.22 | 0.04 | 0.00 | 0.26 |
| TEST EQUIPMENT | | 0.63 | 1.11 | 0.00 | 1.74 |
| AMMORTIZATION | | 3.56 | 1.68 | 0.00 | 5.24 |
| TOTAL TOOLS & TEST EQUIP. | | 4.41 | 3.47 | 0.00 | 7.88 |
| TOTAL FACTORY COST | | 124.65 | 167.94 | 11.37 | 303.96 |
| ENGINEERING-MATERIAL | R | 0.00 | 0.05 | 0.00 | 0.05 |
| | N | 0.00 | 0.31 | 0.00 | 0.31 |
| ENGINEERING-DIRECT LABOR | R | 0.00 | 2.14 | 0.11 | 2.25 |
| | N | 0.00 | 0.48 | 0.00 | 0.48 |
| ENGINEERING-BURDEN | R | 0.00 | 2.40 | 0.13 | 2.53 |
| | N | 0.00 | 0.54 | 0.00 | 0.54 |
| OPERATIONS-DIRECT LABOR | R | 0.00 | 0.00 | 0.00 | 0.00 |
| | N | 0.23 | 0.00 | 0.00 | 0.23 |
| OPERATIONS-BURDEN | R | 0.00 | 0.00 | 0.00 | 0.00 |
| | N | 0.29 | 0.00 | 0.00 | 0.29 |
| OUTSIDE SERVICES | R | 0.00 | 0.00 | 0.00 | 0.00 |
| | N | 0.00 | 0.10 | 0.00 | 0.10 |
| ENGINEERING-TRAVEL | R | 0.00 | 0.03 | 0.00 | 0.03 |
| | N | 0.00 | 0.08 | 0.00 | 0.08 |
| TOOLS | R | 0.00 | 0.00 | 0.00 | 0.00 |
| | N | 0.00 | 0.00 | 0.00 | 0.00 |
| TEST EQUIPMENT | R | 0.00 | 0.00 | 0.00 | 0.00 |

B0418

Q. Would you look at the third page of Exhibit 8. And it's marked at the bottom, "BOEN 002 1248."

A. Yep.

Q. Do you see where it says, "Use Competition's Best Ideas Plus Production Engineering Approach"?

A. Uh-huh.

Q. Is that what you were referring to earlier in connection with the navy not wanting you to develop a sonobuoy from scratch?

A. Yeah.

Q. With regard to the preparation of drawings at Rockwell, did Rockwell ever make a distinction between a production drawing and an engineering drawing?

A. Yes.

MR. CURRAN: I was going to interpose an objection. When you say, "Rockwell," I'm assuming you meant the divisions and operations with which he's familiar?

MR. KREISS: Absolutely.

MR. CURRAN: Because it was a very big company at the time.

MR. KREISS: Absolutely.

THE WITNESS: The answer is yes, there are different drawing systems, different controlling factors

A. I could have vetoed the decision, but I couldn't say yes, the customer wins.

Q. I notice that the first 32 units are specified without any indication of whether it's required by the navy or the contractor.

Do you see that?

A. I don't see -- oh, the top -- which one are you looking at?

Q. Let's start over.

Do you see where it says, "Required by Navy 32 Units" and there's a diamond?

A. Yep.

Q. To the left of the diamond, there are two triangles with two spaces between them. And underneath that it says, "32 Units."

Do you see that?

A. Yep.

Q. Now, are those 32 units the very same 32 units that are required by the navy?

A. Indeed.

Q. So then it's not 64 units that are being tested, it's only 32; is that correct?

A. I believe that to be correct.

Q. Now, the -- I see that there are other tests that precede the air drop testing.



B1368



301

P204.36

This book is printed on acid-free paper. ∞

Copyright © 2002 by Peter Huchthausen. All rights reserved

Published by John Wiley & Sons, Inc., Hoboken, New Jersey
Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, email: permcoordinator@wiley.com.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information about our products and services, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

*Library of Congress Cataloging-in-Publication Data:*

Huchthausen, Peter A., date.
October fury / Peter Huchthausen.
p. cm.
Includes bibliographical references and index.
ISBN 0-471-41534-0 (acid-free paper)
1. Cuban Missile Crisis, 1962. 2. United States. Navy—History—20th century. 3. Soviet Union. Voenne-Morskoæ Flot—History. 4. Destroyers (Warships)—Cuba—History—20th century. 5. Submarines (Ships)—Cuba—History—20th century. I. Title.

