IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 92-580C<br>Chief Judge Edward Damich |
| THE UNITED STATES, Defendant. | ) | |

**SPARTON CORPORATION'S OBJECTION TO NEW EXHIBIT D242**

Sparton Corporation ("Sparton"), in compliance with the Court's February 20, 2008 Order, paragraph (7), (Doc. 312), files its objection to defendant's new exhibit D242. During the February 20, 2008 pretrial conference, defendant indicated that it wished to present a new exhibit, SPA 43745. Defendant did not indicate that it desired to offer a fifteen page excerpted exhibit which begins with SPA 43745 but includes SPA 43746-53 and 43763-68. Thus, D242.1-.15 corresponds with SPA 43745-53 and 43763-68. First, D242.1-.15 is a Sparton document that was produced to defendant in the early 1990s, over 10 years ago. The exhibit D242.1-.15 is incomplete. The document actually begins with SPA 43745 and extends to SPA 43812. If the Court grants defendant the privilege of offering this documentary exhibit, defendant should be required to introduce the entire document in evidence. Secondly, the exhibit is irrelevant, hearsay and is probably encompassed by the Federal Circuit's earlier opinion in this case. It certainly was not identified by

defendant (in interrogatory answer) or its experts (in their reports) in this case. The document purports to be an unsolicited proposal by Sparton. Nevertheless, it is unknown whether such a proposal was actually made by Sparton or received by the Navy. Its author is also unknown. Discovery is over. Merely because one of defendant's attorneys is reviewing Sparton's documents and thought this document may be relevant to this case is insufficient justification for permitting its entry into defendant's document list.

Respectfully submitted,
Sparton Corporation, Plaintiff

Dated: February 26, 2008

s/Steven Kreiss

Steven Kreiss
Attorney for Plaintiff
1120 Connecticut Avenue NW
Suite 433
Washington D.C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711