IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPARTON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 92-580C<br>Chief Judge Edward Damich |

**PLAINTIFF'S STATUS REPORT REGARDING VIDEO TESTIMONY**

Sparton Corporation ("Sparton"), in compliance with the Court's February 20, 2008 Order, paragraph (8), (Doc. 312), files its status report regarding the video testimony discussed during the February 20, 2008 pretrial conference. Sparton's counsel has contacted Mr. John Purdy and Ms. Linda Wade, clerks for the district courts in Michigan and Florida respectively. Mr. Purdy and Ms. Wade each indicated that, a week before the testimony is to be taken, each will perform a dry run of their equipment to ensure that there is no problem with their equipment or the equipment in the Court of Federal Claims. The witnesses will make contact with these clerks or those designated by said clerks to ensure a timely start of these video depositions.

Respectfully submitted,
Sparton Corporation, Plaintiff

Dated: February 27, 2008 s/Steven Kreiss

Steven Kreiss
Attorney for Plaintiff
1120 Connecticut Avenue NW, #433
Washington D.C. 20036
Telephone: (202) 347-6382
Facsimile: (202) 347-7711