# In the United States Court of Federal Claims

No. 92-580 C

(Filed: February 29, 2008)

```
***********************************
                                  *
SPARTON CORPORATION,              *
                                  *
                  Plaintiff,      *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
                                  *
***********************************
```

**ORDER**

On January 22, 2008, Defendant filed a Motion to Present Substantive Testimony by Deposition Transcript. Plaintiff did not file an opposition to this motion by the deadline of February 8, 2008.

The Court hereby GRANTS leave for the Government to present substantive testimony by the requested deposition transcript pages. However, the deposition transcript pages shall only be admitted during trial as necessary. Thus, Defendant shall bring three sets of copies of the deposition transcript pages to trial on April 21, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge