# In the United States Court of Federal Claims

No. 92-580 C

(Filed: February 29, 2008)

***********************************
*
**SPARTON CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On January 22, 2008, Plaintiff filed a motion seeking leave of the Court to "present substantive evidence by way of deposition testimony." Pl.'s Mot. at 1. On February 8, 2008, Defendant filed a response to Plaintiff's motion, in which Defendant cross-designated several pages of deposition transcripts.

The Court hereby GRANTS leave for Plaintiff to present substantive testimony by the requested deposition transcript pages. However, deposition transcript pages shall only be admitted during trial as necessary. Thus, Plaintiff shall bring three sets of copies of its requested deposition transcript pages, as well as those pages cross-designated by Defendant, to trial on April 21, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge