# In the United States Court of Federal Claims

No. 92-580 C

(Filed: April 10, 2008)

```
***********************************
                                  *
SPARTON CORPORATION,              *
                                  *
            Plaintiff,            *
                                  *
    v.                            *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
                                  *
***********************************
```

**ORDER**

On April 8, 2008, Defendant filed an emergency motion requesting an order designating Ms. Julia Rowe, an assistant to Defendant's expert witness Mr. Daniel McGavock, as a "Qualified Person" under the Stipulated Protective Order of May 26, 1996 (as amended).

In the ECF docket, Plaintiff's response to Defendant's motion is listed as due on or before April 25, 2008.

To expedite decision on Defendant's motion, the Court hereby ORDERS that Plaintiff's response, if Plaintiff still objects, shall be due on or before Friday, April 11, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge