EXHIBIT A

**U.S. Department of Justice**

GLH:mm
154-92-580

Telephone: (202) 307-0342
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

June 10, 2005

**VIA FACSIMILE AND CONFIRMATORY COPY**

Steven Kreiss, Esquire
1120 Connecticut Avenue, N.W. (Suite 240)
Washington, D. C. 20036

Re: *Sparton Corporation v. United States*,
Court of Federal Claims No. 92-580 C

Dear Steve:

Pursuant to paragraphs 2(e) and 12 of the Order, the United States desires to give access to information which may include that designated as "Proprietary Information" by your client, Sparton Corporation, to the following independent experts, all of CRA International in Chicago:

Robert B. Goldman, Principal
Matthew S. Vold, Associate
Kevin J. Bailey, Analyst

We request your company's written permission to designate the above individuals as "Qualified Persons" under the Order. Copies of a curriculum vitae and the required declaration under the Order for each of them are also enclosed.

Thank you for your cooperation. Please feel free to call me at the above telephone number should you have any questions.

Very truly yours,

GARY L. HAUSKEN
Assistant Director
Commercial Litigation Branch
Civil Division

Enclosures

# ROBERT B. GOLDMAN, PRINCIPAL

## CONSULTING EXPERIENCE

Mr. Goldman is a Principal at CRA International, where he has worked on a variety of litigation, valuation and strategy assignments in CRA's Intellectual Property practice, assisting clients in developing and implementing strategies for managing and realizing value from their intellectual property portfolios. Mr. Goldman focuses on litigation, valuation and strategy assignments involving patents and technology assets. His engagement experience includes a variety of industries including medical devices and medical treatments, telecommunications, electronics, digital imaging, electronic displays, automotive and heavy duty equipment and chemicals. Mr. Goldman has consulted on numerous engagements involving the valuation of intellectual property and intangible assets for mergers and acquisitions, corporate spin-outs, licensing transactions, and other purposes. His litigation experience includes the determination of reasonable royalties and lost profits in patent infringement matters, technology license disputes, and damages in trade secret misappropriation matters. Mr. Goldman has delivered presentations on the strategic management and valuation of intellectual property to licensing professionals, university technology transfer managers and product development managers.

## EDUCATIONAL BACKGROUND AND SELECTED AFFILIATIONS

- M.B.A., Finance, Accounting and Marketing, J.L. Kellogg Graduate School of Management, Northwestern University, with Distinction
- M.S. General Engineering, University of Illinois at Urbana/Champaign
- B.S. General Engineering, University of Illinois at Urbana/Champaign, Highest Honors

## ADDITIONAL INFORMATION

Prior to joining InteCap, Mr. Goldman was a development engineer for a Big Three automaker and a tier one automotive supplier and a founding team member and Engineering Manager for a start-up company developing and manufacturing tactile sensors for instrumentation, electronic controls and automotive safety applications. The company's development team was awarded 14 patents. Mr. Goldman is a named inventor on 4 U.S. patents.

EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 92-580C |
| THE UNITED STATES, Defendant. | ) | Judge James F. Merow |

DECLARATION OF:

______________________

I, Robert B. Goldman, declare and state under penalty of perjury that:

1. My address is 2353 Colfax Terrace Evanston, IL 60201.

2. My present employer is CRA International and the address of my present employer is 101 N. Wacker Dr., Suite 1600, Chicago, IL 60606.

3. My present occupation or job description is Financial Consultant. Principal Consultant.

4. I have received a copy of the Stipulated Protective Order in this action, which order was entered on 5/26/93.

5. I have carefully read and understand all of the provisions of the Stipulated Protective Order.

6. I will comply with all of the provisions of the Stipulated Protective Order.

7. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated Protective Order, and will use only for purposes of this action, any Proprietary Information that is supplied to me.

8. I will return each document and each other tangible thing that discloses or reveals any Proprietary Information to the attorney who provided such document or other tangible thing to me. Moreover, I will deliver any copies, abstracts, summaries, notes, or other records regarding the contents of any Proprietary Information to the attorney who provided such Proprietary Information to me.

