EXHIBIT A

**U.S. Department of Justice**

GLH:mm
154-92-580

Telephone: (202) 307-0342
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

June 10, 2005

**VIA FACSIMILE AND CONFIRMATORY COPY**

Steven Kreiss, Esquire
1120 Connecticut Avenue, N.W. (Suite 240)
Washington, D. C. 20036

Re: *Sparton Corporation v. United States*,
Court of Federal Claims No. 92-580 C

Dear Steve:

Pursuant to paragraphs 2(e) and 12 of the Order, the United States desires to give access to information which may include that designated as "Proprietary Information" by your client, Sparton Corporation, to the following independent experts, all of CRA International in Chicago:

Robert B. Goldman, Principal
Matthew S. Vold, Associate
Kevin J. Bailey, Analyst

We request your company's written permission to designate the above individuals as "Qualified Persons" under the Order. Copies of a curriculum vitae and the required declaration under the Order for each of them are also enclosed.

Thank you for your cooperation. Please feel free to call me at the above telephone number should you have any questions.

Very truly yours,

GARY L. HAUSKEN
Assistant Director
Commercial Litigation Branch
Civil Division

Enclosures

EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SPARTON CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 92-580C<br>Judge James F. Merow |

DECLARATION OF:
Thomas L. Thompson

I, Thomas Thompson, declare and state under penalty of perjury that:

1. My address is 11694 Concord Road, Jonesville, Michigan 49250.

2. My present employer is Marcoux, Allen, ~~Abbott, Schomer & Bower~~ P.C., and the address of my present employer is 145 South Jackson Street, Jackson Michigan 49204-0787.

3. My present occupation or job description is Attorney.

4. I have received a copy of the Stipulated Protective Order in this action, which order was entered on May 26, 1993.

5. I have carefully read and understand all of the provisions of the Stipulated Protective Order.

6. I will comply with all of the provisions of the Stipulated Protective Order.

A

7. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated Protective Order, and will use only for purposes of this action, any Proprietary Information that is supplied to me.

8. I will return each document and each other tangible thing that discloses or reveals any Proprietary Information to the attorney who provided such document or other tangible thing to me. Moreover, I will deliver any copies, abstracts, summaries, notes, or other records regarding the contents of any Proprietary Information to the attorney who provided such Proprietary Information to me.

9. I hereby submit to the jurisdiction of the United States Court Of Federal Claims for the purpose of enforcement of the Stipulated Protective Order.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4/3/08 [signature]
Signature

EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 92-580C |
| THE UNITED STATES, Defendant. | ) | Judge James F. Merow |

DECLARATION OF:
Richard C. Lindsey, Jr.

I, Richard Lindsay, declare and state under penalty of perjury that:

1. My address is 15509 17 ½ Mile Road, Marshall, Michigan 49068. RCL

2. My present employer is Marcoux, Allen, ~~Abbott, Schomer & Bower, PC~~ and the address of my present employer is 145 South Jackson Street, Jackson Michigan 49204-0787.

3. My present occupation or job description is Attorney.

4. I have received a copy of the Stipulated Protective Order in this action, which order was entered on 5/26/1993.

5. I have carefully read and understand all of the provisions of the Stipulated Protective Order.

6. I will comply with all of the provisions of the Stipulated Protective Order.

7. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated Protective Order, and will use only for purposes of this action, any Proprietary Information that is supplied to me.

8. I will return each document and each other tangible thing that discloses or reveals any Proprietary Information to the attorney who provided such document or other tangible thing to me. Moreover, I will deliver any copies, abstracts, summaries, notes, or other records regarding the contents of any Proprietary Information to the attorney who provided such Proprietary Information to me.

9. I hereby submit to the jurisdiction of the United States Court Of Federal Claims for the purpose of enforcement of the Stipulated Protective Order.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2008 [signature]
Signature