**EXHIBIT B**

Steven Kreiss
Attorney at Law

1120 Connecticut Avenue N.W., Suite 433, Washington, DC 20036
Telephone (202) 347-6382 Facsimile (202) 347-7711

April 8, 2008

Gary L. Hausken, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

**BY FACSIMILE**
(202) 307-0345

Re: Sparton Corporation v. United States,
U.S. Court of Federal Claims, No. 92-580C

Dear Mr. Hausken:

In further response to your March 19, 2008 facsimile letter, please find enclosed the declaration of Gerald Martin. Sparton proposes that Mr. Martin and Ms. Rowe be designated under the Stipulated Protective Order. Accordingly, Sparton objects to Ms. Rowe being designated under the Stipulated Protective Order unless Mr. Martin is also so designated. Should you have any questions, please feel free to contact me at the number provided above.

Very truly yours,

Steven Kreiss

EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPARTON CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 92-580C |
| THE UNITED STATES, | ) | Judge James F. Merow |
| Defendant. | ) | |

DECLARATION OF:
Gerald Martin

I, Gerald Martin, declare and state under penalty of perjury that:

1. My address is 1617 Lakeside Drive DeLand Florida 32720.

2. My present employer is Retired and the address of my present employer is ____________.

3. My present occupation or job description is Retired; Government contracts expert.

4. I have received a copy of the Stipulated Protective Order in this action, which order was entered on 5-26-1993.

5. I have carefully read and understand all of the provisions of the Stipulated Protective Order.

6. I will comply with all of the provisions of the Stipulated Protective Order.

7. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated Protective Order, and will use only for purposes of this action, any Proprietary Information that is supplied to me.

8. I will return each document and each other tangible thing that discloses or reveals any Proprietary Information to the attorney who provided such document or other tangible thing to me. Moreover, I will deliver any copies, abstracts, summaries, notes, or other records regarding the contents of any Proprietary Information to the attorney who provided such Proprietary Information to me.

9. I hereby submit to the jurisdiction of the United States Court Of Federal Claims for the purpose of enforcement of the Stipulated Protective Order.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4/7/2008 _______________ [signature]
Signature