EXHIBIT D

GERALD E. MARTIN
1617 Lakeside Drive
DeLand, FL 32720

Contracts Manager - Sparton Electronics 1988 - 2001
EMPLOYMENT: Senior Contract Administrator - BBA Systems 1986 - 1988

Dec 1982 - 1986 — Senior Contract Administrator - Brunswick Defense Division

Responsible for proposal preparation, contract negotiation/ administration of DoD prime contracts for electronics systems with the US Army Armament, Munitions and Chemical Command and direct sales to foreign customers through an international marketing agent. Prepare contractor's position regarding legal interpretation of potential claims and disputes. Possess unlimited delegation of authority to sign contractual documents on behalf of Brunswick Defense Division.

Mar 1981 - Dec 1982 — Senior Contract Administrator - Martin Marietta Orlando Aerospace

Administered complex contracts for electronics systems with DoD prime contractors including McDonnel Douglass Corp., Honeywell, Inc., Kollsman Instrument Co., AAI Corp., Optics Electronics Corp., and Westinghouse Corp. Negotiated terms and conditions and contract modifications. Also performed configuration and data management function.

Apr 1961 - Mar 1981 — United States Air Force

- Chief, Contracting Division, Homestead AFB, FL
- Chief, Contracting Policy Division, HQ Strategic Air Command, Ofutt AFB, NB
- Director, PACAF Procurement Center, Okinawa, Japan
- Commander, 1138th Procurement Squadron, Andrews AFB, MD
- Chief, Washington Area Procurement Center, HQ Command USAF, Andrews AFB, MD
- Base Procurement Officer, Bolling AFB, Washington DC
- Chief, Procurement Division, Goose AFB, Labrador
- Base Procurement Officer, Francis E. Warren AFB, WY

Managed complex purchasing /contracting programs for a diverse range of supplies/services including high technology laser guided weapons delivery systems, commodities, architect-engineering services, construction, equipment repair, aircraft maintenance and utility services with annual expenditures in excess of $70 million. Functioned as Procuring Contracting Officer and Administrative Contracting Officer, formulated policy/guidance for 26 Strategic Air Command Bases, negotiated contracts with both U.S. and foreign firms, responsible for

career development, personnel manning, formal training, and compliance with contracting directives. Supervised a staff of up to 80 personnel engaged in contracting for supplies and services.

## EDUCATION

- Bachelor of Science Degree from Florida State University (1960) with a major in Business Management, with minors in Economics and Marketing.

- Air Force Institute of Technology, Westinghouse Defense and Electronic Systems Center, Baltimore, MD (1973) - Industrial Procurement and Production.

- Government/Professional Courses

| | |
|---|---|
| - Procurement Officer Course | 1963 |
| - Government Contracts Course | 1964 |
| - Squadron Officer School | 1965 |
| - Personnel Management Course | 1965 |
| - Supervisor Centered Classification Plan Course | 1966 |
| - Business Law Course | 1966 |
| - Technical Representative of the Contracting Officer | 1966 |
| - Advanced Base Procurement Management | 1967 |
| - Contract Law Course | 1969 |
| - Utility Contract Negotiation and Administration | 1969 |
| - Advanced Contract Administration | 1975 |
| - Small Business Specialist | 1976 |
| - Customer Integrated Automated Purchasing System | 1977 |
| - Defense Acquisition and Contracting Executive Seminar | 1978 |
| - Principles of Contract Pricing | 1980 |
| - Financial Management and Advanced Pricing | 1984 |

## PROFESSIONAL AFFILIATIONS

National Contract Management Association (NCMA) - Education Chairman and Vice President, Central Florida Chapter