# In the United States Court of Federal Claims

**SPARTON CORPORATION**
**Plaintiff,**

**Case No. 92-580 C**

**v.**

**THE UNITED STATES,**
**Defendant.**

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding held April 25, 2008, has been filed in the above-captioned matter. The parties have seven (7) calendar days from the date of this notice to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from Heritage Reporting Corporation, (202) 628-4888, or view the document at the clerk's office's public terminal.

**Date: June 16, 2008** By: s/Lisa L. Reyes

Chief Deputy Clerk for Operations