# In the United States Court of Federal Claims

No. 92-580 C
(Filed: July 1, 2008)

| | |
|---|---|
| **SPARTON CORPORATION,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

**ORDER**

In the parties' pre-trial briefing, the Government identified a potential license under the -0465 contract as a possible defense to Plaintiff's infringement claim. The Government cited *G. L. Christian & Assoc. v. United States*, 312 F.2d 418, 426-27 (Ct. Cl. 1963), 32 C.F.R. §§ 9.107-1 to 9.107-5 (1969), and 32 C.F.R. §§ 9.107-1 to 9.107-5 (1971), for the proposition that a patent rights clause should be read into the -0465 contract, even though such a clause was not explicitly recited in the contract. Likely due to the predominantly legal, as opposed to factual, nature of this defense, little argument was presented at trial concerning whether the Government should be entitled to a license under the -0465 contract.

The Court therefore ORDERS the parties to file post-trial briefs on this issue as follows:

- The Government shall file an opening brief on its potential license defense on or before **July 22, 2008.**
- Plaintiff shall file a response brief regarding the potential license defense on or before **August 12, 2008.**
- The Government may file a reply brief on or before **August 26, 2008**.

In their briefs, the parties shall make reference to admitted trial exhibits by exhibit number, with pinpoint citations to page number and/or paragraph number. Any reference to witness testimony shall be accompanied by a citation to the trial transcript by page and line numbers.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge