**EXHIBIT A**

THE GEORGE WASHINGTON UNIVERSITY LAW LIBRARY

U.S. ASSISTANT SECRETARY OF DEFENS
" (SUPPLY AND LOGISTICS)

# ARMED SERVICES PROCUREMENT REGULATION

## The 1960 Edition

**This replaces the 1955 Edition and its 54 Revisions.**

THE GEORGE WASHINGTON UNIVERSITY LAW LIBRARY

## DEPARTMENT OF DEFENSE

A

# SECTION VII—CONTRACT CLAUSES

## Table of Contents

*Paragraph* *Page*

7-000 Scope of Section 701

**Part 1—Clauses for Fixed-Price Supply Contracts**

7-100 Scope of Part 701
7-101 [Reserved] 701
7-102 Applicability 701
7-103 Required Clauses 701
- 7-103.1 Definitions 701
- 7-103.2 Changes 701
- 7-103.3 Extras 702
- 7-103.4 Variation in Quantity 702
- 7-103.5 Inspection 702
- 7-103.6 Responsibility for Supplies 703
- 7-103.7 Payments 704
- 7-103.8 Assignment of Claims 704
- 7-103.9 Additional Bond Security 705
- 7-103.10 Federal, State, and Local Taxes 705
- 7-103.11 Default 705
- 7-103.12 Disputes 705
- 7-103.13 Renegotiation 706
- 7-103.14 [*Reserved*] 707
- 7-103.15 Soviet-Controlled Areas 707
- 7-103.16 Eight-Hour Law of 1912—Overtime Compensation 707
- 7-103.17 Walsh-Healey Public Contracts Act 707
- 7-103.18 Nondiscrimination in Employment 707
- 7-103.19 Officials Not To Benefit 707
- 7-103.20 Covenant Against Contingent Fees 707
- 7-103.21 Termination for Convenience of the Government 707
- 7-103.22 Authorization and Consent 707
- 7-103.23 Notice and Assistance Regarding Patent Infringement 707

7-104 Clauses To Be Used When Applicable 707
- 7-104.1 Clauses for Contracts Involving Construction Work 707
- 7-104.2 Workmen's Compensation Insurance Overseas 708
- 7-104.3 Buy American Act 708
- 7-104.4 Notice to the Government of Labor Disputes 708
- 7-104.5 Patent Indemnity 708
- 7-104.6 Filing of Patent Applications 708
- 7-104.7 Patent Rights 708
- 7-104.8 Reporting of Royalties 708
- 7-104.9 Rights in Data 708
- 7-104.10 Ground and Flight Risk 708
- 7-104.11 Excess Profit 709

## Part 1—Clauses for Fixed-Price Supply Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7-104 | Clauses To Be Used When Applicable—Continued | | |
| | 7-104.12 | Military Security Requirements | 709 |
| | 7-104.13 | Preference for Certain Domestic Commodities | 711 |
| | 7-104.14 | Utilization of Small Business Concerns | 711 |
| | 7-104.15 | Examination of Records | 711 |
| | 7-104.16 | Gratuities | 711 |
| | 7-104.17 | Convict Labor | 712 |
| | 7-104.18 | Priorities, Allocations, and Allotments | 712 |
| | 7-104.19 | Cargo Preference Act | 712 |
| | 7-104.20 | Utilization of Concerns in Labor Surplus Areas | 712 |
| | 7-104.21 | Limitation on Withholding of Payments | 712 |
| | 7-104.22 | Small Business Subcontracting Program | 713 |
| | 7-104.23 | Subcontracts | 713 |
| | 7-104.24 | Government-Furnished Property | 713 |
| | 7-104.25 | Special Tooling | 713 |
| | 7-104.26 | Changes to Make-or-Buy Program | 713 |
| | 7-104.27 | Payment for Overtime and Shift Premiums | 713 |
| | 7-104.28 | Quality Control System | 713 |
| | 7-104.29 | Price Reduction for Defective Pricing Data | 713 |
| | 7-104.30 | Humane Slaughter of Livestock | 714 |
| | 7-104.31 | Duty-Free Entry | 714 |
| | 7-104.32 | Duty-Free Entry of Listed Canadian Supplies | 714 |
| | 7-104.33 | Taxes | 714 |
| | 7-104.34 | Advance Payments | 714 |
| | 7-104.35 | Progress Payments | 714 |
| | 7-104.36 | Preference for United States-Flag Vessels—Employment of Ocean-Going Vessels | 714 |
| | 7-104.37 | Required Source for Jewel Bearings | 714 |
| | 7-104.38 | Labor Surplus Area Subcontracting Program | 714 |
| | 7-104.39 | Interest | 714 |
| | 7-104.40 | Competition in Subcontracting | 714 |
| 7-105 | Additional Clauses | | 714 |
| | 7-105.1 | Alterations in Contract | 714. 1 |
| | 7-105.2 | Approval of Contract | 714. 1 |
| | 7-105.3 | [*Reserved*] | 714. 1 |
| | 7-105.4 | Notice of Shipments | 714. 1 |
| | 7-105.5 | Liquidated Damages | 715 |
| | 7-105.6 | Bill of Materials | 715 |
| | 7-105.7 | Material Inspection and Receiving Report | 716 |
| | 7-105.8 | Stop Work Orders | 716 |
| | 7-105.9 | Taxes Where Foreign Agreements Do Not Apply | 716. 1 |
| 7-106 | Price Escalation Clauses (Established Prices) | | 716. 2 |
| | 7-106.1 | Escalation Clause for Basic Steel, Aluminum, Brass, Bronze or Copper Mill Products | 716. 2 |
| | 7-106.2 | Escalation Clause for Nonstandard Steel Items | 717 |

