**EXHIBIT B**

# ARMED SERVICES PROCUREMENT REGULATION

## The 1963 Edition

This replaces the 1960 Edition and its 13 Revisions.

THIS COPY IS A REPRINT WHICH INCLUDES CURRENT PAGES FROM REVISIONS 1 THROUGH 14.

## DEPARTMENT OF DEFENSE

THE GEORGE WASHINGTON UNIVERSITY LAW LIBRARY

B

# SECTION VII—CONTRACT CLAUSES

## Table of Contents


| Paragraph | | | Page |
|---|---|---|---|
| 7–000 | Scope of Section | | 701 |
| | **Part 1—Clauses for Fixed-Price Supply Contracts** | | |
| 7–100 | Scope of Part | | 701 |
| 7–101 | Applicability | | 701 |
| 7–102 | Contracts Subject in Part to Incentive Price Revision | | 701 |
| 7–103 | Required Clauses | | 701 |
| | 7–103.1 | Definitions | 701 |
| | 7–103.2 | Changes | 702 |
| | 7–103.3 | Extras | 702 |
| | 7–103.4 | Variation in Quantity | 702 |
| | 7–103.5 | Inspection | 702 |
| | 7–103.6 | Title and Risk of Loss | 704.1 |
| | 7–103.7 | Payments | 704.1 |
| | 7–103.8 | Assignment of Claims | 704.1 |
| | 7–103.9 | Additional Bond Security | 705 |
| | 7–103.10 | Federal, State, and Local Taxes | 705 |
| | 7–103.11 | Default | 705 |
| | 7–103.12 | Disputes | 705 |
| | 7–103.13 | Renegotiation | 706 |
| | 7–103.14 | Discounts | 706.2 |
| | 7–103.15 | Communist Areas | 706.2 |
| | 7–103.16 | Contract Work Hours Standards Act—Overtime Compensation | 706.2 |
| | 7–103.17 | Walsh-Healey Public Contracts Act | 706.2 |
| | 7–103.18 | Equal Opportunity | 706.2 |
| | 7–103.19 | Officials Not To Benefit | 706.2 |
| | 7–103.20 | Covenant Against Contingent Fees | 706.3 |
| | 7–103.21 | Termination for Convenience of the Government | 706.3 |
| | 7–103.22 | Authorization and Consent | 706.3 |
| | 7–103.23 | Notice and Assistance Regarding Patent Infringement | 706.3 |
| 7–104 | Clauses To Be Used When Applicable | | 707 |
| | 7–104.1 | Clauses for Contracts Involving Construction Work | 707 |
| | 7–104.2 | Workmen's Compensation Insurance Overseas | 707 |
| | 7–104.3 | Buy American Act | 707 |
| | 7–104.4 | Notice to the Government of Labor Disputes | 707 |
| | 7–104.5 | Patent Indemnity | 708 |
| | 7–104.6 | Filing of Patent Applications | 708 |
| | 7–104.7 | Patent Rights | 708 |
| | 7–104.8 | Reporting of Royalties | 708 |
| | 7–104.9 | Rights in Data | 708 |
| | 7–104.10 | Ground and Flight Risk | 708 |
| | 7–104.11 | Excess Profit | 708 |

## Part 1—Clauses for Fixed-Price Supply Contracts—Continued


| Paragraph | | Page |
|---|---|---|
| 7-104 | Clauses To Be Used When Applicable—Continued | |
| 7-104.12 | Military Security Requirements | 709 |
| 7-104.13 | Preference for Certain Domestic Commodities | 711 |
| 7-104.14 | Utilization of Small Business Concerns | 711 |
| 7-104.15 | Examination of Records | 711 |
| 7-104.16 | Gratuities | 711 |
| 7-104.17 | Convict Labor | 712 |
| 7-104.18 | Priorities, Allocations, and Allotments | 712 |
| 7-104.19 | Employment of Ocean-Going Vessels—Ocean Transport of Government-Owned Supplies | 712 |
| 7-104.20 | Utilization of Concerns in Labor Surplus Areas | 712 |
| 7-104.21 | Limitation on Withholding of Payments | 712 |
| 7-104.22 | Small Business Subcontracting Program | 713 |
| 7-104.23 | Subcontracts | 713 |
| 7-104.24 | Government Property | 713 |
| 7-104.25 | Special Tooling | 713 |
| 7-104.26 | [*Reserved*] | 713 |
| 7-104.27 | [*Reserved*] | 713 |
| 7-104.28 | Quality Program | 713 |
| 7-104.29 | Price Reduction for Defective Cost or Pricing Data | 713 |
| 7-104.30 | Humane Slaughter of Livestock | 715 |
| 7-104.31 | Duty-Free Entry | 715 |
| 7-104.32 | Duty-Free Entry of Listed Canadian Supplies | 715 |
| 7-104.33 | Taxes | 715 |
| 7-104.34 | Advance Payments | 715 |
| 7-104.35 | Progress Payments | 715 |
| 7-104.36 | [*Reserved*] | 715 |
| 7-104.37 | Required Source for Jewel Bearings | 715 |
| 7-104.38 | Labor Surplus Area Subcontracting Program | 715 |
| 7-104.39 | Interest | 715 |
| 7-104.40 | Competition in Subcontracting | 715 |
| 7-104.41 | Audit and Records | 715 |
| 7-104.42 | Subcontractor Cost and Pricing Data | 716.2 |
| 7-104.43 | United States Products (Military Assistance Program) | 716.4 |
| 7-104.44 | Value Engineering Incentive | 716.4 |
| 7-104.45 | Value Engineering Program Requirement | 716.4 |
| 7-104.46 | Non-use of Foreign-flag Vessels Engaged in Cuban and North Vietnam Trade | 716.4 |
| 7-104.47 | Multi-year Procurement | 716.4 |
| 7-104.48 | New Material | 716.4 |
| 7-104.49 | Government Surplus | 716.4 |
| 7-104.50 | Procurement of Natural Rubber for Aircraft Tires, Tubes, Tire Recapping, and Recapping Materials | 716.4 |
| 7-104.51 | Production Progress Report | 716.4 |
| 7-104.52 | Special Test Equipment | 716.4 |

## Part 1—Clauses for Fixed-Price Supply Contracts—Continued


| Paragraph | | Title | Page |
|---|---|---|---|
| 7-104 | | Clauses To Be Used When Applicable—Continued | |
| | 7-104.53 | Government Property Furnished "As Is" | 716.4 |
| | 7-104.54 | Extent of Quantity Variation | 716.4 |
| | 7-104.55 | First Article Approval | 716.4 |
| | 7-104.56 | Order of Precedence | 716.4a |
| | 7-104.57 | United States Products and Services (Balance of Payments Program) | 716.4a |
| | 7-104.58 | Identification of Expenditures in the United States | 716.4a |
| | 7-104.59 | Aluminum | 716.4a |
| | 7-104.60 | Contractor-Furnished Returnable Gas Cylinders and Other Containers | 716.4a |
| | 7-104.61 | Frequency Authorization | 716.4b |
| | 7-104.62 | Material Inspection and Receiving Report | 716.4b |
| | 7-104.63 | Protection of Government Buildings, Equipment, and Vegetation | 716.4c |
| | 7-104.64 | Recovery of Nonrecurring Costs on Foreign Sales of Major Defense Equipment | 716.4c |
| | 7-104.65 | Insurance | 716.4c |
| | 7-104.66 | Use of Excess and Near-Excess Currency | 716.4c |
| | 7-104.67 | Clauses for Preservation, Packaging, and Packing Requirements | 716.4c |
| | 7-104.68 | Marking of Shipments | 716.4c |
| | 7-104.69 | F.O.B. Point for Delivery of Government-Furnished Property | 716.4d |
| | 7-104.70 | F.O.B. Origin | 716.4d |
| | 7-104.71 | F.O.B Destination | 716.4e |
| | 7-104.72 | F.O.B. Origin—Minimum Size of Shipments | 716.4e |
| | 7-104.73 | Loading, Bracing, and Blocking of Freight Car Shipments | 716.f |
| | 7-104.74 | Shipments to Ports—Export Releases and MILSTAMP Documentation | 716.4f |
| | 7-104.75 | Diversion of Shipment Under F.O.B. Destination Contracts | 716.4g |
| | 7-104.76 | F.O.B. Destination—Evidence of Shipment | 716.4g |
| | 7-104.77 | Government Delay of Work | 716.4g |
| 7-105 | | Additional Clauses | 716.4h |
| | 7-105.1 | Alterations in Contract | 716.4h |
| | 7-105.2 | Approval of Contract | 716.4h |
| | 7-105.3 | Stop Work Orders | 716.4h |
| | 7-105.4 | Report of Shipment (REPSHIP) | 716.5 |
| | 7-105.5 | Liquidated Damages | 716.6 |
| | 7-105.6 | Bill of Materials | 716.6 |
| | 7-105.7 | Supply Warranty | 716.7 |
| | 7-105.8 | Commercial Warranty | 716.7 |
| 7-106 | | Price Escalation Clauses (Established Prices) | 716.7 |
| | 7-106.1 | Escalation Clause for Basic Steel, Aluminum, Brass, Bronze or Copper Mill Products | 716.7 |
| | 7-106.2 | Escalation Clause for Nonstandard Steel Items | 717 |
| | 7-106.3 | Escalation Clause for Standard Supplies | 719 |
| | 7-106.4 | Escalation Clause for Semistandard Supplies | 721 |

