**EXHIBIT C**

# ARMED SERVICES PROCUREMENT REGULATION

The 1969 Edition

GEORG... UNIVERSITY LAW LIBRARY

This replaces the 1963 Edition and its 30 Revisions.

DEPARTMENT OF DEFENSE

## SECTION VII—CONTRACT CLAUSES

### Table of Contents


| Paragraph | | Page |
|---|---|---|
| 7–000 | Scope of Section | 701 |
| 7–001 | Incorporation of Contract Clauses by Reference | 701 |
| | **Part 1—Clauses for Fixed-Price Supply Contracts** | |
| 7–100 | Scope of Part | 701 |
| 7–101 | Applicability | 701 |
| 7–102 | Contracts Subject in Part to Incentive Price Revision | 701 |
| 7–103 | Required Clauses | 701 |
| 7–103.1 | Definitions | 701 |
| 7–103.2 | Changes | 702 |
| 7–103.3 | Extras | 702 |
| 7–103.4 | Variation in Quantity | 702 |
| 7–103.5 | Inspection | 703 |
| 7–103.6 | Title and Risk of Loss | 705 |
| 7–103.7 | Payments | 705 |
| 7–103.8 | Assignment of Claims | 706 |
| 7–103.9 | Additional Bond Security | 707 |
| 7–103.10 | Federal, State, Local and Foreign Taxes | 708 |
| 7–103.11 | Default | 712 |
| 7–103.12 | Disputes | 713 |
| 7–103.13 | Renegotiation | 714 |
| 7–103.14 | Discounts | 716 |
| 7–103.15 | Communist Areas | 716 |
| 7–103.16 | Contract Work Hours Standards Act—Overtime Compensation | 717 |
| 7–103.17 | Walsh-Healey Public Contracts Act | 717 |
| 7–103.18 | Equal Opportunity Clause | 718 |
| 7–103.19 | Officials Not To Benefit | 721 |
| 7–103.20 | Covenant Against Contingent Fees | 721 |
| 7–103.21 | Termination for Convenience of the Government | 721 |
| 7–103.22 | Authorization and Consent | 727 |
| 7–103.23 | Notice and Assistance Regarding Patent Infringement | 728 |
| 7–104 | Clauses To Be Used When Applicable | 728 |
| 7–104.1 | Clauses for Fixed Price Supply Contracts Involving Construction Work | 728 |
| 7–104.2 | Workmen's Compensation and War Hazard Insurance Overseas | 728 |
| 7–104.3 | Buy American Act | 730 |
| 7–104.4 | Notice to the Governmnet of Labor Disputes | 731 |
| 7–104.5 | Patent Indemnity | 731 |
| 7–104.6 | Filing of Patent Applications | 732 |
| 7–104.7 | [Reserved] | 732 |
| 7–104.8 | Reporting and Refund of Royalties | 733 |
| 7–104.9 | Rights in Data | 734 |
| ✓ 7–104.10 | Ground and Flight Risk | 740 |
| 7–104.11 | Excess Profit | 743 |

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 4 of 26



## Part 1—Clauses for Fixed-Price Supply Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7–104 | Clauses To Be Used When Applicable—Continued | | |
| | 7–104.12 | Military Security Requirements | 744 |
| | 7–104.13 | Preference for Certain Domestic Commodities | 746 |
| | 7–104.14 | Utilization of Small Business Concerns | 746 |
| | 7–104.15 | Examination of Records | 747 |
| | 7–104.16 | Gratuities | 748 |
| | 7–104.17 | Convict Labor | 748 |
| | 7–104.18 | Priorities, Allocations, and Allotments | 748 |
| | 7–104.19 | Employment of Ocean-Going Vessels—Ocean Transport of Government-Owned Supplies | 748 |
| | 7–104.20 | Utilization of Concerns in Labor Surplus Areas | 749 |
| | 7–104.21 | Limitation on Withholding of Payments | 751 |
| | 7–104.22 | Linen Supply Service Contracts | 751 |
| | 7–104.23 | Subcontracts | 752 |
| | 7–104.24 | Government Property | 752 |
| | 7–104.25 | Special Tooling | 759 |
| | 7–104.26 | Special Test Equipment | 761 |
| | 7–104.27 | Options | 762 |
| | 7–104.28 | Quality Program | 763 |
| | 7–104.29 | Price Reduction for Defective Cost or Pricing Data | 763 |
| | 7–104.30 | Humane Slaughter of Livestock | 764 |
| | 7–104.31 | Duty-Free Entry | 765 |
| | 7–104.32 | Duty-Free Entry of Listed Canadian Supplies | 767 |
| | 7–104.33 | [Reserved] | 768 |
| | 7–104.34 | Advance Payments | 768 |
| | 7–104.35 | Progress Payments | 775 |
| | 7–104.36 | Contracts Conditioned Upon the Availability of Funds | 778 |
| | 7–104.37 | Required Source for Jewel Bearings | 778 |
| | 7–104.38 | [Reserved] | 778 |
| | 7–104.39 | Interest | 778 |
| | 7–104.40 | Competition in Subcontracting | 779 |
| | 7–104.41 | Audit and Records | 779 |
| | 7–104.42 | Subcontractor Cost and Pricing Data | 782 |
| | 7–104.43 | United States Products (Military Assistance Program) | 784 |
| | 7–104.44 | Value Engineering Incentive | 784 |
| | 7–104.45 | [Reserved] | 795 |
| | 7–104.46 | [Reserved] | 795 |
| | 7–104.47 | Multi-year Procurement | 795 |
| | 7–104.48 | New Material | 797 |
| | 7–104.49 | Government Surplus | 797 |
| | 7–104.50 | [Reserved] | 797 |

**Part 1—Clauses for Fixed-Price Supply Contracts—Continued**

*Paragraph* *Page*

7–104 Clauses To Be Used When Applicable—Continued

7–104.51 Production Progress Report ..... 798
7–104.52 [Reserved] ..... 798.1
7–104.53 [Reserved] ..... 798.1
7–104.54 [Reserved] ..... 798.1
7–104.55 First Article Approval ..... 798.1
7–104.56 Order of Precedence ..... 798.4
7–104.57 United States Products and Services (Balance of Payments Program) ..... 798.4
7–104.58 Identification of Expenditures in the United States ..... 798.5
7–104.59 Aluminum ..... 798.6
7–104.60 Contractor-Furnished Returnable Gas Cylinders and Other Containers ..... 798.7
7–104.61 Frequency Authorization ..... 798.8
7–104.62 Material Inspection and Receiving Report ..... 798.9
7–104.63 Protection of Government Buildings, Equipment, and Vegetation ..... 798.9
7–104.64 Recovery of Nonrecurring Costs on non-U.S. Government Sales of Defense Equipment ..... 798.9
7–104.65 Insurance ..... 798.11
7–104.66 Use of Excess and Near-Excess Currency ..... 798.11
7–104.67 Clauses for Preservation, Packaging, and Packing Requirements ..... 798.12
7–104.68 Marking of Shipments ..... 789.12
7–104.69 F.O.B. Point for Delivery of Government-Furnished Property ..... 798.12
7–104.70 F.O.B. Origin ..... 798.13
7–104.71 F.O.B. Destination ..... 798.13
7–104.72 F.O.B. Origin—Minimum Size of Shipments ..... 798.14
7–104.73 Loading, Bracing, and Blocking of Freight Car Shipments ..... 798.14
7–104.74 Shipments to Ports—Export Releases and MILSTAMP Documentation ..... 798.14
7–104.75 Diversion of Shipment Under F.O.B. Destination Contracts ..... 798.15
7–104.76 F.O.B. Destination—Evidence of Shipment 798.15
7–104.77 Government Delay of Work ..... 798.15
7–104.78 Health, Safety, and Accident Prevention ..... 798.16
7–104.79 Safety Precautions for Ammunition, Explosives, Other Dangerous Materials, and Materials Hazardous to Health ..... 798.17
7–104.80 Notice of Radioactive Materials ..... 798.18
7–104.81 Aircraft, Missile, and Space Vehicle Accident Reporting and Investigation ..... 798.18

7–105 Additional Clauses ..... 798.19

7–105.1 Alterations in Contract ..... 798.19
7–105.2 Approval of Contract ..... 798.19

