**EXHIBIT D**

**ARMED SERVICES PROCUREMENT REGULATION**

**1969 EDITION**

**Revisions 6-8**

**Superseded by**

**1973 EDITION**

## SECTION VII—CONTRACT CLAUSES

### Table of Contents


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7-000 | Scope of Section | | 701 |
| 7-001 | Incorporation of Contract Clauses by Reference | | 701 |
| | **Part 1—Clauses for Fixed-Price Supply Contracts** | | |
| 7-100 | Scope of Part | | 701 |
| 7-101 | Applicability | | 701 |
| 7-102 | Contracts Subject in Part to Incentive Price Revision | | 701 |
| 7-103 | Required Clauses | | 701 |
| | 7-103.1 | Definitions | 701 |
| | 7-103.2 | Changes | 702 |
| | 7-103.3 | Extras | 702 |
| | 7-103.4 | Variation in Quantity | 702 |
| | 7-103.5 | Inspection | 703 |
| | 7-103.6 | Title and Risk of Loss | 705 |
| | 7-103.7 | Payments | 705 |
| | 7-103.8 | Assignment of Claims | 706 |
| | 7-103.9 | Additional Bond Security | 707 |
| | 7-103.10 | Federal, State, Local and Foreign Taxes | 708 |
| | 7-103.11 | Default | 712 |
| | 7-103.12 | Disputes | 713 |
| | 7-103.13 | Renegotiation | 714 |
| | 7-103.14 | Discounts | 716 |
| | 7-103.15 | Communist Areas | 716 |
| | 7-103.16 | Contract Work Hours Standards Act—Overtime Compensation | 717 |
| | 7-103.17 | Walsh-Healey Public Contracts Act | 717 |
| | 7-103.18 | Equal Opportunity Clause | 718 |
| | 7-103.19 | Officials Not To Benefit | 721 |
| | 7-103.20 | Covenant Against Contingent Fees | 721 |
| | 7-103.21 | Termination for Convenience of the Government | 721 |
| | 7-103.22 | Authorization and Consent | 727 |
| | 7-103.23 | Notice and Assistance Regarding Patent Infringement | 728 |
| | 7-103.24 | Responsibility for Inspection | 728 |
| | 7-103.25 | Commercial Bills of Lading Covering Shipments Under F.O.B. Origin Contracts | 728 |
| 7-104 | Clauses To Be Used When Applicable | | 728.1 |
| | 7-104.1 | Clauses for Fixed Price Supply Contracts Involving Construction Work | 728.1 |
| | 7-104.2 | Workmen's Compensation and War Hazard Insurance Overseas | 728.1 |
| | 7-104.3 | Buy American Act | 730 |
| | 7-104.4 | Notice to the Government of Labor Disputes | 731 |
| | 7-104.5 | Patent Indemnity | 731 |
| | 7-104.6 | Filing of Patent Applications | 732 |
| | 7-104.7 | [Reserved] | 732 |
| | 7-104.8 | Reporting and Refund of Royalties | 733 |
| | 7-104.9 | Rights in Data | 734 |
| | 7-104.10 | Ground and Flight Risk | 740 |
| | 7-104.11 | Excess Profit | 743 |

