**EXHIBIT E**

# ARMED SERVICES PROCUREMENT REGULATION

1969 EDITION

Revision 9

Superseded by

1973 EDITION

E

# SECTION VII—CONTRACT CLAUSES

## Table of Contents


| *Paragraph* | | | *Page* |
|---|---|---|---|
| 7–000 | Scope of Section | | 701 |
| 7–001 | Incorporation of Contract Clauses by Reference | | 701 |
| | **Part 1—Clauses for Fixed-Price Supply Contracts** | | |
| 7–100 | Scope of Part | | 701 |
| 7–101 | Applicability | | 701 |
| 7–102 | Contracts Subject in Part to Incentive Price Revision. | | 701 |
| 7–103 | Required Clauses | | 701 |
| | 7–103.1 | Definitions | 701 |
| | 7–103.2 | Changes | 702 |
| | 7–103.3 | Extras | 702 |
| | 7–103.4 | Variation in Quantity | 702 |
| | 7–103.5 | Inspection | 703 |
| | 7–103.6 | Title and Risk of Loss | 705 |
| | 7–103.7 | Payments | 705 |
| | 7–103.8 | Assignment of Claims | 706 |
| | 7–103.9 | Additional Bond Security | 707 |
| | 7–103.10 | Federal, State, Local and Foreign Taxes | 708 |
| | 7–103.11 | Default | 712 |
| | 7–103.12 | Disputes | 713 |
| | 7–103.13 | Renegotiation | 714 |
| | 7–103.14 | Discounts | 716 |
| | 7–103.15 | Communist Areas | 716 |
| | 7–103.16 | Contract Work Hours Standards Act—Overtime Compensation | 717 |
| | 7–103.17 | Walsh-Healey Public Contracts Act | 717 |
| | 7–103.18 | Equal Opportunity Clause | 718 |
| | 7–103.19 | Officials Not To Benefit | 721 |
| | 7–103.20 | Covenant Against Contingent Fees | 721 |
| | 7–103.21 | Termination for Convenience of the Government | 721 |
| | 7–103.22 | Authorization and Consent | 727 |
| | 7–103.23 | Notice and Assistance Regarding Patent Infringement | 728 |
| | 7–103.24 | Responsibility for Inspection | 728 |
| | 7–103.25 | Commercial Bills of Lading Covering Shipments Under F.O.B. Origin Contracts | 728 |
| | 7–103.26 | Pricing of Adjustments | 728 |
| 7–104 | Clauses To Be Used When Applicable | | 728.1 |
| | 7–104.1 | Clauses for Fixed Price Supply Contracts Involving Construction Work | 728.1 |
| | 7–104.2 | Workmen's Compensation and War Hazard Insurance Overseas | 728.1 |
| | 7–104.3 | Buy American Act | 730 |
| | 7–104.4 | Notice to the Government of Labor Disputes | 731 |
| | 7–104.5 | Patent Indemnity | 731 |
| | 7–104.6 | Filing of Patent Applications | 732 |
| | 7–104.7 | Contract Schedule Subline Items Not Separately Priced | 732 |
| | 7–104.8 | Reporting and Refund of Royalties | 733 |
| | 7–104.9 | Rights in Data | 734 |
| | 7–104.10 | Ground and Flight Risk | 740 |
| | 7–104.11 | Excess Profit | 743 |

