**EXHIBIT F**

# ARMED SERVICES PROCUREMENT REGULATION

1969 EDITION

Revision 10

THE GEORGE WASHINGTON UNIVERSITY LAW LIBRARY

Superseded by

1973 EDITION

F

## SECTION VII—CONTRACT CLAUSES

### Table of Contents


| Paragraph | | | Page |
|---|---|---|---|
| 7-000 | Scope of Section | | 701 |
| 7-001 | Incorporation of Contract Clauses by Reference | | 701 |
| | **Part 1—Clauses for Fixed-Price Supply Contracts** | | |
| 7-100 | Scope of Part | | 701 |
| 7-101 | Applicability | | 701 |
| 7-102 | Contracts Subject in Part to Incentive Price Revision | | 701 |
| 7-103 | Required Clauses | | 701 |
| | 7-103.1 | Definitions | 701 |
| | 7-103.2 | Changes | 702 |
| | 7-103.3 | Extras | 702 |
| | 7-103.4 | Variation in Quantity | 702 |
| | 7-103.5 | Inspection | 703 |
| | 7-103.6 | Title and Risk of Loss | 705 |
| | 7-103.7 | Payments | 705 |
| | 7-103.8 | Assignment of Claims | 706 |
| | 7-103.9 | Additional Bond Security | 707 |
| | 7-103.10 | Federal, State, Local and Foreign Taxes | 708 |
| | 7-103.11 | Default | 712 |
| | 7-103.12 | Disputes | 713 |
| | 7-103.13 | Renegotiation | 714 |
| | 7-103.14 | Discounts | 716 |
| | 7-103.15 | Communist Areas | 716 |
| | 7-103.16 | Contract Work Hours and Safety Standards Act—Overtime Compensation | 717 |
| | 7-103.17 | Walsh-Healey Public Contracts Act | 717 |
| | 7-103.18 | Equal Opportunity Clause | 718 |
| | 7-103.19 | Officials Not To Benefit | 721 |
| | 7-103.20 | Covenant Against Contingent Fees | 721 |
| | 7-103.21 | Termination for Convenience of the Government | 721 |
| | 7-103.22 | Authorization and Consent | 727 |
| | 7-103.23 | Notice and Assistance Regarding Patent Infringement | 728 |
| | 7-103.24 | Responsibility for Inspection | 728 |
| | 7-103.25 | Commercial Bills of Lading Covering Shipments Under F.O.B. Origin Contracts | 728 |
| | 7-103.26 | Pricing of Adjustments | 728 |
| 7-104 | Clauses To Be Used When Applicable | | 728.1 |
| | 7-104.1 | Clauses for Fixed Price Supply Contracts Involving Construction Work | 728.1 |
| | 7-104.2 | Workmen's Compensation and War Hazard Insurance Overseas | 728.1 |
| | 7-104.3 | Buy American Act | 730 |
| | 7-104.4 | Notice to the Government of Labor Disputes | 731 |
| | 7-104.5 | Patent Indemnity | 731 |
| | 7-104.6 | Filing of Patent Applications | 732 |
| | 7-104.7 | Contract Schedule Subline Items Not Separately Priced | 732 |
| | 7-104.8 | Reporting and Refund of Royalties | 733 |

**Part 1—Clauses for Fixed-Price Supply Contracts—Continued**


| Paragraph | | | Page |
|---|---|---|---|
| 7–104 | Clauses To Be Used When Applicable—Continued | | |
| | 7–104.9 | Rights in Data | 734 |
| | 7–104.10 | Ground and Flight Risk | 740 |
| | 7–104.11 | Excess Profit | 743 |
| | 7–104.12 | Military Security Requirements | 744 |
| | 7–104.13 | Preference for Certain Domestic Commodities | 745 |
| | 7–104.14 | Utilization of Small Business Concerns | 746 |
| | 7–104.15 | Omnibus GAO Audit Clause | 747 |
| | 7–104.16 | Gratuities | 748 |
| | 7–104.17 | Convict Labor | 748 |
| | 7–104.18 | Priorities, Allocations, and Allotments | 748 |
| | 7–104.19 | Employment of Ocean-Going Vessels—Ocean Transport of Government-Owned Supplies | 748 |
| | 7–104.20 | Utilization of Labor Surplus Area Concerns | 749 |
| | 7–104.21 | Limitation on Withholding of Payments | 751 |
| | 7–104.22 | Equal Opportunity Pre-Award Clearance of Subcontracts | 751 |
| | 7–104.23 | Subcontracts | 752 |
| | 7–104.24 | Government Property | 752 |
| | 7–104.25 | Special Tooling | 759 |
| | 7–104.26 | Special Test Equipment | 761 |
| | 7–104.27 | Options | 762 |
| | 7–104.28 | Quality Program | 763 |
| | 7–104.29 | Price Reduction for Defective Cost or Pricing Data | 763 |
| | 7–104.30 | Humane Slaughter of Livestock | 764 |
| | 7–104.31 | Duty-Free Entry | 765 |
| | 7–104.32 | Duty-Free Entry of Listed Canadian Supplies | 767 |
| | 7–104.33 | Inspection System | 768 |
| | 7–104.34 | Advance Payments | 768 |
| | 7–104.35 | Progress Payments | 775 |
| | 7–104.36 | Minority Business Enterprises | 778 |
| | 7–104.37 | Required Source for Jewel Bearings | 779 |
| | 7–104.38 | Required Sources for Miniature and Instrument Ball Bearings | 780 |
| | 7–104.39 | Interest | 780 |
| | 7–104.40 | Competition in Subcontracting | 781 |
| | 7–104.41 | Audit by Department of Defense | 781 |
| | 7–104.42 | Subcontractor Cost and Pricing Data | 782 |
| | 7–104.43 | United States Products (Military Assistance Program) | 784 |
| | 7–104.44 | Value Engineering Incentive | 784 |
| | 7–104.45 | Limitation of Liability for Defects | 795 |
| | 7–104.46 | Required Sources for Precision Components for Mechanical Time Devices | 796 |
| | 7–104.47 | Multi-year Procurement | 796 |
| | 7–104.48 | New Material | 798 |
| | 7–104.49 | [Reserved] | 798 |
| | 7–104.50 | Management Systems | 798 |