# REPLY BRIEF OF THE UNITED STATES ON APPLICATION OF THE CHRISTIAN DOCTRINE

## APPENDIX F

Extract of Armed Services Procurement Regulation,
32 C.F.R. Parts 1 and 7 (1970)

# CODE

# OF FEDERAL

# REGULATIONS

## TITLE 32

**Parts 1 to 8**

**Revised as of January 1, 1970**

---

CONTAINING A CODIFICATION OF DOCUMENTS OF GENERAL APPLICABILITY AND FUTURE EFFECT AS OF JANUARY 1, 1970

*With Ancillaries*

Published by the Office of the Federal Register, National Archives and Records Service
General Services Administration, as a Special Edition of the Federal Register
Pursuant to Section 11 of the Federal Register Act as Amended

---

# CHAPTER I—OFFICE OF THE SECRETARY OF DEFENSE

(Parts 1–8)

SUBCHAPTER A—ARMED SERVICES PROCUREMENT REGULATIONS


| *Part* | |
|---|---|
| 1 | General provisions. |
| 2 | Procurement by formal advertising. |
| 3 | Procurement by negotiation. |
| 4 | Special types and methods of procurement. |
| 5 | Interdepartmental and coordinated procurement. |
| 6 | Foreign purchases. |
| 7 | Contract clauses. |
| 8 | Termination of contracts. |


CROSS REFERENCE: For table of contents, Subchapters B–Q, see volume containing Parts 40 to 399.

## SUBCHAPTER A—ARMED SERVICES PROCUREMENT REGULATIONS

### PART 1—GENERAL PROVISIONS

#### Subpart A—Introduction


| Sec. | |
|---|---|
| 1.100 | Scope of subpart. |
| 1.101 | Purpose of subchapter. |
| 1.102 | Applicability of subchapter. |
| 1.103 | Arrangement of subchapter. |
| 1.103–1 | General plan. |
| 1.103–5 | Dating contract clauses. |
| 1.104 | Content of subchapter. |
| 1.105 | Amendment of subchapter. |
| 1.106 | Other Department of Defense publications. |
| 1.106–1 | Department of Defense directives, instructions, manuals, and circulars. |
| 1.106–2 | Defense Procurement Circulars. |
| 1.106–3 | Armed Services procurement manuals. |
| 1.107 | Dissemination and effective date of the subchapter, revisions, supplements, and manuals. |
| 1.108 | Departmental procurement instructions and ASPR, implementations. |
| 1.109 | Deviations from this subchapter and Department of Defense publications governing procurement. |
| 1.109–1 | Applicability. |
| 1.109–2 | Deviations affecting one contract or transaction. |
| 1.109–3 | Deviations affecting more than one contract or contractor. |
| 1.109–4 | Deviations required by Government-to-Government agreements. |
| 1.109–5 | Request for approval of proposed deviation. |
| 1.110 | Reports of purchases and contracts. |
| 1.111 | Reports of suspected criminal conduct and non-competitive practices. |
| 1.111–1 | Reporting procedures. |
| 1.111–2 | Non-competitive practices. |
| 1.111–3 | Subcontractor kickbacks. |
| 1.111–4 | Contractor gratuities to Government personnel. |

ıst or Funds Under
ˌpe Contracts

or funds.

ıns of this Part 1
ı. 2202, 2301–2314,
S.C. 301, 10 U.S.C.

oduction

ırt.

ı (a) introduc-
ing to the sub-
plicability, con-
, and (b) in-
implementing,
ıting from the

ıapter.

by the Assist-
(Installations
ı of the Secre-
ı coordination
e Army, Navy,
irector of the
establishes for
ense, uniform
elating to the
and services
Chapter 137,
ates Code, or
hority.

bchapter.

ply to all pur-
e by the De-
in or outside
e § 1.109–4),
plies or serv-
riated funds
ct authoriza-
cified herein,
ces procured
, transporta-
ıg, and simi-
Procurement
tation serv-
with specific
ıs issued by
gement and
Sea Trans-
Airlift Com-

**§ 1.103 Arrangement of subchapter.**

[25 F.R. 14079, Dec. 31, 1960]

**§ 1.103–1 General plan.**

The subchapter is divided into parts, each one of which deals with a separate aspect of procurement, and each part is further subdivided into subparts and sections.

[25 F.R. 14079, Dec. 31, 1960]

**§ 1.103–5 Dating contract clauses.**

Contract clauses in this subchapter are identified by showing the year and month of issuance of the clause, as most recently revised, in parentheses immediately after the title, e.g., "Incentive Price Revision (Firm Target) (April 1968)". Where an alternative paragraph is provided for insertion in a clause, the identifying date is shown in parentheses immediately following the text of the paragraph. In contract forms using ASPR clauses, each clause should be shown with its identifying date in the manner prescribed above, except that (a) standard forms are not subject to this requirement and (b) Department of Defense forms and departmental forms that were issued prior to October 1, 1960, should not be revised solely to meet this requirement. Where a clause to be used in a contract represents a deviation from this subchapter, a date will not be shown.

[33 F.R. 15380, Oct. 17, 1968]

**§ 1.104 Content of subchapter.**

(a) This subchapter will contain policies and procedures relating to the procurement of supplies and services and is designed to achieve maximum uniformity throughout the Department of Defense. Hence, implementation of this subchapter by and within the Military Departments, the Defense Supply Agency, the Defense Communications Agency and the Defense Atomic Support Agency shall be only in accordance with § 1.108. This subchapter will be amended, from time to time, to set forth improved procedures which reduce contract preparation time, simplify and standardize contract forms within the Department of Defense, and improve the contracting process by standardizing procedures and instructions. In this connection, personnel at all levels, particularly the contracting level are encouraged to submit through appropriate channels suggestions, based on operating experience, to reduce administrative burden, simplify contract forms and procedures, and otherwise accomplish the foregoing objectives.

(b) A supplement to the regulations in this subchapter, entitled USEUCOM Supplement (not published in the C.F.R.), is applicable to all purchasing offices of the Department of Defense in the North Atlantic-Mediterranean area, including all of Europe. The USEUCOM Supplement and changes thereto are developed by USEUCOM and concurred in by the Offshore Procurement Policy Coordinating Committee representing the purchasing offices in that area and, after adoption and approval by the Armed Services Procurement Regulation Committee, are published and distributed by the Headquarters, U.S. European Command, as an integral part of the Armed Services Procurement Regulation. In addition, Headquarters USEUCOM publishes Tabs to the USEUCOM Supplement which contain source and informational material (such as government-to-government agreements and tax information) and which do not require approval by the Armed Services Procurement Regulation Committee.

[30 F.R. 5959, Apr. 29, 1965, as amended at 30 F.R. 6965, May 25, 1965]

**§ 1.105 Amendment of subchapter.**

This subchapter may be amended from time to time by the issuance of "Revisions," by the Assistant Secretary of Defense (Installations and Logistics) after coordination with the Secretaries of the Army, Navy, and Air Force and the Director of the Defense Supply Agency. Unless otherwise directed in a particular case by the Assistant Secretary of Defense (Installations and Logistics), proposed amendments shall be submitted to the Armed Services Procurement Regulation Committee. Proposals for amendments originating within the Military Departments shall be submitted to the Chairman of the Armed Services Procurement Regulation Committee by the Departmental members of the Committee. However, where unusual circumstances warrant, the Secretaries may submit proposals for amendments to the Assistant Secretary of Defense (Installations and Logistics).

[26 F.R. 5296, June 14, 1961, as amended at 27 F.R. 11643, Nov. 27, 1962]

**§ 1.106 Other Department of Defense publications.**

[25 F.R. 14079, Dec. 31, 1960]

shall be included
and requests for
ter, unless a dif-
pressed in the
nless otherwise
r, the new or re-
need not be in-
lready in process
their inclusion
elay in the solici-

, as amended at 30

ices procurement

the authority in
ces procurement
hed when deter-
sable. They shall
for training and
hall not contain
ctive in nature.
l as Armed Serv-
als shall first be
Services Procure-
ittee. Such pub-
thereto will be
procurement cir-

5]

and effective date
revisions, supple-
.

r and revisions
uted by the De-
ed activities and
Department of
and manuals
distributed sepa-
s indicate. The
hall obtain from
g Office the num-
hapter, revisions
nd manuals, re-
ribution. Private
thers outside the
nay obtain copies
y purchase from
Documents, U.S.
Office, Washing-

Armed Services
n shall be effec-
chelons 90 days
unless otherwise
revision. Supple-
hall be effective
herwise provided
ses and forms
ons shall be used

in all invitations for bids and requests for proposals issued after the effective date thereof, unless otherwise provided in any such revisions.

[30 F.R. 6965, May 25, 1965]

**§ 1.108 Departmental procurement instructions and ASPR implementations.**

(a) The Departments and their subordinate organizations shall not issue instructions, including directives, regulations, contract forms, contract clauses, policies, or procedures implementing this subchapter or covering the procurement of supplies or services or the administration of contracts for such supplies or services, unless permitted by one of the following and if consistent with paragraph (b) of this section:

(1) Internal procurement management instructions such as designations and delegations of authority, assignments of responsibilities; work flow procedures, and internal reporting requirements;

(2) Any special contract clause of a non-repetitive nature designed specifically to accomplish the peculiar requirements of an individual procurement, provided a clause relating to the subject matter is not set forth in this subchapter;

(3) A variation of any contract clause which is set forth in this subchapter but not for use verbatim: *Provided*, That such variation is not inconsistent with the intent, principle, and substance of the ASPR clause or related coverage of the subject matter;

(4) Interim instructions having an effective duration not exceeding 6 months (unless approved for a longer period by the ASPR Committee) essential to meet current operational needs or to effect greater efficiency in procurement management, including service tests of new techniques or methods of procurement, provided such instructions are submitted prior to issuance or immediately thereafter for consideration by the ASPR Committee;

(5) Procurement procedures specifically identified as being essential for carrying out the peculiar needs of specialized commodity areas when authorized by: For the Army, Director of Procurement Policy and Review, Office of the Assistant Secretary of the Army (Installations and Logistics); for the Navy, Deputy Chief of Naval Material (Procurement); for the Air Force, Director of Procurement Policy, Office of the Deputy Chief of Staff (Systems and Logistics); for the Defense Supply Agency, Executive Director, Procurement and Production, and notification is given to the ASPR Committee immediately upon such authorization for the purpose of determining whether such procedures should be included in this subchapter;

(6) Procurement instructions specifically identified as being essential for carrying out the peculiar needs of overseas commands when authorized by the cognizant unified commander and notification is given to the ASPR Committee immediately upon such authorization for the purpose of determining whether such instructions should be included in this subchapter;

(7) Material determined by the ASPR Committee to be inappropriate for ASPR coverage, but appropriate for inclusion in Departmental publications.

(b) Instructions issued in accordance with paragraph (a) of this section shall not contain material which duplicates, is inconsistent with, or increases or restricts the use of, any authority contained in this subchapter.

(c) Each Department shall furnish to the other Departments one copy of each Departmental procurement instruction issued in accordance with paragraphs (a) and (b) of this section.

(d) Each Department shall screen all existing instructions as well as those subsequently issued pursuant to paragraphs (a) through (c) of this section to assure strict compliance with this section, and for the purpose of determining if the subject matter is appropriate for inclusion in this subchapter.

[29 F.R. 6911, May 27, 1964, as amended at 29 F.R. 14815, Oct. 31, 1964; 30 F.R. 14071, Nov. 9, 1965; 32 F.R. 16398, Nov. 30, 1967]

**§ 1.109 Deviations from this subchapter and Department of Defense publications governing procurement.**

[25 F.R. 14079, Dec. 31, 1960]

**§ 1.109–1 Applicability.**

The regulations of this subchapter are not intended to stifle the development of new techniques or methods of procurement. Innovations to attain desirable objectives will occasionally necessitate deviations from the regulations of this subchapter, and it is the responsibility of contracting officers to request such deviations whenever they are required in the best interest of the Government.

For the purpose of this section, a deviation shall be considered to be any of the following:

(a) When a contract clause is set forth in this subchapter for use verbatim, use of a contract clause covering the same subject matter which varies from the ASPR coverage, or use of a collateral provision which modifies either the clause or its prescribed application constitutes a deviation; however, in the case of a purchase or contract of an offshore contracting activity with a foreign contractor made outside the United States, its possessions, or Puerto Rico, such contract clauses may (subject to the direction of authority above the level of the contracting officer) be modified if no change in intent, principle, or substance is made (offshore contracting activities shall keep the cognizant unified Commander advised of significant deviations effected under this paragraph);

(b) When a contract clause is set forth in this subchapter but not for use verbatim, use of a contract clause covering the same subject matter which is inconsistent with the intent, principle and substance of the ASPR clause or related coverage of the subject matter;

(c) Omission of any mandatory contract clause constitutes a deviation;

(d) When a Standard, DD, or other form is prescribed by this subchapter or a Department of Defense Directive, use of any other form for the same purpose constitutes a deviation;

(e) Alteration of a Standard, DD, or other form (other than Departmental forms), except as authorized by this subchapter or a Department of Defense Directive constitutes a deviation;

(f) When limitations are imposed in this subchapter or a Department of Defense Directive upon the use of a contract clause, form, procedure, type of contract, or any other procurement action, including but not limited to the making or amendment of a contract, or actions taken in connection with the solicitation of bids or proposals, award, administration or settlement of contracts, the imposition of lesser or greater limitations constitutes a deviation; or

(g) When a policy, procedure, method or practice of conducting procurement actions of any kind at any stage of the procurement process is covered by this subchapter, any policy, procedure, method, or practice which is inconsistent with that set forth constitutes a deviation.