E841.H83 2002
973.922—dc21 2002071333

Printed in the United States of America

# Contents

*Preface* v

Prologue 1

PART I. *Cuba Libre* 7
Operation *Anadyr* 7
Destroyer USS *Blandy* 31
The Art of Antisubmarine Warfare 36
Operation *Kama* Departure 46
October Fury 76

PART II. *Spies and Diplomats* 114

PART III. *Russian Roulette* 131
Atlantic Datum 155
Carrier *Randolph* Finds Savitsky's *B-59* 168
*Cecil* vs. Dubivko in *B-36* 174
*Blandy* vs. Shumkov in *B-130* 189

PART IV. *Hide-and-Seek* 220
Soviet Shell Game 220
Ketov Evades in *B-4* 233

PART V. *Endgame* 240
Kola Homecoming 240
Newport Farewell 261



Bridge cockpit of B-59 after surfacing, October 27, 1962 (courtesy Vadim Orlov)

fact *Randolph* was *CVS 15*. Orlov confirmed the identity with their recognition of the carrier radio call signs and the pilots' chatter as they launched and landed aboard. The next morning there was no mistake—they could read the carrier's name off her high stern.

According to Lieutenant Orlov, who was the radio intercept officer aboard *B-59*, it was quite a thrill seeing the carrier he had been listening to for more than two days. The carrier was in the process of launching and recovering aircraft when Savitsky surfaced. As soon as they surfaced, Savitsky realized they were not in a state of war. At first light, according to Orlov, the U.S. destroyers came toward them at very close range. Captain Savitsky ordered the USSR national colors flown, and instead of the normal Soviet naval ensign, they flew an oversized Soviet state flag. Orlov said they felt flying that flag was rather ridiculous, since the Americans already knew who they were.

The destroyers came in close and took pictures; according to Orlov, there was a general air of frolic aboard the U.S. ships. The crewmen waved and stood around peering at the Soviets as if they had never seen a submarine before. Eventually the crew of *B-59* felt rather relaxed by the informal attitude of the U.S. sailors. It seemed, said Orlov, that the Americans were good-natured. He recalled that one destroyer had a jazz band paraded on their after torpedo deck. It appeared to the Russian submariners to be a strange accumulation of musicians; some wore blue dungarees and white T-shirts, some white trousers and white jumpers, and one was a tall black man in a white cooking outfit including a tall [illegible] like he was hav-



ing the time of his life, dancing around and acting really happy. At first the Russians thought the American must be drunk; but they were told that there was no alcohol aboard U.S. Navy ships. Orlov thought that was strange.

The Russians enjoyed watching the jazz band, and as the destroyer came in close aboard, the band played "Yankee Doodle" as they passed by at about thirty meters. The submariners noticed that many of them wore short trousers and were drinking cool drinks. Orlov said later, "What a life they had in comparison with our hot submarine!" One destroyer came in close to the submarine, and with a loudspeaker in English, yelled, "Russians, go home!" The whole scene was comical, said Orlov, but their chief of staff was not laughing.

*B-59* ran on one diesel and charged its batteries fully in about ten hours. Then in the middle of the next night they pulled the plug, submerged, went to economy electric drive, dove deep, and slowly withdrew as the Americans searched in vain. Orlov said he was back in the radio intercept room listening and found it hilarious to hear the excited voices of the Americans as they commenced their different search patterns to find the submarine again. The Americans named their different search patterns mostly after vegetables—plans called tomato, carrot, and celery—but the one they enjoyed hearing the most was the ASW escort screen reorientation called rum and coke. To Orlov the whole affair had an aura of a carnival.