9. I hereby submit to the jurisdiction of the United States Court Of Federal Claims for the purpose of enforcement of the Stipulated Protective Order.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5/25/05 Robert B. Goldman

Signature

INTERNATIONAL

# MATTHEW S. VOLD, ASSOCIATE

## CONSULTING EXPERIENCE

Mr. Vold is an Associate at CRA International, where he has worked on a variety of litigation and valuation assignments in CRA's Intellectual Property practice. Mr. Vold focuses on engagements involving business and intellectual property valuation. He has also consulted on various litigation matters, including accounting malpractice, antitrust, intellectual property infringement, and solvency. Mr. Vold has consulted on projects in several industries, including aerospace, automotive, chemicals, consumer goods, energy, healthcare, heavy equipment manufacturing, and telecommunications. His valuation experience includes the valuation of businesses and intellectually property using various appraisal methods including cost-, income-, and market-based approaches. Mr. Vold has consulted on numerous litigation engagements involving determining damages in intellectual property infringement matters including the development of lost profits, profit disgorgement, reasonable royalty, and prejudgment interest.

## EDUCATIONAL BACKGROUND AND SELECTED AFFILIATIONS

- B.S. Business, Finance, and International Studies, Indiana University - Bloomington, High Distinction

## ADDITIONAL INFORMATION

Prior to joining InteCap, Mr. Vold held a summer internship in the glassware and candles division of Lancaster Colony. He worked primarily in the accounting and forecasting departments.

EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION,<br>Plaintiff, | ) | |
| v. | ) | No. 92-580C |
| THE UNITED STATES,<br>Defendant. | ) | Judge James F. Merow |

DECLARATION OF:

__________________________

I, Matthew S. Vold, declare and state under penalty of perjury that:

1. My address is 2638 N. Orchard St. #3F Chicago, IL 60614.

2. My present employer is CRA International and the address of my present employer is 101 N. Wacker Dr., Suite 1600, Chicago, IL 60606.

3. My present occupation or job description is Financial Consultant, Associate.

4. I have received a copy of the Stipulated Protective Order in this action, which order was entered on 5/26/93.

5. I have carefully read and understand all of the provisions of the Stipulated Protective Order.

6. I will comply with all of the provisions of the Stipulated Protective Order.

7. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated Protective Order, and will use only for purposes of this action, any Proprietary Information that is supplied to me.

8. I will return each document and each other tangible thing that discloses or reveals any Proprietary Information to the attorney who provided such document or other tangible thing to me. Moreover, I will deliver any copies, abstracts, summaries, notes, or other records regarding the contents of any Proprietary Information to the attorney who provided such Proprietary Information to me.

9. I hereby submit to the jurisdiction of the United States Court Of Federal Claims for the purpose of enforcement of the Stipulated Protective Order.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5/31/05 [signature]
Signature

INTERNATIONAL

# KEVIN J. BAILEY, ANALYST

## CONSULTING EXPERIENCE

As an Analyst, Kevin has worked primarily on litigation engagements involving patent infringement. His responsibilities have included document organization and review, company and industry research, financial analysis and model building, assistance in preparation for depositions, and assistance in preparing expert reports. His work has been primarily focused on the financial services industry. In particular, Kevin has worked extensively in the field of electronic check processing technology.

## EDUCATIONAL BACKGROUND AND SELECTED AFFILIATIONS

- B.S. Finance, Indiana University
- B.S. Accounting, Indiana University

## ADDITIONAL INFORMATION

Prior to joining CRA International, Kevin worked as an intern for a large telecommunications corporation, while also managing his own web design company.

EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 92-580C |
| THE UNITED STATES, Defendant. | ) | Judge James F. Merow |

DECLARATION OF:

________________________

I, Kevin J. Bailey, declare and state under penalty of perjury that:

1. My address is 2039 W. Superior St. Chicago, IL 60612.

2. My present employer is CRA International and the address of my present employer is 101 N. Wacker Dr., Suite 1600, Chicago, IL 60606.

3. My present occupation or job description is financial analyst.

4. I have received a copy of the Stipulated Protective Order in this action, which order was entered on 5/26/93.

5. I have carefully read and understand all of the provisions of the Stipulated Protective Order.

6. I will comply with all of the provisions of the Stipulated Protective Order.

7. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated Protective Order, and will use only for purposes of this action, any Proprietary Information that is supplied to me.

8. I will return each document and each other tangible thing that discloses or reveals any Proprietary Information to the attorney who provided such document or other tangible thing to me. Moreover, I will deliver any copies, abstracts, summaries, notes, or other records regarding the contents of any Proprietary Information to the attorney who provided such Proprietary Information to me.

9. I hereby submit to the jurisdiction of the United States Court Of Federal Claims for the purpose of enforcement of the Stipulated Protective Order.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5/26/05 ____________________ Signature