Case 1:92-cv-00580-EJD Document 372-2 Filed 08/12/2008 Page 5 of 12

**Part 1—Clauses for Fixed-Price Supply Contracts—Continued**


| Paragraph | | Page |
|---|---|---|
| 7–106 | Price Escalation Clauses (Established Prices)—Continued | |
| | 7–106.3 Escalation Clause for Standard Supplies | 719 |
| | 7–106.4 Escalation Clause for Semistandard Supplies | 721 |
| 7–107 | Price Escalation Clause (Labor and Material) | 722 |
| 7–108 | Incentive Price Revision Clause | 724 |
| 7–109 | Price Redetermination Clauses | 728 |
| | 7–109.1 General | 728 |
| | 7–109.2 Prospective Periodic Price Redetermination at Stated Intervals | 728 |
| | 7–109.3 Retroactive and Prospective Price Redetermination at a Stated Time Prior to Completion | 730 |
| | 7–109.4 Retroactive Price Redetermination After Completion | 733 |


**Part 2—Clauses for Cost-Reimbursement Type Supply Contracts**


| | | |
|---|---|---|
| 7–200 | Scope of Part | 747 |
| 7–201 | [*Reserved*] | 747 |
| 7–202 | Applicability | 747 |
| 7–203 | Required Clauses | 747 |
| | 7–203.1 Definitions | 747 |
| | 7–203.2 Changes | 747 |
| | 7–203.3 Limitation of Cost | 748 |
| | 7–203.4 Allowable Cost, Fee, and Payment | 748 |
| | 7–203.5 Inspection of Supplies and Correction of Defects | 754 |
| | 7–203.6 Assignment of Claims | 756 |
| | 7–203.7 Records | 756 |
| | 7–203.8 Subcontracts | 758 |
| | 7–203.9 Utilization of Small Business Concerns | 758.2 |
| | 7–203.10 Termination | 758.2 |
| | 7–203.11 Excusable Delays | 758.2 |
| | 7–203.12 Disputes | 758.2 |
| | 7–203.13 Renegotiation | 759 |
| | 7–203.14 [*Reserved*] | 759 |
| | 7–203.15 Convict Labor | 759 |
| | 7–203.16 Eight-Hour Law of 1912—Overtime Compensation | 759 |
| | 7–203.17 Walsh-Healey Public Contracts Act | 759 |
| | 7–203.18 Nondiscrimination in Employment | 759 |
| | 7–203.19 Officials Not to Benefit | 759 |
| | 7–203.20 Covenant Against Contingent Fees | 759 |
| | 7–203.21 Government Property | 759 |
| | 7–203.22 Insurance—Liability to Third Persons | 759 |
| | 7–203.23 Authorization and Consent | 760 |
| | 7–203.24 Notice and Assistance Regarding Patent Infringement | 760 |
| | 7–203.25 Soviet-Controlled Areas | 760 |