**Part 1—Clauses for Fixed-Price Supply Contracts—Continued**


| Paragraph | | Page |
|---|---|---|
| 7-107 | Price Escalation Clause (Labor and Material) | 722 |
| 7-108 | Incentive Price Revision Clauses | 724 |
| 7-108.1 | Firm Targets | 724 |
| 7-108.2 | Successive Targets | 728 |
| 7-109 | Price Redetermination Clauses | 733 |
| 7-109.1 | General | 733 |
| 7-109.2 | Prospective Periodic Price Redetermination at Stated Intervals | 733 |
| 7-109.3 | [*Reserved*] | 736 |
| 7-109.4 | Retroactive Price Redetermination After Completion | 736 |


**Part 2—Clauses for Cost-Reimbursement Type Supply Contracts**


| Paragraph | | Page |
|---|---|---|
| 7-200 | Scope of Part | 745 |
| 7-201 | [*Reserved*] | 745 |
| 7-202 | Applicability | 745 |
| 7-203 | Required Clauses | 745 |
| 7-203.1 | Definitions | 745 |
| 7-203.2 | Changes | 745 |
| 7-203.3 | Limitation of Cost or Funds | 746 |
| 7-203.4 | Allowable Cost, Fee, and Payment | 748 |
| 7-203.5 | Inspection of Supplies and Correction of Defects | 754 |
| 7-203.6 | Assignment of Claims | 755 |
| 7-203.7 | Examination of Records | 755 |
| 7-203.8 | Subcontracts | 758 |
| 7-203.9 | Utilization of Small Business Concerns | 758.2 |
| 7-203.10 | Termination | 758.2 |
| 7-203.11 | Excusable Delays | 758.2 |
| 7-203.12 | Disputes | 758.2 |
| 7-203.13 | Renegotiation | 758.2 |
| 7-203.14 | [*Reserved*] | 758.2 |
| 7-203.15 | Convict Labor | 758.2 |
| 7-203.16 | Contract Work Hours Standards Act—Overtime Compensation | 758.2 |
| 7-203.17 | Walsh-Healey Public Contracts Act | 758.2 |
| 7-203.18 | Equal Oportunity | 758.2 |
| 7-203.19 | Officials Not to Benefit | 758.2 |
| 7-203.20 | Covenant Against Contingent Fees | 758.2 |
| 7-203.21 | Government Property | 759 |
| 7-203.22 | Insurance—Liability to Third Persons | 759 |
| 7-203.23 | Authorization and Consent | 760 |
| 7-203.24 | Notice and Assistance Regarding Patent Infringement | 760 |
| 7-203.25 | Communist Areas | 760 |
| 7-203.26 | Utilization of Concerns in Labor Surplus Areas | 760 |
| 7-203.27 | Payment for Overtime Premiums | 760 |


[The next page is IV.1]

## Part 2—Clauses for Cost-Reimbursement Type Supply Contracts—Continued


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–203 | Required Clauses—Continued | | |
| | 7–203.28 | Competition in Subcontracting | 760 |
| | 7–203.29 | Audit and Records | 760 |
| | 7–203.30 | Price Reduction for Defective Cost or Pricing Data | 760 |
| | 7–203.31 | Subcontractor Cost and Pricing Data | 760 |
| 7–204 | Clauses To Be Used When Applicable | | 761 |
| | 7–204.1 | Clauses for Contracts Involving Construction Work | 761 |
| | 7–204.2 | Workmen's Compensation Insurance Overseas | 761 |
| | 7–204.3 | Buy American Act | 761 |
| | 7–204.4 | Notice to the Government of Labor Disputes | 761 |
| | 7–204.5 | Patent Indemnity | 761 |
| | 7–204.6 | Filing of Patent Applications | 761 |
| | 7–204.7 | Patent Rights | 761 |
| | 7–204.8 | Reporting of Royalties | 761 |
| | 7–204.9 | Rights in Data | 761 |
| | 7–204.10 | Quality Program | 761 |
| | 7–204.11 | Excess Profit | 761 |
| | 7–204.12 | Military Security Requirements | 762 |


[The next page is V]

**Part 2—Clauses for Cost-Reimbursement Type Supply Contracts—Continued**


| Paragraph | | | Page |
|---|---|---|---|
| 7-204 | Clauses To Be Used When Applicable—Continued | | |
| | 7-204.13 | Preference for Certain Domestic Commodities | 762 |
| | 7-204.14 | Gratuities | 762 |
| | 7-204.15 | Priorities, Allocations, and Allotments | 762 |
| | 7-204.16 | Negotiated Overhead Rates | 762 |
| | 7-204.17 | Employment of Ocean-Going Vessels—Ocean Transport of Government-Owned Supplies | 762 |
| | 7-204.18 | Limitation on Withholding of Payments | 762 |
| | 7-204.19 | Small Business Subcontracting Program | 762 |
| | 7-204.20 | Changes to Make-or-Buy Program | 762 |
| | 7-204.21 | Flight Risks | 762 |
| | 7-204.22 | Duty-Free Entry | 762 |
| | 7-204.23 | Duty-Free Entry of Listed Canadian Supplies | 762 |
| | 7-204.24 | Taxes | 762.1 |
| | 7-204.25 | Advance Payments | 762.1 |
| | 7-204.26 | Frequency Authorization | 762.1 |
| | 7-204.27 | Required Source for Jewel Bearings | 762.1 |
| | 7-204.28 | General Services Administration Supply Sources | 762.1 |
| | 7-204.29 | Labor Surplus Area Subcontracting Program | 762.1 |
| | 7-204.30 | Interest | 762.1 |
| | 7-204.31 | United States Products (Military Assistance Program) | 762.1 |
| | 7-204.32 | Value Engineering | 762.1 |
| | 7-204.33 | Non-use of Foreign-flag Vessels Engaged in Cuban and North Vietnam Trade | 762.1 |
| | 7-204.34 | Multi-year Procurement | 762.1 |
| | 7-204.35 | New Material | 762.1 |
| | 7-204.36 | Government Surplus | 762.1 |
| | 7-204.37 | Procurement of Natural Rubber for Aircraft Tires, Tubes, Tire Recapping, and Recapping Materials | 762.1 |
| | 7-204.38 | Special Test Equipment | 762.1 |
| | 7-204.39 | First Article Approval | 762.1 |
| | 7-204.40 | Order of Precedence | 762.1 |
| | 7-204.41 | United States Products and Services (Balance of Payments Program) | 762.1 |
| | 7-204.42 | Identification of Expenditures in the United States | 762.1 |
| | 7-204.43 | Aluminum | 762.1 |
| | 7-204.44 | Material Inspection and Receiving Report | 762.2 |
| | 7-204.45 | Recovery of Nonrecurring Costs on Foreign Sales of Major Defense Equipment | 762.2 |
| | 7-204.46 | Use of Excess and Near-Excess Currency | 762.2 |
| | 7-204.47 | Production Program Report | 762.2 |
| 7-205 | Additional Clauses | | 762.2 |
| | 7-205.1 | Alterations in Contract | 762.2 |
| | 7-205.2 | Approval of Contract | 762.2 |
| | 7-205.3 | Title and Risk of Loss | 762.2 |
| | 7-205.4 | Bill of Materials | 762.2 |
| | 7-205.5 | Federal, State, and Local Taxes [*Reserved*] | 762.2 |
| | 7-205.6 | Stop Work Orders | 762.2 |