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 6 of 26



**Part 1—Clauses for Fixed-Price Supply Contracts—Continued**


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–105 | Additional Clauses—Continued | | |
| | 7–105.3 | Stop Work Orders | 798.19 |
| | 7–105.4 | Report of Shipment (REPSHIP) | 798.20 |
| | 7–105.5 | Liquidated Damages | 798.21 |
| | 7–105.6 | Bill of Materials | 798.21 |
| | 7–105.7 | Supply, Commercial and Services Warranty | 798.22 |
| | 7–105.8 | Technical Data Warranty | 798.28 |
| 7–106 | Price Escalation Clauses (Established Prices) | | 798.28b |
| | 7–106.1 | Escalation Clause for Basic Steel, Aluminum, Brass, Bronze or Copper Mill Products | 798.28b |
| | 7–106.2 | Escalation Clause for Nonstandard Steel Items | 798.29 |
| | 7–106.3 | Escalation Clause for Standard Supplies | 798.32 |
| | 7–106.4 | Escalation Clause for Semistandard Supplies | 798.34 |
| 7–107 | Price Escalation Clause (Labor and Material) | | 798.35 |
| 7–108 | Incentive Price Revision Clauses | | 798.38 |
| | 7–108.1 | Firm Targets | 798.38 |
| | 7–108.2 | Successive Targets | 798.42 |
| 7–109 | Price Redetermination Clauses | | 798.47 |
| | 7–109.1 | General | 798.47 |
| | 7–109.2 | Prospective Periodic Price Redetermination at Stated Intervals | 798.47 |
| | 7–109.3 | Retroactive Price Redetermination After Completion | 798.50 |


**Part 2—Clauses for Cost-Reimbursement Type Supply Contracts**


| | | | |
|---|---|---|---|
| 7–200 | Scope of Part | | 798.53 |
| 7–201 | [Reserved] | | 798.53 |
| 7–202 | Applicability | | 798.53 |
| 7–203 | Required Clauses | | 798.53 |
| | 7–203.1 | Definitions | 798.53 |
| | 7–203.2 | Changes | 798.53 |
| | 7–203.3 | Limitation of Cost or Funds | 798.54 |
| | 7–203.4 | Allowable Cost, Fee, and Payment | 798.56 |
| | 7–203.5 | Inspection of Supplies and Correction of Defects | 798.62 |
| | 7–203.6 | Assignment of Claims | 798.63 |
| | 7–203.7 | Examination of Records | 798.63 |
| | 7–203.8 | Subcontracts | 798.66 |
| | 7–203.9 | Utilization of Small Business Concerns | 798.68 |
| | 7–203.10 | Termination | 798.68 |
| | 7–203.11 | Excusable Delays | 798.72 |
| | 7–203.12 | Disputes | 798.72 |
| | 7–203.13 | Renegotiation | 798.72 |
| | 7–203.14 | [Reserved] | 798.72 |
| | 7–203.15 | Convict Labor | 798.72 |
| | 7–203.16 | Contract Work Hours Standards Act—Overtime Compensation | 798.72 |
| | 7–203.17 | Walsh-Healey Public Contracts Act | 798.72 |

**Part 2—Clauses for Cost-Reimbursement Type Supply Contracts—Continued**


| Paragraph | | | Page |
|---|---|---|---|
| 7–203 | Required Clauses—Continued. | | |
| | 7–203.18 | Equal Opportunity | 798.72 |
| | 7–203.19 | Officials Not To Benefit | 798.72 |
| | 7–203.20 | Covenant Against Contingent Fees | 798.72 |
| | 7–203.21 | Government Property | 798.72 |
| | 7–203.22 | Insurance—Liability to Third Persons | 798.77 |
| | 7–203.23 | Authorization and Consent | 798.78 |
| | 7–203.24 | Notice and Assistance Regarding Patent Infringement | 798.78 |
| | 7–203.25 | Communist Areas | 798.78 |
| | 7–203.26 | Utilization of Concerns in Labr Surplus Areas | 798.78 |
| | 7–203.27 | Payment for Overtime Premiums | 798.78 |
| | 7–203.28 | Competition in Subcontracting | 798.79 |
| | 7–203.29 | Audit and Records | 798.79 |
| | 7–203.30 | Price Reduction for Defective Cost or Pricing Data | 798.79 |
| | 7–203.31 | Subcontractor Cost and Pricing Data | 798.79 |
| 7–204 | Clauses To Be Used When Applicable | | 798.79 |
| | 7–204.1 | Clauses for Cost Reimbursement Type Supply Contracts Involving Construction Work | 798.79 |
| | 7–204.2 | Workmen's Compensation and War Hazard Insurance Overseas | 798.79 |
| | 7–204.3 | Buy American Act | 798.79 |
| | 7–204.4 | Notice to the Government of Labor Disputes | 798.79 |
| | 7–204.5 | Patent Indemnity | 798.79 |
| | 7–204.6 | Filing of Patent Applications | 798.79 |
| | 7–204.7 | Patent Rights | 798.79 |
| | 7–204.8 | Reporting of Royalties | 798.79 |
| | 7–204.9 | Rights in Data | 798.80 |
| | 7–204.10 | Quality Program | 798.80 |
| | 7–204.11 | Excess Profit | 798.80 |
| | 7–204.12 | Military Security Requirements | 798.80 |
| | 7–204.13 | Preference for Certain Domestic Commodities | 798.81 |
| | 7–204.14 | Gratuities | 798.81 |
| | 7–204.15 | Priorities, Allocations, and Allotments | 798.81 |
| | 7–204.16 | Negotiated Overhead Rates | 798.81 |
| | 7–204.17 | Employment of Ocean-Going Vessels—Ocean Transport of Government-Owned Supplies | 798.82 |
| | 7–204.18 | Limitation on Withholding of Payments | 798.82 |
| | 7–204.19 | Management Control Systems Requirements | 798.82 |
| | 7–204.20 | Make-or-Buy Program | 798.83 |
| | 7–204.21 | Flight Risks | 798.83 |
| | 7–204.22 | Duty-Free Entry | 798.84 |
| | 7–204.23 | Duty-Free Entry of Listed Canadian Supplies | 798.84 |

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 8 of 26



Part 2—Clauses for Cost-Reimbursement Type Supply Contracts—Continued


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–204 | Clauses To Be Used When Applicable—Continued | | |
| | 7–204.24 | Taxes | 798.85 |
| | 7–204.25 | Advance Payments | 798.85 |
| | 7–204.26 | Frequency Authorization | 798.85 |
| | 7–204.27 | Required Source for Jewel Bearings | 798.85 |
| | 7–204.28 | General Services Administration Supply Sources | 798.85 |
| | 7–204.29 | [Reserved] | 798.85 |
| | 7–204.30 | Interest | 798.85 |
| | 7–204.31 | United States Products (Military Assistance Program) | 798.85 |
| | 7–204.32 | Value Engineering | 798.85 |
| | 7–204.33 | [Reserved] | 798.87 |
| | 7–204.34 | Multi-year Procurement | 798.87 |
| | 7–204.35 | New Material | 798.87 |
| | 7–204.36 | Government Surplus | 798.87 |
| | 7–204.37 | [Reserved] | 798.87 |
| | 7–204.38 | Special Test Equipment | 798.87 |
| | 7–204.39 | First Article Approval | 798.87 |
| | 7–204.40 | Order of Precedence | 798.87 |
| | 7–204.41 | United States Products and Services (Balance of Payments Program) | 798.87 |
| | 7–204.42 | Identification of Expenditures in the United States | 798.87 |
| | 7–204.43 | Aluminum | 798.87 |
| | 7–204.44 | Material Inspection and Receiving Report | 798.88 |
| | 7–204.45 | Recovery of Nonrecurring Costs on Foreign Sales of Major Defense Equipment | 798.88 |
| | 7–204.46 | Use of Excess and Near-Excess Currency | 798.88 |
| | 7–204.47 | Production Program Report | 798.88 |
| | 7–204.48 | Health, Safety, and Accident Prevention | 798.88 |
| | 7–204.49 | Safety Precautions for Ammunition, Explosives, Other Dangerous Materials, and Materials Hazardous to Health | 798.88 |
| | 7–204.50 | Notice of Radioactive Materials | 798.88 |
| 7–205 | Additional Clauses | | 798.88 |
| | 7–205.1 | Alterations in Contract | 798.88 |
| | 7–205.2 | Approval of Contract | 798.88 |
| | 7–205.3 | Title and Risk of Loss | 798.88 |
| | 7–205.4 | Bill of Materials | 798.88 |
| | 7–205.5 | Federal, State, and Local Taxes [*Reserved*] | 798.88 |
| | 7–205.6 | Stop Work Orders | 798.88 |
| | 7-205.7 | Technical Data Warranty | 798.88a |