Case 1:92-cv-00580-EJD Document 372-5 Filed 03/12/2008 Page 4 of 8



### Part 1—Clauses for Fixed-Price Supply Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7–104 | Clauses To Be Used When Applicable—Continued | | |
| | 7–104.12 | Military Security Requirements | 744 |
| | 7–104.13 | Preference for Certain Domestic Commodities | 746 |
| | 7–104.14 | Utilization of Small Business Concerns | 746 |
| | 7–104.15 | Examination of Records | 747 |
| | 7–104.16 | Gratuities | 748 |
| | 7–104.17 | Convict Labor | 748 |
| | 7–104.18 | Priorities, Allocations, and Allotments | 748 |
| | 7–104.19 | Employment of Ocean-Going Vessels—Ocean Transport of Government-Owned Supplies | 748 |
| | 7–104.20 | Utilization of Concerns in Labor Surplus Areas | 749 |
| | 7–104.21 | Limitation on Withholding of Payments | 751 |
| | 7–104.22 | Linen Supply Service Contracts | 751 |
| | 7–104.23 | Subcontracts | 752 |
| | 7–104.24 | Government Property | 752 |
| | 7–104.25 | Special Tooling | 759 |
| | 7–104.26 | Special Test Equipment | 761 |
| | 7–104.27 | Options | 762 |
| | 7–104.28 | Quality Program | 763 |
| | 7–104.29 | Price Reduction for Defective Cost or Pricing Data | 763 |
| | 7–104.30 | Humane Slaughter of Livestock | 764 |
| | 7–104.31 | Duty-Free Entry | 765 |
| | 7–104.32 | Duty-Free Entry of Listed Canadian Supplies | 767 |
| | 7–104.33 | [Reserved] | 768 |
| | 7–104.34 | Advance Payments | 768 |
| | 7–104.35 | Progress Payments | 775 |
| | 7–104.36 | Contracts Conditioned Upon the Availability of Funds | 778 |
| | 7–104.37 | Required Source for Jewel Bearings | 778 |
| | 7–104.38 | [Reserved] | 778 |
| | 7–104.39 | Interest | 778 |
| | 7–104.40 | Competition in Subcontracting | 779 |
| | 7–104.41 | Audit and Records | 779 |
| | 7–104.42 | Subcontractor Cost and Pricing Data | 782 |
| | 7–104.43 | United States Products (Military Assistance Program) | 784 |
| | 7–104.44 | Value Engineering Incentive | 784 |
| | 7–104.45 | [Reserved] | 795 |
| | 7–104.46 | [Reserved] | 795 |
| | 7–104.47 | Multi-year Procurement | 795 |
| | 7–104.48 | New Material | 797 |
| | 7–104.49 | Government Surplus | 797 |
| | 7–104.50 | [Reserved] | 797 |

## Part 1—Clauses for Fixed-Price Supply Contracts—Continued


| Paragraph | | | Page |
|---|---|---|---|
| 7–104 | | Clauses To Be Used When Applicable—Continued | |
| | 7–104.51 | Production Progress Report | 798 |
| | 7–104.52 | [Reserved] | 798.1 |
| | 7–104.53 | [Reserved] | 798.1 |
| | 7–104.54 | [Reserved] | 798.1 |
| | 7–104.55 | First Article Approval | 798.1 |
| | 7–104.56 | Order of Precedence | 798.4 |
| | 7–104.57 | United States Products and Services (Balance of Payments Program) | 798.4 |
| | 7–104.58 | Identification of Expenditures in the United States | 798.5 |
| | 7–104.59 | Aluminum | 798.6 |
| | 7–104.60 | Contractor-Furnished Returnable Gas Cylinders and Other Containers | 798.7 |
| | 7–104.61 | Frequency Authorization | 798.8 |
| | 7–104.62 | Material Inspection and Receiving Report | 798.9 |
| | 7–104.63 | Protection of Government Buildings, Equipment, and Vegetation | 798.9 |
| | 7–104.64 | Recovery of Nonrecurring Costs on non-U.S. Government Sales of Defense Equipment | 798.9 |
| | 7–104.65 | Insurance | 798.11 |
| | 7–104.66 | Use of Excess and Near-Excess Currency | 798.11 |
| | 7–104.67 | Clauses for Preservation, Packaging, and Packing Requirements | 798.12 |
| | 7–104.68 | Marking of Shipments | 789.12 |
| | 7–104.69 | F.O.B. Point for Delivery of Government-Furnished Property | 798.12 |
| | 7–104.70 | F.O.B. Origin | 798.13 |
| | 7–104.71 | F.O.B. Destination | 798.13 |
| | 7–104.72 | F.O.B. Origin—Minimum Size of Shipments | 798.14 |
| | 7–104.73 | Loading, Bracing, and Blocking of Freight Car Shipments | 798.14 |
| | 7–104.74 | Shipments to Ports—Export Releases and MILSTAMP Documentation | 798.14 |
| | 7–104.75 | Diversion of Shipment Under F.O.B. Destination Contracts | 798.15 |
| | 7–104.76 | F.O.B. Destination—Evidence of Shipment | 798.15 |
| | 7–104.77 | Government Delay of Work | 798.15 |
| | 7–104.78 | [Reserved] | 798.16 |
| | 7–104.79 | Safety Precautions for Ammunition and Explosives | 798.17 |
| | 7–104.80 | Notice of Radioactive Materials | 798.18 |
| | 7–104.81 | Aircraft, Missile, and Space Vehicle Accident Reporting and Investigation | 798.18 |
| 7–105 | | Additional Clauses | 798.19 |
| | 7–105.1 | Alterations in Contract | 798.19 |
| | 7–105.2 | Approval of Contract | 798.19 |

Case 1:92-cv-00580-EJD Document 372-5 Filed 08/12/2008 Page 6 of 8



(b) In accordance with 9-103.4, insert the following clause.