**Part 1—Clauses for Fixed-Price Supply Contracts—Continued**


| Paragraph | | | Page |
|---|---|---|---|
| 7–104 | Clauses To Be Used When Applicable—Continued | | |
| | 7–104.12 | Military Security Requirements | 744 |
| | 7–104.13 | Preference for Certain Domestic Commodities | 746 |
| | 7–104.14 | Utilization of Small Business Concerns | 746 |
| | 7–104.15 | Omnibus GAO Audit Clause | 747 |
| | 7–104.16 | Gratuities | 748 |
| | 7–104.17 | Convict Labor | 748 |
| | 7–104.18 | Priorities, Allocations, and Allotments | 748 |
| | 7–104.19 | Employment of Ocean-Going Vessels—Ocean Transport of Government-Owned Supplies | 748 |
| | 7–104.20 | Utilization of Labor Surplus Area Concerns | 749 |
| | 7–104.21 | Limitation on Withholding of Payments | 751 |
| | 7–104.22 | Linen Supply Service Contracts | 751 |
| | 7–104.23 | Subcontracts | 752 |
| | 7–104.24 | Government Property | 752 |
| | 7–104.25 | Special Tooling | 759 |
| | 7–104.26 | Special Test Equipment | 761 |
| | 7–104.27 | Options | 762 |
| | 7–104.28 | Quality Program | 763 |
| | 7–104.29 | Price Reduction for Defective Cost or Pricing Data | 763 |
| | 7–104.30 | Humane Slaughter of Livestock | 764 |
| | 7–104.31 | Duty-Free Entry | 765 |
| | 7–104.32 | Duty-Free Entry of Listed Canadian Supplies | 767 |
| | 7–104.33 | Inspection System | 768 |
| | 7–104.34 | Advance Payments | 768 |
| | 7–104.35 | Progress Payments | 775 |
| | 7–104.36 | Contracts Conditioned Upon the Availability of Funds | 778 |
| | 7–104.37 | Required Source for Jewel Bearings | 778 |
| | 7–104.38 | [Reserved] | 778 |
| | 7–104.39 | Interest | 778 |
| | 7–104.40 | Competition in Subcontracting | 779 |
| | 7–104.41 | Audit by Department of Defense | 779 |
| | 7–104.42 | Subcontractor Cost and Pricing Data | 780 |
| | 7–104.43 | United States Products (Military Assistance Program) | 782 |
| | 7–104.44 | Value Engineering Incentive | 782 |
| | 7–104.45 | Limitation of Liability for Defects | 795 |
| | 7–104.46 | [Reserved] | 796 |
| | 7–104.47 | Multi-year Procurement | 796 |
| | 7–104.48 | New Material | 798 |
| | 7–104.49 | [Reserved] | 798 |
| | 7–104.50 | Management Control Systems | 798 |

(b) In accordance with 9-103.4, insert the following clause.

**WAIVER OF INDEMNITY (1955 JAN)**

Any provision of this contract to the contrary notwithstanding, the Governme hereby authorizes and consents to the use and manufacture, solely in the performan of this contract, of any invention covered by the United States patents identified a: listed below, and waives indemnification by the Contractor with respect to su patents: (Identify the patents by number or by other means if more appropriate).

7-104.6 *Filing of Patent Applications.* In accordance with 9-106, ins the following clause.

**FILING OF PATENT APPLICATIONS (1969 DEC)**

(a) Before filing or causing to be filed a patent application in the United Stat disclosing any subject matter of this contract, which subject matter is classifi "Secret" or higher, the Contractor shall, citing the thirty (30) day provision belo transmit the proposed application to the Contracting Officer for determinatic whether, for reasons of national security, such application should be placed und an order of secrecy or sealed in accordance with the provisions of 35 U.S.C. 181-1 or the issuance of a patent should be otherwise delayed under pertinent Unite States statutes or regulations; and the Contractor shall observe any instructions the Contracting Officer with respect to the manner of delivery of the patent appl cation to the United States Patent Office for filing, but the Contractor shall not denied the right to file such patent application. If the Contracting Officer shall n have given any such instructions within thirty (30) days from the date of mailin or other transmittal of the proposed application, the Contractor may file the appli cation.

(b) The Contractor shall furnish to the Contracting Officer, at the time of or prio to the time when the Contractor files or causes to be filed a patent application i the United States disclosing any subject matter of this contract, which subject ma ter is classified "Confidential," a copy of such application for determination whethe for reasons of national security, such application should be placed under an orde of secrecy or the issuance of a patent should be otherwise delayed under pertinen United States statutes or regulations.

(c) Where the subject matter of this contract is classified for reasons of security the Contractor shall not file, or cause to be filed in any country, other than in th United States as provided in (a) and (b) of this clause, an application or registra tion for a patent containing any of said subject matter without first obtaining writ ten approval of the Contracting Officer.

(d) When filing any patent application coming within the scope of this clause the Contractor shall observe all applicable security regulations covering the trans mission of classified subject matter, and shall also promptly furnish to the Con tracting Officer the serial number, filing date, and name of country of any suc patent application. When transmitting the application to the United States Paten Office, the Contractor shall by separate letter identify by agency and number th contract or contracts which require security classification markings to be placed o the application.

(e) The substance of this clause shall be included in all subcontracts which cove or are likely to cover classified subject matter.

7-104.7 *Contract Schedule Subline Items Not Separately Priced.* I accordance with 20-304.2(c)(ii) and at the option of the contractin officer, the following clause may be inserted.

CONTRACT SCHEDULE SUBLINE ITEMS NOT SEPARATELY PRICED—WITH-HOLDING OF BILLING AND PAYMENT (1970 NOV)

If the unit price of any contract subline or exhibit subline item contained in the Schedule of this contract is not separately priced ("NSP" entered as the unit price column) and the unit price for such subline item is included within the unit price of a related subline item, payment shall not be made nor shall the Contractor invoice the Government for any portion of a contract line item or exhibit line item which contains a "NSP" subline until the total quantity of all related contract subline items or exhibit subline items have been delivered and accepted. This clause is not applicable to Technical Data.