(h) Issuance of any instructions described in § 1.108(a) (including an instruction for any additional contract clause, form, or type, or additional procurement policy, procedure, method or practice, not covered in ASPR or in Department of Defense Directives) constitutes a deviation unless permitted under § 1.108(a) (1) through (7).

[30 F.R. 14071, Nov. 9, 1965, as amended at 33 F.R. 7347, May 18, 1968]

### § 1.109–2 Deviations affecting one contract or transaction.

Deviations from this subchapter or a Department of Defense Directive which affect only one contract or procurement may be made or authorized in accordance with Departmental procedures provided (a) special circumstances justify a deviation and (b) written notice of such deviation is furnished to the Assistant Secretary of Defense (Installations and Logistics); and in the case of the Department of the Army, to the Assistant Secretary of the Army (I&L), Attention: ASPR Policy Member; the Department of the Navy, the Chief of Naval Material, Attention: Code MAT02G; Department of the Air Force, Director of Procurement Policy, DCS/S&L, Attention: AFSPP-S; and the Defense Supply Agency, Executive Director, Procurement and Production, Attention: DSAH-PM. Such written notice shall be given in advance of the effective date of such deviations unless exigency of the situation requires immediate action.

[32 F.R. 16398, Nov. 30, 1967]

### § 1.109–3 Deviations affecting more than one contract or contractor.

Except as authorized in § 1.109–2, deviations from this subchapter or a Department of Defense Directive will not be effected unless approved in advance by the Assistant Secretary of Defense (Installations and Logistics): *Provided, however,* That unanimous approval by the members of the ASPR Committee will constitute approval of the Assistant Secretary of Defense (Installations and Logistics) of all matters except those involving major policy. Written requests for such approval will be submitted to the Assistant Secretary of Defense (Installations and Logistics) through the ASPR Committee as far in advance as exigencies of the situation will permit, or alternatively, at the option of the

Materiel Secret
use of the Mate
Conference.

[26 F.R. 5296, Jur

§ 1.109–4 Devi
ernment-to-

Notwithstandi
3, any deviatio
that is require
with a treaty or
which the Unit
authorized unle
substantively af
subchapter that
ments of a law
of the treaty c
In the latter ev
in accordance w
cedures, be re
Committee for
cognizant unifie
advised of such
action which
from an ASPR
a requirement
abeyance pendi
ASPR Committe
ject matter of
not covered in su
agreement and
the subject matt
vision in the
must be in acco
ciple, and subst
vision; provided
involves a signi
clause set forth
chapter, the c
mander shall be

[26 F.R. 5296, Jun

§ 1.109–5 Requ
posed devia

Request for a
shall be forward
thority through
Each submission
mum:

(a) Identifica
of this subchapt
is sought;

(b) A full des
and the circum
be used;

(c) A descrip
fect of the devia

(d) A copy of
including forms
posed contracto

tructions de-
uding an in-
nal contract
dditional pro-
e, method or
PR or in De-
tives) consti-
mitted under
.
as amended at

ting one con-

chapter or a
ective which
procurement
d in accord-
ocedures pro-
ances justify
en notice of
o the Assist-
Installations
case of the
o the Assist-
(I&L), At-
ber; the De-
hief of Naval
AT02G; De-
Director of
S&L, Atten-
fense Supply
Procurement
DSAH-PM.
given in ad-
such devia-
ne situation

ting more
ntractor.

n § 1.109-2,
ter or a De-
ive will not
in advance
of Defense
: *Provided*,
approval by
Committee
ne Assistant
lations and
pt those in-
en requests
ubmitted to
efense (In-
hrough the
advance as
will permit,
ion of the

Materiel Secretary concerned, through use of the Materiel Secretaries' Weekly Conference.

[26 F.R. 5296, June 14, 1961]

**§ 1.109-4 Deviations required by Government-to-Government agreements.**

Notwithstanding §§ 1.109-2 and 1.109-3, any deviation from this subchapter that is required in order to comply with a treaty or executive agreement to which the United States is a party is authorized unless the deviation would substantively affect a provision of this subchapter that is based on the requirements of a law enacted after execution of the treaty or executive agreement. In the latter event, the deviation shall, in accordance with Departmental procedures, be referred to the ASPR Committee for consideration, and the cognizant unified Commander shall be advised of such action. Any procurement action which constitutes a deviation from an ASPR provision based on such a requirement of law shall be held in abeyance pending consideration by the ASPR Committee. However, if the subject matter of the ASPR provision is not covered in such a treaty or executive agreement and it is decided to treat the subject matter of such an ASPR provision in the contract, the treatment must be in accord with the intent, principle, and substance of the ASPR provision; provided that, if such treatment involves a significant deviation from a clause set forth verbatim in this subchapter, the cognizant unified commander shall be advised.

[26 F.R. 5296, June 14, 1961]

**§ 1.109-5 Request for approval of proposed deviation.**

Request for approval of any deviation shall be forwarded to the approving authority through procurement channels. Each submission shall contain as a minimum:

(a) Identification of the requirement of this subchapter from which deviation is sought;

(b) A full description of the deviation and the circumstances in which it will be used;

(c) A description of the intended effect of the deviation;

(d) A copy of any pertinent document, including forms or clauses and the proposed contractor's request, if any;

(e) A statement of the period of time for which the deviation is needed; and

(f) Detailed reasons supporting the request.

[25 F.R. 14815, Oct. 31, 1964]

**§ 1.110 Reports of purchases and contracts.**

Periodic and special reports on purchases and contracts are prescribed by the Department of Defense. These reports are designed to meet statutory and other Congressional requirements, requirements of Federal agencies, and provide all levels of management with data on which to formulate procurement policy as well as to determine the extent of adherence to prescribed policy. Basic to the preparation of all these regular and special reports, so far as they affect individual contracting officers, is DD Form 350 (Individual Procurement Action Report). Each item of this form enters into the preparation of reports furnished the President, the Congress, and other Federal agencies, and is used for management purposes within the Department of Defense. The accuracy, completeness, and timeliness of these reports are fully dependent on the careful preparation and prompt submission of DD Form 350.

[25 F.R. 14080, Dec. 31, 1960, as amended at 26 F.R. 9633, Oct. 12, 1961; 27 F.R. 8869, Sept. 6, 1962]

**§ 1.111 Reports of suspected criminal conduct and non-competitive practices.**

[25 F.R. 14080, Dec. 31, 1960]

**§ 1.111-1 Reporting procedures.**

Reports of suspected criminal conduct, noncompetitive practices, kickbacks, and other procurement irregularities shall be made by each Department in accordance with procedures set forth in Subpart F of this part.

[30 F.R. 5959, April 29, 1965]

**§ 1.111-2 Noncompetitive practices.**

(a) Unless bids or proposals are genuinely competitive, contract prices tend to be higher than they should be. If the Secretary concerned or his representative considers that any bid received after formal advertising evidences a violation of the antitrust laws, he is required by 10 U.S.C. 2305(d) to refer such bids to the Attorney General for appropriate action. Similarly, evidence of

dering instru-
the terms of
Government's
net from an-

ıke the deter-
ıgraph (d) of
ll not be dele-
the level of
vity.
ı is suspected
indication of
e processed in
For rejection
of being col-
ıtion of pro-
ıch rejection,
3.215 of this

ıs amended at

of Terms

subchapter,
l in this sub-
ıgs set forth
the context
ırly required
a different
a particular

ritten order
ficer, direct-
anges which
contract au-
cer to order
contractor.

ıtion.

ns any writ-
ication, de-
y, contract
ıer contract
contract,
unilateral
ontract pro-
the parties
a) bilateral
ıtal agree-
ctions such
tive notices
ct changes,
otion.

### § 1.201-3 Contracting officer.

"Contracting Officer" means any person who, either by virtue of his position or by appointment in accordance with procedures prescribed by this subchapter, is currently a contracting officer (see § 1.400) with the authority to enter into and administer contracts and make determinations and findings with respect thereto, or with any part of such authority. (NOTE: Recent assignments of contract administration responsibilities have necessitated a separation of duties related to procurement, with some duties normally performed at a purchasing office and some normally performed at a contract administration office. For convenience of expression, when requiring performance of specific duties by a contracting officer, this subchapter may refer to a contracting officer at the purchasing office as the procuring contracting officer (PCO), and to a contracting officer at a contract administration office as an administrative contracting officer (ACO). Additionally, a contracting officer, responsible for the settlement of terminated contracts, may be referred to as the termination contracting officer (TCO). It is recognized that a single contracting officer may be responsible for duties in any or all of these areas, and reference in this subchapter to PCO, ACO, or TCO does not of itself require that duty be performed at a particular office or activity or restrict in any way a contracting officer in the performance of any duty properly assigned. For example, a duty specified by this subchapter to be performed by the ACO will be performed by a contracting officer at the purchasing office when contract administration or responsibility for that duty has been retained in the purchasing office.)

[30 F.R. 11997, Sept. 21, 1965, as amended at 31 F.R. 1039, Jan. 27, 1966]

### § 1.201-4 Contracts.

"Contracts" means all types of agreements and orders for the procurement of supplies or services. It includes awards and notices of award; contracts of a fixed-price, cost, cost-plus-a-fixed-fee, or incentive type; contracts providing for the issuance of job orders, task orders or task letters thereunder; letter contracts, letters of intent, and purchase orders. It also includes amendments and supplemental agreements with respect to any of the foregoing.

[25 F.R. 14081, Dec. 31, 1960]

### § 1.201-5 Department and Military Department.

Department and Military Department include the Department of the Army, the Department of the Navy, the Department of the Air Force, the Defense Supply Agency, the Defense Communications Agency, and the Defense Atomic Support Agency.

[30 F.R. 5960, Apr. 29, 1965]

### § 1.201-6 Department of Defense.

"Department of Defense" comprises the Office of the Secretary of Defense and the military departments.

[25 F.R. 14081, Dec. 31, 1960]

### § 1.201-7 Head of a procuring activity.

"Head of a procuring activity" includes, for the Army, the chiefs of the technical services, the Zone of Interior Army commanders, the Chief of the National Guard Bureau, the Commanding General of the Military District of Washington, U. S. Army and the commanding generals of the major oversea commands; for the Navy, the Chief of each Bureau, the Chief of Naval Research, the Aviation Supply Officer, the Commander, Military Sea Transportation Service, and the Commandant of the United States Marine Corps; for the Air Force, the Commander, Air Materiel Command. It also includes the Executive Director of the Military Medical Supply Agency, the Executive Director of the Military Petroleum Supply Agency, and the head of any other procuring activity hereafter established. The number and designation of Heads of Procuring Activities within any military department may be changed by directive of the Secretary.

[25 F.R. 14081, Dec. 31, 1960]

### § 1.201-8 Includes.

"Includes" means "includes but is not limited to."

[25 F.R. 14081, Dec. 31, 1960]

### § 1.201-9 Labor surplus area concern.

See § 1.801-1.

[25 F.R. 14081, Dec. 31, 1960]

### § 1.201-10 May.

May is permissive. However, the words "no person may * * *" mean that no person is required, authorized, or permitted to do the act prescribed.

[29 F.R. 6912, May 27, 1964]

or services and
as been author-
ıthority under

ı, as amended at

.ear-excess cur-

ɔf the Treasury
ency in the fol-

| | *Currency* |
|---|---|
| ---- | Kyat. |
| ---- | Rupee. |
| ---- | Franc. |
| ---- | Rupee. |
| ---- | Pound. |
| ---- | Dirham. |
| ---- | Rupee. |
| D of | Zloty. |
| ---- | Dinar. |
| t) -- | Pound. |
| ----- | Dinar. |

ɔf the Treasury
currency in the

*Currency*
ɔ.
v Ghanian Cedis.
piah.
ınd.

ırrency position
ich excess and
ency is held are
· by the Military
.bursing officers.
i8, as amended at
]

ı **domestic con-**

hall be included
omestic concern
the contracting
ɔontract will be
.-owned foreign

Excess and Near-
ɔember 1967)

t expend U.S. dol-
ıf this contract in
th in the Schedule
rchase of currency
purchase of goods
erformance under
tor shall purchase
.S. disbursing offi-
; the rates of ex-
ərs at the times of

## PART 7—CONTRACT CLAUSES

Sec.
7.000 Scope of part.
7.001 Incorporation of contract clauses by reference.