Savitsky gave the HUK group the slip, but he had already reported the embarrassing event to Moscow, and, by the icy silence, Savitsky observed, they were not happy that he had failed to follow orders by maintaining covert. However, Savitsky had been completely outnumbered. They rested well that evening, even after they had returned to the depths and the hot, fetid air returned to the inside of the sub. Said Orlov, "We were relieved that the Americans did not appear to be on a wartime footing. We still had no knowledge of how our comrades were doing in the other boats of the brigade. Our communications with them were still nonexistent."

> Our commanding officer, Captain Savitsky, had a shadow aboard who was the brigade chief of staff, Captain Arkhipov. For the crew it was like having two commanders. But we were good, and gave the Americans the slip after being forced up only once in a month of hiding.
>
> *Senior Lieutenant Vadim P. Orlov*
> *Radio intercept officer*

P242.33

Madman!" as his instruments read out the fluctuation in the earth's magnetic field caused by the twenty-five-hundred-ton steel hull of the submarine. They gained the confirmation they needed: It was certain they held a submarine.

*Cecil* continued this routine throughout the night, with another P2V Neptune from the same squadron relieving on station. In the morning more Neptunes arrived in force, and two together dropped active sound charges and passive sonobuoys, working the patterns and obtaining excellent sound pressure level readings. *Cecil's* contact was classified a Soviet Foxtrot class, long-range, diesel attack submarine C20.

Later in the morning *Cecil's* bridge watch saw a new construction Adams class guided missile destroyer *(DDG-11)* heading to station, and Commander Rozier invited him over to ping with his modern sonar a while on the target. Meanwhile, Jim Donicht, the *Cecil* communicator, took a turn after quickly learning to control Neptunes doing MAD vectors—the term for directing the aircraft over the submarine using the ship's plot of the target. The two officers now could relieve each other to stay fresh.

Commander Rozier stayed on the bridge but let the watch officers take the conn while carefully maintaining continuous sonar contact on the submarine. The captain remained calm and soft-spoken, as he was in any situation.

October 30, 1962
Captain Dubivko
*B-36*
Four hundred miles north of San Juan, Puerto Rico

Reluctantly, over the next hour Dubivko crept up slowly to periscope depth. The destroyer continued to transmit her sonar on low power, and held *B-36* in an iron grip. The airplane working with the destroyer made periodic passes directly overhead. The destroyer was staying out on a circle at about two thousand meters from the submarine contact.

As Dubivko continued remaining as close to the thermocline as possible, the sonar operator reported a new contact: "Comrade Commander, new hydrophone effects bearing"—he hesitated—"right off our port baffles, sir. A weak signal."

Dubivko was curious. They had solid contact on each of the U.S. destroyers, yet here was another signal behind them.



"Sir, new contact appears to be at a depth of approximately twenty meters, matching our course and speed."

Dubivko wondered what it was. Could it be a U.S. submarine? The navigator, Naumov, approached the captain holding the plot of their assigned patrol areas.

"Sir, I believe that the new contact may be Shumkov in *B-130*. Their patrol area is directly to the west of us, and if they are on the easterly edge of their area and we were near the extreme west of ours, it could very well be *B-130*."

Dubivko pondered this for a while. At the time he knew nothing of Shumkov's encounter with the U.S. ASW forces. The Main Navy Staff continued to include all four submarines as collective addressees on the assigned patrol areas and on all communications. This new contact could well be their own *B-130*—or, on the other hand, a U.S. hunter-killer submarine. That added a new and very uncomfortable element to the tactical picture for Dubivko. He was relieved that they were not engaged in hostile action, but how would he know if that contact was a Soviet submarine or an American, which at any moment might launch a torpedo right up *B-36's* baffles?[7]

"Sir, the new contact is remaining in the same relative position."

Dubivko began to feel more uncomfortable the longer this situation continued. He was not operating with a full deck of information, and he didn't like it; plus it was unbearably hot. Navigator Naumov stared at him as if he were losing control of his mind.

Dubivko knew it was beginning to get dark out but still about an hour until complete nightfall. He was uncertain of the overall strategic situation, but he suspected now that since the destroyers had not attacked, they were still at a standoff and war had not begun. He felt relieved but confused.