**Part 2—Clauses for Cost-Reimbursement Type Supply Contracts—Continued**


| Paragraph | | | Page |
|---|---|---|---|
| 7–203 | Required Clauses—Continued | | |
| | 7–203.26 | Utilization of Concerns in Labor Surplus Areas | 760 |
| | 7–203.27 | Payment for Overtime and Shift Premiums | 760 |
| | 7–203.28 | Competition in Subcontracting | 760 |
| 7–204 | Clauses To Be Used When Applicable | | 761 |
| | 7–204.1 | Clauses for Contracts Involving Construction Work | 761 |
| | 7–204.2 | Workmen's Compensation Insurance Overseas | 761 |
| | 7–204.3 | Buy American Act | 761 |
| | 7–204.4 | Notice to the Government of Labor Disputes | 761 |
| | 7–204.5 | Patent Indemnity | 761 |
| | 7–204.6 | Filing of Patent Applications | 761 |
| | 7–204.7 | Patent Rights | 761 |
| | 7–204.8 | Reporting of Royalties | 761 |
| | 7–204.9 | Rights in Data | 761 |
| | 7–204.10 | Quality Control System | 761 |
| | 7–204.11 | Excess Profit | 761 |
| | 7–204.12 | Military Security Requirements | 762 |
| | 7–204.13 | Preference for Certain Domestic Commodities | 762 |
| | 7–204.14 | Gratuities | 762 |
| | 7–204.15 | Priorities, Allocations, and Allotments | 762 |
| | 7–204.16 | Negotiated Overhead Rates | 762 |
| | 7–204.17 | Cargo Preference Act | 762 |
| | 7–204.18 | Limitation on Withholding of Payments | 762 |
| | 7–204.19 | Small Business Subcontracting Program | 762 |
| | 7–204.20 | Changes to Make-or-Buy Program | 762 |
| | 7–204.21 | Flight Risks | 762 |
| | 7–204.22 | Duty-Free Entry | 762 |
| | 7–204.23 | Duty-Free Entry of Listed Canadian Supplies | 762 |
| | 7–204.24 | Taxes | 762. 1 |
| | 7–204.25 | Advance Payments | 762. 1 |
| | 7–204.26 | Preference for United States-Flag Vessels—Employment of Ocean-Going Vessels | 762. 1 |
| | 7–204.27 | Required Source for Jewel Bearings | 762. 1 |
| | 7–204.28 | General Services Administration Supply Sources | 762. 1 |
| | 7–204.29 | Labor Surplus Area Subcontracting Program | 762. 1 |
| | 7–204.30 | Interest | 762. 1 |
| 7–205 | Additional Clauses | | 762. 1 |
| | 7–205.1 | Alterations in Contract | 762. 1 |
| | 7–205.2 | Approval of Contract | 762. 1 |
| | 7–205.3 | [*Reserved*] | 762. 1 |
| | 7–205.4 | Bill of Materials | 762. 1 |
| | 7–205.5 | Federal, State, and Local Taxes. [*Reserved*] | 762. 1 |
| | 7–205.6 | Material Inspection and Receiving Report | 762. 1 |
| | 7–205.7 | Stop Work Orders | 762. 1 |
| | 7–205.8 | Taxes Where Foreign Agreements Do Not Apply | 762. 1 |