## Part 3—Clauses for Fixed-Price Research and Development Contracts


| Paragraph | | | Page |
|---|---|---|---|
| 7-301 | Applicability | | 763 |
| 7-302 | Required Clauses | | 763 |
| | 7-302.1 | Definitions | 763 |
| | 7-302.2 | Payments | 763 |
| | 7-302.3 | Standards of Work | 763 |
| | 7-302.4 | Inspection | 763 |
| | 7-302.5 | Assignment of Claims | 764 |
| | 7-302.6 | Examination of Records | 764 |
| | 7-302.7 | Federal, State, and Local Taxes | 764 |
| | 7-302.8 | Utilization of Small Business Concerns | 764 |
| | 7-302.9 | Default | 765 |
| | 7-302.10 | Termination for Convenience of the Government | 765 |
| | 7-302.11 | Disputes | 765 |
| | 7-302.12 | Renegotiation | 765 |
| | 7-302.13 | Buy American Act | 765 |
| | 7-302.14 | Convict Labor | 765 |
| | 7-302.15 | Walsh-Healey Public Contracts Act | 765 |
| | 7-302.16 | Contract Work Hours Standards Act—Overtime Compensation | 765 |
| | 7-302.17 | Equal Opportunity | 765 |
| | 7-302.18 | Officials Not To Benefit | 765 |
| | 7-302.19 | Covenant Against Contingent Fees | 765 |
| | 7-302.20 | Gratuities | 765 |
| | 7-302.21 | Authorization and Consent | 765 |
| | 7-302.22 | Notice and Assistance Regarding Patent Infringement | 765 |
| | 7-302.23 | Patent Rights | 765 |
| | 7-302.24 | Basic Data Clause | 765 |
| | 7-302.25 | Military Security Requirements | 765 |
| | 7-302.26 | Utilization of Concerns in Labor Surplus Areas | 766 |
| | 7-302.27 | Government Delay of Work | 766 |
| | 7-302.28 | Title and Risk of Loss | 766 |
| 7-303 | Clauses To Be Used When Applicable | | 766 |
| | 7-303.1 | Clauses for Contracts Involving Construction Work | 766 |
| | 7-303.2 | Filing of Patent Applications | 766 |
| | 7-303.3 | Reporting of Royalties | 766 |
| | 7-303.4 | Excess Profit | 766 |
| | 7-303.5 | Preference for Certain Domestic Commodities | 766 |
| | 7-303.6 | Priorities, Allocations, and Allotments | 766 |
| | 7-303.7 | Government Property | 766 |
| | 7-303.8 | Communist Areas | 766 |
| | 7-303.9 | Notice to the Government of Labor Disputes | 766 |
| | 7-303.10 | Limitation on Withholding of Payments | 766 |
| | 7-303.11 | Small Business Subcontracting Program | 767 |
| | 7-303.12 | Subcontracts | 767 |
| | 7-303.13 | Material Inspection and Receiving Report | 767 |
| | 7-303.14 | Frequency Authorization | 767 |

Part 3—Clauses for Fixed-Price Research and Development Contracts —Continued

*Paragraph* *Page*

7–303 Clauses To Be Used When Applicable—Continued
7–303.15 Quality Program 767
7–303.16 Price Reduction for Defective Cost or Pricing Data 767
7–303.17 Ground and Flight Risk 767
7–303.18 Duty-Free Entry 767
7–303.19 Duty-Free Entry of Listed Canadian Supplies 767
7–303.20 Taxes 767
7–303.21 Advance Payments 767
7–303.22 Workmen's Compensation Insurance Overseas 767
7–303.23 Progress Payments 767
7–303.24 Required Source for Jewel Bearings 767
7–303.25 Labor Surplus Area Subcontracting Program 767
7–303.26 Interest 767
7–303.27 Competition in Subcontracting 767
7–303.28 Audit and Records 767
7–303.29 Subcontractor Cost and Pricing Data 767
7–303.30 United States Products (Military Assistance Program) 767
7–303.31 Value Engineering Incentive 767
7–303.32 Value Engineering Program Requirement 768
7–303.33 Non-use of Foreign-flag Vessels Engaged in Cuban and North Vietnam Trade 768
7–303.34 New Material 768
7–303.35 Government Surplus 768
7–303.36 Procurement of Natural Rubber for Aircraft Tires, Tubes, Tire Recapping, and Recapping Materials 768
7–303.37 Special Test Equipment 768
7–303.38 Government Property Furnished "As Is" 768
7–303.39 First Article Approval 768
7–303.40 Order of Precedence 768
7–303.41 United States Products and Services (Balance of Payments Program) 768
7–303.42 Identification of Expenditures in the United States 768
7–303.43 Aluminum 768
7–303.44 Care of Laboratory Animals 768
7–303.45 Recovery of Nonrecurring Costs on Foreign Sales of Major Defense Equipment 768.1
7–303.46 Insurance 768.1
7–303.47 Use of Excess and Near-Excess Currency 768.1
7–304 Additional Clauses 768.1
7–304.1 Changes 768.1
7–304.2 Alterations in Contract 768.1
7–304.3 Approval of Contract 768.1
7–304.4 Bill of Materials 768.1
7–304.5 Notice of Shipments 768.2
7–304.6 Reports of Work 768.2
7–304.7 Liquidated Damages 768.2
7–304.8 Warranty 768.2
7–304.9 Stop Work Orders 768.2

## Part 4—Clauses for Cost-Reimbursement Type Research and Development Contracts


| Paragraph | | Page |
|---|---|---|
| 7-400 | Scope of Part | 768.3 |
| 7-401 | Applicability | 768.3 |
| 7-402 | Required Clauses | 768.3 |
| 7-402.1 | Definitions | 768.3 |
| 7-402.2 | Limitation of Cost or Funds | 768.3 |
| 7-402.3 | Allowable Cost, Fee, and Payment | 771 |
| 7-402.4 | Standards of Work | 772 |
| 7-402.5 | Inspection and Correction of Defects | 772 |
| 7-402.6 | Assignment of Claims | 774 |
| 7-402.7 | Examination of Records | 774 |
| 7-402.8 | Subcontracts | 775 |
| 7-402.9 | Utilization of Small Business Concerns | 777 |
| 7-402.10 | Termination | 777 |
| 7-402.11 | Disputes | 777 |
| 7-402.12 | Renegotiation | 778 |
| 7-402.13 | Buy American Act | 778 |
| 7-402.14 | Convict Labor | 778 |
| 7-402.15 | Walsh-Healey Public Contracts Act | 778 |
| 7-402.16 | Contract Work Hours Standards Act—Overtime Compensation | 778 |
| 7-402.17 | Equal Opportunity | 778 |
| 7-402.18 | Officials Not To Benefit | 778 |
| 7-402.19 | Covenant Against Contingent Fees | 778 |
| 7-402.20 | Authorization and Consent | 779 |
| 7-402.21 | Notice and Assistance Regarding Patent Infringement | 779 |
| 7-402.22 | Patent Rights | 779 |
| 7-402.23 | Basic Data Clause | 779 |
| 7-402.24 | Military Security Requirements | 779 |
| 7-402.25 | Government Property | 781 |
| 7-402.26 | Insurance—Liability to Third Persons | 781 |
| 7-402.27 | Utilization of Concerns in Labor Surplus Areas | 782 |
| 7-402.28 | Payment for Overtime Premiums | 782 |
| 7-402.29 | Competition in Subcontracting | 782 |
| 7-402.30 | Audit and Records | 782 |
| 7-402.31 | Price Reduction for Defective Cost or Pricing Data | 782 |
| 7-402.32 | Subcontractor Cost and Pricing Data | 782 |
| 7-403 | Clauses To Be Used When Applicable | 782 |
| 7-403.1 | Clauses for Contracts Involving Construction Work | 782 |
| 7-403.2 | Filing of Patent Applications | 782 |
| 7-403.3 | Reporting of Royalties | 782 |
| 7-403.4 | Excess Profit | 782 |

**Part 4—Clauses for Cost-Reimbursement Type Research and Development Contracts—Continued**


| Paragraph | | | Page |
|---|---|---|---|
| 7–403 | Clauses To Be Used When Applicable—Continued | | |
| | 7–403.5 | Excusable Delays | 782 |
| | 7–403.6 | Preference for Certain Domestic Commodities | 782 |
| | 7–403.7 | Priorities, Allocations, and Allotments | 782 |
| | 7–403.8 | Communist Areas | 782 |
| | 7–403.9 | Negotiated Overhead Rates | 783 |
| | 7–403.10 | Notice to the Government of Labor Disputes | 783 |
| | 7–403.11 | Gratuities | 783 |
| | 7–403.12 | Limitation on Withholding of Payments | 783 |
| | 7–403.13 | Small Business Subcontracting Program | 783 |
| | 7–403.14 | Changes to Make-or-Buy Program | 783 |
| | 7–403.15 | Quality Program | 784 |
| | 7–403.16 | Flight Risks | 784 |
| | 7–403.17 | Duty-Free Entry | 784 |
| | 7–403.18 | Duty-Free Entry of Listed Canadian Supplies | 784 |
| | 7–403.19 | Taxes | 784 |
| | 7–403.20 | Advance Payments | 784 |
| | 7–403.21 | Workmen's Compensation Insurance Overseas | 784 |
| | 7–403.22 | Required Source for Jewel Bearings | 784 |
| | 7–403.23 | General Services Administration Supply Sources | 784 |
| | 7–403.24 | Labor Surplus Area Subcontracting Program | 784 |
| | 7–403.25 | Interest | 784 |
| | 7–403.26 | United States Products (Military Assistance Program) | 784 |
| | 7–403.27 | Value Engineering Incentive | 784 |
| | 7–403.28 | Value Engineering Program Requirement | 784 |
| | 7–403.29 | Non-use of Foreign-flag Vessels Engaged in Cuban and North Vietnam Trade | 784 |
| | 7–403.30 | New Material | 784 |
| | 7–403.31 | Government Surplus | 784 |
| | 7–403.32 | Procurement of Natural Rubber for Aircraft Tires, Tubes, Tire Recapping, and Recapping Materials | 784 |
| | 7–403.33 | Special Test Equipment | 784 |
| | 7–403.34 | First Article Approval | 784.1 |
| | 7–403.35 | Order of Precedence | 784.1 |
| | 7–403.36 | United States Products and Services (Balance of Payments Program) | 784.1 |
| | 7–403.37 | Identification of Expenditures in the United States | 784.1 |
| | 7–403.38 | Aluminum | 784.1 |
| | 7–403.39 | Care of Laboratory Animals | 784.1 |
| | 7–403.40 | Frequency Authorization | 784.1 |
| | 7–403.41 | Material Inspection and Receiving Report | 784.1 |
| | 7–403.42 | Recovery of Nonrecurring Costs on Foreign Sales of Major Defense Equipment | 784.1 |
| | 7–403.43 | Use of Excess and Near-Excess Currency | 784.1 |
| 7–404 | Additional Clauses | | 784.1 |
| | 7–404.1 | Changes | 784.1 |
| | 7–404.2 | Alterations in Contract | 784.2 |
| | 7–404.3 | Approval of Contract | 784.2 |
| | 7–404.4 | Bill of Materials | 784.2 |