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 9 of 26



## Part 3—Clauses for Fixed-Price Research and Development Contracts


| Paragraph | | | Page |
|---|---|---|---|
| 7–301 | Applicability | | 798.89 |
| 7–302 | Required Clauses | | 798.89 |
| | 7–302.1 | Definitions | 798.89 |
| | 7–302.2 | Payments | 798.89 |
| | 7–302.3 | Standards of Work | 798.89 |
| | 7–302.4 | Inspection | 798.89 |
| | 7–302.5 | Assignment of Claims | 798.90 |
| | 7–302.6 | Examination of Records | 798.90 |
| | 7–302.7 | Federal, State, and Local Taxes | 798.90 |
| | 7–302.8 | Utilization of Small Business Concerns | 798.90 |
| | 7–302.9 | Default | 798.90 |
| | 7–302.10 | Termination for Convenience of the Government | 798.92 |
| | 7–302.11 | Disputes | 798.94 |
| | 7–302.12 | Renegotiation | 798.94 |
| | 7–302.13 | Buy American Act | 798.94 |
| | 7–302.14 | Convict Labor | 798.94 |
| | 7–302.15 | Walsh-Healey Public Contracts Act | 798.94 |
| | 7–302.16 | Contract Work Hours Standards Act—Overtime Compensation | 798.94 |
| | 7–302.17 | Equal Opportunity | 798.94 |
| | 7–302.18 | Officials Not To Benefit | 798.94 |
| | 7–302.19 | Covenant Against Contingent Fees | 798.94 |
| | 7–302.20 | Gratuities | 798.94 |
| | 7–302.21 | Authorization and Consent | 798.94 |
| | 7–302.22 | Notice and Assistance Regarding Patent Infringement | 798.94 |
| | 7–302.23 | Patent Rights | 798.94 |
| | 7–302.24 | Rights in Data | 798.106 |
| | 7–302.25 | Military Security Requirements | 798.106 |
| | 7–302.26 | Utilization of Concerns in Labor Surplus Areas | 798.106 |
| | 7–302.27 | Government Delay of Work | 798.106 |
| | 7–302.28 | Title and Risk of Loss | 798.106 |
| 7–303 | Clauses To Be Used When Applicable | | 798.107 |
| | 7–303.1 | Clauses for Contracts Involving Construction Work | 798.107 |
| | 7–303.2 | Filing of Patent Applications | 798.107 |
| | 7–303.3 | Reporting and Refund of Royalties | 798.107 |
| | 7–303.4 | Excess Profit | 798.107 |
| | 7–303.5 | Preference for Certain Domestic Commodities | 798.107 |
| | 7–303.6 | Priorities, Allocations, and Allotments | 798.107 |
| | 7–303.7 | Government Property | 798.107 |
| | 7–303.8 | Communist Areas | 798.111 |
| | 7–303.9 | Notice to the Government of Labor Disputes | 798.111 |
| | 7–303.10 | Limitation on Withholding of Payments | 798.111 |
| | 7–303.11 | Health, Safety, and Accident Prevention | 798.112 |
| | 7–303.12 | Subcontracts | 798.112 |

## Part 3—Clauses for Fixed-Price Research and Development Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7–303 | Clauses To Be Used When Applicable—Continued | | |
| | 7–303.13 | Material Inspection and Receiving Report | 798.112 |
| | 7–303.14 | Frequency Authorization | 798.112 |
| | 7–303.15 | Quality Program | 798.112 |
| | 7–303.16 | Price Reduction for Defective Cost or Pricing Data | 798.112 |
| | 7–303.17 | Ground and Flight Risk | 798.112 |
| | 7–303.18 | Duty-Free Entry | 798.112 |
| | 7–303.19 | Duty-Free Entry of Listed Canadian Supplies | 798.112 |
| | 7–303.20 | Safety Precautions for Ammunition, Explosives, Other Dangerous Materials, and Materials Hazardous to Health | 798.112 |
| | 7–303.21 | Advance Payments | 798.112 |
| | 7–303.22 | Workmen's Compensation and War Hazard Insurance Overseas | 798.112 |
| | 7–303.23 | Progress Payments | 798.112 |
| | 7–303.24 | Required Source for Jewel Bearings | 798.112 |
| | 7–303.25 | Notice of Radioactive Materials | 798.112 |
| | 7–303.26 | Interest | 798.112 |
| | 7–303.27 | Competition in Subcontracting | 798.112 |
| | 7–303.28 | Audit and Records | 798.112 |
| | 7–303.29 | Subcontractor Cost and Pricing Data | 798.112 |
| | 7–303.30 | United States Products (Military Assistance Program) | 798.113 |
| | 7–303.31 | Value Engineering Incentive | 798.113 |
| | 7–303.32 | [Reserved] | 798.113 |
| | 7–303.33 | Non-use of Foreign-flag Vessels Engaged in Cuban and North Vietnam Trade | 798.113 |
| | 7–303.34 | New Material | 798.113 |
| | 7–303.35 | Government Surplus | 798.113 |
| | 7–303.36 | [Reserved] | 798.113 |
| | 7–303.37 | Special Test Equipment | 798.113 |
| | 7–303.38 | [Reserved] | 798.113 |
| | 7–303.39 | First Article Approval | 798.113 |
| | 7–303.40 | Order of Precedence | 798.113 |
| | 7–303.41 | United States Products and Services (Balance of Payments Program) | 798.113 |
| | 7–303.42 | Identification of Expenditures in the United States | 798.113 |
| | 7–303.43 | Aluminum | 798.113 |
| | 7–303.44 | Care of Laboratory Animals | 798.113 |
| | 7–303.45 | Recovery of Nonrecurring Costs on Non-U.S. Government Sales of Defense Equipment | 798.114 |
| | 7–303.46 | Insurance | 798.114 |
| | 7–303.47 | Use of Excess and Near-Excess Currency | 798.114 |

Part 3—Clauses for Fixed-Price Research and Development Contracts—Continued


| Paragraph | | Page |
|---|---|---|
| 7–304 | Additional Clauses | 798.114 |
| 7–304.1 | Changes | 798.114 |
| 7–304.2 | Alterations in Contract | 798.114 |
| 7–304.3 | Approval of Contract | 798.114 |
| 7–304.4 | Bill of Materials | 798.114 |
| 7–304.5 | Notice of Shipments | 798.114 |
| 7–304.6 | Reports of Work | 798.115 |
| 7–304.7 | Liquidated Damages | 798.115 |
| 7–304.8 | Technical Data Warranty | 798.115 |
| 7–304.9 | Extended Liability Under Technical Data Warranty | 798.115 |
| 7–304.10 | Other Warranties | 798.115 |
| 7–304.11 | Stop Work Orders | 798.115 |


Part 4—Clauses for Cost-Reimbursement Type Research and Development Contracts


| | | |
|---|---|---|
| 7–400 | Scope of Part | 798.117 |
| 7–401 | Applicability | 798.117 |
| 7–402 | Required Clauses | 798.117 |
| 7–402.1 | Definitions | 798.117 |
| 7–402.2 | Limitation of Cost or Funds | 798.117 |
| 7–402.3 | Allowable Cost, Fee, and Payment | 798.123 |
| 7–402.4 | Standards of Work | 798.124 |
| 7–402.5 | Inspection and Correction of Defects | 798.124 |
| 7–402.6 | Assignment of Claims | 798.126 |
| 7–402.7 | Examination of Records | 798.126 |
| 7–402.8 | Subcontracts | 798.127 |
| 7–402.9 | Utilization of Small Business Concerns | 798.129 |
| 7–402.10 | Termination | 798.129 |
| 7–402.11 | Disputes | 798.129 |
| 7–402.12 | Renegotiation | 798.129 |
| 7–402.13 | Buy American Act | 798.129 |
| 7–402.14 | Convict Labor | 798.129 |
| 7–402.15 | Walsh-Healey Public Contracts Act | 798.129 |
| 7–402.16 | Contract Work Hours Standards Act—Overtime Compensation | 798.129 |
| 7–402.17 | Equal Opportunity | 798.129 |
| 7–402.18 | Officials Not To Benefit | 798.129 |
| 7–402.19 | Covenant Against Contingent Fees | 798.130 |
| 7–402.20 | Authorization and Consent | 798.130 |
| 7–402.21 | Notice and Assistance Regarding Patent Infringement | 798.130 |
| 7–402.22 | Patent Rights | 798.130 |
| 7–402.23 | Rights in Data | 798.130 |
| 7–402.24 | Military Security Requirements | 798.130 |
| 7–402.25 | Government Property | 798.132 |
| 7–402.26 | Insurance—Liability to Third Persons | 798.136 |
| 7–402.27 | Utilization of Concerns in Labor Surplus Areas | 798.136 |
| 7–402.28 | Payment for Overtime Premiums | 798.136 |
| 7–402.29 | Competition in Subcontracting | 798.136 |
| 7–402.30 | Audit and Records | 798.137 |
| 7–402.31 | Price Reduction for Defective Cost or Pricing Data | 798.137 |