**WAIVER OF INDEMNITY (1955 JAN)**

Any provision of this contract to the contrary notwithstanding, the Government hereby authorizes and consents to the use and manufacture, solely in the performance of this contract, of any invention covered by the United States patents identified and listed below, and waives indemnification by the Contractor with respect to such patents: (Identify the patents by number or by other means if more appropriate).

7-104.6 *Filing of Patent Applications.* In accordance with 9-106, insert the following clause.

**FILING OF PATENT APPLICATIONS (1969 DEC)**

(a) Before filing or causing to be filed a patent application in the United States disclosing any subject matter of this contract, which subject matter is classified "Secret" or higher, the Contractor shall, citing the thirty (30) day provision below, transmit the proposed application to the Contracting Officer for determination whether, for reasons of national security, such application should be placed under an order of secrecy or sealed in accordance with the provisions of 35 U.S.C. 181-188 or the issuance of a patent should be otherwise delayed under pertinent United States statutes or regulations; and the Contractor shall observe any instructions of the Contracting Officer with respect to the manner of delivery of the patent application to the United States Patent Office for filing, but the Contractor shall not be denied the right to file such patent application. If the Contracting Officer shall not have given any such instructions within thirty (30) days from the date of mailing or other transmittal of the proposed application, the Contractor may file the application.

(b) The Contractor shall furnish to the Contracting Officer, at the time of or prior to the time when the Contractor files or causes to be filed a patent application in the United States disclosing any subject matter of this contract, which subject matter is classified "Confidential," a copy of such application for determination whether, for reasons of national security, such application should be placed under an order of secrecy or the issuance of a patent should be otherwise delayed under pertinent United States statutes or regulations.

(c) Where the subject matter of this contract is classified for reasons of security, the Contractor shall not file, or cause to be filed in any country, other than in the United States as provided in (a) and (b) of this clause, an application or registration for a patent containing any of said subject matter without first obtaining written approval of the Contracting Officer.

(d) When filing any patent application coming within the scope of this clause, the Contractor shall observe all applicable security regulations covering the transmission of classified subject matter, and shall also promptly furnish to the Contracting Officer the serial number, filing date, and name of country of any such patent application. When transmitting the application to the United States Patent Office, the Contractor shall by separate letter identify by agency and number the contract or contracts which require security classification markings to be placed on the application.

(e) The substance of this clause shall be included in all subcontracts which cover or are likely to cover classified subject matter.

7-104.7 [*Reserved*]