**Subpart A—Clauses for Fixed-Price Supply Contracts**

7.100 Scope of subpart.
7.101 Applicability.
7.102 Contracts subject in part to incentive price revision.
7.103 Required clauses.
7.103–1 Definitions.
7.103–2 Changes.
7.103–3 Extras.
7.103–4 Variation in quantity.
7.103–5 Inspection.
7.103–6 Title and risk of loss.
7.103–7 Payments.
7.103–8 Assignment of claims.
7.103–9 Additional bond security.
7.103–10 Federal, State, local, and foreign taxes.
7.103–11 Default.
7.103–12 Disputes.
7.103–13 Renegotiation.
7.103–14 Discounts.
7.103–15 Communist areas.
7.103–16 Contract Work Hours Standards Act—overtime compensation.
7.103–17 Walsh-Healy Public Contracts Act.
7.103–18 Equal opportunity clause.
7.103–19 Officials not to benefit.
7.103–20 Covenant against contingent fees.
7.103–21 Termination for convenience of the Government.
7.103–22 Authorization and consent.
7.103–23 Notice and assistance regarding patent infringement.
7.104 Clauses to be used when applicable.
7.104–1 Clauses for fixed price supply contracts involving construction work.
7.104–2 Workmen's compensation and war hazard insurance overseas.
7.104–3 Buy American Act.
7.104–4 Notice to the Government of labor disputes.
7.104–5 Patent indemnity.
7.104–6 Filing of patent applications.
7.104–8 Reporting and refund of royalties.
7.104–9 Rights in data.
7.104–10 Ground and flight risk.
7.104–11 Excess profit.
7.104–12 Military security requirements.
7.104–13 Preference for certain domestic commodities.
7.104–14 Utilization of small business concerns.
7.104–15 Examination of records.
7.104–16 Gratuities.
7.104–17 Convict labor.
7.104–18 Priorities, allocations and allotments.
7.104–19 Employment of ocean-going vessels—ocean transport of Government-owned supplies.
Sec.
7.104–20 Utilization of concerns in labor surplus areas.
7.104–21 Limitation on withholding of payments.
7.104–22 Linen supply service contracts.
7.104–23 Subcontracts.
7.104–24 Government property.
7.104–25 Special tooling.
7.104–26 Special test equipment.
7.104–27 Options.
7.104–28 Quality program.
7.104–29 Price reduction for defective cost or pricing data.
7.104–30 Humane slaughter of livestock.
7.104–31 Duty-free entry.
7.104–32 Duty-free entry of listed Canadian supplies.
7.104–34 Advance payments.
7.104–35 Progress payments.
7.104–36 Contracts conditioned upon the availability of funds.
7.104–37 Required source for jewel bearings. Program.
7.104–39 Interest.
7.104–40 Competition in subcontracting.
7.104–41 Audit and records.
7.104–42 Subcontractor cost and pricing data.
7.104–43 United States Products (Military Assistance Program).
7.104–44 Value engineering incentive.
7.104–47 Multiyear procurement.
7.104–48 New material.
7.104–49 Government surplus.
7.104–50 Management control systems.
7.104–51 Production progress report.
7.104–55 First article approval.
7.104–56 Order of precedence.
7.104–59 Aluminum.
7.104–60 Contractor-furnished returnable gas cylinders and other containers.
7.104–61 Frequency authorization.
7 104–62 Material inspection and receiving report.
7.104–63 Protection of Government buildings, equipment, and vegetation.
7.104–64 Recovery of nonrecurring costs on non-U.S. Government sales of defense equipment.
7.104–65 Insurance.
7.104–66 Use of excess and near-excess currency.
7.104–67 Clauses for preservation, packaging, and packing requirements.
7.104–68 Marking of shipments.
7.104–69 F.O.B. point for delivery of Government-furnished property.
7.104–70 F.O.B. origin.
7.104–71 F.O.B. destination.
7.104–72 F.O.B. origin—Minimum size of shipments.
7.104–73 Loading, bracing, and blocking of freight car shipments.
7.104–74 Shipments to ports—export releases and MILSTAMP documentation.
7.104–75 Diversion of shipment under F.O.B. destination contracts.

Sec.
7.104–76 F.O.B. destination—evidence of shipment.
7.104–77 Government delay of work.
7.104–78 Health, safety, and accident prevention.
7.104–79 Safety precautions for ammunition, explosives, other dangerous materials, and materials hazardous to health.
7.104–80 Notice of radioactive materials.
7.104–81 Aircraft, missile, and space vehicle accident reporting and investigation.
7.105 Additional clauses.
7.105–1 Alterations in contract.
7.105–2 Approval of contract.
7.105–3 Stop work orders.
7.105–4 Report of shipment (REPSHIP).
7.105–5 Liquidated damages.
7.105–6 Bill of materials.
7.105–7 Supply warranty.
7.105–8 Technical data warranty.
7.106 Price escalation clauses (established prices).
7.106–1 Escalation clause for basic steel, aluminum, brass, bronze or copper mill products.
7.106–2 Escalation clause for non-standard steel items.
7.106–3 Escalation clause for standard supplies.
7.106–4 Escalation clause for semi-standard supplies.
7.107 Price escalation clause (labor and material).
7.108 Incentive price revision clause.
7.108–1 Firm targets.
7.108–2 Successive targets.
7.109 Price redetermination clauses.
7.109–1 General.
7.109–2 Prospective periodic price redetermination at stated intervals.
7.109–4 Retroactive price redetermination after completion.

**Subpart B—Clauses for Cost-Reimbursement Type Supply Contracts**

7.200 Scope of subpart.
7.202 Applicability.
7.203 Required clauses.
7.203–1 Definitions.
7.203–2 Changes.
7.203–3 Limitation of cost or funds.
7.203–4 Allowable cost, fee, and payment.
7.203–5 Inspection of supplies and correction of defects.
7.203–6 Assignment of claims.
7.203–7 Examination of records.
7.203–8 Subcontracts.
7.203–9 Utilization of small business concerns.
7.203–10 Termination.
7.203–11 Excusable delays.
7.203–12 Disputes.
7.203–13 Renegotiation.
7.203–14 [Reserved]
7.203–15 Convict labor.
7.203–16 Contract Work Hours Standards Act—overtime compensation.

Sec.
7.203–17 Walsh-Healey Public Contracts Act.
7.203–18 Equal opportunity.
7.203–19 Officials not to benefit.
7.203–20 Covenant against contingent fees.
7.203–21 Government property.
7.203–22 Insurance; liability to third persons.
7.203–23 Authorization and consent.
7.203–24 Notice and assistance regarding patent infringement.
7.203–25 Communist areas.
7.203–26 Utilization of concerns in labor surplus areas.
7.203–27 Payment for overtime premiums.
7.203–28 Competition in subcontracting.
7.203–29 Audit and records.
7.203–30 Price reduction for defective cost or pricing data.
7.203–31 Subcontractor cost and pricing data.
7.204 Clauses to be used when applicable.
7.204–1 Clauses for contracts involving construction work.
7.204–2 Workmen's compensation and war hazard insurance overseas.
7.204–3 Buy American Act.
7.204–4 Notice to the Government of labor disputes.
7.204–5 Patent indemnity.
7.204–6 Filing of patent applications.
7.204–7 Patent rights.
7.204–8 Reporting of royalties.
7.204–9 Rights in data.
7.204–10 Quality program.
7.204–11 Excess profit.
7.204–12 Military security requirements.
7.204–13 Preference for certain domestic commodities.
7.204–14 Gratuities.
7.204–15 Priorities, allocations and allotments.
7.204–16 Negotiated overhead rates.
7.204–17 Employment of ocean-going vessels—ocean transport of Government-owned supplies.
7.204–18 Limitation on withholding of payments.
7.204–19 Management control systems requirements.
7.204–20 Changes to make or buy program.
7.204–21 Flight risks.
7.204–22 Duty-free entry.
7.204–23 Duty-free entry of listed Canadian supplies.
7.204–24 Taxes.
7.204–25 Advance payments.
7.204–26 Frequency authorization.
7.204–27 Required source for jewel bearings.
7.204–28 General Services Administration supply sources.
7.204–30 Interest.
7.204–31 United States Products (Military Assistance Program).
7.204–32 Value engineering.
7.204–34 Multi-year procurement.
7.204–35 New material.
7.204–36 Government surplus.
7.204–38 Special test equipment.

Sec.
7.204–39 First a
7.204–40 Order c
7.204–43 Alumin
7.204–44 Materia repor
7.204–45 Recover foreig equip
7.204–46 Use of rency
7.204–47 Product
7.204–48 Health, ventic
7.204–49 Safety tion, mater ous tc
7.204–50 Notice c
7.205 Additior
7.205–1 Alteratic
7.205–2 Approva
7.205–3 Title an
7.205–4 Bill of n
7.205–6 Stop wo
7.205–7 Technic

**Subpart C—Clause and Deve**

7.301 Applicab
7.302 Requirec
7.302–1 Definitio
7.302–2 Payment
7.302–3 Standard
7.302–4 Inspectio
7.302–5 Assignme
7.302–6 Examina
7.302–7 Federal,
7.302–8 Utilizatic cerns.
7.302–9 Default.
7.302–10 Terminat the gov
7.302–11 Disputes.
7.302–12 Renegotia
7.302–13 Buy Amer
7.302–14 Convict la
7.302–15 Walsh-He Act.
7.302–16 Contract Act—O
7.302–17 Equal op
7.302–18 Officials n
7.302–19 Covenant
7.302–20 Gratuities
7.302–21 Authoriza
7.302–22 Notice ar patent i
7.302–23 Patent rig
7.302–24 Basic data
7.302–25 Military se
7.302–26 Utilizatior surplus
7.302–27 Governme
7.302–28 Title and
7.303 Clauses to
7.303–1 Clauses f construc
7.303–2 Filing of p
7.303–3 Reporting

ublic Contracts
y.
enefit.
contingent fees.
erty.
ty to third per-
l consent.
stance regarding
ment.
ncerns in labor
time premiums.
ubcontracting.
ls.
or defective cost
st and pricing
when applicable.
tracts involving
ork.
ensation and war
e overseas.
ernment of labor
pplications.
ties.
equirements.
ertain domestic
tions and allot-
ad rates.
ocean-going ves-
nsport of Gov-
supplies.
hholding of pay-
trol systems re-
or buy program.
f listed Canadian
s.
ization.
or jewel bearings.
Administration
oducts (Military
ram).
ement.
lus.
ment.

Sec.
7.204–39 First article approved.
7.204–40 Order of precedence.
7.204–43 Aluminum.
7.204–44 Material inspection and receiving report.
7.204–45 Recovery of nonrecurring costs on foreign sales of major defense equipment.
7.204–46 Use of excess and near-excess currency.
7.204–47 Production progress report.
7.204–48 Health, safety, and accident prevention.
7.204–49 Safety precautions for ammunition, explosives, other dangerous materials, and materials hazardous to health.
7.204–50 Notice of radioactive materials.
7.205 Additional clauses.
7.205–1 Alteration in contract.
7.205–2 Approval of contract.
7.205–3 Title and risk of loss.
7.205–4 Bill of materials.
7.205–6 Stop work orders.
7.205–7 Technical data warranty.

**Subpart C—Clauses for Fixed-Price Research and Development Contracts**

7.301 Applicability.
7.302 Required clauses.
7.302–1 Definitions.
7.302–2 Payments.
7.302–3 Standards of work.
7.302–4 Inspection.
7.302–5 Assignment of claims.
7.302–6 Examination of records.
7.302–7 Federal, State, and local taxes.
7.302–8 Utilization of small business concerns.
7.302–9 Default.
7.302–10 Termination for convenience of the government.
7.302–11 Disputes.
7.302–12 Renegotiation.
7.302–13 Buy American Act.
7.302–14 Convict labor.
7.302–15 Walsh-Healey Public Contracts Act.
7.302–16 Contract Work Hours Standards Act—Overtime Compensation.
7.302–17 Equal opportunity.
7.302–18 Officials not to benefit.
7.302–19 Covenant against contingent fees.
7.302–20 Gratuities.
7.302–21 Authorization and consent.
7.302–22 Notice and assistance regarding patent infringement.
7.302–23 Patent rights.
7.302–24 Basic data clause.
7.302–25 Military security requirements.
7.302–26 Utilization of concerns in labor surplus areas.
7.302–27 Government delay of work.
7.302–28 Title and risk of loss.
7.303 Clauses to be used when applicable.
7.303–1 Clauses for contracts involving construction work.
7.303–2 Filing of patent applications.
7.303–3 Reporting of royalties.

Sec.
7.303–4 Excess profit.
7.303–5 Preference for certain domestic commodities.
7.303–6 Priorities, allocations, and allotments.
7.303–7 Government property.
7.303–8 Communist areas.
7.303–9 Notice to the Government of labor disputes.
7.303–10 Limitation on withholding of payments.
7.303–11 Health, safety, and accident prevention.
7.303–12 Subcontracts.
7.303–13 Material inspection and receiving report.
7.303–14 Frequency authorization.
7.303–15 Quality program.
7.303–16 Price reduction for defective cost or pricing data.
7.303–17 Ground and flight risks.
7.303–18 Duty-free entry.
7.303–19 Duty-free entry of listed Canadian supplies.
7.303–20 Safety precautions for ammunitions, explosives, other dangerous materials, and materials hazardous to health.
7.303–21 Advance payments.
7.303–22 Workmen's compensation insurance overseas.
7.303–23 Progress payments.
7.303–24 Required source for jewel bearings.
7.303–25 Notice of radioactive materials.
7.303–26 Interest.
7.303–27 Competition in subcontracting.
7.303–28 Audit and records.
7.303–29 Subcontractor cost and pricing data.
7.303–30 United States Products (Military Assistance Program).
7.303–31 Value Engineering incentive.
7.303–32 Management control systems requirements.
7.303–33 Non-use of foreign-flag vessels engaged in Cuban trade.
7.303–34 New material.
7.303–35 Government surplus.
7.303–37 Special test equipment.
7.303–39 First article approved.
7.303–40 Order of precedence.
7.303–43 Aluminum.
7.303–44 Care of laboratory animals.
7.303–45 Recovery of nonrecurring costs on non-U.S. Government sales of defense equipment.
7.303–46 Insurance.
7.303–47 Use of excess and near-excess currency.
7.304 Additional clauses.
7.304–1 Changes.
7.304–2 Alterations in contract.
7.304–3 Approval of contract.
7.304–4 Bill of materials.
7.304–5 Notice of shipments.
7.304–6 Reports of work.
7.304–7 Liquidated damages.
7.304–8 Technical data warranty.