*B-36* reached periscope depth, and Dubivko scurried up the trunk to the navigation platform in the sail. He stood in the dripping space, which was somewhat cooler than the CCP below, grabbed the commander's periscope, and swung it around quickly in a 360-degree sweep. There on the surface were three destroyers running without lights. He peered longer, then saw the blinking lights of another contact, but too high up for a surface ship. That was a helicopter low over the water. Dubivko could just barely make out that the helicopter had a sonar on a cable, a dipping sonar, and was just on his side of the nearest destroyer. The weather was clear; no rain squalls to hide in. Seas were

P247.36 3

Case 1:92-cv-00580-EJD Document 315-2 Filed 02/25/2008 Page 8 of 13



a submarine. But Kelley was wiser; he knew that increasing speed could tip off the contact that he had been detected, and at the same time, the higher speed would render our sonar less accurate due to the increase in turbulence. Kelley had actually slowed, from twenty-two knots to fifteen. Most others would have increased speed out of sheer anticipation.

3:00 A.M. TUESDAY
OCTOBER 30, 1962
CAPTAIN SHUMKOV
*B-130*
THREE HUNDRED MILES NORTHEAST OF CAICOS PASSAGE

"Emergency dive! Clear the bridge!" Shumkov barked. The crew in central command reacted quickly to his command to submerge.

"Aye, sir, emergency dive, the board is clear. Stand by to secure the main trunk and induction, flood main tanks forward, bow planes down ten degrees, all ahead one-third. Dive, dive." Exec Frolov's voice was tense as he issued the orders crisply from central command." Then came the clincher from their sonar operator.

"Central command, hydrophone effects broad on the starboard beam, surface contact—probable destroyer!"

Shumkov quickly swung down the ladder on the heels of the lookout. A *michman* was hanging on the ladder ready to secure the main trunk hatch after the captain slid clear into the CCP below. "Sonar, give me a classification, quick." The smell inside the hull was foul.

"Aye, sir. Contact has twin screws, making medium speed, definite destroyer."

"Shit." Shumkov spat out the word through his teeth, realizing the situation would not improve, as he told his chief. The stench inside the hull was overpowering. He had been in the fresh, sweet air for more than four hours, and returning to the fetid interior was like entering a stinking sauna.

"Sir, diesel secured, main induction closed."

"Very well. Take her down to 150 meters, ahead slow, make turns for two knots. Engage economy electric motor. Rig for quiet! New course two seven zero." Shumkov suddenly had the thought that they might as well head for the U.S. coast, because the Americans would assume that they would run northeast, for home.



The engineers repeated the engine order, and Frolov sang out the depth: "Five meters, seven meters."

"It's too slow, get us down!" Shumkov gripped the overhead handle behind the planesman. "Down, down!"

The planesman felt the pressure of the captain's eyes on his back and forced the bow planes farther than the command Shumkov had given. Too steep an angle could throw the stern up too high and just complicate the situation. They needed depth fast!

All the men in the command center could already hear the thrashing screws above. The destroyer had emerged from nowhere, was closing fast, and appeared to be aiming to hit them amidships. Shumkov's mind was racing. Hadn't they seen them on radar? Maybe the conditions were too bad. Right—the aircraft hadn't seen them either, for more than two hours. Must be the conditions—"atmospheric polarization." He thought back to his years as a communicator. Whenever radio or radar transmissions failed for some reason or other, his mentor taught him to use that term as an excuse for all occasions of poor radio frequency transmission performance.

Shumkov's mind reeled in the close heat. The sweat ran down his back, his crotch itched, sweat dripped off his nose. For a while he felt like vomiting but didn't have anything to throw up—he hadn't eaten since sometime before they had surfaced. He had lost track of the time. He wished he had a better handle on the situation. Were they at war? It was unfair; they had to know whether to shoot in self-defense or to pretend that they were still in the Cold War. Why hadn't there been any low-frequency transmissions with news on the fleet broadcast? It was failing; something was going terribly wrong.