## Part 3—Clauses for Fixed-Price Research and Development Contracts


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–301 | Applicability | | 763 |
| 7–302 | Required Clauses | | 763 |
| | 7–302.1 | Definitions | 763 |
| | 7–302.2 | Payments | 763 |
| | 7–302.3 | Standards of Work | 763 |
| | 7–302.4 | Inspection | 763 |
| | 7–302.5 | Assignment of Claims | 764 |
| | 7–302.6 | Examination of Records | 764 |
| | 7–302.7 | Federal, State, and Local Taxes | 764 |
| | 7–302.8 | Utilization of Small Business Concerns | 764 |
| | 7–302.9 | Default | 765 |
| | 7–302.10 | Termination for Convenience of the Government | 765 |
| | 7–302.11 | Disputes | 765 |
| | 7–302.12 | Renegotiation | 765 |
| | 7–302.13 | Buy American Act | 765 |
| | 7–302.14 | Convict Labor | 765 |
| | 7–302.15 | Walsh-Healey Public Contracts Act | 765 |
| | 7–302.16 | Eight-Hour Law of 1912—Overtime Compensation | 765 |
| | 7–302.17 | Nondiscrimination in Employment | 765 |
| | 7–302.18 | Officials Not To Benefit | 765 |
| | 7–302.19 | Covenant Against Contingent Fees | 765 |
| | 7–302.20 | Gratuities | 765 |
| | 7–302.21 | Authorization and Consent | 765 |
| | 7–302.22 | Notice and Assistance Regarding Patent Infringement | 765 |
| | 7–302.23 | Patent Rights | 765 |
| | 7–302.24 | Basic Data Clause | 765 |
| | 7–302.25 | Military Security Requirements | 766 |
| | 7–302.26 | Utilization of Concerns in Labor Surplus Areas | 766 |
| 7–303 | Clauses To Be Used When Applicable | | 766 |
| | 7–303.1 | Clauses for Contracts Involving Construction Work | 766 |
| | 7–303.2 | Filing of Patent Applications | 766 |
| | 7–303.3 | Reporting of Royalties | 766 |
| | 7–303.4 | Excess Profit | 766 |
| | 7–303.5 | Preference for Certain Domestic Commodities | 766 |
| | 7–303.6 | Priorities, Allocations, and Allotments | 766 |
| | 7–303.7 | Government-Furnished Property | 766 |
| | 7–303.8 | Soviet-Controlled Areas | 766 |
| | 7–303.9 | Notice to the Government of Labor Disputes | 767 |
| | 7–303.10 | Limitation on Withholding of Payments | 767 |
| | 7–303.11 | Small Business Subcontracting Program | 767 |
| | 7–303.12 | Subcontracts | 767 |
| | 7–303.13 | Changes to Make-or-Buy Program | 767 |
| | 7–303.14 | Payment for Overtime and Shift Premiums | 767 |

### Part 3—Clauses for Fixed-Price Research and Development Contracts—Continued

*Paragraph* *Page*

7–303 Clauses To Be Used When Applicable—Continued
7–303. 15 Quality Control System 767
7–303. 16 Price Reduction for Defective Cost Data 767
7–303. 17 Ground and Flight Risk 767
7–303. 18 Duty-Free Entry 767
7–303. 19 Duty-Free Entry of Listed Canadian Supplies 767
7–303. 20 Taxes 767
7–303. 21 Advance Payments 767
7–303. 22 Workmen's Compensation Insurance Overseas 767
7–303. 23 Progress Payments 767
7–303. 24 Required Source for Jewel Bearings 767
7–303. 25 Labor Surplus Area Subcontracting Program 767
7–303. 26 Interest 767
7–303. 27 Competition in Subcontracting 768
7–304 Additional Clauses 768
7–304. 1 Changes 768
7–304. 2 Alterations in Contract 768
7–304. 3 Approval of Contract 768
7–304. 4 Bill of Materials 768
7–304. 5 Notice of Shipments 768
7–304. 6 Stop Work Orders 768
7–304. 7 Reports of Work 768
7–304. 8 Liquidated Damages 768
7–304. 9 Taxes Where Foreign Agreements Do Not Apply 768

### Part 4—Clauses for Cost-Reimbursement Type Research and Development Contracts

7–400 Scope of Part 769
7–401 Applicability 769
7–402 Required Clauses 769
7–402. 1 Definitions 769
7–402. 2 Limitation of Cost 769
7–402. 3 Allowable Cost, Fixed Fee, and Payment 770
7–402. 4 Standards of Work 773
7–402. 5 Inspection and Correction of Defects 773
7–402. 6 Assignment of Claims 776
7–402. 7 Records 776
7–402. 8 Subcontracts 776
7–402. 9 Utilization of Small Business Concerns 778. 1
7–402. 10 Termination 778. 1
7–402. 11 Disputes 778. 1
7–402. 12 Renegotiation 778. 1
7–402. 13 Buy American Act 778. 1
7–402. 14 Convict Labor 778. 1