**Part 4—Clauses for Cost-Reimbursement Type Research and Development Contracts—Continued**


| Paragraph | | | Page |
|---|---|---|---|
| 7-404 | Additional Clauses—Continued | | |
| | 7-404.5 | Stop Work Orders | 784.2 |
| | 7-404.6 | Reports of Work | 784.2 |
| | 7-404.7 | Title and Risk of Loss | 784.2 |


**Part 5—Clauses for Personal Services Contracts**


| | | | |
|---|---|---|---|
| 7-500 | Scope of Part | | 785 |
| 7-501 | [*Reserved*] | | 785 |
| 7-502 | Applicability | | 785 |
| 7-503 | Required Clauses | | 785 |
| | 7-503.1 | Definitions | 785 |
| | 7-503.2 | Payments | 785 |
| | 7-503.3 | Assignment of Claims | 785 |
| | 7-503.4 | Disputes | 785 |
| | 7-503.5 | Officials Not To Benefit | 785 |
| | 7-503.6 | Covenant Against Contingent Fees | 785 |
| | 7-503.7 | Termination | 785 |
| | 7-503.8 | Approval of Contract | 785 |
| | 7-503.9 | Patents | 785 |
| 7-504 | Clauses To Be Used When Applicable | | 786 |
| | 7-504.1 | Military Security Requirements | 786 |
| | 7-504.2 | Data and Copyrights | 787 |
| | 7-504.3 | Interest | 787 |
| | 7-504.4 | Government Property | 787 |
| | 7-504.5 | Order of Precedence | 787 |
| | 7-504.6 | United States Products and Services (Balance of Payments Program) | 787 |
| | 7-504.7 | Identification of Expenditures in the United States | 787 |
| | 7-504.8 | Use of Excess and Near-Excess Currency | 787 |
| | 7-504.9 | Production Progress Report | 787 |
| 7-505 | Additional Clause | | 787 |
| | 7-505.1 | Alterations in Contracts | 787 |


**Part 6—Clauses for Construction and Architect-Engineer Contracts**


| | | | |
|---|---|---|---|
| 7-600 | Scope of Part | | 789 |
| 7-601 | General | | 789 |
| 7-602 | Required Clauses for Fixed-Price Construction Contracts | | 789 |
| | 7-602.1 | Definitions | 789 |
| | 7-602.2 | Specifications and Drawings | 789 |
| | 7-602.3 | Changes | 789 |
| | 7-602.4 | Differing Site Conditions | 790 |
| | 7-602.5 | Termination for Default—Damages for Delay—Time Extensions | 791 |
| | 7-602.6 | Disputes | 791 |
| | 7-602.7 | Payments to Contractor | 791 |
| | 7-602.8 | Assignment of Claims | 792 |
| | 7-602.9 | Material and Workmanship | 793 |
| | 7-602.10 | Contractor Inspection System | 793 |
| | 7-602.11 | Inspection and Acceptance | 794 |

**Part 6—Clauses for Construction and Architect-Engineer Contracts—Continued**


| Paragraph | | Page |
|---|---|---|
| 7–602 | Required Clauses for Fixed-Price Construction Contracts—Continued. | |
| 7–602.12 | Superintendence by Contractor | 795 |
| 7–602.13 | Permits and Responsibilities | 795 |
| 7–602.14 | Conditions Affecting the Work | 795 |
| 7–602.15 | Other Contracts | 795 |
| 7–602.16 | Patent Indemnity | 795 |
| 7–602.17 | Additional Bond Security | 795 |
| 7–602.18 | Covenant Against Contingent Fees | 795 |
| 7–602.19 | Officials Not To Benefit | 796 |
| 7–602.20 | Buy American | 796 |
| 7–602.21 | Convict Labor | 796 |
| 7–602.22 | Equal Opportunity | 796 |
| 7–602.23 | Labor Standards Provisions | 796 |
| 7–602.24 | Nondomestic Construction Materials | 796 |
| 7–602.25 | Gratuities | 796 |
| 7–602.26 | Small Business | 796 |
| 7–602.27 | Federal, State, and Local Taxes | 796 |
| 7–602.28 | Renegotiation | 796 |
| 7–602.29 | Termination for Convenience of the Government | 796 |
| 7–602.30 | Notice and Assistance Regarding Patent and Copyright Infringement | 796 |
| 7–602.31 | Authorization and Consent | 796 |
| 7–602.32 | Composition of Contractor | 796 |
| 7–602.33 | Site Investigation | 797 |
| 7–602.34 | Protection of Existing Vegetation, Structures, Utilities, and Improvements | 797 |
| 7–602.35 | Operations and Storage Areas | 797 |
| 7–602.36 | Modification Proposals—Price Breakdown | 798 |
| 7–602.37 | Subcontractors | 798 |
| 7–602.38 | [*Reserved*] | 798 |
| 7–602.39 | Use and Possession Prior to Completion | 798 |
| 7–602.40 | Cleaning Up | 798a |
| 7–602.41 | Additional Definitions | 798a |
| 7–602.42 | Accident Prevention | 798a |
| 7–602.43 | Government Inspectors | 798b |
| 7–602.44 | Commencement, Prosecution and Completion of Work | 798b |
| 7–602.45 | Contract Drawings, Maps and Specifications | 798b |
| 7–602.46 | Suspension of Work | 798c |
| 7–602.47 | Rights in Shop Drawings | 798c |
| 7–603 | Clauses for Fixed-Price Construction Contracts To Be Used When Applicable | 798c |
| 7–603.1 | Notice to Government of Labor Disputes | 798c |

**Part 6—Clauses for Construction and Architect-Engineer Contracts—Continued**


| Paragraph | | Page |
|---|---|---|
| 7–603 | Clauses for Fixed-Price Construction Contracts To Be Used When Appplicable—Continued. | |
| 7–603.2 | Communist Areas | 798c |
| 7–603.3 | Filing of Patent Applications | 798c |
| 7–603.4 | Reporting of Royalties | 798c |
| 7–603.5 | Contract Prices—Bidding Schedule | 798c |
| 7–603.6 | Military Security Requirements | 798c |
| 7–603.7 | Examination of Records | 798c |
| 7–603.8 | Priorities, Allocations, and Allotments | 798c |
| 7–603.9 | Subcontracts | 798c |
| 7–603.10 | Required Insurance | 798d |
| 7–603.11 | Price Reduction for Defective Cost or Pricing Data | 798d |
| 7–603.12 | Workmen's Compensation Insurance Overseas | 798d |
| 7–603.13 | Taxes | 798d |
| 7–603.14 | Advance Payments | 798d |
| 7–603.15 | Performance of Work by Contractor | 798d |
| 7–603.16 | Patent Rights | 798d |
| 7–603.17 | Interest | 798d |
| 7–603.18 | Competition in Subcontracting | 798d |
| 7–603.19 | Duty-Free Entry | 798d |
| 7–603.20 | Audit and Records | 798d |
| 7–603.21 | Subcontractor Cost and Pricing Data | 798d |
| 7–603.22 | Government-Furnished Property Clause for Fixed-Price Contracts | 798e |
| 7–603.23 | Fixed-Price Incentive Contract Clause | 798e |
| 7–603.24 | Shop Drawings | 798g |
| 7–603.25 | Physical Data | 798h |
| 7–603.26 | Disputes Concerning Labor Standards | 798i |
| 7–603.27 | Variations in Estimated Quantities Contracts | 798i |
| 7–603.28 | Identification of Government Furnished Property | 798i |
| 7–603.29 | Salvage Materials and Equipment | 798j |
| 7–603.30 | Availability and Use of Utility Services | 798j |
| 7–603.31 | [*Reserved*] | 798j |
| 7–603.32 | Misplaced Material | 798k |
| 7–603.33 | Signal Lights | 798k |
| 7–603.34 | Identification of Employees | 798k |
| 7–603.35 | Superintendence of Subcontractors | 798k |
| 7–603.36 | Time Extensions for Delays to Elements of the Work | 798l |
| 7–603.37 | Payment for Mobilization and Preparatory Work | 798l |
| 7–603.38 | Exclusion of Periods in Computing Completion Schedules | 798n |
| 7–603.39 | Amount of Liquidated Damages | 798n |
| 7–603.40 | Required Source for Jewel Bearings | 798n |
| 7–603.41 | Employment of Ocean-Going Vessels by Construction Contractors | 798n |
| 7–603.42 | Architectural Designs and Data—Government Rights | 798n |