## Part 4—Clauses for Cost-Reimbursement Type Research and Development Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7–402 | Required Clauses—Continued | | |
| | 7–402.32 | Subcontrator Cost and Pricing Data | 798.137 |
| 7–403 | Clauses To Be Used When Applicable | | 798.137 |
| | 7–403.1 | Clauses for Contracts Involving Construction Work | 798.137 |
| | 7–403.2 | Filing of Patent Applications | 798.137 |
| | 7–403.3 | Reporting and Refund of Royalties | 798.137 |
| | 7–403.4 | Excess Profit | 798.137 |
| | 7–403.5 | Excusable Delays | 798.137 |
| | 7–403.6 | Preference for Certain Domestic Commodities | 798.137 |
| | 7–403.7 | Priorities, Allocations, and Allotments | 798.137 |
| | 7–403.8 | Communist Areas | 798.137 |
| | 7–403.9 | Negotiated Overhead Rates | 798.137 |
| | 7–403.10 | Notice to the Government of Labor Disputes | 798.138 |
| | 7–403.11 | Gratuities | 798.138 |
| | 7–403.12 | Limitation on Withholding of Payments | 798.138 |
| | 7–403.13 | Health, Safety, and Accident Prevention | 798.139 |
| | 7–403.14 | Changes to Make-or-Buy Program | 798.139 |
| | 7–403.15 | Quality Program | 798.139 |
| | 7–403.16 | Flight Risks | 798.139 |
| | 7–403.17 | Duty-Free Entry | 798.139 |
| | 7–403.18 | Duty-Free Entry of Listed Canadian Supplies | 798.139 |
| | 7–403.19 | Taxes | 798.139 |
| | 7–403.20 | Advance Payments | 798.139 |
| | 7–403.21 | Workmen's Compensation and War Hazard Insurance Overseas | 798.139 |
| | 7–403.22 | Required Source for Jewel Bearings | 798.139 |
| | 7–403.23 | General Services Administration Supply Sources | 798.139 |
| | 7–403.24 | Safety Precautions for Ammunition, Explosives, Other Dangerous Materials, and Materials Hazardous to Health | 798.139 |
| | 7–403.25 | Interest | 798.139 |
| | 7–403.26 | United States Products (Military Assistance Program | 798.139 |
| | 7–403.27 | Value Engineering Incentive | 798.139 |
| | 7–403.28 | Notice of Radioactive Materials | 798.139 |
| | 7–403.29 | Non-use of Foreign-flag Vessels Engaged in Cuban and North Vietnam Trade | 798.139 |
| | 7–403.30 | New Material | 798.140 |
| | 7–403.31 | Government Surplus | 798.140 |
| | 7–403.32 | Management Control Systems Requirements | 798.140 |
| | 7–403.33 | Special Test Equipment | 798.140 |
| | 7–403.34 | First Article Approval | 798.140 |

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 13 of 26



**Part 6—Clauses for Construction and Architect-Engineer Contracts—Continued**


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–602 | Required Clauses for Fixed-Price Construction Contracts—Continued. | | |
| | 7–602.40 | Cleaning Up | 798.165 |
| | 7–602.41 | Additional Definitions | 798.165 |
| | 7–602.42 | Accident Prevention | 798.165 |
| | 7–602.43 | Government Inspectors | 798.166 |
| | 7–602.44 | Commencement, Prosecution and Completion of Work | 798.166 |
| | 7–602.45 | Contract Drawings, Maps and Specifications | 798.166 |
| | 7–602.46 | Suspension of Work | 798.167 |
| | 7–602.47 | Rights in Shop Drawings | 798.167 |
| 7–603 | Clauses for Fixed-Price Construction Contracts To Be Used When Applicable. | | |
| | 7–603.1 | Notice to Government of Labor Disputes | 798.167 |
| | 7–603.2 | Communist Areas | 798.167 |
| | 7–603.3 | Filing of Patent Applications | 798.167 |
| | 7–603.4 | Reporting of Royalties | 798.167 |
| | 7–603.5 | Contract Prices—Bidding Schedule | 798.167 |
| | 7–603.6 | Military Security Requirements | 798.168 |
| | 7–603.7 | Examination of Records | 798.168 |
| | 7–603.8 | Priorities, Allocations, and Allotments | 798.168 |
| | 7–603.9 | Subcontracts | 798.168 |
| | 7–603.10 | Required Insurance | 798.168 |
| | 7–603.11 | Price Reduction for Defective Cost or Pricing Data | 798.168 |
| | 7–603.12 | Workmen's Compensation and War Hazard Insurance Overseas | 798.168 |
| | 7–603.13 | Aircraft, Missile, and Space Vehicle Accident Reporting and Investigation | 798.168 |
| | 7–603.14 | Advance Payments | 798.168 |
| | 7–603.15 | Performance of Work by Contractor | 798.168 |
| | 7–603.16 | Patent Rights | 798.169 |
| | 7–603.17 | Interest | 798.169 |
| | 7–603.18 | Competition in Subcontracting | 798.169 |
| | 7–603.19 | Duty-Free Entry | 798.169 |
| | 7–603.20 | Audit and Records | 798.169 |
| | 7–603.21 | Subcontractor Cost and Pricing Data | 798.169 |
| | 7–603.22 | Government-Furnished Property Clause for Fixed-Price Contracts | 798.169 |
| | 7–603.23 | Fixed-Price Incentive Contract Clause | 798.169 |
| | 7–603.24 | Shop Drawings | 798.172 |
| | 7–603.25 | Physical Data | 798.172 |
| | 7–603.26 | Disputes Concerning Labor Standards | 798.173 |
| | 7–603.27 | Variations in Estimated Quantities Contracts | 798.173 |
| | 7–603.28 | Identification of Government Furnished Property | 798.173 |

Case 1:92-cv-00580-EJD Document 272-4 Filed 08/12/2008 Page 14 of 26



**Part 6—Clauses for Construction and Architect-Engineer Contracts—Continued**

*Paragraph* *Page*

7-603 Clauses for Fixed-Price Construction Contracts To Be Used When Applicable—Continued.
- 7-603.29 Salvage Materials and Equipment ...... 798.174
- 7-603.30 Availability and Use of Utility Services 798.174
- 7-603.31 [Reserved] ...... 798.174
- 7-603.32 Misplaced Material ...... 798.175
- 7-603.33 Signal Lights ...... 798.175
- 7-603.34 Identification of Employees ...... 798.175
- 7-603.35 Superintendence of Subcontractors ...... 798.175
- 7-603.36 Time Extensions for Delays to Elements of the Work ...... 798.176
- 7-603.37 Payment for Mobilization and Preparatory Work ...... 798.176
- 7-603.38 Exclusion of Periods in Computing Completion Schedules ...... 798.178
- 7-603.39 Amount of Liquidated Damages ...... 798.178
- 7-603.40 Required Source for Jewel Bearings ...... 798.178
- 7-603.41 Employment of Ocean-Going Vessels by Construction Contractors ...... 798.178
- 7-603.42 Architectural Designs and Data—Government Rights ...... 798.179
- 7-603.43 Identification of Expenditures in the United States ...... 798.180
- 7-603.44 Aluminum ...... 798.180
- 7-603.45 [Reserved] ...... 798.180
- 7-603.46 Insurance ...... 798.180
- 7-603.47 Use of Excess and Near-Excess Currency 798.180
- 7-603.48 Progress Charts and Requirements for Overtime Work ...... 798.180
- 7-603.49 Airfield Safety Precautions ...... 798.181
- 7-603.50 Quantity Surveys ...... 798.183

7-604 Additional Clauses ...... 798.184
- 7-604.1 Alterations in Contract ...... 798.184
- 7-604.2 Approval of Contract ...... 798.184
- 7-604.3 Layout of Work ...... 798.184
- 7-604.4 Warranty ...... 798.184
- 7-604.5 Technical Data Warranty ...... 798.185
- 7-604.6 Extended Liability Under Technical Data Warranty ...... 798.185
- 7-604.7 Contractor-Prepared Network Analysis System ...... 798.185
- 7-604.8 Government-Prepared Network Analysis System ...... 798.190