Case 1:92-cv-00580-EJD Document 372-5 Filed 08/12/2008 Page 7 of 8



# SECTION VII—CONTRACT CLAUSES

## Table of Contents


| Paragraph | | | Page |
|---|---|---|---|
| 7–000 | Scope of Section | | 701 |
| 7–001 | Incorporation of Contract Clauses by Reference | | 701 |
| | **Part 1—Clauses for Fixed-Price Supply Contracts** | | |
| 7–100 | Scope of Part | | 701 |
| 7–101 | Applicability | | 701 |
| 7–102 | Contracts Subject in Part to Incentive Price Revision | | 701 |
| 7–103 | Required Clauses | | 701 |
| | 7–103.1 | Definitions | 701 |
| | 7–103.2 | Changes | 702 |
| | 7–103.3 | Extras | 702 |
| | 7–103.4 | Variation in Quantity | 702 |
| | 7–103.5 | Inspection | 703 |
| | 7–103.6 | Title and Risk of Loss | 705 |
| | 7–103.7 | Payments | 705 |
| | 7–103.8 | Assignment of Claims | 706 |
| | 7–103.9 | Additional Bond Security | 707 |
| | 7–103.10 | Federal, State, Local and Foreign Taxes | 708 |
| | 7–103.11 | Default | 712 |
| | 7–103.12 | Disputes | 713 |
| | 7–103.13 | Renegotiation | 714 |
| | 7–103.14 | Discounts | 716 |
| | 7–103.15 | Communist Areas | 716 |
| | 7–103.16 | Contract Work Hours Standards Act—Overtime Compensation | 717 |
| | 7–103.17 | Walsh-Healey Public Contracts Act | 717 |
| | 7–103.18 | Equal Opportunity Clause | 718 |
| | 7–103.19 | Officials Not To Benefit | 721 |
| | 7–103.20 | Covenant Against Contingent Fees | 721 |
| | 7–103.21 | Termination for Convenience of the Government | 721 |
| | 7–103.22 | Authorization and Consent | 727 |
| | 7–103.23 | Notice and Assistance Regarding Patent Infringement | 728 |
| | 7–103.24 | Responsibility for Inspection | 728 |
| | 7–103.25 | Commercial Bills of Lading Covering Shipments Under F.O.B. Origin Contracts | 728 |
| | 7–103.26 | Pricing of Adjustments | 728 |
| 7–104 | Clauses To Be Used When Applicable | | 728.1 |
| | 7–104.1 | Clauses for Fixed Price Supply Contracts Involving Construction Work | 728.1 |
| | 7–104.2 | Workmen's Compensation and War Hazard Insurance Overseas | 728.1 |
| | 7–104.3 | Buy American Act | 730 |
| | 7–104.4 | Notice to the Government of Labor Disputes | 731 |
| | 7–104.5 | Patent Indemnity | 731 |
| | 7–104.6 | Filing of Patent Applications | 732 |
| | 7–104.7 | [Reserved] | 732 |
| | 7–104.8 | Reporting and Refund of Royalties | 733 |
| | 7–104.9 | Rights in Data | 734 |
| | 7–104.10 | Ground and Flight Risk | 740 |
| | 7–104.11 | Excess Profit | 743 |

Case 1:92-cv-00580-EJD Document 372-5 Filed 08/12/2008 Page 8 of 8



**Part 1—Clauses for Fixed-Price Supply Contracts—Continued**


| Paragraph | | | Page |
|---|---|---|---|
| 7–104 | Clauses To Be Used When Applicable—Continued | | |
| | 7–104.12 | Military Security Requirements | 744 |
| | 7–104.13 | Preference for Certain Domestic Commodities | 746 |
| | 7–104.14 | Utilization of Small Business Concerns | 746 |
| | 7–104.15 | Examination of Records | 747 |
| | 7–104.16 | Gratuities | 748 |
| | 7–104.17 | Convict Labor | 748 |
| | 7–104.18 | Priorities, Allocations, and Allotments | 748 |
| | 7–104.19 | Employment of Ocean-Going Vessels—Ocean Transport of Government-Owned Supplies | 748 |
| | 7–104.20 | Utilization of Labor Surplus Area Concerns | 749 |
| | 7–104.21 | Limitation on Withholding of Payments | 751 |
| | 7–104.22 | Linen Supply Service Contracts | 751 |
| | 7–104.23 | Subcontracts | 752 |
| | 7–104.24 | Government Property | 752 |
| | 7–104.25 | Special Tooling | 759 |
| | 7–104.26 | Special Test Equipment | 761 |
| | 7–104.27 | Options | 762 |
| | 7–104.28 | Quality Program | 763 |
| | 7–104.29 | Price Reduction for Defective Cost or Pricing Data | 763 |
| | 7–104.30 | Humane Slaughter of Livestock | 764 |
| | 7–104.31 | Duty-Free Entry | 765 |
| | 7–104.32 | Duty-Free Entry of Listed Canadian Supplies | 767 |
| | 7–104.33 | Inspection System | 768 |
| | 7–104.34 | Advance Payments | 768 |
| | 7–104.35 | Progress Payments | 775 |
| | 7–104.36 | Contracts Conditioned Upon the Availability of Funds | 778 |
| | 7–104.37 | Required Source for Jewel Bearings | 778 |
| | 7–104.38 | [Reserved] | 778 |
| | 7–104.39 | Interest | 778 |
| | 7–104.40 | Competition in Subcontracting | 779 |
| | 7–104.41 | Audit and Records | 779 |
| | 7–104.42 | Subcontractor Cost and Pricing Data | 782 |
| | 7–104.43 | United States Products (Military Assistance Program) | 784 |
| | 7–104.44 | Value Engineering Incentive | 784 |
| | 7–104.45 | [Reserved] | 795 |
| | 7–104.46 | [Reserved] | 795 |
| | 7–104.47 | Multi-year Procurement | 795 |
| | 7–104.48 | New Material | 797 |
| | 7–104.49 | [Reserved] | 797 |
| | 7–104.50 | Management Control Systems | 797 |