Sec.
7.304–9 Extended liability under technical data warranty.
7.304–10 Other warranties.
7.304–11 Stop work orders.

**Subpart D—Clauses for Cost-Reimbursement Type Research and Development Contracts**

7.400 Scope of subpart.
7.401 Applicability.
7.402 Required clauses.
7.402–1 Definitions.
7.402–2 Limitation of cost or funds.
7.402–3 Allowable cost, fee, and payment.
7.402–4 Standards of work.
7.402–5 Inspection and correction of defects.
7.402–6 Assignment of claims.
7.402–7 Examination of records.
7.402–8 Subcontracts.
7.402–9 Utilization of small business concerns.
7.402–10 Termination.
7.402–11 Disputes.
7.402–12 Renegotiation.
7.402–13 Buy American Act.
7.402–14 Convict labor.
7.402–15 Walsh-Healey Public Contracts Act.
7.402–16 Contract Work Hours Standards Act—Overtime Compensation.
7.402–17 Equal opportunity.
7.402–18 Officials not to benefit.
7.402–19 Covenant against contingent fees.
7.402–20 Authorization and consent.
7.402–21 Notice and assistance regarding patent infringement.
7.402–22 Patent rights.
7.402–23 Basic data clause.
7.402–24 Military security requirements.
7.402–25 Government property.
7.402–26 Insurance—liability to third persons.
7.402–27 Utilization of concerns in labor surplus areas.
7.402–28 Payment for overtime premium.
7.402–29 Competition in subcontracting.
7.402–30 Audit and records.
7.402–31 Price reduction for defective cost or pricing data.
7.402–32 Subcontractor cost and pricing data.
7.403 Clauses to be used when applicable.
7.403–1 Clauses for contracts involving construction work.
7.403–2 Filing of patent applications.
7.403–3 Reporting of royalties.
7.403–4 Excess profit.
7.403–5 Excusable delays.
7.403–6 Preference for certain domestic commodities.
7.403–7 Priorities, allocations, and allotments.
7.403–8 Communist areas.
7.403–9 Negotiated overhead rate.
7.403–10 Notice to the Government of labor disputes.
7.403–11 Gratuities.
7.403–12 Limitation on withholding of payments.

Sec.
7.403–13 Health, safety, and accident prevention.
7.403–14 Changes to make or buy program.
7.403–15 Quality program.
7.403–16 Flight risks.
7.403–17 Duty-free entry.
7.403–18 Duty-free entry of listed Canadian supplies.
7.403–19 Taxes.
7.403–20 Advance payments.
7.403–21 Workmen's compensation insurance overseas.
7.403–22 Required source for jewel bearings.
7.403–23 General Services Administration supply sources.
7.403–24 Safety precautions for ammunition, explosives, other dangerous materials, and materials hazardous to health.
7.403–25 Interest.
7.403–26 United States Products (Military Assistance Program).
7.403–27 Value engineering incentive.
7.403–28 Notice of radioactive materials.
7.403–29 Non-use of foreign-flag vessels engaged in Cuban and North Vietnam trade.
7.403–30 New material.
7.403–31 Government surplus.
7.403–32 Management control systems requirements.
7.403–33 Special test equipment.
7.403–34 First article approval.
7.403–35 Order of precedence.
7.403–38 Aluminum.
7.403–39 Care of laboratory animals.
7.403–40 Frequency authorization.
7.403–41 Material inspection and receiving report.
7.403–42 Recovery of nonrecurring costs on foreign sales of major defense equipment.
7.403–43 Use of excess and near-excess currency.
7.404 Additional clauses.
7.404–1 Changes.
7.404–2 Alterations in contract.
7.404–3 Approval of contract.
7.404–4 Bill of materials.
7.404–5 Stop work orders.
7.404–6 Reports of work.
7.404–7 Title and risk of loss.
7.404–8 Technical data warranty.

**Subpart E—Clauses for Personal Services Contracts**

7.500 Scope of subpart.
7.502 Applicability.
7.503 Required clauses.
7.503–1 Definitions.
7.503–2 Payments.
7.503–3 Assignment of claims.
7.503–4 Disputes.
7.503–5 Officials not to benefit.
7.503–6 Covenant against contingent fees.
7.503–7 Termination.
7.503–8 Approval of contract.
7.503–9 Patents.

Sec.
7.504 Clau ca
7.504–1 Milit
7.504–2 Data
7.504–3 Inte
7.504–4 Gov
7.504–5 Orde
7.504–9 Prod
7.504–10 Avai
7.504–11 Man qu
7.505 Addi
7.505–1 Alte

**Subpart F— Archi**

7.600 Scop
7.601 Gen
7.602 Requ co
7.602–1 Defi
7.602–2 Spec
7.602–3 Chai
7.602–4 Diffe
7.602–5 Term for
7.602–6 Disp
7.602–7 Payn
7.602–8 Assig
7.602–9 Mate
7.602–10 Cont
7.602–11 Insp
7.602–12 Supe
7.602–13 Perm
7.602–14 Cond
7.602–15 Othe
7.602–16 Pate
7.602–17 Addi
7.602–18 Cove
7.602–19 Offici
7.602–20 Buy
7.602–21 Conv
7.602–22 Equa
7.602–23 Labo
7.602–24 Nond ter
7.602–25 Grat
7.602–26 Smal
7.602–27 Fede
7.602–28 Rene
7.602–29 Term the
7.602–30 Notic pat me
7.602–31 Auth
7.602–32 Comp
7.602–33 Site i
7.602–34 Prote stru pro
7.602–35 Opera
7.602–36 Modif bre
7.602–37 Subco
7.602–38 [Rese
7.602–39 Use a plet
7.602–40 Clean

nd accident pre-
or buy program.
: listed Canadian
:.
ensation insur-
r jewel bearings.
Administration
s for ammuni-
other dangerous
materials haz-
.
ducts (Military
am).
incentive.
e materials.
ign-flag vessels
ban and North
ns.
rol systems re-
ment.
val.
ce.
animals.
zation.
n and receiving
urring costs on
major defense
lear-excess cur-
ract.
t.
ss.
ranty.
ional Services
s.
it.
ontingent fees.
:.


Sec.
7.504 Clauses to be used when applicable.
7.504–1 Military security requirements.
7.504–2 Data and copyrights.
7.504–3 Interest.
7.504–4 Government property.
7.504–5 Order of precedence.
7.504–9 Production progress report.
7.504–10 Availability of funds.
7.504–11 Management control systems requirements.
7.505 Additional clause.
7.505–1 Alterations in contract.

Subpart F—Clauses for Construction and Architect-Engineer Contracts

7.600 Scope of subpart.
7.601 General.
7.602 Required clauses for fixed-price construction contracts.
7.602–1 Definitions.
7.602–2 Specifications and drawings.
7.602–3 Changes.
7.602–4 Differing site conditions.
7.602–5 Termination for default—damage for delay—time extensions.
7.602–6 Disputes.
7.602–7 Payments to contractor.
7.602–8 Assignment of claims.
7.602–9 Material and workmanship.
7.602–10 Contractor inspection system.
7.602–11 Inspection and acceptance.
7.602–12 Superintendence by contractor.
7.602–13 Permits and responsibilities.
7.602–14 Conditions affecting the work.
7.602–15 Other contracts.
7.602–16 Patent indemnity.
7.602–17 Additional bond security.
7.602–18 Covenant against contingent fees.
7.602–19 Officials not to benefit.
7.602–20 Buy American.
7.602–21 Convict labor.
7.602–22 Equal opportunity.
7.602–23 Labor standards provisions.
7.602–24 Nondomestic construction materials.
7.602–25 Gratuities.
7.602–26 Small business.
7.602–27 Federal, State and local taxes.
7.602–28 Renegotiation.
7.602–29 Termination for convenience of the Government.
7.602–30 Notice and assistance regarding patent and copyright infringement.
7.602–31 Authorization and consent.
7.602–32 Composition of Contractor.
7.602–33 Site investigation.
7.602–34 Protection of existing vegetation, structures, utilities, and improvements.
7.602–35 Operations and storage areas.
7.602–36 Modification proposals—price breakdown.
7.602–37 Subcontractors.
7.602–38 [Reserved]
7.602–39 Use and possession prior to completion.
7.602–40 Cleaning up.
7.602–41 Additional definitions.
7.602–42 Accident prevention.
7.602–43 Government inspectors.
7.602–44 Commencement, prosecution and completion of work.
7.602–45 Contract drawings, maps and specifications.
7.602–46 Suspension of work.
7.602–47 Rights in shop drawings.
7.603 Clauses for fixed-price construction contracts to be used when applicable.
7.603–1 Notice to Government of labor disputes.
7.603–2 Communist areas.
7.603–3 Filing of patent applications.
7.603–4 Reporting of royalties.
7.603–5 Contract prices—bidding schedule.
7.603–6 Military security requirements.
7.603–7 Examination of records.
7.603–8 Priorities, allocations, and allotments.
7.603–9 Subcontracts.
7.603–10 Required insurance.
7.603–11 Price reduction for defective cost or pricing data.
7.603–12 Workmen's compensation and war hazard insurance overseas.
7.603–13 Aircraft, missile, and space vehicle accident reporting and investigation.
7.603–14 Advance payments.
7.603–15 Performance of work by contractor.
7.603–16 Patent rights.
7.603–17 Interest.
7.603–18 Competition in subcontracting.
7.603–19 Duty-free entry.
7.603–20 Audit and records.
7.603–21 Subcontractor cost and pricing data.
7.603–22 Government-furnished property clause for fixed-price contracts.
7.603–23 Fixed-price incentive contract clause.
7.603–24 Shop drawings.
7.603–25 Physical data.
7.603–26 Disputes concerning labor standards.
7.603–27 Variations in estimated quantities contracts.
7.603–28 Identification of Government furnished property.
7.603–29 Salvage materials and equipment.
7.603–30 Availability and use of utility services.
7.603–32 Misplaced material.
7.603–33 Signal lights.
7.603–34 Identification of employees.
7.603–35 Superintendence of subcontractors.
7.603–36 Time extensions for delays to elements of the work.
7.603–37 Payment for mobilization and preparatory work.
7.603–38 Exclusion of periods in computing completion schedules.
7.603–39 Amount of liquidated damages.
7.603–40 Required source for jewel bearings.

Sec.
7.603–41 Employment of ocean-going vessels by construction contractors.
7.603–42 Architectural designs and data—Government rights.
7.603–44 Aluminum.
7.603–46 Insurance.
7.603–47 Use of excess and near-excess currency.
7.603–48 Progress charts and requirements for overtime work.
7.603–49 Airfield safety precautions.
7.603–50 Quantity surveys.
7.604 Additional clauses.
7.604–1 Alterations in contracts.
7.604–2 Approval of contract.
7.604–3 Layout of work.
7.604–4 Warranty.
7.604–5 Technical data warranty.
7.604–6 Extended liability under technical data warranty.
7.604–7 Contractor-prepared network analysis system.
7.604–8 Government-prepared network analysis system.
7.605 Required clauses for cost-reimbursement type construction contracts.
7.605–1 Statement of work.
7.605–2 Changes.
7.605–3 Estimated cost, performance period.
7.605–4 Limitation of cost.
7.605–5 Allowable cost, fixed fee, and payment.
7.605–6 Insurance.
7.605–7 Direction of work.
7.605–8 Discounts.
7.605–9 Direct payments.
7.605–10 Approved construction plant.
7.605–11 Audit and records.
7.605–12 Price reduction for defective cost or pricing data.
7.605–13 Subcontractor cost and pricing data.
7.605–14 Government property.
7.605–15 Examination of records.
7.605–16 Contracting Officer's decisions.
7.605–17 Disputes.
7.605–18 Labor.
7.605–19 Equal opportunity.
7.605–20 Notice to the Government of labor disputes.
7.605–21 Special requirements.
7.605–22 Composition of contractor.
7.605–23 Subcontracts.
7.605–24 Accident prevention.
7.605–25 Contractor's organization and methods.
7.605–26 Termination.
7.605–27 Convict labor.
7.605–28 Officials not to benefit.
7.605–29 Covenant against contingent fees.
7.605–30 Gratuities.
7.605–31 Assignment of claims.
7.605–32 Renegotiation.
7.605–33 Authorization and consent.
7.605–34 Notice and assistance regarding patent and copyright infringement.

Sec.
7.605–35 Patent indemnity.
7.605–36 Utilization of small business concerns.
7.605–37 Competition in subcontracting.
7.605–38 Definitions.
7.605–39 Excusable delays.
7.605–40 Rights in shop drawings.
7.605–41 Management control systems requirements.
7.606 Clauses to be used where applicable for cost-reimbursement type construction contracts.
7.606–1 Incentive fee clause for cost-type construction contracts.
7.606–2 Approval of wage rates.
7.606–3 Buy American.
7.606–4 Nondomestic construction materials.
7.606–5 Priorities, allocations, and allotments.
7.606–6 Interest.
7.606–7 Military security requirements.
7.606–8 Workmen's compensation and war hazard insurance overseas.
7.606–9 Use of excess and near-excess currency.
7.606–10 Alterations.
7.606–11 Payment for overtime premiums.
7.606–13 Approval of contract.
7.606–14 Architectural designs and data—Government rights.
7.606–16 Aluminum.
7.606–17 N.C. Sales and Use Tax.
7.606–18 Airfield safety precautions.
7.606–19 Technical data warranty.
7.606–20 Extended liability under technical data warranty.
7.607 Required clauses for lump sum architect-engineer contracts.
7.607–1 Method of payment.
7.607–2 Architectural designs and data—Government rights.
7.607–3 Contracting officer's decisions.
7.607–4 Disputes.
7.607–5 Changes.
7.607–6 Subcontractors and outside associates and consultants.
7.607–7 Termination for convenience of the Government.
7.607–8 Covenant against contingent fees.
7.607–9 Officials not to benefit.
7.607–10 Assignment of claims.
7.607–11 Accident prevention.
7.607–12 Equal opportunity.
7.607–13 Convict labor.
7.607–14 Contract Work Hours Standards Act—Overtime compensation.
7.607–15 Renegotiation.
7.607–16 Definitions.
7.607–17 Gratuities.
7.607–18 Examination of records.
7.607–19 Interest.
7.607–20 Military security requirements.
7.607–21 Composition of contractor.
7.607–22 Audit and records.
7.607–23 Price reduction for defective cost or pricing data.
7.607–24 Subcontractor cost and pricing data.