"Sir, he's going to hit; we're not deep enough. Should I sound the collision alarm?" The exec was always one step ahead of everyone else.

"No! Just hang on. Bow planes down twenty degrees." Again Shumkov had to force himself to act calmly. The submarine hardly slanted downward; they were barely making headway. The sound of the thrashing screws grew louder. He froze.

"Passing eight meters, sir."

The screws were nearly overhead. The destroyer had either not seen them or was deliberately trying to ram the submarine. Shumkov then decided to accept their fate. He had given the correct orders, they had been carried out perfectly. If they were struck, well, it was the fault of having to operate in an information vacuum. That was the stuff of

P247.42 3

Case 1:92-cv-00580-EJD Document 315-2 Filed 02/25/2008 Page 9 of 13





USS *Blandy* escorts Shumkov in *B-130* on October 30, 1962
(courtesy Dan Davidson)

Shumkov, standing now with his chief next to him, gazed out at the escort. The destroyer had impressive lines, looking as though it were leaning forward as it sliced through the gentle swell. The skin of the gray ship glistened in the early evening sunset. The sleek destroyer seemed to show pride in the recent encounter as he took station a thousand meters off the submarine's port quarter. The Americans had indeed been professional and businesslike. There were no trivial signals, no embarrassing maneuvers—that is, except for the brief gun mount incident, which Shumkov was putting in his report to Moscow.

*Blandy* came in to about thirty meters distance to take photos. The destroyer was correct, did the job, and then resumed station on the submarine's quarter. Shumkov wondered who the commanding officer was. What was his name? He wondered about the condition of the crew aboard the destroyer.

Shumkov had not received a single message from Brigade Commander Agafonov for more than a week, ever since the twentieth, when they had finally received their new patrol orders curtailing their transit to Mariel, five days after the other three boats had received the order. Shumkov had a fair idea now what had transpired based on the study of the U.S. communications and what the comm officer had briefed him on from the U.S. news radio stations. *B-130* had steamed right into



a hornet's nest. There must have been more than two hundred U.S. Navy ships buzzing around the area now. Shumkov and his communicator were still trying to send their message report out to Northern Fleet headquarters and Moscow containing the details of the incident. They had tried more than twenty times already, with no response.

Shumkov wondered about the fate of his good friend Aleksei Dubivko, commander of sister sub *B-36*, and of the other submarines of the brigade. He found out what happened only after they returned to Polyarny.

6:30 P.M. TUESDAY
OCTOBER 30, 1962
USS *BLANDY*
THREE HUNDRED MILES NORTHEAST OF CAICOS PASSAGE

We watched the submarine on whose sail was painted, ironically, the tactical pendant number 945 in white numerals, two digits higher than *Blandy's* hull number, 943. Cheering broke out throughout the ship.

The U.S. destroyermen did not know at the time that when the submarine surfaced fully she had casualties to all three diesel engines and could not submerge again. However, as far as we were concerned, we had caused her to surface by holding her down for almost seventeen hours, and no one could convince us otherwise.

P24~~2~~3.45

Case 1:92-cv-00580-EJD Document 315-2 Filed 02/25/2008 Page 10 of 13





Translator Petty Officer Walter Dubicki on *Blandy's* bridge alongside Soviet merchant ship *Dvinogorsk* hauling missiles from Cuba, November 1962 (courtesy Steve Jackson)

Mark 56 Director deck waiting for the signal to go aloft. As I stood there watching the Soviet ship as we made our approach at about fifty feet, I noticed that the main deck of the Soviet merchant was full of troops who wore khaki trousers and blue-and-white T-shirts. They were standing observing us just as our crew were, at least those not busy on a sea detail station. We sent over the distance line, which they understood and handled as if they had done the drill before. As we were jockeying for position and transmitting the signals to uncover the missiles, a hatch on the side of the *Kurchatov* superstructure burst open and a female emerged, who took one step over the hatch coaming. Apparently surprised to see a U.S. warship at such close range, she poised, startled. As she stood there, a gust of wind suddenly blew her yellow skirt up, which enshrouded her head and revealed a comely pair of legs and finely turned ankles. A loud roar and applause erupted on the inboard side of *Blandy* as the poor lady struggled to pull her skirt down to cover herself. The Russians, too, when seeing the American reaction, applauded loudly. At that moment I wondered what we were really doing here, and all fear of the other side seemed to vanish. They were pretty much like we were.