**Part 4—Clauses for Cost-Reimbursement Type Research and Development Contracts—Continued**


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–402 | Required Clauses—Continued | | |
| | 7–402.15 | Walsh-Healey Public Contracts Act | 778.1 |
| | 7–402.16 | Eight-Hour Law of 1912—Overtime Compensation | 778.1 |
| | 7–402.17 | Nondiscrimination in Employment | 778.2 |
| | 7–402.18 | Officials Not To Benefit | 778.2 |
| | 7–402.19 | Covenant Against Contingent Fees | 778.2 |
| | 7–402.20 | Authorization and Consent | 779 |
| | 7–402.21 | Notice and Assistance Regarding Patent Infringement | 779 |
| | 7–402.22 | Patent Rights | 779 |
| | 7–402.23 | Basic Data Clause | 779 |
| | 7–402.24 | Military Security Requirements | 779 |
| | 7–402.25 | Government Property | 781 |
| | 7–402.26 | Insurance—Liability to Third Persons | 781 |
| | 7–402.27 | Utilization of Concerns in Labor Surplus Areas | 782 |
| | 7–402.28 | Payment for Overtime and Shift Premiums | 782 |
| | 7–402.29 | Competition in Subcontracting | 782 |
| 7–403 | Clauses To Be Used When Applicable | | 782 |
| | 7–403.1 | Clauses for Contracts Involving Construction Work | 782 |
| | 7–403.2 | Filing of Patent Applications | 782 |
| | 7–403.3 | Reporting of Royalties | 782 |
| | 7–403.4 | Excess Profit | 782 |
| | 7–403.5 | Excusable Delays | 782 |
| | 7–403.6 | Preference for Certain Domestic Commodities | 782 |
| | 7–403.7 | Priorities, Allocations, and Allotments | 782 |
| | 7–403.8 | Soviet-Controlled Areas | 782 |
| | 7–403.9 | Negotiated Overhead Rates | 783 |
| | 7–403.10 | Notice to the Government of Labor Disputes | 783 |
| | 7–403.11 | Gratuities | 783 |
| | 7–403.12 | Limitation on Withholding of Payments | 783 |
| | 7–403.13 | Small Business Subcontracting Program | 783 |
| | 7–403.14 | Changes to Make-or-Buy Program | 783 |
| | 7–403.15 | Quality Control System | 784 |
| | 7–403.16 | Flight Risks | 784 |
| | 7–403.17 | Duty-Free Entry | 784 |
| | 7–403.18 | Duty-Free Entry of Listed Canadian Supplies | 784 |
| | 7–403.19 | Taxes | 784 |
| | 7–403.20 | Advance Payments | 784 |
| | 7–403.21 | Workmen's Compensation Insurance Overseas | 784 |
| | 7–403.22 | Required Source for Jewel Bearings | 784 |
| | 7–403.23 | General Services Administration Supply Sources | 784 |
| | 7–403.24 | Labor Surplus Area Subcontracting Program | 784 |
| | 7–403.25 | Interest | 784 |




659552°—62——12

**Part 4—Clauses for Cost-Reimbursement Type Research and Development Contracts—Continued**


| Paragraph | | Page |
|---|---|---|
| 7–404 | Additional Clauses | 784 |
| 7–404.1 | Changes | 784 |
| 7–404.2 | Alterations in Contract | 784. 1 |
| 7–404.3 | Approval of Contract | 784. 1 |
| 7–404.4 | Bill of Materials | 784. 1 |
| 7–404.5 | Stop Work Orders | 784. 1 |
| 7–404.6 | Reports of Work | 784. 1 |
| 7–404.7 | Taxes Where Foreign Agreements Do Not Apply | 784. 1 |


**Part 5—Clauses for Personal Services Contracts**


| | | |
|---|---|---|
| 7–500 | Scope of Part | 785 |
| 7–501 | [*Reserved*] | 785 |
| 7–502 | Applicability | 785 |
| 7–503 | Required Clauses | 785 |
| 7–503.1 | Definitions | 785 |
| 7–503.2 | Payments | 785 |
| 7–503.3 | Assignment of Claims | 785 |
| 7–503.4 | Disputes | 785 |
| 7–503.5 | Officials Not to Benefit | 785 |
| 7–503.6 | Covenant Against Contingent Fees | 785 |
| 7–503.7 | Termination | 785 |
| 7–503.8 | Approval of Contract | 785 |
| 7–503.9 | Patents | 785 |
| 7–504 | Clauses To Be Used When Applicable | 786 |
| 7–504.1 | Military Security Requirements | 786 |
| 7–504.2 | Data and Copyrights | 787 |
| 7–504.3 | Interest | 787 |
| 7–505 | Additional Clause | 787 |
| 7–505.1 | Alterations in Contracts | 787 |