**Part 6—Clauses for Construction and Architect-Engineer Contracts —Continued**


| Paragraph | | Page |
|---|---|---|
| 7-603 | Clauses for Fixed-Price Construction Contracts To Be Used When Applicable—Continued. | |
| 7-603.43 | Identification of Expenditures in the United States | 798n |
| 7-603.44 | Aluminum | 798n |
| 7-603.45 | North Carolina Sales and Use Tax | 798n |
| 7-603.46 | [Reserved] | 798n |
| 7-603.47 | Use of Excess and Near-Excess Currency | 798n |
| 7-603.48 | Progress Charts and Requirements for Overtime Work | 798n |
| 7-603.49 | Airfield Safety Precautions | 798n.1 |
| 7-603.50 | Quantity Surveys | 798n.4 |
| 7-604 | Additional Clauses | 798n.4 |
| 7-604.1 | Alterations in Contract | 798n.4 |
| 7-604.2 | Approval of Contract | 798n.5 |
| 7-604.3 | Layout of Work | 798n.5 |
| 7-604.4 | Warranty | 798n.5 |
| 7-604.5 | Contractor-Prepared Network Analysis System | 798n.5 |
| 7-604.6 | Government-Prepared Network Analysis System | 798n.10 |
| 7-605 | Required Clauses for Cost-Reimbursement Type Construction Contracts | 798o |
| 7-605.1 | Statement of Work | 798o |
| 7-605.2 | Changes | 798o |
| 7-605.3 | Estimated Cost, Performance Period | 798o |
| 7-605.4 | Limitation of Cost | 798o |
| 7-605.5 | Allowable Cost, Fixed Fee, and Payment | 798o |
| 7-605.6 | Insurance | 798p |
| 7-605.7 | Direction of Work | 798p |
| 7-605.8 | Discounts | 798p |
| 7-605.9 | Direct Payments | 798q |
| 7-605.10 | Approved Construction Plant | 798q |
| 7-605.11 | Audit and Records | 798q |
| 7-605.12 | Price Reduction for Defective Cost or Pricing Data | 798q |
| 7-605.13 | Subcontractor Cost and Pricing Data | 798q |
| 7-605.14 | Government Property | 798q |
| 7-605.15 | Examination of Records | 798q |
| 7-605.16 | Contracting Officer's Decisions | 798q |
| 7-605.17 | Disputes | 798q |
| 7-605.18 | Labor | 798q |
| 7-605.19 | Equal Opportunity | 798q |
| 7-605.20 | Notice to the Government of Labor Disputes | 798q |
| 7-605.21 | Special Requirements | 798q |
| 7-605.22 | Composition of Contractor | 798r |
| 7-605.23 | Subcontractors | 798r |
| 7-605.24 | Accident Prevention | 798r |
| 7-605.25 | Contractor's Organization and Methods | 798r |
| 7-605.26 | Termination | 798r |
| 7-605.27 | Convict Labor | 798r |
| 7-605.28 | Officials Not To Benefit | 798r |
| 7-605.29 | Covenant Against Contingent Fees | 798r |
| 7-605.30 | Gratuities | 798r |
| 7-605.31 | Assignment of Claims | 798r |
| 7-605.32 | Renegotiation | 798r |
| 7-605.33 | Authorization and Consent | 798r |
| 7-605.34 | Notice and Assistance Regarding Patent and Copyright Infringement | 798r |
| 7-605.35 | Patent Indemnity | 798r |
| 7-605.36 | Utilization of Small Busines Concerns | 798r |
| 7-605.37 | Competition in Subcontracting | 798r |
| 7-605.38 | Definitions | 798r |
| 7-605.39 | Excusable Delays | 798r |
| 7-605.40 | Rights in Shop Drawings | 798r |

**Part 6—Clauses for Construction and Architect-Engineer Contracts—Continued**


| Paragraph | | Page |
|---|---|---|
| 7-606 | Clauses To Be Used Where Applicable for Cost-Reimbursement Type Construction Contracts | 798s |
| 7-606.1 | Incentive Fee Clause for Cost-Type Construction Contracts | 798s |
| 7-606.2 | Approval of Wage Rates | 798t |
| 7-606.3 | Buy American | 798u |
| 7-606.4 | Nondomestic Construction Materials | 798u |
| 7-606.5 | Priorities, Allocations, and Allotments | 798u |
| 7-606.6 | Interest | 798u |
| 7-606.7 | Military Security Requirements | 798u |
| 7-606.8 | Workmen's Compensation Insurance Overseas (Defense Base Act) | 798u |
| 7-606.9 | Use of Excess and Near-Excess Currency | 798u |
| 7-606.10 | Alterations | 798u |
| 7-606.11 | Payment for Overtime Premiums | 798u |
| 7-606.12 | Small Business Subcontracting Program | 798u |
| 7-606.13 | Approval of Contract | 798u |
| 7-606.14 | Architectural Designs and Data—Government Rights | 798u |
| 7-606.15 | Identification of Expenditures in the United States | 798u |
| 7-606.16 | Aluminum | 798u |
| 7-606.17 | North Carolina Sales and Use Tax | 798u |
| 7-606.18 | Airfield Safety Precautions | 798u |
| 7-607 | Required Clauses for Lump Sum Architect-Engineer Contracts | 798v.2 |
| 7-607.1 | Method of Payment | 798v.2 |
| 7-607.2 | Architectural Designs and Data—Government Rights | 798w |
| 7-607.3 | Contracting Officer's Decisions | 798w |
| 7-607.4 | Disputes | 798w |
| 7-607.5 | Changes | 798w |
| 7-607.6 | Subcontractors and Outside Associates and Consultants | 798w |
| 7-607.7 | Termination for Convenience of the Government | 798w |
| 7-607.8 | Covenant Against Contingent Fees | 798w |
| 7-607.9 | Officials Not To Benefit | 798w |
| 7-607.10 | Assignment of Claims | 798w |
| 7-607.11 | Accident Prevention | 798x |
| 7-607.12 | Equal Oppportunity | 798x |
| 7-607.13 | Convict Labor | 798x |
| 7-607.14 | Contract Work Hours Standards Act—Overtime Compensation | 798x |
| 7-607.15 | Renegotiation | 798x |
| 7-607.16 | Definitions | 798x |
| 7-607.17 | Gratuities | 798x |
| 7-607.18 | Examination of Records | 798x |
| 7-607.19 | Interest | 798x |

**Part 6—Clauses for Construction and Architect-Engineer Contracts—Continued**


| Paragraph | | Page |
|---|---|---|
| 7–607 | Required Clauses for Lump Sum Architect-Engineer Contracts—Continued. | |
| 7–607.20 | Military Security Requirements | 798x |
| 7–607.21 | Composition of Contractor | 798x |
| 7–607.22 | Audit and Records | 798x |
| 7–607.23 | Price Reduction for Defective Cost or Pricing Data | 798x |
| 7–607.24 | Subcontractor Cost and Pricing Data | 798x |
| 7–607.25 | Alterations | 798x |
| 7–607.26 | Termination for Default | 798x |
| 7–607.27 | Identification of Expenditures in the United States | 798x |
| 7–608 | Clauses To Be Used When Applicable for Lump Sum Architect-Engineer Contracts | 798x |
| 7–608.1 | Insurance | 798x |


**Part 7—Clauses for Facilities Contracts**


| | | |
|---|---|---|
| 7–701 | Applicability | 798.1 |
| 7–702 | Required Clauses for Consolidated Facilities Contracts | 798.1 |
| 7–702.1 | Definitions | 798.1 |
| 7–702.2 | Facilities To Be Provided | 798.1 |
| 7–702.3 | Late Delivery, Diversion, and Substitution | 798.1 |
| 7–702.4 | Changes | 798.2 |
| 7–702.5 | Representations and Warranties | 798.2 |
| 7–702.6 | Inspection | 798.3 |
| 7–702.7 | Excusable Delays | 798.3 |
| 7–702.8 | Location of the Facilities | 798.4 |
| 7–702.9 | Government Bills of Lading | 798.4 |
| 7–702.10 | Allowable Cost and Payment | 798.4 |
| 7–702.11 | Limitation of Cost | 798.5 |
| 7–702.12 | Use and Charges | 798.6 |
| 7–702.13 | Examination of Records | 798.9 |
| 7–702.14 | Maintenance | 798.9 |
| 7–702.15 | Title | 798.10 |
| 7–702.16 | Access | 798.11 |
| 7–702.17 | Property Control | 798.11 |
| 7–702.18 | Liability for the Facilities | 798.11 |
| 7–702.19 | Insurance—Liability to Third Persons | 798.14 |
| 7–702.20 | Indemnification of the Government | 798.14 |
| 7–702.21 | Stop Work Orders | 798.14 |
| 7–702.22 | Termination of Work | 798.15 |
| 7–702.23 | Notice of Use of the Facilities | 798.18 |
| 7–702.24 | Termination of the Use of the Facilities | 798.18 |
| 7–702.25 | Period of This Contract | 798.18 |
| 7–702.26 | Disposition of the Facilities | 798.19 |
| 7–702.27 | Failure to Perform | 798.20 |
| 7–702.28 | Disputes | 798.20 |
| 7–702.29 | Military Security Requirements | 798.20 |
| 7–702.30 | Authorization and Consent | 798.21 |
| 7–702.31 | Notice and Assistance Regarding Patent and Copyright Infringement | 798.21 |
| 7–702.32 | [*Reserved*] | 798.21 |
| 7–702.33 | Subcontracts | 798.21 |
| 7–702.34 | Utilization of Small Business Concerns | 798.21 |