7-605 Required Clauses for Cost-Reimbursement Type Construction Contracts ...... 798.191
- 7-605.1 Statement of Work ...... 798.191
- 7-605.2 Changes ...... 798.191
- 7-605.3 Estimated Cost, Performance Period ...... 798.191
- 7-605.4 Limitation of Cost ...... 798.191
- 7-605.5 Allowable Cost, Fixed Fee, and Payment 798.191
- 7-605.6 Insurance ...... 798.192

Part 6—Clauses for Construction and Architect-Engineer Contracts—Continued


| *Paragraph* | | *Page* |
|---|---|---|
| 7–607 | Required Clauses for Lump Sum Architect-Engineer Contracts—Continued. | |
| 7–607.27 | Identification of Expenditures in the United States | 798.204 |
| 7–608 | Clauses To Be Used When Applicable for Lump Sum Architect-Engineer Contracts | 798.204 |
| 7–608.1 | Insurance | 798.204 |


**Part 7—Clauses for Facilities Contracts**


| | | |
|---|---|---|
| 7–701 | Applicability | 798.205 |
| 7–702 | Required Clauses for Consolidated Facilities Contracts | 798.205 |
| 7–702.1 | Definitions | 798.205 |
| 7–702.2 | Facilities To Be Provided | 798.205 |
| 7–702.3 | Late Delivery, Diversion, and Substitution | 798.205 |
| 7–702.4 | Changes | 798.206 |
| 7–702.5 | Representatives and Warranties | 798.206 |
| 7–702.6 | Inspection | 798.207 |
| 7–702.7 | Excusable Delays | 798.207 |
| 7–702.8 | Location of the Facilities | 798.208 |
| 7–702.9 | Government Bills of Lading | 798.208 |
| 7–702.10 | Allowable Cost and Payment | 798.208 |
| 7–702.11 | Limitation of Cost | 798.209 |
| 7–702.12 | Use and Charges | 798.210 |
| 7–702.13 | Examination of Records | 798.213 |
| 7–702.14 | Maintenance | 798.213 |
| 7–702.15 | Title | 798.214 |
| 7–702.16 | Access | 798.215 |
| 7–702.17 | Property Control | 798.215 |
| 7–702.18 | Liability for the Facilities | 798.215 |
| 7–702.19 | Insurance—Liability to Third Persons | 798.218 |
| 7–702.20 | Indemnification of the Government | 798.218 |
| 7–702.21 | Stop Work Orders | 798.218 |
| 7–702.22 | Termination of Work | 798.219 |
| 7–702.23 | Notice of Use of the Facilities | 798.222 |
| 7–702.24 | Termination of the Use of the Facilities | 798.222 |
| 7–702.25 | Period of This Contract | 798.222 |
| 7–702.26 | Disposition of the Facilities | 798.223 |
| 7–702.27 | Failure to Perform | 798.224 |
| 7–702.28 | Disputes | 798.224 |
| 7–702.29 | Military Security Requirements | 798.224 |
| 7–702.30 | Authorization and Consent | 798.225 |
| 7–702.31 | Notice and Assistance Regarding Patent and Copyright Infringement | 798.225 |
| 7–702.32 | [Reserved] | 798.225 |
| 7–702.33 | Subcontracts | 798.225 |
| 7–702.34 | Utilization of Small Business Concerns | 798.225 |
| 7–702.35 | Utilization of Concerns in Labor Surplus Areas | 798.225 |
| 7–702.36 | Buy American Act | 798.225 |

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 16 of 26



## Part 7—Clauses for Facilities Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7–702 | Required Clauses for Consolidated Facilities Contracts—Continued. | | |
| | 7–702.37 | Assignment of Claims | 798.225 |
| | 7–702.38 | Renegotiation | 798.225 |
| | 7–702.39 | Officials Not To Benefit | 798.225 |
| | 7–702.40 | Gratuities | 798.225 |
| | 7–702.41 | Covenant Against Contingent Fees | 798.225 |
| | 7–702.42 | Payment for Overtime Premiums | 798.225 |
| | 7–702.43 | Convict Labor | 798.226 |
| | 7–702.44 | Equal Opportunity | 798.226 |
| | 7–702.45 | Walsh-Healey Public Contracts Act | 798.226 |
| | 7–702.46 | Contract Work Hours Standards Act—Overtime Compensation | 798.226 |
| | 7–702.47 | Price Reduction for Defective Cost or Pricing Data | 798.226 |
| | 7–702.48 | Audit and Records | 798.226 |
| | 7–702.49 | Subcontractor Cost and Pricing Data | 798.226 |
| | 7–702.50 | Competition in Subcontracting | 798.226 |
| 7–703 | Required Clauses for Facilities Acquisition Contracts | | 708.226 |
| | 7–703.1 | Definitions | 798.226 |
| | 7–703.2 | Facilities To Be Provided | 798.226 |
| | 7–703.3 | Late Delivery, Diversion, and Substitution | 798.226 |
| | 7–703.4 | Changes | 798.227 |
| | 7–703.5 | Representations and Warranties | 798.227 |
| | 7–703.6 | Inspection | 798.227 |
| | 7–703.7 | Excusable Delays | 798.227 |
| | 7–703.8 | Government Bills of Lading | 798.227 |
| | 7–703.9 | Allowable Cost and Payment | 798.227 |
| | 7–703.10 | Limitation of Cost | 798.227 |
| | 7–703.11 | Examination of Records | 798.227 |
| | 7–703.12 | Title | 798.227 |
| | 7–703.13 | Access | 798.227 |
| | 7–703.14 | Liability for the Facilities | 798.228 |
| | 7–703.15 | Insurance—Liability to Third Persons | 798.228 |
| | 7–703.16 | Indemnification of the Government | 798.228 |
| | 7–703.17 | Stop Work Orders | 798.228 |
| | 7–703.18 | Termination of Work | 798.228 |
| | 7–703.19 | Failure to Perform | 798.228 |
| | 7–703.20 | Disputes | 798.228 |
| | 7–703.21 | Military Security Requirements | 798.228 |
| | 7–703.22 | Authorization and Consent | 798.228 |
| | 7–703.23 | Notice and Assistance Regarding Patent and Copyright Infringement | 798.228 |
| | 7–703.24 | [Reserved] | 798.228 |
| | 7–703.25 | Subcontracts | 798.228 |
| | 7–703.26 | Utilization of Small Business Concerns | 798.228 |
| | 7–703.27 | Utilization of Concerns in Labor Surplus Areas | 798.228 |

## Part 7—Clauses for Facilities Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7–703 | | Required Clauses for Facilities Acquisition Contracts—Continued. | |
| | 7–703.28 | Buy American Act | 798.228 |
| | 7–703.29 | Assignment of Claims | 798.228 |
| | 7–703.30 | Renegotiation | 798.228 |
| | 7–703.31 | Officials Not To Benefit | 798.228 |
| | 7–703.32 | Gratuities | 798.228 |
| | 7–703.33 | Covenant Against Contingent Fees | 798.229 |
| | 7–703.34 | Payment for Overtime Premiums | 798.229 |
| | 7–703.35 | Convict Labor | 798.229 |
| | 7–703.36 | Equal Opportunity | 798.229 |
| | 7–703.37 | Walsh-Healey Public Contracts Act | 798.229 |
| | 7–703.38 | Contract Work Hours Standards Act—Overtime Compensation | 798.229 |
| | 7–703.39 | Supersedure | 798.229 |
| | 7–703.40 | Price Reduction for Defective Cost or Pricing Data | 798.229 |
| | 7–703.41 | Audit and Records | 798.229 |
| | 7–703.42 | Subcontractor Cost and Pricing Data | 798.229 |
| | 7–703.43 | Competition in Subcontracting | 798.229 |
| | 7–703.44 | Inspection System | 798.229 |
| 7–704 | | Required Clauses for Facilities Use Contracts | 798.230 |
| | 7–704.1 | Definitions | 798.230 |
| | 7–704.2 | Use and Charges | 798.230 |
| | 7–704.3 | Allowable Cost and Payment | 798.230 |
| | 7–704.4 | Limitation of Cost | 798.230 |
| | 7–704.5 | Examination of Records | 798.230 |
| | 7–704.6 | Location of the Facilities | 798.230 |
| | 7–704.7 | Maintenance | 798.230 |
| | 7–704.8 | Inspection | 798.230 |
| | 7–704.9 | Title | 798.230 |
| | 7–704.10 | Access | 798.230 |
| | 7–704.11 | Property Control | 798.230 |
| | 7–704.12 | Representations and Warranties | 798.230 |
| | 7–704.13 | Government Bills of Lading | 798.230 |
| | 7–704.14 | Liability for the Facilities | 798.230 |
| | 7–704.15 | Indemnification of the Government | 798.230 |
| | 7–704.16 | Notice of Use of the Facilities | 798.231 |
| | 7–704.17 | Termination of the Use of the Facilities | 798.231 |
| | 7–704.18 | Period of This Contract | 798.231 |
| | 7–704.19 | Disposition of the Facilities | 798.231 |
| | 7–704.20 | Failure To Perform | 798.231 |
| | 7–704.21 | Disputes | 798.231 |
| | 7–704.22 | Military Security Requirements | 798.231 |
| | 7–704.23 | Assignment of Claims | 798.231 |
| | 7–704.24 | Officials Not To Benefit | 798.231 |
| | 7–704.25 | Gratuities | 798.231 |
| | 7–704.26 | Covenant Against Contingent Fees | 798.231 |
| | 7–704.27 | Payment for Overtime Premiums | 798.231 |