Sec.
7.607–25 Alte
7.607–26 Tern
7.608 Clau fo co
7.608–1 Insu
7.608–2 Man qu

Subpart G—C

7.701 Appl
7.702 Requ fac
7.702–1 Defin
7.702–2 Facili
7.702–3 Late stit
7.702–4 Chan
7.702–5 Repre
7.702–6 Inspe
7.702–7 Excus
7.702–8 Locat
7.702–9 Gover
7.702–10 Allow
7.702–11 Limit
7.702–12 Use a
7.702–13 Exami
7.702–14 Maint
7.702–15 Title.
7.702–16 Access
7.702–17 Proper
7.702–18 Liabili
7.702–19 Insura sons
7.702–20 Indem men
7.702–21 Stop w
7.702–22 Termi
7.702–23 Notice
7.702–24 Termi facili
7.702–25 Period
7.702–26 Disposi
7.702–27 Failure
7.702–28 Dispute
7.702–29 Militar
7.702–30 Author
7.702–31 Notice paten ment.
7.702–33 Subcon
7.702–34 Utilizat cerns.
7.702–35 Utilizat surpl
7.702–36 Buy Am
7.702–37 Assignm
7.702–38 Renegot
7.702–39 Officials
7.702–40 Gratuiti
7.702–41 Covenan
7.702–42 Payment
7.702–43 Convict
7.702–44 Equal op
7.702–45 Walsh-H Act.
7.702–46 Contract Act—C

ι business con-
ontracting.
ings.
ol systems re-
i where appli-
reimbursement
ι contracts.
e for cost-type
tracts.
tes.
ruction mate-
ns, and allot-
juirements.
sation and war
overseas.
lear-excess cur-
ne premiums.
t.
ns and data—
ts.
Tax.
autions.
ranty.
under technical
for lump sum
r contracts.
.
ns and data—
its.
s decisions.
l outside associ-
ants.
nvenience of the
ontingent fees.
efit.
ns.
n.
ours Standards
ompensation.
ords.
quirements.
tractor.
r defective cost
st and pricing

Sec.
7.607–25 Alterations.
7.607–26 Termination for default.
7.608 Clauses to be used when applicable for lump sum architect-engineer contracts.
7.608–1 Insurance.
7.608–2 Management control systems requirements.

Subpart G—Clauses for Facilities Contracts

7.701 Applicability.
7.702 Required clauses for consolidated facilities contracts.
7.702–1 Definitions.
7.702–2 Facilities to be provided.
7.702–3 Late delivery, diversion, and substitution.
7.702–4 Changes.
7.702–5 Representations and warranties.
7.702–6 Inspection.
7.702–7 Excusable delays.
7.702–8 Location of the facilities.
7.702–9 Government bills of lading.
7.702–10 Allowable cost and payment.
7.702–11 Limitation of cost.
7.702–12 Use and charges.
7.702–13 Examination of records.
7.702–14 Maintenance.
7.702–15 Title.
7.702–16 Access.
7.702–17 Property control.
7.702–18 Liability for the facilities.
7.702–19 Insurance—liability to third persons.
7.702–20 Indemnification of the Government.
7.702–21 Stop work orders.
7.702–22 Termination of work.
7.702–23 Notice of use of the facilities.
7.702–24 Termination of the use of the facilities.
7.702–25 Period of this contract.
7.702–26 Disposition of the facilities.
7.702–27 Failure to perform.
7.702–28 Disputes.
7.702–29 Military security requirements.
7.702–30 Authorization and consent.
7.702–31 Notice and assistance regarding patent and copyright infringement.
7.702–33 Subcontracts.
7.702–34 Utilization of small business concerns.
7.702–35 Utilization of concerns in labor surplus areas.
7.702–36 Buy American Act.
7.702–37 Assignment of claims.
7.702–38 Renegotiation.
7.702–39 Officials not to benefit.
7.702–40 Gratuities.
7.702–41 Covenant against contingent fees.
7.702–42 Payment for overtime premiums.
7.702–43 Convict labor.
7.702–44 Equal opportunity.
7.702–45 Walsh-Healey Public Contracts Act.
7.702–46 Contract Work Hours Standards Act—Overtime Compensation.

Sec.
7.702–47 Price reduction for defective cost or pricing data.
7.702–48 Audit and records.
7.702–49 Subcontractor cost and pricing data.
7.702–50 Competition in subcontracting.
7.703 Required clauses for facilities acquisition contracts.
7.703–1 Definitions.
7.703–2 Facilities to be provided.
7.703–3 Late delivery, diversion, and substitution.
7.703–4 Changes.
7.703–5 Representations and warranties.
7.703–6 Inspection.
7.703–7 Excusable delays.
7.703–8 Government bills of lading.
7.703–9 Allowable cost and payment.
7.703–10 Limitation of cost.
7.703–11 Examination of records.
7.703–12 Title.
7.703–13 Access.
7.703–14 Liability for the facilities.
7.703–15 Insurance—liability to third persons.
7.703–16 Indemnification of the Government.
7.703–17 Stop work orders.
7.703–18 Termination of work.
7.703–19 Failure to perform.
7.703–20 Disputes.
7.703–21 Military security requirements.
7.703–22 Authorization and consent.
7.703–23 Notice and assistance regarding patent and copyright infringement.
7.703–25 Subcontracts.
7.703–26 Utilization of small business concerns.
7.703–27 Utilization of concerns in labor surplus areas.
7.703–28 Buy American Act.
7.703–29 Assignment of claims.
7.703–30 Renegotiation.
7.703–31 Officials not to benefit.
7.703–32 Gratuities.
7.703–33 Covenant against contingent fees.
7.703–34 Payment for overtime premiums.
7.703–35 Convict labor.
7.703–36 Equal opportunity.
7.703–37 Walsh-Healey Public Contracts Act.
7.703–38 Contract Work Hours Standards Act—overtime compensation.
7.703–39 Supersedure.
7.703–40 Price reduction for defective cost or pricing data.
7.703–41 Audit and records.
7.703–42 Subcontractor cost and pricing data.
7.703–43 Competition in subcontracting.
7.703–44 Inspection system.
7.704 Required clauses for facilities use contracts.
7.704–1 Definitions.
7.704–2 Use of charges.
7.704–3 Allowable cost and payment.
7.704–4 Limitation of cost.
7.704–5 Examination of records.

Sec.
7.704–6 Location of the facilities.
7.704–7 Maintenance.
7.704–8 Inspection.
7.704–9 Title.
7.704–10 Access.
7.704–11 Property control.
7.704–12 Representations and warranties.
7.704–13 Government bills of lading.
7.704–14 Liability for the facilities.
7.704–15 Indemnification of the Government.
7.704–16 Notice of use of the facilities.
7.704–17 Termination of the use of the facilities.
7.704–18 Period of this contract.
7.704–19 Disposition of the facilities.
7.704–20 Failure to perform.
7.704–21 Disputes.
7.704–22 Military security requirements.
7.704–23 Assignment of claims.
7.704–24 Officials not to benefit.
7.704–25 Gratuities.
7.704–26 Covenant against contingent fees.
7.704–27 Payment for overtime premiums.
7.704–28 Convict labor.
7.704–29 Equal opportunity.
7.704–30 Contract Work Hours Standards Act—overtime compensation.
7.704–31 Supersedure.
7.704–32 Price reduction for defective cost or pricing data.
7.704–33 Audit and records.
7.704–34 Subcontractor cost and pricing data.
7.704–35 Competition in subcontracting.
7.705 Clauses to be used when applicable.
7.705–1 Rights in data.
7.705–2 Filing of patent applications.
7.705–3 Priorities, allocations, and allotments.
7.705–4 Transfer of title to the facilities.
7.705–5 Labor standards for construction work.
7.705–6 Management control systems requirements.
7.705–7 Improvements to buildings or land owned by the Government.
7.705–8 Patent rights.
7.705–9 Required source for jewel bearings.
7.705–10 Changes to make-or-buy program.
7.705–11 Interest.
7.705–12 Negotiated overhead rates.
7.705–13 Advance payments.
7.705–14 General Services Administration supply sources.
7.705–15 Order of precedence.
7.705–16 Duty-free entry.
7.705–19 Aluminum.
7.705–20 Insurance.
7.705–21 Use of excess and near-excess currency.
7.705–22 Facilities equipment modernization.
7.705–23 Health, safety, and accident prevention.

Sec.
7.705–24 Safety precautions for ammunition, explosives, other dangerous materials, and materials hazardous to health.
7.705–25 Notice of radioactive materials.
7.706 Facilities use contracts with nonprofit educational institutions.
7.706–1 Purpose.
7.706–2 Accountable facilities.
7.706–3 Definitions.
7.706–4 Use of Government facilities.
7.706–5 Allowable costs and payments.
7.706–6 Examination of records.
7.706–7 Location of the facilities.
7.706–8 Maintenance.
7.706–9 Inspection.
7.706–10 Title.
7.706–11 Access.
7.706–12 Property control.
7.706–13 Representations and warranties.
7.706–14 Liability for the facilities.
7.706–15 Termination of the use of the facilities.
7.706–16 Period of this contract.
7.706–17 Disposition of the facilities.
7.706–18 Disputes.
7.706–19 Officials not to benefit.
7.706–20 Gratuities.
7.706–21 Covenant against contingent fees.
7.706–22 Convict labor.
7.706–23 Equal opportunity.
7.706–24 Contract Work Hours Standards Act—Overtime Compensation.
7.706–25 Supersedure.


## Subpart H—Clauses for Letter Contracts


7.801 Applicability.
7.802 Required clauses.
7.802–1 General.
7.802–2 Execution, commencement of work, and priority ratings.
7.802–3 Limitation of Government Liability.
7.802–4 Payments clause for letter contracts.
7.802–5 Definitization.
7.802–6 Management control systems requirements.


## Subpart I—Clauses for Time and Material and Labor Hour Contracts


7.900 Scope of subpart.
7.901 Required clauses.
7.901–1 Definitions.
7.901–2 Changes.
7.901–3 Excusable delays.
7.901–4 Termination.
7.901–5 Government property.
7.901–6 Payments.
7.901–7 Assignment of claims.
7.901–8 Disputes.
7.901–9 Convict labor.
7.901–10 Subcontracts.
7.901–11 Contract Work Hours Standards Act— Overtime Compensation.
7.901–12 Walsh-Healey Public Contracts Act.
7.901–13 Equal opportunity.
7.901–14 Officials not to benefit.

Sec.
7.901–15 Coven
7.901–16 Audit
7.901–17 Exam
7.901–18 Gratu
7.901–19 Notice pat
7.901–20 Autho
7.901–21 Inspec fect
7.901–22 New m
7.901–23 Gover
7.901–24 Reneg
7.901–25 Inspec
7.901–26 Qualit
7.902 Clause
7.902–1 Utiliza cern
7.902–2 Utiliza surp
7.902–3 Milita
7.902–4 Priorit men
7.902–5 Buy Ar
7.902–6 Notice disp
7.902–7 Filing
7.902–8 Patent
7.902–9 Data.
7.902–10 Alterat
7.902–11 Limita ment
7.902–12 Commu
7.902–13 Flight
7.902–14 Workm ance
7.902–15 Royalty
7.902–16 Technic paym
7.902–17 Interest
7.902–18 Price re or pr
7.902–19 Audit a
7.902–20 Subcont data.
7.902–21 Order o
7.902–22 Duty-fr
7.902–25 Material report
7.902–26 Insuran
7.902–27 Use of e rency.
7.902–28 Health, ventio
7.902–29 Safety tion, ous r hazard
7.902–30 Notice of
7.902–31 Availabil
7.902–32 Managem quirem


## Subpart J—Clause


7.1000 Scope of
7.1001 Technic
7.1001–1 Scope of
7.1001–2 Schedul
7.1002 Require
7.1002–1 Definitic

for ammuni-
:her dangerous
naterials haz-
materials.
acts with non-
institutions.
es.
facilities.
payments.
ords.
lities.
d warranties.
ilities.
use of the fa-
act.
acilities.
efit.
contingent fees.
ours Standards
compensation.
ter Contracts
cement of work,
ngs.
overnment Lia-
for letter con-
rol systems re-
nd Material and
acts
rty.
ms.
Hours Standards
Compensation.
lic Contracts Act.
r.
nefit.