## Ketov Evades in *B-4*

NOVEMBER 2, 1962
CAPTAIN RYURIK KETOV
*B-4*
ONE HUNDRED MILES SOUTH OF KINGSTON, JAMAICA

Once Captain Ryurik Ketov crossed the twenty-degree-latitude meridian in submarine *B-4* and passed through the Windward Passage, the weather improved. The seas quieted significantly and became like glass. When the submarine surfaced to charge at night the sea was beautiful. Ketov's engineers were able to improve the seal on the leaking weather hatch so they could submerge down to eighty or ninety meters, which gave them a significant advantage against the still-prowling U.S. ASW aircraft.

*B-4* had passed through the Windward Passage on October 20 and, to Ketov's great relief, they were less than a day's sailing out of Mariel when they received the message to curtail the transit. Ketov had been clearly disappointed, as were all the crew. As it turned out, they had made the best time of all the four in the brigade. They were snorting and had an antenna up to copy the scheduled broadcast that afternoon. With a downcast look in his eyes, Pronin came to Ketov in the central control post. Pronin had a piece of teletype paper in his hands. "Sir, you won't believe this." He handed the message to the captain, who quickly read it.

The message read: "Abort transit to destination, repeat, abort transit, take station at [coordinates were given]. Assume combat patrol. Maintain covert presence."

"Sir, what's going on that we don't know about?"

Ketov looked at Pronin and was genuinely sorry he couldn't answer. Here they were, in the enemy's backyard and had no information about what was going on. "I don't know any more than you. I assume something has caused the temporary halt to Operation *Kama*."

Pronin looked at the captain and then had the sudden urge to confess that he had been monitoring the forbidden radio waves. There was a serious confrontation in progress around them, and they only knew what they managed to purloin from the ether. Although *B-4* had not missed a single scheduled fleet broadcast, they still knew precious little about the tactical situation in the Caribbean. It was criminal, Ketov felt,

P24~~2~~3.47

sonobuoy that was sold to the government?
A Sanders did not, and Magnavox did at some time.
Q They did, at some time?
A Yes.
Q Do you recall when?
A No.
Q Do you recall whether it was before or after Sparton?
A I don't recall.
Q When the mil-specs for the SSQ-53 were modified to incorporate a dual depth capability, did you have anything to do with the drafting of that mil-spec?
A No.
Q Do you know if anybody at that facility had anything to do with drafting that mil-spec modification?
A I don't know.
Q Do you know whether the Sparton dual depth sonobuoy complied with that modified mil-spec?
A Yes.
Q It did?

A Yes.
Q Yes, you know, or yes, you know that it did?
A Yes, I know that it did.
Q And did the Magnavox dual depth comply with that modified mil-spec?
A I never conducted tests on a Magnavox or a Sanders buoy to test it in accordance with that spec.
Q If I were to ask you the best way to get an answer to that question, who would you recommend that I go ask that question to?
A I don't know.
Q Tony again?
A Good start. I don't know.
Q I have lost track of your answer.
I think I asked you on page 012359, which is the second page, that 100 quantity that was shipped to you in April of 1972, I believe, do you have a recollection of receiving those or not?
A Yes.
Q You do have a recollection of receiving those?

A Yes.
MR. MILLER: Give us a moment here to dig for a document.

* * *

(Whereupon, a document was received and marked for identification as Graff-4.)

* * *

BY MR. MILLER:
Q I'd like you to take a look at that document, if you would, sir, and ask you if you recall seeing this before today?
A Yes, I did.
Q And when was that, may I ask?
A Several months ago.
Q Did you see it yesterday?
A I saw it again yesterday.
Q And do you recall ever seeing this document prior to the commencement of this litigation?
A Since I received the sonobuoys, I probably saw this thing back in 1972.
Q This document would have travelled with the sonobuoys, is that true?