**Part 6—Clauses For Fixed-Price Construction Contracts**


| | | |
|---|---|---|
| 7–601 | Applicability | 789 |
| 7-602 | Required Clauses | 789 |
| 7–602.1 | Definitions | 789 |
| 7–602.2 | Specifications and Drawings | 789 |
| 7–602.3 | Changes | 789 |
| 7–602.4 | Changed Conditions | 790 |
| 7–602.5 | Termination For Default—Damages For Delay—Time Extensions | 790 |
| 7–602.6 | Disputes | 790 |
| 7–602.7 | Payments to Contractor | 791 |
| 7–602.8 | Assignment of Claims | 792 |
| 7–602.9 | Material and Workmanship | 793 |
| 7–602.10 | Contractor Inspection System | 793 |
| 7–602.11 | Inspection and Acceptance | 793 |

**Part 6—Clauses For Fixed-Price Construction Contracts—Continued**


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7-602 | Required Clauses—Continued | | |
| | 7-602.12 | Superintendence by Contractor | 794 |
| | 7-602.13 | Permits and Responsibilities | 794 |
| | 7-602.14 | Conditions Affecting the Work | 795 |
| | 7-602.15 | Other Contracts | 795 |
| | 7-602.16 | Patent Indemnity | 795 |
| | 7-602.17 | Additional Bond Security | 796 |
| | 7-602.18 | Covenant Against Contingent Fees | 796 |
| | 7-602.19 | Officials Not to Benefit | 796 |
| | 7-602.20 | Buy American | 796 |
| | 7-602.21 | Convict Labor | 796 |
| | 7-602.22 | Nondiscrimination in Employment | 796 |
| | 7-602.23 | Labor Standards Provisions | 796 |
| | 7-602.24 | Nondomestic Construction Materials | 796 |
| | 7-602.25 | Gratuities | 796 |
| | 7-602.26 | Utilization of Small Business Concerns | 796 |
| | 7-602.27 | Federal, State, and Local Taxes | 796 |
| | 7-602.28 | Renegotiation | 796 |
| | 7-602.29 | Termination for Convenience of the Government | 797 |
| | 7-602.30 | Notice and Assistance Regarding Patent Infringement | 797 |
| | 7-602.31 | Authorization and Consent | 797 |
| 7-603 | Clauses To Be Used When Applicable | | 797 |
| | 7-603.1 | Notice to Government of Labor Disputes | 797 |
| | 7-603.2 | Soviet-Controlled Areas | 797 |
| | 7-603.3 | Filing of Patent Applications | 797 |
| | 7-603.4 | Reporting of Royalties | 797 |
| | 7-603.5 | Rights in Data | 797 |
| | 7-603.6 | Military Security Requirements | 797 |
| | 7-603.7 | Examination of Records | 797 |
| | 7-603.8 | Priorities, Allocations, and Allotments | 797 |
| | 7-603.9 | Subcontracts | 797 |
| | 7-603.10 | Payment for Overtime and Shift Premiums | 797 |
| | 7-603.11 | Price Reduction for Defective Cost Data | 797 |
| | 7-603.12 | Workmen's Compensation Insurance Overseas | 797 |
| | 7-603.13 | Taxes | 797 |
| | 7-603.14 | Advance Payments | 797 |
| | 7-603.15 | Performance of Work by Contractor | 798 |
| | 7-603.16 | Patent Rights | 798 |
| | 7-603.17 | Interest | 798 |
| | 7-603.18 | Competition in Subcontracting | 798 |
| | 7-603.19 | Duty-Free Entry | 798 |

**Part 6—Clauses For Fixed-Price Construction Contracts—Continued**

*Paragraph* *Page*

7–604 Additional Clauses ........ 798
 7–604.1 Alterations in Contract ........ 798
 7–604.2 Approval of Contract ........ 798
 7–604.3 Price Adjustment for Suspension, Delays, or Interruption of Work ........ 798
 7–604.4 Taxes Where Foreign Agreements Do Not Apply ........ 798