**Part 7—Clauses for Facilities Contracts—Continued**


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–702 | Required Clauses for Consolidated Facilities Contracts—Continued. | | |
| | 7–702.35 | Utilization of Concerns in Labor Surplus Areas | 798.21 |
| | 7–702.36 | Buy American Act | 798.22 |
| | 7–702.37 | Assignment of Claims | 798.22 |
| | 7–702.38 | Renegotiation | 798.22 |
| | 7–702.39 | Officials Not To Benefit | 798.22 |
| | 7–702.40 | Gratuities | 798.22 |
| | 7–702.41 | Covenant Against Contingent Fees | 798.22 |
| | 7–702.42 | Payment for Overtime Premiums | 798.22 |
| | 7–702.43 | Convict Labor | 798.22 |
| | 7–702.44 | Equal Opportunity | 798.22 |
| | 7–702.45 | Walsh-Healey Public Contracts Act | 798.22 |
| | 7–702.46 | Contract Work Hours Standards Act—Overtime Compensation | 798.22 |
| | 7–702.47 | Price Reduction for Defective Cost or Pricing Data | 798.22 |
| | 7–702.48 | Audit and Records | 798.22 |
| | 7–702.49 | Subcontractor Cost and Pricing Data | 798.22 |
| | 7–702.50 | Competition in Subcontracting | 798.22 |
| 7–703 | Required Clauses for Facilities Acquisition Contracts | | 798.22 |
| | 7–703.1 | Definitions | 798.22 |
| | 7–703.2 | Facilities To Be Provided | 798.22 |
| | 7–703.3 | Late Delivery, Diversion, and Substitution | 798.22 |
| | 7–703.4 | Changes | 798.23 |
| | 7–703.5 | Representations and Warranties | 798.23 |
| | 7–703.6 | Inspection | 798.23 |
| | 7–703.7 | Excusable Delays | 798.23 |
| | 7–703.8 | Government Bills of Lading | 798.23 |
| | 7–703.9 | Allowable Cost and Payment | 798.23 |
| | 7–703.10 | Limitation of Cost | 798.23 |
| | 7–703.11 | Examination of Records | 798.23 |
| | 7–703.12 | Title | 798.23 |
| | 7–703.13 | Access | 798.23 |
| | 7–703.14 | Liability for the Facilities | 798.24 |
| | 7–703.15 | Insurance—Liability to Third Persons | 798.24 |
| | 7–703.16 | Indemnification of the Government | 798.24 |
| | 7–703.17 | Stop Work Orders | 798.24 |
| | 7–703.18 | Termination of Work | 798.24 |
| | 7–703.19 | Failure to Perform | 798.24 |
| | 7–703.20 | Disputes | 798.24 |
| | 7–703.21 | Military Security Requirements | 798.24 |
| | 7–703.22 | Authorization and Consent | 798.24 |
| | 7–703.23 | Notice and Assistance Regarding Patent and Copyright Infringement | 798.24 |
| | 7–703.24 | [*Reserved*] | 798.24 |

## Part 7—Clauses for Facilities Contracts—Continued


| Paragraph | | Page |
|---|---|---|
| 7-703 | Required Clauses for Facilities Acquisition Contracts—Continued. | |
| 7-703.25 | Subcontracts | 798.24 |
| 7-703.26 | Utilization of Small Business Concerns | 798.24 |
| 7-703.27 | Utilization of Concerns in Labor Surplus Areas | 798.24 |
| 7-703.28 | Buy American Act | 798.24 |
| 7-703.29 | Assignment of Claims | 798.24 |
| 7-703.30 | Renegotiation | 798.24 |
| 7-703.31 | Officials Not To Benefit | 798.24 |
| 7-703.32 | Gratuities | 798.24 |
| 7-703.33 | Covenant Against Contingent Fees | 798.25 |
| 7-703.34 | Payment for Overtime Premiums | 798.25 |
| 7-703.35 | Convict Labor | 798.25 |
| 7-703.36 | Equal Opportunity | 798.25 |
| 7-703.37 | Walsh-Healey Public Contracts Act | 798.25 |
| 7-703.38 | Contract Work Hours Standards Act—Overtime Compensation | 798.25 |
| 7-703.39 | Supersedure | 798.25 |
| 7-703.40 | Price Reduction for Defective Cost or Pricing Data | 798.25 |
| 7-703.41 | Audit and Records | 798.25 |
| 7-703.42 | Subcontractor Cost and Pricing Data | 798.25 |
| 7-703.43 | Competition in Subcontracting | 798.25 |
| 7-703.44 | Inspection System | 798.25 |
| 7-704 | Required Clauses for Facilities Use Contracts | 798.26 |
| 7-704.1 | Definitions | 798.26 |
| 7-704.2 | Use and Charges | 798.26 |
| 7-704.3 | Allowable Cost and Payment | 798.26 |
| 7-704.4 | Limitation of Cost | 798.26 |
| 7-704.5 | Examination of Records | 798.26 |
| 7-704.6 | Location of the Facilities | 798.26 |
| 7-704.7 | Maintenance | 798.26 |
| 7-704.8 | Inspection | 798.26 |
| 7-704.9 | Title | 798.26 |
| 7-704.10 | Access | 798.26 |
| 7-704.11 | Property Control | 798.26 |
| 7-704.12 | Representations and Warranties | 798.26 |
| 7-704.13 | Government Bills of Lading | 798.26 |
| 7-704.14 | Liability for the Facilities | 798.26 |
| 7-704.15 | Indemnification of the Government | 798.26 |
| 7-704.16 | Notice of Use of the Facilities | 798.27 |
| 7-704.17 | Termination of the Use of the Facilities | 798.27 |
| 7-704.18 | Period of This Contract | 798.27 |
| 7-704.19 | Disposition of the Facilities | 798.27 |
| 7-704.20 | Failure To Perform | 798.27 |
| 7-704.21 | Disputes | 798.27 |

## Part 7—Clauses for Facilities Contracts—Continued



| Paragraph | | | Page |
|---|---|---|---|
| 7-704 | Required Clauses for Facilities Use Contracts—Continued | | |
| | 7-704.22 | Military Security Requirements | 798.27 |
| | 7-704.23 | Assignment of Claims | 798.27 |
| | 7-704.24 | Officials Not To Benefit | 798.27 |
| | 7-704.25 | Gratuities | 798.27 |
| | 7-704.26 | Covenant Against Contingent Fees | 798.27 |
| | 7-704.27 | Payment for Overtime Premiums | 798.27 |
| | 7-704.28 | Convict Labor | 798.27 |
| | 7-704.29 | Equal Opportunity | 798.27 |
| | 7-704.30 | Contract Work Hours Standards Act—Overtime Compensation | 798.27 |
| | 7-704.31 | Supersedure | 798.27 |
| | 7-704.32 | Price Reduction for Defective Cost or Pricing Data | 798.27 |
| | 7-704.33 | Audit and Records | 798.28 |
| | 7-704.34 | Subcontractor Cost and Pricing Data | 798.28 |
| | 7-704.35 | Competition in Subcontracting | 798.28 |
| 7-705 | Clauses To Be Used When Applicable | | 798.28 |
| | 7-705.1 | Rights in Data | 798.28 |
| | 7-705.2 | Filing of Patent Appplications | 798.28 |
| | 7-705.3 | Priorities, Allocations, and Allotments | 798.28 |
| | 7-705.4 | Transfer of Title to the Facilities | 798.28 |
| | 7-705.5 | Labor Standards for Construction Work | 798.28 |
| | 7-705.6 | Buy American Act—Construction Contracts | 798.29 |
| | 7-705.7 | Improvements to Buildings or Land Owned by the Government | 798.29 |
| | 7-705.8 | Patent Rights | 798.29 |
| | 7-705.9 | Required Source for Jewel Bearings | 798.30 |
| | 7-705.10 | Changes to Make-or-Buy Program | 798.30 |
| | 7-705.11 | Interest | 798.30 |
| | 7-705.12 | Negotiated Overhead Rates | 798.30 |
| | 7-705.13 | Advance Payments | 798.30 |
| | 7-705.14 | General Services Administration Supply Sources | 798.30 |
| | 7-705.15 | Order of Precedence | 798.30 |
| | 7-705.16 | Duty-Free Entry | 798.30 |
| | 7-705.17 | United States Products and Services (Balance of Payments Program) | 798.30 |
| | 7-705.18 | Identification of Expenditures in the United States | 798.30 |
| | 7-705.19 | Aluminum | 798.30 |
| | 7-705.20 | Insurance | 798.30 |
| | 7-705.21 | Use of Excess and Near-Excess Currency | 798.30 |
| | 7-705.22 | Facilities Equipment Modernization | 798.30 |