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 18 of 26



Part 7—Clauses for Facilities Contracts—Continued

*Paragraph* *Page*

7–704 Required Clauses for Facilities Use Contracts—Continued

7–704.28 Convict Labor ........ 798.231
7–704.29 Equal Opportunity ........ 798.231
7–704.30 Contrat Work Hours Standards Act—Overtime Compensation ........ 798.231
7–704.31 Supersedure ........ 798.231
7–704.32 Price Reduction for Defective Cost or Pricing Data ........ 798.231
7–704.33 Audit and Records ........ 798.232
7–704.34 Subcontractor Cost and Pricing Data ........ 798.232
7–704.35 Competition in Subcontracting ........ 798.232

7–705 Clauses To Be Used When Applicable ........ 798.232

7–705.1 Rights in Data ........ 798.232
7–705.2 Filing of Patent Applications ........ 798.232
7–705.3 Priorities, Allocations, and Allotments ........ 798.232
7–705.4 Transfer of Title to the Facilities ........ 798.232
7–705.5 Labor Standards for Construction Work ........ 798.232
7–705.6 [Reserved] ........ 798.233
7–705.7 Improvements to Buildings or Land Owned by the Government ........ 798.233
7–705.8 Patent Rights ........ 798.233
7–705.9 Required Source for Jewel Bearings ........ 798.234
7–705.10 Changes to Make-or-Buy Program ........ 798.234
7–705.11 Interest ........ 798.234
7–705.12 Negotiated Overhead Rates ........ 798.234
7–705.13 Advance Payments ........ 798.234
7–705.14 General Services Administration Supply Sources ........ 798.234
7–705.15 Order of Precedence ........ 798.234
7–705.16 Duty-Free Entry ........ 798.234
7–705.17 United States Products and Services (Balance of Payments Program) ........ 798.234
7–705.18 Identification of Expenditures in the United States ........ 798.234
7–705.19 Aluminum ........ 798.234
7–705.20 Insurance ........ 798.234
7–705.21 Use of Excess and Near-Excess Currency ........ 798.234
7–705.22 Facilities Equipment Modernization ........ 798.234
7–705.23 Health, Safety, and Accident Prevention ........ 798.235
7–705.24 Safety Precautions for Ammunition, Explosives, Other Dangerous Materials, and Materials Hazardous to Health ........ 798.235
7–705.25 Notice of Radioactive Materials ........ 798.235

Part 7—Clauses for Facilities Contracts—Continued


| Paragraph | | Page |
|---|---|---|
| 7–706 | Facilities Use Contracts With Nonprofit Education Institutions | 798.235 |
| 7–706.1 | Purpose | 798.235 |
| 7–706.2 | Accountable Facilities | 798.235 |
| 7–706.3 | Definitions | 798.236 |
| 7–706.4 | Use of Government Facilities | 798.236 |
| 7–706.5 | Allowable Costs and Payments | 798.236 |
| 7–706.6 | Examination of Records | 798.236 |
| 7–706.7 | Location of the Facilities | 798.236 |
| 7–706.8 | Maintenance | 798.236 |
| 7–706.9 | Inspection | 798.236 |
| 7–706.10 | Title | 798.236 |
| 7–706.11 | Access | 798.237 |
| 7–706.12 | Property Control | 798.237 |
| 7–706.13 | Representations and Warranties | 798.237 |
| 7–706.14 | Liability for the Facilities | 798.237 |
| 7–706.15 | Termination of the Use of the Facilities | 798.237 |
| 7–706.16 | Period of This Contract | 798.237 |
| 7–706.17 | Disposition of the Facilities | 798.237 |
| 7–706.18 | Disputes | 798.237 |
| 7–706.19 | Officials Not To Benefit | 798.238 |
| 7–706.20 | Gratuities | 798.238 |
| 7–706.21 | Covenant Against Contingent Fees | 798.238 |
| 7–706.22 | Convict Labor | 798.238 |
| 7–706.23 | Equal Opportunity | 798.238 |
| 7–706.24 | Contract Work Hours Standards Act—Overtime Compensation | 798.238 |
| 7–706.25 | Supersedure | 798.238 |


Part 8—Clauses for Letter Contracts


| | | |
|---|---|---|
| 7–801 | Applicability | 798.239 |
| 7–802 | Required Clauses | 798.239 |
| 7–802.1 | General | 798.239 |
| 7–802.2 | Execution, Commencement of Work, and Priority Rating | 798.239 |
| 7–802.3 | Limitation of Government Liability | 798.239 |
| 7–802.4 | Payments Clauses for Letter Contracts | 798.239 |
| 7–802.5 | Definitization | 798.240 |


Part 9—Clauses for Time and Material and Labor Hour Contracts


| | | |
|---|---|---|
| 7–900 | Scope of Part | 798.241 |
| 7–901 | Required Clauses | 798.241 |
| 7–901.1 | Definitions | 798.241 |
| 7–901.2 | Changes | 798.241 |
| 7–901.3 | Excusable Delays | 798.241 |
| 7–901.4 | Termination | 798.241 |
| 7–901.5 | Government Property | 798.245 |

## Part 9—Clauses for Time and Material and Labor Hour Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7–901 | Required Clauses—Continued | | |
| | 7–901.6 | Payments | 798.249 |
| | 7–901.7 | Assignment of Claims | 798.252 |
| | 7–901.8 | Disputes | 798.252 |
| | 7–901.9 | Convict Labor | 798.252 |
| | 7–901.10 | Subcontracts | 798.252 |
| | 7–901.11 | Contract Work Hours Standards Act—Overtime Compensation | 798.253 |
| | 7–901.12 | Walsh-Healey Public Contracts Act | 798.253 |
| | 7–901.13 | Equal Opportunity | 798.253 |
| | 7–901.14 | Officials Not To Benefit | 798.253 |
| | 7–901.15 | Covenant Against Contingent Fees | 798.253 |
| | 7–901.16 | Audit and Records | 798.253 |
| | 7–901.17 | Examination of Records | 798.253 |
| | 7–901.18 | Gratuities | 798.253 |
| | 7–901.19 | Notice and Assistance Regarding Patent Infringement | 798.253 |
| | 7–901.20 | Authorization and Consent | 798.253 |
| | 7–901.21 | Inspection and Correction of Defects | 798.253 |
| | 7–901.22 | New Material | 798.255 |
| | 7–901.23 | Government Surplus | 798.255 |
| | 7–901.24 | Renegotiation | 798.255 |
| | 7–901.25 | Inspection System | 798.255 |
| | 7–901.26 | Quality Program | 798.255 |
| 7–902 | Clauses To Be Used When Applicable | | 798.255 |
| | 7–902.1 | Utilization of Small Business Concerns | 798.255 |
| | 7–902.2 | Utilization of Concerns in Labor Surplus Areas | 798.255 |
| | 7–902.3 | Military Security Requirements | 798.255 |
| | 7–902.4 | Priorities, Allocations and Allotments | 798.255 |
| | 7–902.5 | Buy American Act | 798.255 |
| | 7–902.6 | Notice to the Government of Labor Disputes | 798.255 |
| | 7–902.7 | Filing of Patent Applications | 798.255 |
| | 7–902.8 | Patent Rights | 798.255 |
| | 7–902.9 | Data | 798.255 |
| | 7–902.10 | Alterations in Contract | 798.256 |
| | 7–902.11 | Limitations on Withholding of Payments | 798.256 |
| | 7–902.12 | Communist Areas | 798.256 |
| | 7–902.13 | Flight Risks | 798.256 |
| | 7–902.14 | Workmen's Compensation and War Hazard Insurance Overseas | 798.256 |
| | 7–902.15 | Royalty Information | 798.256 |
| | 7–902.16 | Technical Data—Withholding of Payments | 798.256 |
| | 7–902.17 | Interest | 798.256 |
| | 7–902.18 | Price Reduction for Defective Cost or Pricing Data | 798.256 |