Sec.
7.901–15 Covenant against contingent fees.
7.901–16 Audit and records.
7.901–17 Examination of records.
7.901–18 Gratuities.
7.901–19 Notice and assistance regarding patent infringement.
7.901–20 Authorization and consent.
7.901–21 Inspection and correction of defects.
7.901–22 New material.
7.901–23 Government surplus.
7.901–24 Renegotiation.
7.901–25 Inspection system.
7.901–26 Quality program.
7.902 Clauses to be used when applicable.
7.902–1 Utilization of small business concerns.
7.902–2 Utilization of concerns in labor surplus areas.
7.902–3 Military security requirements.
7.902–4 Priorities, allocations and allotments.
7.902–5 Buy American Act.
7.902–6 Notice to the Government of labor disputes.
7.902–7 Filing of patent applications.
7.902–8 Patent rights.
7.902–9 Data.
7.902–10 Alterations in contract.
7.902–11 Limitation on withholding of payments.
7.902–12 Communist areas.
7.902–13 Flight risks.
7.902–14 Workmen's compensation insurance (Defense Base Act).
7.902–15 Royalty information.
7.902–16 Technical data—withholding of payments.
7.902–17 Interest.
7.902–18 Price reduction for defective cost or pricing data.
7.902–19 Audit and records.
7.902–20 Subcontractor cost and pricing data.
7.902–21 Order of precedence.
7.902–22 Duty-free entry.
7.902–25 Material inspection and receiving reports.
7.902–26 Insurance.
7.902–27 Use of excess and near-excess currency.
7.902–28 Health, safety, and accident prevention.
7.902–29 Safety precautions for ammunition, explosives, other dangerous materials, and materials hazardous to health.
7.902–30 Notice of radioactive materials.
7.902–31 Availability of funds.
7.902–32 Management control systems requirements.

Subpart J—Clauses for Stevedoring Contracts

7.1000 Scope of subpart.
7.1001 Technical provisions.
7.1001–1 Scope of contract.
7.1001–2 Schedule of rates.
7.1002 Required clauses.
7.1002–1 Definitions.

Sec.
7.1002–2 Price escalation and price revision.
7.1002–3 Changes.
7.1002–4 Extras.
7.1002–5 Payments.
7.1002–6 Assignment of claims.
7.1002–7 Federal, State, and local taxes.
7.1002–8 Default.
7.1002–9 Disputes.
7.1002–10 Renegotiation.
7.1002–11 Contract Work Hours Standards Act—Overtime Compensation.
7.1002–12 Service Contract Act of 1965.
7.1002–13 Equal opportunity.
7.1002–14 Officials not to benefit.
7.1002–15 Covenant against contingent fees.
7.1002–16 Termination.
7.1002–17 Indefinite quantities.
7.1002–18 Employees of contractor.
7.1002–19 Removal of contractor's employees.
7.1002–20 Liability and insurance.
7.1002–21 Records and accounts.
7.1002–22 Examination of records.
7.1002–23 Utilization of small business concerns.
7.1002–24 Gratuities.
7.1002–25 Convict labor.
7.1003 Clauses to be used when applicable.
7.1003–1 Communist areas.
7.1003–2 Workmen's compensation insurance overseas.
7.1003–3 Notice to the Government of labor disputes.
7.1003–4 Military security requirements.
7.1003–5 Priorities, allocations, and allotments.
7.1003–6 Utilization of concerns in labor surplus areas.
7.1003–7 Price reduction for defective cost or pricing data.
7.1003–9 Interest.
7.1003–10 Audit and records.
7.1003–11 Subcontractor cost and pricing data.
7.1003–12 Order of precedence.
7.1003–13 Duty-free entry.
7.1003–14 Health, safety, and accident prevention.
7.1003–15 Safety precautions for ammunition, explosives, other dangerous materials, and materials hazardous to health.
7.1003–16 Notice of radioactive materials.
7.1004 Additional clauses.
7.1004–1 Alterations in contracts.
7.1004–2 Approval of contract.

Subpart K—Clauses for Indefinite Delivery Type Contracts

7.1100 Scope of subpart.
7.1101 Required clause—ordering.
7.1102 Clauses to be used when applicable.
7.1102–1 Definite quantity contracts.
7.1102–2 Requirements contracts.
7.1102–3 Indefinite quantity contract.
7.1102–4 Material inspection and receiving report.

### Subpart L—Clauses for Mortuary Service Contracts

Sec.
7.1200 Scope of subpart.
7.1201 Required clauses for other than port of entry requirements contracts.
7.1201–1 Requirements.
7.1201–2 Contract period.
7.1201–3 Area of performance.
7.1201–4 Specifications.
7.1201–5 Using activities.
7.1201–6 Delivery orders and invoices.
7.1201–7 Delivery and performance.
7.1201–8 Subcontracting.
7.1201–9 Additional default provision.
7.1201–10 Inspection.
7.1201–11 Group interment.
7.1201–12 Professional requirements.
7.1201–13 Facility requirements.
7.1201–14 Preparation history.
7.1201–15 Changes.
7.1201–16 Definitions.
7.1201–17 Payments.
7.1201–18 Assignment of claims.
7.1201–19 Disputes.
7.1201–20 Renegotiation.
7.1201–21 Officials not to benefit.
7.1201–22 Covenant against contingent fees.
7.1201–23 Gratuities.
7.1201–24 Default.
7.1201–25 Federal, State and local taxes.
7.1201–26 Convict labor.
7.1201–27 Contract Work Hours Standards Act—Overtime Compensation.
7.1201–29 Equal opportunity.
7.1201–30 Termination for convenience of the Government.
7.1201–31 Interest.
7.1202 Clauses to be used when applicable for other than port of entry requirements contracts.
7.1202–1 Examination of records.
7.1203 Clauses for port of entry requirements contracts.

### Subpart M—Clauses for Bakery and Dairy Products Contracts

7.1300 Scope of subpart.
7.1301 Required clauses.
7.1301–1 Delivery vehicles and conveyances.
7.1301–2 Responsibility for containers and equipment.
7.1301–3 Time of delivery.
7.1301–4 Plant locations.
7.1301–5 Sanitary conditions.
7.1301–6 Disclaimer of export subsidies.
7.1301–7 Remedies under delivery orders.
7.1301–8 "Fluid Milk" contracts.
7.1301–9 Solicitations for fluid milk.
7.1302 Additional required clauses for perishable dairy products contracts.
7.1302–1 Containers and equipment.
7.1302–2 Examination and testing.
7.1302–3 Deficiency adjustment.
7.1303 Clauses to be used when applicable.
7.1303–1 Code dating.
7.1303–2 Marking.

### Subpart N—Clauses for Laundry and Dry Cleaning Contracts

Sec.
7.1400 Scope of subpart.
7.1401 Required clauses.
7.1401–1 Activities.
7.1401–2 Contract period.
7.1401–3 Specifications.
7.1401–4 Pickup and delivery points and times.
7.1401–5 Count of articles.
7.1401–6 Loss or damage.
7.1401–7 Storage and handling.
7.1401–8 Vehicles.
7.1401–9 Requirements or indefinite quantity.
7.1401–10 Ordering.
7.1401–11 Special definitions of Government property.
7.1401–12 Individual laundry.
7.1401–13 Service Contract Act of 1965.
7.1402 Clauses to be used when applicable.
7.1402–1 Availability of funds.

### Subpart O—Clauses for Contracts for Rental of Motor Vehicles

7.1500 Scope of subpart.
7.1501 Required clauses.
7.1501–1 Rental payments.
7.1501–2 Condition of the rented property.
7.1501–3 Responsibility for damage or injury.
7.1501–4 Insurance/Liability.
7.1501–5 Marking of vehicles.
7.1501–6 Other required clauses.
7.1502 Clauses to be used when applicable.
7.1503 Additional clauses.

### Subpart P—Contracts for Preparation of Personal Property for Shipment; Government Storage and Performing Intracity or Intra-Area Movement

7.1601 Policy.
7.1601–1 Annual contracts.
7.1601–2 Zone of performance.
7.1601–3 Invitations for bids.
7.1602 Procedure.
7.1602–1 Coordination.
7.1602–2 Procurement by other methods.
7.1602–3 Use of additional contractors.
7.1603 Contract provisions.
7.1603–1 Scope of contract.
7.1603–2 Period of contract.
7.1603–3 Indefinite quantities.
7.1603–4 Government ordering activities.
7.1603–5 Contract zones.
7.1603–6 Government's estimated requirements.
7.1603–7 Award.
7.1603–8 Bidder's facilities.
7.1603–9 Schedules of items.
7.1603–10 Performance.
7.1603–11 Time requirements.
7.1603–12 Demurrage.
7.1603–13 Vans.
7.1603–14 Drayage.
7.1603–15 Liability.
7.1603–16 Erroneous shipments.
Sec.
7.1603–17 Ma
7.1603–18 We
7.1603–19 In
7.1603–20 Ad
7.1603–21 Sul
7.1603–22 Me

AUTHORITY: issued under 1
70A Stat. 120,
2202, 2301–2314

§ 7.000 Sco

This part s
clauses for u
procurement
[25 F.R. 14175, 1

§ 7.001 Inc
clauses by

Contract cl
part which do
filled by the
modified may
ence in the s
contract is n
solicitation, in
cordance with
chapter: *Provi*
Procuring Act
restrict incorp
certain types o
[34 F.R. 9263, Ju

### Subpart A—
Sup

§ 7.100 Scope

This subpart
tract clauses fo
contracts as def
[25 F.R. 14175, De

§ 7.101 Applic

As used thro
term "fixed-pric
mean any con
either by form
negotiation oth
orders (but see §
(2) short form
tracts (see § 16.1
(3) letter con
award, and (5) s
to contracts or
do not effect new
fixed price (wit
for price redeter
other form of p
in § 3.404 of thi
supplies other th
alteration, or rep

dry and Dry
s

ry points and

ng.

ndefinite quan-

s of Govern-

t of 1965.
sed when ap-

ls.

acts for Rental
s

ted property.
damage or in-

ses.
hen applicable.

ation of Personal
ernment Storage
ntra-Area Move-

ce.
s.

other methods.
ontractors.
s.

es.
ing activities.

mated require-

s.

s.

nts.

Sec.
7.1603-17 Marking instructions.
7.1603-18 Weight certificates.
7.1603-19 Inventory of damaged material.
7.1603-20 Additional services.
7.1603-21 Subcontracting.
7.1603-22 Method of ordering.

AUTHORITY: The provisions of this Part 7 issued under R.S. 161, secs. 2202, 2301-2314, 70A Stat. 120, 127-133; 5 U.S.C. 301, 10 U.S.C. 2202, 2301-2314.

### § 7.000 Scope of part.

This part sets forth uniform contract clauses for use in connection with the procurement of supplies and services.

[25 F.R. 14175, Dec. 31, 1960]

### § 7.001 Incorporation of contract clauses by reference.

Contract clauses prescribed by this part which do not contain blanks to be filled by the offeror and which are not modified may be incorporated by reference in the solicitation (or, where the contract is not preceded by a written solicitation, in the contract itself), in accordance with §§ 2.201 and 3.501 of this chapter: *Provided,* That the Head of the Procuring Activity or his designee may restrict incorporation by reference for certain types of contracts.

[34 F.R. 9263, June 12, 1969]

## Subpart A—Clauses for Fixed-Price Supply Contracts

### § 7.100 Scope of subpart.

This subpart sets forth uniform contract clauses for use in fixed-price supply contracts as defined in § 7.102.

[25 F.R. 14175, Dec. 31, 1960]

### § 7.101 Applicability.

As used throughout this subpart, the term "fixed-price supply contract" shall mean any contract (a) entered into either by formal advertising or by negotiation other than (1) purchase orders (but see §§ 7.104-15 and 7.104-16), (2) short form negotiated supply contracts (see § 16.102-2(c) of this chapter), (3) letter contracts, (4) notices of award, and (5) supplemental agreements to contracts or purchase orders, which do not effect new procurement; (b) at a fixed price (with or without provision for price redetermination, escalation, or other form of price revision as covered in § 3.404 of this chapter; and (c) for supplies other than (1) the construction, alteration, or repair of buildings, bridges, roads, or other kinds of real property, (2) experimental, developmental, or research work, or (3) facilities to be provided by the Government under a facilities contract as defined in Part 13 of this chapter. However, there are supply contracts in which performance involves cost-reimbursement, construction, research and development, or other special factors. In such cases, see the particular subparts containing additional applicable clauses.

[34 F.R. 9263, June 12, 1969]

### § 7.102 Contracts subject in part to incentive price revision.

When a contract is partly a firm fixed-price contract and partly a fixed-price incentive contract, the clauses required for both types of contracts shall be included. When any provision is applicable only to firm fixed-price items, or only to items subject to incentive price revision, such provision shall be so labeled.

[28 F.R. 2097, Mar. 5, 1963]

### § 7.103 Required clauses.

The following clauses shall be inserted in all fixed-price supply contracts:

[25 F.R. 14175, Dec. 31, 1960]

### § 7.103-1 Definitions.

DEFINITIONS (FEB. 1962)

As used throughout this contract, the following terms shall have the meanings set forth below:

(a) The term "head of the agency" or "Secretary" means the Secretary, the Under Secretary, any Assistant Secretary, or any other head or assistant head of the executive or military department or other Federal agency; and the term "his duly authorized representative" means any person or persons or board (other than the Contracting Officer) authorized to act for the head of the agency or the Secretary.

(b) The term "Contracting Officer" means the person executing this contract on behalf of the Government, and any other officer or civilian employee who is a properly designated Contracting Officer; and the term includes, except as otherwise provided in this contract, the authorized representative of a Contracting Officer acting within the limits of his authority.