[The next page is XVIII.1]

## Part 7—Clauses for Facilities Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7-706 | | Facilities Use Contracts With Nonprofit Education Institutions | 798.31 |
| | 7-706.1 | Purpose | 798.31 |
| | 7-706.2 | Accountable Facilities | 798.31 |
| | 7-706.3 | Definitions | 798.32 |
| | 7-706.4 | Use of Government Facilities | 798.32 |
| | 7-706.5 | Allowable Costs and Payments | 798.32 |
| | 7-706.6 | Examination of Records | 798.32 |
| | 7-706.7 | Location of the Facilities | 798.32 |
| | 7-706.8 | Maintenance | 798.32 |
| | 7-706.9 | Inspection | 798.32 |
| | 7-706.10 | Title | 798.32 |
| | 7-706.11 | Access | 798.33 |
| | 7-706.12 | Property Control | 798.33 |
| | 7-706.13 | Representations and Warranties | 798.33 |
| | 7-706.14 | Liability for the Facilities | 798.33 |
| | 7-706.15 | Termination of the Use of the Facilities | 798.33 |
| | 7-706.16 | Period of This Contract | 798.33 |
| | 7-706.17 | Disposition of the Facilities | 798.33 |
| | 7-706.18 | Disputes | 798.33 |
| | 7-706.19 | Officials Not To Benefit | 798.34 |
| | 7-706.20 | Gratuities | 798.34 |
| | 7-706.21 | Covenant Against Contingent Fees | 798.34 |
| | 7-706.22 | Convict Labor | 798.34 |
| | 7-706.23 | Equal Opportunity | 798.34 |
| | 7-706.24 | Contract Work Hours Standards Act—Overtime Compensation | 798.34 |
| | 7-706.25 | Supersedure | 798.34 |


## Part 8—Clauses for Letter Contracts


| | | | |
|---|---|---|---|
| 7-801 | | Applicability | 798.35 |
| 7-802 | | Required Clauses | 798.35 |
| | 7-802.1 | General | 798.35 |
| | 7-802.2 | Execution, Commencement of Work, and Priority Rating | 798.35 |
| | 7-802.3 | Limitation of Government Liability | 798.35 |
| | 7-802.4 | Payments Clauses for Letter Contracts | 798.35 |
| | 7-802.5 | Definitization | 798.36 |


[The next page is XIX]

**Part 9—Clauses for Time and Material and Labor Hour Contracts**


| Paragraph | | | Page |
|---|---|---|---|
| 7-900 | Scope of Part | | 798.41 |
| 7-901 | Required Clauses | | 798.41 |
| | 7-901.1 | Definitions | 798.41 |
| | 7-901.2 | Changes | 798.41 |
| | 7-901.3 | Excusable Delays | 798.41 |
| | 7-901.4 | Termination | 798.41 |
| | 7-901.5 | Government Property | 798.45 |
| | 7-901.6 | Payments | 798.46 |
| | 7-901.7 | Assignment of Claims | 798.49 |
| | 7-901.8 | Disputes | 798.49 |
| | 7-901.9 | Convict Labor | 798.49 |
| | 7-901.10 | Subcontracts | 798.49 |
| | 7-901.11 | Contract Work Hours Standards Act—Overtime Compensation | 798.49 |
| | 7-901.12 | Walsh-Healey Public Contracts Act | 798.49 |
| | 7-901.13 | Equal Opportunity | 798.49 |
| | 7-901.14 | Officials Not To Benefit | 798.49 |
| | 7-901.15 | Covenant Against Contingent Fees | 798.49 |
| | 7-901.16 | Audit and Records | 798.49 |
| | 7-901.17 | Examination of Records | 798.49 |
| | 7-901.18 | Gratuities | 798.49 |
| | 7-901.19 | Notice and Assistance Regarding Patent Infringement | 798.49 |
| | 7-901.20 | Authorization and Consent | 798.49 |
| | 7-901.21 | Inspection and Correction of Defects | 798.49 |
| | 7-901.22 | New Material | 798.51 |
| | 7-901.23 | Government Surplus | 798.51 |
| | 7-901.24 | Renegotiation | 798.51 |
| | 7-901.25 | Inspection System | 798.51 |
| | 7-901.26 | Quality Program | 798.51 |
| 7-902 | Clauses To Be Used When Applicable | | 798.51 |
| | 7-902.1 | Utilization of Small Business Concerns | 798.51 |
| | 7-902.2 | Utilization of Concerns in Labor Surplus Areas | 798.51 |
| | 7-902.3 | Military Security Requirements | 798.51 |
| | 7-902.4 | Priorities, Allocations and Allotments | 798.51 |
| | 7-902.5 | Buy American Act | 798.51 |
| | 7-902.6 | Notice to the Government of Labor Disputes | 798.52 |
| | 7-902.7 | Filing of Patent Applications | 798.52 |
| | 7-902.8 | Patent Rights | 798.52 |
| | 7-902.9 | Data | 798.52 |
| | 7-902.10 | Alterations in Contract | 798.52 |
| | 7-902.11 | Limitation on Withholding of Payments | 798.52 |
| | 7-902.12 | Communist Areas | 798.52 |
| | 7-902.13 | Flight Risks | 798.52 |
| | 7-902.14 | Workmen's Compensation Insurance (Defense Base Act) | 798.52 |
| | 7-902.15 | Royalty Information | 798.52 |

## Part 9—Clauses for Time and Material and Labor Hour Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7-902 | Clauses To Be Used When Applicable—Continued | | |
| | 7-902.16 | Technical Data—Withholding of Payments | 798.52 |
| | 7-902.17 | Interest | 798.52 |
| | 7-902.18 | Price Reduction for Defective Cost or Pricing Data | 798.52 |
| | 7-902.19 | Audit and Records | 798.52 |
| | 7-902.20 | Subcontractor Cost and Pricing Data | 798.52 |
| | 7-902.21 | Order of Precedence | 798.52 |
| | 7-902.22 | Duty-Free Entry | 798.52 |
| | 7-902.23 | United States Products and Services (Balance of Payments Program) | 798.52 |
| | 7-902.24 | Identification of Expenditures in the United States | 798.52 |
| | 7-902.25 | Material Inspection and Receiving Report | 798.52 |
| | 7-902.26 | Insurance | 798.52 |
| | 7-902.27 | Use of Excess and Near-Excess Currency | 798.52 |


## Part 10—Clauses for Stevedoring Contracts


| | | | |
|---|---|---|---|
| 7-1000 | Scope of Part | | 798.57 |
| 7-1001 | Technical Provisions | | 798.57 |
| | 7-1001.1 | Scope of Contract | 798.57 |
| | 7-1001.2 | Schedule of Rates | 798.62 |
| 7-1002 | Required Clauses | | 798.63 |
| | 7-1002.1 | Definitions | 798.63 |
| | 7-1002.2 | Price Escalation and Price Revision | 798.63 |
| | 7-1002.3 | Changes | 798.66 |
| | 7-1002.4 | Extras | 798.66 |
| | 7-1002.5 | Payments | 798.66 |
| | 7-1002.6 | Assignment of Claims | 798.66 |
| | 7-1002.7 | Federal, State, and Local Taxes | 798.66 |
| | 7-1002.8 | Default | 798.66 |
| | 7-1002.9 | Disputes | 798.66 |
| | 7-1002.10 | Renegotiation | 798.66 |
| | 7-1002.11 | Contract Work Hours Standards Act—Overtime Compensation | 798.66 |
| | 7-1002.12 | Walsh-Healey Public Contracts Act | 798.66 |
| | 7-1002.13 | Equal Opportunity | 798.67 |
| | 7-1002.14 | Officials Not To Benefit | 798.67 |
| | 7-1002.15 | Covenant Against Contingent Fees | 798.67 |
| | 7-1002.16 | Termination | 798.67 |
| | 7-1002.17 | Indefinite Quantities | 798.67 |
| | 7-1002.18 | Employees of Contractor | 798.67 |
| | 7-1002.19 | Removal of Contractor's Employees | 798.68 |
| | 7-1002.20 | Liability and Insurance | 798.68 |
| | 7-1002.21 | Records and Accounts | 798.69 |
| | 7-1002.22 | Examination of Records | 798.69 |
| | 7-1002.23 | Utilization of Small Business Concerns | 798.69 |
| | 7-1002.24 | Gratuities | 798.70 |
| | 7-1002.25 | Convict Labor | 798.70 |