## Part 9—Clauses for Time and Material and Labor Hour Contracts—Continued

| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–902 | Clauses To Be Used When Applicable—Continued | | |
| | 7–902.19 | Audit and Records | 798.256 |
| | 7–902.20 | Subcontractor Cost and Pricing Data | 798.256 |
| | 7–902.21 | Order of Precedence | 798.256 |
| | 7–902.22 | Duty-Free Entry | 798.257 |
| | 7–902.23 | United States Products and Services (Balance of Payments Program) | 798.257 |
| | 7–902.24 | Identification of Expenditures in the United States | 798.257 |
| | 7–902.25 | Material Inspection and Receiving Report | 798.257 |
| | 7–902.26 | Insurance | 798.257 |
| | 7–902.27 | Use of Excess and Near-Excess Currency | 798.257 |
| | 7–902.28 | Health, Safety, and Accident Prevention | 798.257 |
| | 7–902.29 | Safety Precautions for Ammunition, Explosives, Other Dangerous Materials, and Materials Hazardous to Health | 798.257 |
| | 7–902.30 | Notice of Radioactive Materials | 798.257 |
| | 7–902.31 | Availability of Funds | 798.257 |

## Part 10—Clauses for Stevedoring Contracts

| | | | |
|---|---|---|---|
| 7–1000 | Scope of Part | | 798.259 |
| 7–1001 | Technical Provisions | | 798.259 |
| | 7–1001.1 | Scope of Contract | 798.259 |
| | 7–1001.2 | Schedule of Rates | 798.264 |
| 7–1002 | Required Clauses | | 798.265 |
| | 7–1002.1 | Definitions | 798.265 |
| | 7–1002.2 | Price Escalation and Price Revision | 798.265 |
| | 7–1002.3 | Changes | 798.268 |
| | 7–1002.4 | Extras | 798.268 |
| | 7–1002.5 | Payments | 798.268 |
| | 7–1002.6 | Assignment of Claims | 798.268 |
| | 7–1002.7 | Federal, State, and Local Taxes | 798.268 |
| | 7–1002.8 | Default | 798.268 |
| | 7–1002.9 | Disputes | 798.268 |
| | 7–1002.10 | Renegotiation | 798.268 |
| | 7–1002.11 | Contract Work Hours Standards Act—Overtime Compensation | 798.268 |
| | 7–1002.12 | Service Contract Act of 1965 | 798.269 |
| | 7–1002.13 | Equal Opportunity | 798.273 |
| | 7–1002.14 | Officials Not To Benefit | 798.273 |
| | 7–1002.15 | Covenant Against Contingent Fees | 798.273 |
| | 7–1002.16 | Termination | 798.273 |
| | 7–1002.17 | Indefinite Quantities | 798.274 |
| | 7–1002.18 | Employees of Contractor | 798.274 |
| | 7–1002.19 | Removal of Contractor's Employees | 798.274 |
| | 7–1002.20 | Liability and Insurance | 798.274 |
| | 7–1002.21 | Records and Accounts | 798.276 |

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 22 of 26



Part 10—Clauses for Stevedoring Contracts—Continued

*Paragraph* *Page*

7–1002 Required Clauses—Continued
- 7–1002.22 Examination of Records ..... 798.276
- 7–1002.23 Utilization of Small Business Concerns .. 798.276
- 7–1002.24 Gratuities ..... 798.276
- 7–1002.25 Convict Labor ..... 798.276

7–1003 Clauses To Be Used When Applicable ..... 798.276
- 7–1003.1 Communist Areas ..... 798.276
- 7–1003.2 Workmen's Compensation and War Hazard Insurance Overseas ..... 798.276
- 7–1003.3 Notice to the Government of Labor Disputes ..... 798.276
- 7–1003.4 Military Security Requirements ..... 798.276
- 7–1003.5 Priorities, Allocations, and Allotments .. 798.276
- 7–1003.6 Utilization of Concerns in Labor Surplus Areas ..... 798.276
- 7–1003.7 Price Reduction for Defective Cost or Pricing Data ..... 798.277
- 7–1003.8 [Reserved] ..... 798.277
- 7–1003.9 Interest ..... 798.277
- 7–1003.10 Audit and Records ..... 798.277
- 7–1003.11 Subcontractor Cost and Pricing Data ... 798.277
- 7–1003.12 Order of Precedence ..... 798.277
- 7–1003.13 Duty-Free Entry ..... 798.277
- 7–1003.14 Health, Safety, and Accident Prevention 798.277
- 7–1003.15 Safety Precautions for Ammunition, Explosives, Other Dangerous Materials, and Materials Hazardous to Health .. 798.277
- 7–1003.16 Notice of Radioactive Materials ..... 798.277

7–1004 Additional Clauses ..... 798.277
- 7–1004.1 Alterations in Contracts ..... 798.277
- 7–1004.2 Approval of Contract ..... 798.277

Part 11—Clauses for Indefinite Delivery Type Contracts

7–1100 Scope of Part ..... 798.279

7–1101 Required Clause—Ordering ..... 798.279

7–1102 Clauses To Be Used When Applicable ..... 798.279
- 7–1102.1 Definite Quantity Contracts ..... 798.279
- 7–1102.2 Requirements Contracts ..... 798.280
- 7–1102.3 Indefinite Quantity Contracts ..... 798.282
- 7–1102.4 Material Inspection and Receiving Report 798.282

Part 12—Clauses for Mortuary Services Contracts

7–1200 Scope of Part ..... 798.283

7–1201 Required Clauses for Other Than Port of Entry Requirements Contracts ..... 798.283
- 7–1201.1 Requirements ..... 798.283
- 7–1201.2 Contract Period ..... 798.283
- 7–1201.3 Area of Performance ..... 798.283
- 7–1201.4 Specifications ..... 798.284

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 23 of 26



## Part 12—Clauses for Mortuary Services Contracts—Continued


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–1201 | Required Clauses for Other Than Port of Entry Requirements Contracts—Continued | | |
| | 7–1201.5 | Using Activities | 798.284 |
| | 7–1201.6 | Delivery Orders and Invoices | 798.284 |
| | 7–1201.7 | Delivery and Performance | 798.284 |
| | 7–1201.8 | Subcontracting | 798.284 |
| | 7–1201.9 | Additional Default Provision | 798.284 |
| | 1–1201.10 | Inspection | 798.285 |
| | 7–1201.11 | Group Interment | 798.285 |
| | 7–1201.12 | Professional Requirements | 798.285 |
| | 7–1201.13 | Facility Requirements | 798.286 |
| | 7–1201.14 | Preparation History | 798.286 |
| | 7–1201.15 | Changes | 798.286 |
| | 7–1201.16 | Definitions | 798.286 |
| | 7–1201.17 | Payments | 798.286 |
| | 7–1201.18 | Assignment of Claims | 798.286 |
| | 7–1201.19 | Disputes | 798.286 |
| | 7–1201.20 | Renegotiation | 798.286 |
| | 7–1201.21 | Officials Not To Benefit | 798.286 |
| | 7–1201.22 | Covenant Against Contingent Fees | 798.286 |
| | 7–1201.23 | Gratuities | 798.286 |
| | 7–1201.24 | Default | 798.286 |
| | 7–1201.25 | Federal, State and Local Taxes | 798.286 |
| | 7–1201.26 | Convict Labor | 798.287 |
| | 7–1201.27 | Contract Work Hours Standard Act—Overtime Compensation | 798.287 |
| | 7–1201.28 | [Reserved] | 798.287 |
| | 7–1201.29 | Equal Opportunity | 798.287 |
| | 7–1201.30 | Termination for Convenience of the Government | 798.287 |
| | 7–1201.31 | Interest | 798.287 |
| 7–1202 | Clauses To Be Used When Applicable for Other Than Port of Entry Requirements Contracts | | 798.287 |
| | 7–1202.1 | Examination of Records | 798.287 |
| 7–1203 | Clauses for Port of Entry Requirements Contracts | | 798.287 |