(c) Except as otherwise provided in this contract, the term "subcontracts" includes purchase orders under this contract.

Additional definitions may be included provided they are not inconsistent with the foregoing clause or the provisions of this subchapter.

[27 F.R. 3450, Apr. 11, 1962]

## § 7.103-2 Changes.

CHANGES (JAN. 1958)

The Contracting Officer may at any time, by a written order, and without notice to the sureties, make changes, within the general scope of this contract, in any one or more of the following: (i) Drawings, designs, or specifications, where the supplies to be furnished are to be specially manufactured for the Government in accordance therewith; (ii) method of shipment or packing; and (iii) place of delivery. If any such change causes an increase or decrease in the cost of, or the time required for the performance of any part of the work under this contract, whether changed or not changed by any such order, an equitable adjustment shall be made in the contract price or delivery schedule, or both, and the contract shall be modified in writing accordingly. Any claim by the Contractor for adjustment under this clause must be asserted within 30 days from the date or receipt by the Contractor of the notification of change, provided, however, that the Contracting Officer, if he decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this contract. Where the cost of property made obsolete or excess as result of a change is included in the Contractor's claim for adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of such property. Failure to agree to any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes". However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

In the foregoing clause, the period of "30 days" within which any claim for adjustment must be asserted may be varied in accordance with Departmental procedures. In accordance with 10 U.S.C. 2306(f), prior to the pricing of any change order that is expected to exceed $100,000, except where the price is based on adequate price competition, established catalog or market prices of commercial items sold in substantal quantities to the general public, or prices set by law or regulation, the contracting officer shall require the contractor to furnish a Certificate of Current Cost or Pricing Data (see § 3.807-4 of this chapter) and shall assure that the contract includes or is modified to include a defective pricing data clause (see § 7.104-29) and the audit clause required by § 7.104-41.

[28 F.R. 4885, May 16, 1963, as amended at 34 F.R. 9264, June 12, 1969]

## § 7.103-3 Extras.

EXTRAS (JULY 1949)

Except as otherwise provided in this contract, no payment for extras shall be made unless such extras and the price therefor have been authorized in writing by the Contracting Officer.

[25 F.R. 14176, Dec. 31, 1960]

## § 7.103-4 Variation in quantity.

(a) Insert the following clause.

VARIATION IN QUANTITY (1949 JULY)

No variation in the quantity of any item called for by this contract will be accepted unless such variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified elsewhere in this contract.

(b) In accordance with § 1.325 of this chapter, insert the following clause.

EXTENT OF QUANTITY VARIATION (1965 AUGUST)

The permissible variation under the clause of the General Provisions entitled "Variation in Quantity" shall be limited to:

Increase (Insert: ______% or none).
Decrease (Insert: ______% or none).

This increase or decrease shall apply to ______.*

[34 F.R. 9264, June 12, 1969]

## § 7.103-5 Inspection.

(a) The following clause shall be inserted in all fixed-price supply contracts, except as provided in paragraphs (b) and (c) of this section.

INSPECTION (MAY 1958)

(a) All supplies (which term throughout this clause includes without limitation raw materials, components, intermediate assemblies, and end products) shall be subject to inspection and test by the Government, to the extent practicable at all times and places including the period of manufacture, and in any event prior to acceptance.

(b) In case any supplies or lots of supplies are defective in material or workmanship or otherwise not in conformity with the requirements of this contract, the Government shall have the right either to reject them (with or without instructions as to their disposition) or to require their correction. Supplies or lots of supplies which have been rejected or required to be corrected shall be removed or, if permitted or required by the Contracting Officer, corrected in place by and at the expense of the Contractor promptly after notice, and shall not thereafter be tendered for acceptance unless the former rejection or requirement of correction is disclosed. If the Contractor fails promptly to remove

such supplies or
required to be re
place or correct su
plies, the Govern
contract or otherw
supplies and char
most occasioned t
(ii) may terminat
as provided in th
entitled "Default.
corrects or replace
delivery schedule,
may require the d
a reduction in pric
the circumstances.
reduction of price
cerning a question
ing of the clause
"Disputes."
(c) If any insp
the Government o
tractor or a subc
without additiona
reasonable faciliti
safety and conven
inspectors in the p
If Government ins
a point other than
tractor or a subco
expense of the Go
wise provided in
That in case of r
shall not be liable
of samples used in
spection or test.
by the Governme
such a manner as
work. The Gover
to charge to the
cost of Governmen
supplies are not re
spection and test
tractor or when
necessitated by pr
or rejection of the
promptly as practi
as otherwise provi
failure to inspect
plies shall neithe
from responsibility
not in accordance
ments nor impose
ment therefor.
(d) The inspect
ernment of any su
not relieve the C
sponsibility regard
ures to meet the co
may be discovered
cept as otherwise
acceptance shall b
gards latent defects
takes as amount to
(e) The Contra
maintain an inspec
the Government c
under. Records of
Contractor shall be
able to the Govern

10.502(c) of
ZARD LOSSES
for assuming
ction against
paragraph (b)
tract entitled
d War Hazard
ble cost under
lowing:
.bmit proof of
; or denial of
but no later
tion or termi-
the time shall
ficer, the Con-
.im which has
a suitable ar-
aim can be ex-
with a lump
proval by the
ntractor shall
release docu-
lump sum ar-
unt any pay-
laim which is
l be within the
at the time of
contract, the
present to the
nd evaluation,
.l claim that a
circumstances
eof, an evalua-
stimate of the
potential claim
against a lia-
is clause shall
therwise recov-
quire the Con-
rnment in the
to the extent
fficer all right,
.tractor to any
arising out of
vernment may
ments in such
te and may re-
claim settle-
s soon as prac-
hich appears to
his portion of
.vestigations as
ptly notify the
; of any addi-
be necessary to
such claim or
the Contractor
its representa-
ce of any suit
pense of which

may be reimbursable to the Contractor under this clause. The Contractor agrees to render full assistance to the Government in connection with any third party suit or claim relating to this clause or its subject matter which the Government elects to prosecute or defend in its own behalf.

[34 F.R. 9265, June 12, 1969]

**§ 7.104–3 Buy American Act.**

In accordance with the requirements of § 6.104–5 of this chapter, insert the clause set forth therein.

[25 F.R. 14178, Dec. 31, 1960]

**§ 7.104–4 Notice to the Government of labor disputes.**

Insert the clause set forth below in all contracts involving the furnishing or production of any item on the Department of Defense Master Urgency List and in any other contract of a class or kind which the Head of the Procuring Activity concerned determines to be appropriate for the use of such a clause.

NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (SEPT. 1958)

(a) Whenever the Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately give notice thereof, including all relevant information with respect thereto, to the Contracting Officer.

(b) The Contractor agrees to insert the substance of this clause including this paragraph (b), in any subcontract hereunder as to which a labor dispute may delay the timely performance of this contract; except that each such subcontract shall provide that in the event its timely performance is delayed or threatened by delay by any actual or potential labor dispute, the subcontractor shall immediately notify its next higher tier subcontractor, or the prime contractor, as the case may be, of all relevant information with respect to such dispute.

[25 F.R. 14178, Dec. 31, 1960]

**§ 7.104–5 Patent indemnity.**

In accordance with the requirements of § 9.103 of this chapter, insert the appropriate contract clause, with additional provisions as prescribed, set forth in said section.

[25 F.R. 14178, Dec. 31, 1960]

**§ 7.104–6 Filing of patent applications.**

In accordance with the requirements of § 9.106, insert the contract clauses set forth therein.

[32 F.R. 4258, Mar. 31, 1967]

**§ 7.104–8 Reporting and refund of royalties.**

(a) In accordance with § 9.110(a) of this chapter, insert the clause set forth therein.

(b) In accordance with § 9.110(d) of this chapter, insert the clause set forth therein.

(c) In accordance with § 9.111 of this chapter, insert the clause set forth therein.

[34 F.R. 9266, June 12, 1969]

**§ 7.104–9 Rights in data.**

(a) *Basic data clause.* In accordance with § 9.203 of this chapter, insert the clause set forth in § 9.203(b).

(b) *Notice of certain limited rights.* In accordance with § 9.203(c) of this chapter, add paragraph (h) set forth therein to the Basic Data Clause.

(c) *Technical data clause—specific acquisition.* In accordance with § 9.203 (d) of this chapter, insert the clause set forth therein.

(d) *Deferred ordering of technical data.* In accordance with § 9.203(e) of this chapter, insert the additional clause set forth therein.

(e) *Production of motion pictures, histories, and other works.* In accordance with § 9.204–2 of this chapter, insert the clause set forth therein.

(f) *Purchase of existing motion pictures or television recordings.* In accordance with § 9.205–2 of this chapter, insert the clause set forth therein.

(g) *Contracts to be performed outside the United States.* In accordance with § 9.206 of this chapter, insert the clause set forth therein.

(h) *Technical data—withholding payment.* In accordance with § 9.207 of this chapter, insert the clause set forth in § 9.207–2(a).

(i) *Publication for sale.* The additional paragraph set forth in § 9.204–1 of this chapter may be added to the clause prescribed in paragraph (b) of this section, in accordance with § 9.204–1.

(j) *Identification of experimental, developmental or research work.* In accordance with § 9.203(f) of this chapter, to prevent any misinterpretation of the scope of the rights in data provisions of the contract, the following schedule provision may be included in contracts which, in whole or in part, call for experimental developmental or research work as an element of performance.

**§ 7.204-48 Health, safety, and accident prevention.**

In accordance with § 7.104-78, insert the clause set forth therein.

[34 F.R. 9269, June 12, 1969]

**§ 7.204-49 Safety precautions for ammunition, explosives, other dangerous materials, and materials hazardous to health.**

In accordance with § 7.104-79, insert the clause set forth therein.

[34 F.R. 9269, June 12, 1969]

**§ 7.204-50 Notice of radioactive materials.**

In accordance with § 7.104-80, insert the clause set forth therein.

[34 F.R. 9269, June 12, 1969]

**§ 7.205 Additional clauses.**

The following clauses shall be inserted in cost-reimbursement type supply contracts in accordance with Department procedures when it is desired to cover the subject matter thereof in such contracts.

[25 F.R. 14199, Dec. 31, 1960]

**§ 7.205-1 Alteration in contract.**

The contract clause set forth in § 7.105-1 may be inserted.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.205-2 Approval of contract.**

The contract clause set forth in § 7.105-2 may be inserted.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.205-3 Title and risk of loss.**

Insert the clause set forth in § 7.103-6.

[33 F.R. 15391, Oct. 17, 1968]

**§ 7.205-4 Bill of materials.**

The contract clause set forth in § 7.105-6 of this regulation may be inserted pursuant to the provisions of that section.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.205-6 Stop work orders.**

The clause set forth in § 7.105-3, if modified by changing (a) the words "the 'Termination for Convenience' clause of this contract" to "the 'Termination' clause of the contract" and (b) the words "an equitable adjustment shall be made in the delivery schedule or contract price, or both" to "an equitable adjustment shall be made in the delivery schedule, the estimated cost, the fee, or a combination thereof, and in any other provisions of the contract that may be affected," is authorized for use in any cost-reimbursement type contract under the criteria and in accordance with the instructions in § 7.105-3.

[33 F.R. 19918, Dec. 28, 1968]

**§ 7.205-7 Technical data warranty.**

(a) In accordance with § 1.324-11(a) of this chapter, the clause set forth in § 7.105-8(a) may be inserted.

(b) Extended liability. In accordance with § 1.324-11(b) of this chapter, the following clause may be inserted as paragraph (d)(3) to the Warranty of Technical Data clause provided for in paragraph (a) of this section:

(3) In addition to the remedies specified under (d) (1) and (2) above, Contractor shall be liable to the Government for all damages sustained by the Government as a result of breach of the warranty specified in this clause; however, the additional liability under this subparagraph (3) shall not exceed 75 percent of the Contractor's fee in the case of cost-plus-fixed-fee contracts; 75 percent of the final fee (base plus award) in the case of cost-plus-award-fee contracts; or 75 percent of the target fee in the case of cost-plus-incentive-fee contracts. If the breach of the warranty specified in (b) of this clause is with respect to data supplied by an equipment subcontractor, the limit of the prime contractor's liability shall be 10 percent of the total subcontract price in the case of a firm fixed-price subcontract, 75 percent of the total subcontract fee in the case of a cost-plus-fixed-fee or cost-plus-award-fee subcontract, or 75 percent of the total subcontract target profit or fee in the case of a fixed-price or cost-plus-incentive-type contract. Damages due the Government under the provisions of this warranty shall not be considered as an allowable cost. The additional liability specified in this paragraph (3) shall not apply:

(i) With respect to the requirement under Category E or I of MIL-D-1000: *Provided*, That the data furnished by the Contractor was current, accurate at time of submission and did not involve a significant omission of data necessary to comply with such requirements; or

(ii) With respect to specific defects as to which the Contractor discovers and gives written notice to the Government before the error is discovered by the Government.