Part 10—Clauses for Stevedoring Contracts—Continued


| *Paragraph* | | *Page* |
|---|---|---|
| 7–1003 | Clauses To Be Used When Applicable | 798.70 |
| 7–1003.1 | Communist Areas | 798.70 |
| 7–1003.2 | Workmen's Compensation Insurance Overseas | 798.70 |
| 7–1003.3 | Notice to the Government of Labor Disputes | 798.70 |
| 7–1003.4 | Military Security Requirements | 798.70 |
| 7–1003.5 | Priorities, Allocations, and Allotments | 798.70 |
| 7–1003.6 | Utilization of Concerns in Labor Surplus Areas | 798.70 |
| 7–1003.7 | Price Reduction for Defective Cost or Pricing Data | 798.70 |
| 7–1003.8 | Taxes | 798.70 |
| 7–1003.9 | Interest | 798.70 |
| 7–1003.10 | Audit and Records | 798.70 |
| 7–1003.11 | Subcontractor Cost and Pricing Data | 798.70 |
| 7–1003.12 | Order of Precedence | 798.70 |
| 7–1003.13 | Duty-Free Entry | 798.70 |
| 7–1004 | Additional Clauses | 798.70 |
| 7–1004.1 | Alterations in Contracts | 798.70 |
| 7–1004.2 | Approval of Contract | 798.70 |


Part 11—Clauses for Indefinite Delivery Type Contracts


| | | |
|---|---|---|
| 7–1100 | Scope of Part | 798.75 |
| 7–1101 | Required Clause—Ordering | 798.75 |
| 7–1102 | Clauses To Be Used When Applicable | 798.75 |
| 7–1102.1 | Definite Quantity Contracts | 798.75 |
| 7–1102.2 | Requirements Contracts | 798.76 |
| 7–1102.3 | Indefinite Quantity Contracts | 798.78 |
| 7–1102.4 | Material Inspection and Receiving Report | 798.78 |


Part 12—Clauses for Mortuary Services Contracts


| | | |
|---|---|---|
| 7–1200 | Scope of Part | 798.83 |
| 7–1201 | Required Clauses for Other Than Port of Entry Requirements Contracts | 798.83 |
| 7–1201.1 | Requirements | 798.83 |
| 7–1201.2 | Contract Period | 798.83 |
| 7–1201.3 | Area of Performance | 798.83 |
| 7–1201.4 | Specifications | 798.84 |
| 7–1201.5 | Using Activities | 798.84 |
| 7–1201.6 | Delivery Orders and Invoices | 798.84 |
| 7–1201.7 | Delivery and Performance | 798.84 |
| 7–1201.8 | Subcontracting | 798.84 |
| 7–1201.9 | Additional Default Provision | 798.84 |
| 7–1201.10 | Inspection | 798.85 |

Part 12—Clauses for Mortuary Services Contracts—Continued


| Paragraph | | Page |
|---|---|---|
| 7-1201 | Required Clauses for Other Than Port of Entry Requirements Contracts—Continued | |
| | 7-1201.11 Group Interment | 798.85 |
| | 7-1201.12 Professional Requirements | 798.86 |
| | 7-1201.13 Facility Requirements | 798.86 |
| | 7-1201.14 Preparation History | 798.86 |
| | 7-1201.15 Changes | 798.86 |
| | 7-1201.16 Definitions | 798.87 |
| | 7-1201.17 Payments | 798.87 |
| | 7-1201.18 Assignment of Claims | 798.87 |
| | 7-1201.19 Disputes | 798.87 |
| | 7-1201.20 Renegotiation | 798.87 |
| | 7-1201.21 Officials Not To Benefit | 798.87 |
| | 7-1201.22 Covenant Against Contingent Fees | 798.87 |
| | 7-1201.23 Gratuities | 798.87 |
| | 7-1201.24 Default | 798.87 |
| | 7-1201.25 Federal, State and Local Taxes | 798.87 |
| | 7-1201.26 Convict Labor | 798.87 |
| | 7-1201.27 Contract Work Hours Standards Act—Overtime Compensation | 798.87 |
| | 7-1201.28 Walsh-Healey Public Contracts Act | 798.87 |
| | 7-1201.29 Equal Opportunity | 798.87 |
| | 7-1201.30 Termination for Convenience of the Government | 798.87 |
| | 7-1201.31 Interest | 798.87 |
| 7-1202 | Clauses To Be Used When Applicable for Other Than Port of Entry Requirements Contracts | 798.87 |
| | 7-1202.1 Examination of Records | 798.87 |
| 7-1203 | Clauses for Port of Entry Requirements Contracts | 798.87 |

## Part 13—Clauses for Bakery and Dairy Products Contracts


| Paragraph | | | Page |
|---|---|---|---|
| 7-1300 | Scope of Part | | 798.89 |
| 7-1301 | Required Clauses | | 798.89 |
| | 7-1301.1 | Delivery Vehicles and Conveyances | 798.89 |
| | 7-1301.2 | Responsibility for Containers and Equipment | 798.89 |
| | 7-1301.3 | Time of Delivery | 798.89 |
| | 7-1301.4 | Plant Locations | 798.89 |
| | 7-1301.5 | Sanitary Conditions | 798.90 |
| | 7-1301.6 | Disclaimer of Export Subsidies | 798.90 |
| | 7-1301.7 | Remedies Under Delivery Orders | 798.90 |
| | 7-1301.8 | "Fluid Milk" Contracts | 798.91 |
| | 7-1301.9 | Solicitations for Fluid Milk | 798.92 |
| 7-1302 | Additional Required Clauses for Perishable Dairy Products Contracts | | 798.92 |
| | 7-1302.1 | Containers and Equipment | 798.92 |
| | 7-1302.2 | Examination and Testing | 798.93 |
| | 7-1302.3 | Deficiency Adjustment | 798.94 |
| 7-1303 | Clauses To Be Used When Applicable | | 798.94 |
| | 7-1303.1 | Code Dating | 798.94 |
| | 7-1303.2 | Marking | 798.94 |


## Part 14—Clauses for Laundry and Dry Cleaning Contracts


| | | | |
|---|---|---|---|
| 7-1400 | Scope of Part | | 798.95 |
| 7-1401 | Required Clauses | | 798.95 |
| | 7-1401.1 | Activities | 798.95 |
| | 7-1401.2 | Contract Period | 798.95 |
| | 7-1401.3 | Specifications | 798.95 |
| | 7-1401.4 | Pickup and Delivery Points and Times | 798.95 |
| | 7-1401.5 | Count of Articles | 798.95 |
| | 7-1401.6 | Loss or Damage | 798.96 |
| | 7-1401.7 | Storage and Handling | 798.96 |
| | 7-1401.8 | Vehicles | 798.96 |
| | 7-1401.9 | Requirements or Indefinite Quantity | 798.96 |
| | 7-1401.10 | Ordering | 798.96 |
| | 7-1401.11 | Special Definitions of Government Property | 798.96 |
| | 7-1401.12 | Individual Laundry | 798.97 |


## Part 15—Clauses for Contracts for Rental of Motor Vehicles


| | | | |
|---|---|---|---|
| 7-1500 | Scope of Part | | 798.98-1 |
| 7-1501 | Required Clauses | | 798.98-1 |
| | 7-1501.1 | Rental Payments | 798.98-1 |
| | 7-1501.2 | Condition of the Rented Property | 798.98-1 |
| | 7-1501.3 | Responsibility for Damage or Injury | 798.98-1 |
| | 7-1501.4 | Insurance/Liability | 798.98-2 |
| | 7-1501.5 | Marking of Vehicles | 798.98-2 |
| | 7-1501.6 | Other Required Clauses | 798.98-2 |
| 7-1502 | Clauses To Be Used When Applicable | | 798.98-2 |
| 7-1503 | Additional Clauses | | 798.98-2 |

**7–104.5** *Patent Indemnity.* In accordance with the requirements of 9–103, insert the appropriate contract clause, with additional provisions as prescribed, set forth in said paragraph.

**7–104.6** *Filing of Patent Applications.* In accordance with the requirements of 9–106, insert the contract clause set forth therein.

**7–104.7** *Patent Rights.* In accordance with the requirements of 9–107, insert the appropriate clause with additional provisions as prescribed, set forth in said paragraph.

**7–104.8** *Reporting of Royalties.* In accordance with the requirements of 9–110, insert the contract clause set forth therein.

**7–104.9** *Rights in Data.* In accordance with the requirements of Part 2 of Section IX of this Regulation, insert one of the contract clauses set forth in 9–203(b), 9–204.2, or 9–206, as appropriate. When the contract clause in 9–203(b) is used, the appropriate additional provisions shall be added in accordance with the requirements in 9–203; and the additional provisions in 9–204.1 may be added under the circumstances set forth in 9–204.1. When the clause in 9–203(b) is used, the appropriate "Technical Data—Withholding of Payment" clause in 9–207 shall also be used.

**7–104.10** *Ground and Flight Risk.* In all negotiated fixed-price type contracts for the production, modification, maintenance, or overhaul of aircraft, insert the clause set forth in 10–404.

**7–104.11** *Exess Profit.*

(a) Pursuant to 10 U.S.C. 2382 and 7300 and except as provided in (b) and (c) below, any contract in an amount which exceeds or may exceed $10,000, known to be for the construction or manufacture of all or part of any complete aircraft or naval vessel, shall contain the following clause, except that the