## Part 13—Clauses for Bakery and Dairy Products Contracts


| | | | |
|---|---|---|---|
| 7–1300 | Scope of Part | | 798.289 |
| 7–1301 | Required Clauses | | 798.289 |
| | 7–1301.1 | Delivery Vehicles and Conveyances | 798.289 |
| | 7–1301.2 | Responsibility for Containers and Equipment | 798.289 |
| | 7–1301.3 | Time of Delivery | 798.289 |
| | 7–1301.4 | Plant Locations | 798.289 |
| | 7–1301.5 | Sanitary Conditions | 798.290 |
| | 7–1301.6 | Disclaimer of Export Subsidies | 798.290 |
| | 7–1301.7 | Remedies Under Delivery Orders | 798.290 |
| | 7–1301.8 | "Fluid Milk" Contracts | 798.291 |
| | 7–1301.9 | Solicitations for Fluid Milk | 798.292 |

Case 1:92-cv-00580-EJD Document 372-4 Filed 08/12/2008 Page 24 of 26



## Part 13—Clauses for Bakery and Dairy Products Contracts—Continued

*Paragraph* *Page*


7–1302 Additional Required Clauses for Perishable Dairy Products Contracts ........ 798.292
- 7–1302.1 Containers and Equipment ........ 798.292
- 7–1302.2 Examination and Testing ........ 798.293
- 7–1302.3 Deficiency Adjustment ........ 798.294

7–1303 Clauses To Be Used When Applicable ........ 798.294
- 7–1303.1 Code Dating ........ 798.294
- 7–1303.2 Marking ........ 798.294


## Part 14—Clauses for Laundry and Dry Cleaning Contracts


7–1400 Scope of Part ........ 798.295

7–1401 Required Clauses ........ 798.295
- 7–1401.1 Activities ........ 798.295
- 7–1401.2 Contract Period ........ 798.295
- 7–1401.3 Specifications ........ 798.295
- 7–1401.4 Pickup and Delivery Points and Times ........ 798.295
- 7–1401.5 Count of Articles ........ 798.295
- 7–1401.6 Loss or Damage ........ 798.296
- 7–1401.7 Storage and Handling ........ 798.296
- 7–1401.8 Vehicles ........ 798.296
- 7–1401.9 Requirements or Indefinite Quantity ........ 798.296
- 7–1401.10 Ordering ........ 798.296
- 7–1401.11 Special Definitions of Government Property ........ 798.296
- 7–1401.12 Individual Laundry ........ 798.297
- 7–1401.13 Service Contract Act of 1965 ........ 798.297

7–1402 Clauses To Be Used When Applicable ........ 798.297
- 7–1402.1 Availability of Funds ........ 798.297


## Part 15—Clauses for Contracts for Rental of Motor Vehicles


7–1500 Scope of Part ........ 798.299

7–1501 Required Clauses ........ 798.299
- 7–1501.1 Rental Payments ........ 798.299
- 7–1501.2 Condition of the Rented Property ........ 798.299
- 7–1501.3 Responsibility for Damage or Injury ........ 798.299
- 7–1501.4 Insurance/Liability ........ 798.300
- 7–1501.5 Marking of Vehicles ........ 798.300
- 7–1501.6 Other Required Clauses ........ 798.300

7–1502 Clauses To Be Used When Applicable ........ 798.300

7–1503 Additional Clauses ........ 798.300

(b) In accordance with 9-103.4, insert the following clause.

**WAIVER OF INDEMNITY (1955 JAN)**

Any provision of this contract to the contrary notwithstanding, the Government hereby authorizes and consents to the use and manufacture, solely in the performance of this contract, of any invention covered by the United States patents identified and listed below, and waives indemnification by the Contractor with respect to such patents: (Identify the patents by number or by other means if more appropriate).

**7-104.6** *Filing of Patent Applications.* In accordance with 9-106, insert the following clause.

**FILING OF PATENT APPLICATIONS (1966 OCT)**

(a) Before filing or causing to be filed a patent application in the United States disclosing any subject matter of this contract, which subject matter is classified "Secret" or higher, the Contractor shall, citing the thirty (30) day provision below, transmit the proposed application to the Contracting Officer for determination whether, for reasons of national security, such application should be placed under an order of secrecy or sealed in accordance with the provisions of 35 U.S.C. 181-188 or the issuance of a patent should be otherwise delayed under pertinent United States statutes or regulations; and the Contractor shall observe any instructions of the Contracting Officer with respect to the manner of delivery of the patent application to the United States Patent Office for filing, but the Contractor shall not be denied the right to file such patent application. If the Contracting Officer shall not have given any such instructions within thirty (30) days from the date of mailing or other transmittal of the proposed application, the Contractor may file the application.

(b) The Contractor shall furnish to the Contracting Officer, at the time of or prior to the time when the Contractor files or causes to be filed a patent application in the United States disclosing any subject matter of this contract, which subject matter is classified "Confidential," a copy of such application for determination whether, for reasons of national security, such application should be placed under an order of secrecy or the issuance of a patent should be otherwise delayed under pertinent United States statutes or regulations.

(c) Where the subject matter of this contract is classified for reasons of security, the Contractor shall not file, or cause to be filed in any country, other than in the United States as provided in (a) and (b) of this clause, an application or registration for a patent containing any of said subject matter without first obtaining written approval of the Contracting Officer.

(d) When filing any patent application coming within the scope of this clause, the Contractor shall observe all applicable security regulations covering the transmission of classified subject matter, and shall also promptly furnish to the Contracting Officer the serial number, filing date, and name of country of any such patent application. When transmitting the application to the United States Patent Office, the Contractor shall by separate letter identify by agency and number the contract or contracts which require security classification markings to be placed on the application.

**7-104.7** [*Reserved*]

(5) The Contractor agrees to instruct the foreign supplier to prepare a sufficient number of copies of the bill of lading (or other shipping document) so that at least two of the copies accompanying the shipment will be available for use by the Collector of Customs at the port of entry. The foreign supplier shall also be instructed to forward at the time of shipment, a memorandum copy of the bill of lading (or other shipping document) to the designated Government representative.

(c) This clause shall not apply to purchases of foreign supplies in connection with this contract if (i) such foreign supplies are identical in nature with supplies purchased by the Contractor or any subcontractor hereunder in connection with his commercial business, and (ii) segregation of such supplies to insure use only on Government contracts containing duty-free entry provisions is not economical or feasible.

(d) The Contractor agrees to insert the substance of this clause in any first-tier subcontract hereunder in connection with which foreign supplies in excess of $10,000 may be imported by the subcontractor into the United States, its possessions, or Puerto Rico.

7-104.32 *Duty-Free Entry of Listed Canadian Supplies.* In accordance with 6-605.2, insert the following clause.

**DUTY-FREE ENTRY—CANADIAN SUPPLIES** (1968 FEB)

(a) Except as otherwise approved by the Contracting Officer, no amount is or will be included in the contract price on account of duty with respect to—

(i) all end items which constitute "Canadian end products" (as defined in paragraph 6-101 of the Armed Services Procurement Regulation) to be delivered under this contract; and

(ii) all supplies (including, without limitation, raw materials, components and intermediate assemblies) produced or made in Canada which are to be incorporated in the end items to be delivered under this contract; *provided*, that such end items are made in the United States or Canada;

except supplies imported into the United States prior to the date of this contract, or, in the case of supplies imported by a first- or lower-tier subcontractor hereunder, prior to the date of his subcontract.

(b) The Contractor warrants that all such Canadian supplies, for which such duty-free entry is to be claimed, are intended to be delivered to the Government or incorporated in the end items to be delivered under this contract, and that duty shall be paid by the Contractor to the extent that such supplies, or any portion thereof, (if not scrap or salvage), are diverted to nongovernmental use other than as a result of a competitive sale made, directed or authorized by the Contracting Officer.

(c) The Government agrees to execute duty-free entry certificates and to afford such assistance as appropriate in order to obtain the duty-free entry of Canadian end products or supplies as to which the shipping documents bear the notation specified in paragraph (d) below, except as the Contractor may otherwise agree.

(d) All shipping documents submitted to Customs, covering such Canadian end products or supplies for which duty-free entry is to be claimed, shall bear the following information:

(i) Government prime contract number;

(ii) identification of carrier;

(iii) the notation: "UNITED STATES (insert name of Military Department)—DUTY-FREE ENTRY TO BE CLAIMED pursuant to Schedule 8, Part 3, Item No. 832.00, Tariff Schedules of the United States. Upon arrival of shipment at port of entry, Collector of Customs, kindly notify the Director,

[Contract clauses continued on next page]