[34 F.R. 17895, Nov. 5, 1969]

## Subpart C—Clauses for Fixed-Price Research and Development Contracts

**§ 7.301 Applicability.**

As used throughout this subpart, the term "fixed-price research and development contract" means any contract

(other tha
of award, o
new procur
into at a f
ceeding $2,
vision for p
tion, or oth
covered in
(b) is for
or research
chapter for
research an
[33 F.R. 1991

**§ 7.302 R**

The follo
as required
and develo
may other
subpart.
[25 F.R. 142

**§ 7.302-1**

Insert th
in § 7.103-1.
be included
are not inc
or the provi
[25 F.R. 1420

**§ 7.302-2**

PA

The Contra
mission of pr
prices stipula
or rendered
if any, as here
specified, payr
ance of any p
rendered for
stated in the
[25 F.R. 1420

**§ 7.302-3**

STANDARI

The Contra
ance of work
requirements
to high profes
[25 F.R. 14200

**§ 7.302-4 I**

(a) The fo
where the pr
delivery of er
drawings, or
contracting
use of such
Where this
modified in p
tion, is not us
(b) of this se

any cost-reimburse-
ıder the criteria and
the instructions in

1968]

l data warranty.

with § 1.324-11(a)
e clause set forth
be inserted.
ility. In accordance
f this chapter, the
be inserted as para-
Warranty of Tech-
ovided for in para-
ion:

he remedies specified
2) above, Contractor
Government for all
the Government as a
ıe warranty specified
r, the additional lia-
ragraph (3) shall not
ıe Contractor's fee in
ixed-fee contracts; 75
ee (base plus award)
-award-fee contracts;
arget fee in the case
fee contracts. If the
y specified in (b) of
pect to data supplied
ontractor, the limit of
liability shall be 10
bcontract price in the
price subcontract, 75
ubcontract fee in the
xed-fee or cost-plus-
or 75 percent of the
t profit or fee in the
r cost-plus-incentive-
due the Government
f this warranty shall
n allowable cost. The
ecified in this para-
ly:
he requirement under
IL-D-1000: *Provided,*
ed by the Contractor
at time of submission
significant omission
comply with such

specific defects as to
discovers and gives
overnment before the
the Government.
1969]

s for Fixed-Price
evelopment Con-

y.

ıt this subpart, the
earch and develop-
eans any contract

(other than a letter contract, a notice of award, or a modification not affecting new procurement) which (a) is entered into at a fixed price in an amount exceeding $2,500 (with or without any provision for price redetermination, escalation, or other form of price revision as covered in § 3.404 of this chapter) and (b) is for experimental, developmental, or research work. See § 3.403(b) of this chapter for use of types of contracts for research and development work.

[33 F.R. 19918, Dec. 28, 1968]

**§ 7.302 Required clauses.**

The following clause shall be inserted, as required, in all fixed-price research and development contracts, except as may otherwise be indicated in this subpart.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302-1 Definitions.**

Insert the contract clause set forth in § 7.103-1. Additional definitions may be included in such clause provided they are not inconsistent with such clause or the provisions of this subchapter.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302-2 Payments.**

PAYMENTS (JUNE 1959)

The Contractor shall be paid, upon submission of proper invoices or vouchers, the prices stipulated herein for work delivered or rendered and accepted, less deductions, if any, as herein provided. Unless otherwise specified, payment will be made upon acceptance of any portion of the work delivered or rendered for which a price is separately stated in the contract.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302-3 Standards of work.**

STANDARDS OF WORK (JUNE 1959)

The Contractor agrees that the performance of work and services pursuant to the requirements of this contract shall conform to high professional standards.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302-4 Inspection.**

(a) The following clause shall be used where the primary contract objective is delivery of end items other than designs, drawings, or reports, except where the contracting officer determines that the use of such clause is impracticable. Where this clause, or this clause as modified in paragraph (c) of this section, is not used, the clause in paragraph (b) of this section shall be used.

INSPECTION (JUNE 1959)

(a) All work under this contract shall be subject to inspection and test by the Government, to the extent practicable, at all times (including the period of performance) and places, and in any event prior to acceptance. The Government through any authorized representative may inspect the premises of the Contractor or any subcontractor engaged in the performance of this contract.

(b) The Government may reject any work that is defective or otherwise not in conformity with the requirements of this contract. If the Contractor fails or is unable to correct or to replace such work, the Contracting Officer may accept such work at a reduction in price which is equitable under the circumstances. Failure to agree on the reduction in price shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes."

(c) If any inspection or test is made by the Government on the premises of the Contractor or a subcontractor, the Contractor shall provide, without additional charge, all reasonable facilities and assistance for the safety and convenience of the Government inspectors in the performance of their duties. If the Government inspection or test is made at a point other than the premises of the Contractor or subcontractor, it shall be at the expense of the Government. All inspections and tests by the Government shall be performed in such a manner as not unduly to delay the work. Final inspection and acceptance or rejection of the work shall be made as promptly as practicable after delivery except as otherwise provided in this contract; but failure to inspect and accept, or reject the work shall neither relieve the Contractor from responsibility for such of the work as is not in accordance with the contract requirements nor impose liability on the Government therefor.

(d) The inspection and test by the Government of any work shall not relieve the Contractor from any responsibility regarding defects or other failures to meet the contract requirements which may be discovered prior to acceptance. Except as otherwise provided in this contract, acceptance shall be conclusive except as regards latent defects, fraud, or such gross mistakes as amount to fraud.

(e) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the work hereunder. Records of all inspection work by the Contractor shall be kept complete and available to the Government during the performance of this contract and for such longer period as may be specified elsewhere in this contract.

(b) The following clause shall be inserted in all contracts subject to this part where the clause in paragraph (a) of this section is not used.

INSPECTION (JUNE 1959)

The Government, through any authorized representatives, has the right, at all reasonable times, to inspect, or otherwise evaluate the work performed or being performed hereunder and the premises in which it is being performed. If any inspection, or evaluation is made by the Government on the premises of the Contractor or a subcontractor, the Contractor shall provide and shall require its subcontractors to provide all reasonable facilities and assistance for the safety and convenience of the Government representatives in the performance of their duties. All inspections and evaluations shall be performed in such a manner as will not unduly delay the work.

(c) Where it is desired to require contractors to maintain an inspection system in accordance with Military Specification MIL–I–45208 (see § 14.303 of this chapter), the clause set forth in paragraph (a) of this section shall be included in the contract, except that the following shall be added as the second sentence of paragraph (e) of this section.

The inspection system shall be in accordance with the edition of Military Specification MIL–I–45208 in effect on the date of this contract. (August 1967)

[25 F.R. 14200, Dec. 31, 1960, as amended at 29 F.R. 11821, Aug. 19, 1964; 32 F.R. 16406, Nov. 30, 1967]

**§ 7.302–5 Assignment of claims.**

In accordance with the instructions set forth in § 7.103–8, insert the contract clause set forth therein.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–6 Examination of records.**

In negotiated fixed-price research and development contracts, insert the clause set forth in § 7.104–15 in accordance with the requirements set forth therein.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–7 Federal, State, and local taxes.**

In accordance with the requirements of § 11.401 of this chapter, insert the contract clause set forth in §§ 11.401–1 or 11.401–2 of this chapter as appropriate.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–8 Utilization of small business concerns.**

In accordance with the requirements of § 1.707–3(a) of this subchapter, insert the clause set forth therein.

[27 F.R. 3451, Apr. 11, 1962]

**§ 7.302–9 Default.**

In accordance with the requirements of § 8.710 of this chapter, insert the clause set forth therein.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–10 Termination for convenience of the government.**

In accordance with the requirements of §§ 8.701 and 8.704 of this chapter, insert the appropriate contract clause.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–11 Disputes.**

In accordance with the instructions in § 7.103–12, insert the contract clause set forth in § 7.103–12.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–12 Renegotiation.**

In accordance with the requirements of § 7.103–13, insert the appropriate contract clause set forth therein.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–13 Buy American Act.**

In accordance with § 6.104–5 of this chapter, insert the clause set forth therein, except when in accordance with §§ 18.509–4, 18.509–5, and 18.509–6 of this chapter, the clauses prescribed in §§ 7.602–20 and 7.602–24 are inserted.

[34 F.R. 9269, June 12, 1969]

**§ 7.302–14 Convict labor.**

In accordance with the requirements of § 12–202, insert the contract clause set forth in ASPR 12–203.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–15 Walsh-Healey Public Contracts Act.**

In accordance with the requirements of Part 12, subpart F of this chapter, insert the contract clause set forth in § 12.605 of this chapter.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–16 Contract Work Hours Standards Act—Overtime compensation.**

In accordance with the instructions of §12.303 of this chapter, insert the clause set forth therein.

[30 F.R. 1736, Feb. 9, 1965]

**§ 7.302–17 Equal opportunity.**

In accordance with § 12.804 of this chapter, insert the applicable clause set forth in § 7.103–18.

[34 F.R. 9269, June 12, 1969]

**§ 7.302–1**

Insert
in § 7.103–
[25 F.R. 14

**§ 7.302–1 fees.**

Insert t
§ 7.103–20.
[25 F.R. 14

**§ 7.302–20**

In accor
of § 7.104–
set forth t
[25 F.R. 142

**§ 7.302–21**

In accor
of § 9.102 o
propriate
therein.
[25 F.R. 142

**§ 7.302–22 garding**

In accord
of § 9.104 of
tract clause
[25 F.R. 1420

**§ 7.302–23**

In accord
of § 9.107 of
propriate c
therein wit
paragraphs
ever, in the
on the basis
amount spec
paragraph (
§ 9.107–5(a)
graph (f) o
§ 9.107–5(b)
changed fro
all four pla
"one percent
educational
organizations
of the clause
and (b) of
may be omitt
[32 F.R. 518, Ja

**§ 7.302–24**

In accorda
§ 9.202 of this
set forth in
with appropri
paragraphs as
tions in §§ 9.
chapter, and t

ı the requirements
hapter, insert the
'ein.
, 1960]

tion for conven-
rnment.

ı the requirements
4 of this chapter,
te contract clause.
, 1960]

the instructions in
contract clause set

, 1960]

iation.

ı the requirements
ıe appropriate con-
therein.
, 1960]

erican Act.

h § 6.104–5 of this
ıuse set forth there-
. accordance with
and 18.509–6 of this
es prescribed in
–24 are inserted.
969]

labor.

ı the requirements
contract clause set
)3.
960]

'ealey Public Con-

ı the requirements
of this chapter, in-
ause set forth in
er.
, 1960]

ct Work Hours
Overtime compensa-

the instructions of
er, insert the clause

1965]

pportunity.

h § 12.804 of this
pplicable clause set

969]

**§ 7.302–18 Officials not to benefit.**

Insert the contract clause set forth in § 7.103–19.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–19 Covenant against contingent fees.**

Insert the contract clause set forth in § 7.103–20.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–20 Gratuities.**

In accordance with the requirements of § 7.104–16, insert the contract clause set forth therein.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–21 Authorization and consent.**

In accordance with the requirements of § 9.102 of this chapter, insert the appropriate contract clause set forth therein.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–22 Notice and assistance regarding patent infringement.**

In accordance with the requirements of § 9.104 of this chapter, insert the contract clause set forth therein.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–23 Patent rights.**

In accordance with the requirements of § 9.107 of this chapter, insert the appropriate contract clause set forth therein with additional or alternate paragraphs as prescribed therein. However, in the case of contracts awarded on the basis of no profit, the percentage amount specified to be withheld under paragraph (g) of the clause set forth in § 9.107–5(a) of this chapter or paragraph (f) of the clause set forth in § 9.107–5(b) of this chapter may be changed from "five percent (5%)" in all four places where this appears to "one percent (1%)." In contracts with educational institutions and nonprofit organizations, paragraphs (g) and (f) of the clauses set forth in § 9.107–5 (a) and (b) of this chapter, respectively, may be omitted.

[32 F.R. 518, Jan. 18, 1967]

**§ 7.302–24 Basic data clause.**

In accordance with requirements of § 9.202 of this chapter, insert the clause set forth in § 9.203(b) of this chapter with appropriate additional or alternate paragraphs as prescribed by the instructions in §§ 9.203 and 9.204–1 of this chapter, and the appropriate "Technical Data—Withholding of Payment" clause as set forth in § 9.207 of this chapter.

[32 F.R. 518, Jan. 18, 1967]

**§ 7.302–25 Military security requirements.**

(a) Except as provided in paragraph (b) of this section, insert an appropriate security requirements clause in accordance with the provisions of § 7.104–12.

(b) In any research and development contract with an educational institution when the contract is awarded on the basis of no profit, insert an appropriate security requirements clause in accordance with the provisions of § 7.402–24(b).

(c) The contracting officer or his authorized representative shall prepare and transmit to the contractor and the Government representative having security cognizance over the contract involved a Security Requirements Check List (DD Form 254) or other written notification, in accordance with § 16.811 of this chapter.

[28 F.R. 12570, Nov. 23, 1963]

**§ 7.302–26 Utilization of concerns in labor surplus areas.**

In accordance with the requirements of § 1.805–3(a) of this subchapter, insert the clause set forth therein.

[27 F.R. 3451, Apr. 11, 1962]

**§ 7.302–27 Government delay of work.**

Insert the clause set forth in § 7.104–77.

[33 F.R. 19918, Dec. 28, 1968]

**§ 7.302–28 Title and risk of loss.**

Insert the clause set forth in § 7.103–6.

[33 F.R. 15391, Oct. 17, 1968]

**§ 7.303 Clauses to be used when applicable.**

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.303–1 Clauses for contracts involving construction work.**

(a) In accordance with the requirements of § 18.703, insert the clauses entitled:

"Davis-Bacon Act."
"Contract Work Hours Standards Act—Overtime Compensation."
"Apprentices."
"Payrolls and Basic Records."
"Compliance With Copeland Regulations."
"Withholding of Funds."
"Subcontracts."
"Contract Termination—Debarment."
"Employee Compensation—Cape Kennedy, Patrick Air Force Base, and Merritt Island Launch Area."