# REPLY BRIEF OF THE UNITED STATES ON APPLICATION OF THE CHRISTIAN DOCTRINE

## APPENDIX G

Extract of Armed Services Procurement Regulation,
32 C.F.R. Parts 1 and 7 (1973)

# code of federal regulations

# 32

# National Defense

## PARTS 1 TO 8

**Revised as of July 1, 1973**

**CONTAINING**
**A CODIFICATION OF DOCUMENTS**
**OF GENERAL APPLICABILITY**
**AND FUTURE EFFECT**

**AS OF JULY 1, 1973**

*With Ancillaries*

**Published by**
**the Office of the Federal Register**
**National Archives and Records Service**
**General Services Administration**

**as a Special Edition of**
**the Federal Register**

# CHAPTER I—OFFICE OF THE SECRETARY OF DEFENSE

(Parts 1–8)

SUBCHAPTER A—ARMED SERVICES PROCUREMENT REGULATIONS

| *Part* | |
|---|---|
| 1 | General provisions. |
| 2 | Procurement by formal advertising. |
| 3 | Procurement by negotiation. |
| 4 | Special types and methods of procurement. |
| 5 | Interdepartmental and coordinated procurement. |
| 6 | Foreign purchases. |
| 7 | Contract clauses. |
| 8 | Termination of contracts. |

CROSS REFERENCE: For table of contents, Subchapters B–Q, see volume containing Parts 40 to 399.

## SUBCHAPTER A—ARMED SERVICES PROCUREMENT REGULATIONS

### PART 1—GENERAL PROVISIONS

#### Subpart A—Introduction

| Sec. | |
|---|---|
| 1.100 | Scope of subpart. |
| 1.101 | Purpose of subchapter. |
| 1.102 | Applicability of subchapter. |
| 1.103 | Arrangement of subchapter. |
| 1.103–1 | General plan. |
| 1.103–5 | Dating contract clauses. |
| 1.104 | Content of subchapter. |
| 1.105 | Amendment of subchapter. |
| 1.106 | Other Department of Defense publications. |
| 1.106–1 | Department of Defense directives, instructions, manuals, and circulars. |
| 1.106–2 | Defense Procurement Circulars. |
| 1.106–3 | Armed Services procurement manuals. |
| 1.107 | Dissemination and effective date of the subchapter, revisions, supplements, and manuals. |
| 1.108 | Departmental procurement instructions and ASPR, implementations. |
| 1.109 | Deviations from this subchapter and Department of Defense publications governing procurement. |
| 1.109–1 | Applicability. |
| 1.109–2 | Deviations affecting one contract or transaction. |
| 1.109–3 | Deviations affecting more than one contract or contractor. |
| 1.109–4 | Deviations required by Government-to-Government agreements. |
| 1.109–5 | Request for approval of proposed deviation. |
| 1.110 | Reports of purchases and contracts. |
| 1.111 | Reports of suspected criminal conduct and non-competitive practices. |
| 1.111–1 | Reporting procedures. |
| 1.111–2 | Non-competitive practices. |
| 1.111–3 | Subcontractor kickbacks. |
| 1.111–4 | Contractor gratuities to Government personnel. |

tion provided in para-
e Certificate, provided
o any blanket author-
the procurement to
ate applies is clearly
of such authorization,
n giving such author-
ion responsible within
eror's organization for
the prices being bid
time the Certificate is
ar procurement.
execution of an initial
award of a contract in
with, the contractor
dditional certificates in
proposals submitted on
similar ordering instru-
suant to the terms of
here the Government's
nnot be met from an-

ity to make the deter-
ed in paragraph (d) of
ation shall not be dele-
cial below the level of
curing activity.
ertification is suspected
r there is indication of
tter shall be processed in
§ 1.111. For rejection
e suspected of being col-
the negotiation of pro-
quent to such rejection,
)(7) and 3.215 of this

r. 29, 1960, as amended at
9, 1968]

## Definitions of Terms

**tions.**

ughout this subchapter,
erms defined in this sub-
the meanings set forth
, unless (a) the context
are used clearly required
aning, or (b) a different
escribed for a particular
thereof.
ov. 27, 1962]

**ange order.**

r means a written order
contracting officer, direct-
tor to make changes which
lause of the contract au-
ntracting officer to order
onsent of the contractor.
and 16.813.)
ar. 18, 1967]

### § 1.201-2 Contract modification.

Contract modification means any written alteration in the specification, delivery point, rate of delivery, contract period, price, quantity, or other contract provisions of an existing contract, whether accomplished by unilateral action in accordance with a contract provision, or by mutual action of the parties to the contract. It includes (a) bilateral actions such as supplemental agreements, and (b) unilateral actions such as change orders, orders for provisioned items, administrative changes, notices of termination, and notices of the exercise of a contract option.

[36 F.R. 21120, Nov. 4, 1971]

### § 1.201-3 Contracting officer.

"Contracting Officer" means any person who, either by virtue of his position or by appointment in accordance with procedures prescribed by this subchapter, is currently a contracting officer (see § 1.400) with the authority to enter into and administer contracts and make determinations and findings with respect thereto, or with any part of such authority. (NOTE: Recent assignments of contract administration responsibilities have necessitated a separation of duties related to procurement, with some duties normally performed at a purchasing office and some normally performed at a contract administration office. For convenience of expression, when requiring performance of specific duties by a contracting officer, this subchapter may refer to a contracting officer at the purchasing office as the procuring contracting officer (PCO), and to a contracting officer at a contract administration office as an administrative contracting officer (ACO). Additionally, a contracting officer, responsible for the settlement of terminated contracts, may be referred to as the termination contracting officer (TCO). It is recognized that a single contracting officer may be responsible for duties in any or all of these areas, and reference in this subchapter to PCO, ACO, or TCO does not of itself require that duty be performed at a particular office or activity or restrict in any way a contracting officer in the performance of any duty properly assigned. For example, a duty specified by this subchapter to be performed by the ACO will be performed by a contracting officer at the purchasing office when contract administration or responsibility for that duty has been retained in the purchasing office.)

[30 F.R. 11997, Sept. 21, 1965, as amended at 31 F.R. 1039, Jan. 27, 1966]

### § 1.201-4 Contracts.

"Contracts" means all types of agreements and orders for the procurement of supplies or services. It includes awards and notices of award; contracts of a fixed-price, cost, cost-plus-a-fixed-fee, or incentive type; contracts providing for the issuance of job orders, task orders or task letters thereunder; letter contracts, letters of intent, and purchase orders. It also includes amendments and supplemental agreements with respect to any of the foregoing.

[25 F.R. 14081, Dec. 31, 1960]

### § 1.201-5 Department and Military Department.

Department and Military Department include the Department of the Army, the Department of the Navy, the Department of the Air Force, the Defense Supply Agency, the Defense Communications Agency, and the Defense Nuclear Agency.

[37 FR 12563, June 27, 1972]

### § 1.201-6 Department of Defense.

"Department of Defense" comprises the Office of the Secretary of Defense and the military departments.

[25 F.R. 14081, Dec. 31, 1960]

### § 1.201-7 Head of a procuring activity.

"Head of a procuring activity" includes, for the Army, the chiefs of the technical services, the Zone of Interior Army commanders, the Chief of the National Guard Bureau, the Commanding General of the Military District of Washington, U. S. Army and the commanding generals of the major oversea commands; for the Navy, the Chief of each Bureau, the Chief of Naval Research, the Aviation Supply Officer, the Commander, Military Sea Transportation Service, and the Commandant of the United States Marine Corps; for the Air Force, the Commander, Air Materiel Command. It also includes the Executive Director of the Military Medical Supply Agency, the Executive Director of the Military Petroleum Supply Agency,

performed in any U.S.-owned foreign currency country.

ACQUISITION AND USE OF EXCESS AND NEAR-EXCESS CURRENCY (DECEMBER 1967)

The Contractor shall not expend U.S. dollars for the performance of this contract in any of the countries set forth in the Schedule of this contract for the purchase of currency of such countries or for the purchase of goods or services needed for performance under this contract. The Contractor shall purchase all such currencies from U.S. disbursing officers in such countries at the rates of exchange used by such officers at the times of purchase.

## PART 7—CONTRACT CLAUSES

Sec.
7.000 Scope of part.
7.001 Incorporation of contract clauses by reference.

Subpart A—Clauses for Fixed-Price Supply Contracts

7.100 Scope of subpart.
7.101 Applicability.
7.102 Contracts subject in part to incentive price revision.
7.103 Required clauses.
7.103-1 Definitions.
7.103-2 Changes.
7.103-3 Extras.
7.103-4 Variation in quantity.
7.103-5 Inspection.
7.103-6 Title and risk of loss.
7.103-7 Payments.
7.103-8 Assignment of claims.
7.103-9 Additional bond security.
7.103-10 Federal, State, local, and foreign taxes.
7.103-11 Default.
7.103-12 Disputes.
7.103-13 Renegotiation.
7.103-14 Discounts.
7.103-15 Communist areas.
7.103-16 Contract Work Hours and Safety Standards Act—overtime compensation.
7.103-17 Walsh-Healy Public Contracts Act.
7.103-18 Equal opportunity clause.
7.103-19 Officials not to benefit.
7.103-20 Covenant against contingent fees.
7.103-21 Termination for convenience of the Government.
7.103-22 Authorization and consent.
7.103-23 Notice and assistance regarding patent infringement.
7.103-24 Responsibility for inspection.
7.103-25 Commercial bills of lading covering shipments under F.O.B. origin contracts.
7.103-26 Pricing of adjustments.
7.103-27 Listing of employment openings for veterans.
7.104 Clauses to be used when applicable.

Sec.
7.104-1 Clauses for fixed price supply contracts involving construction work.
7.104-2 Workmen's compensation and war hazard insurance overseas.
7.104-3 Buy American Act.
7.104-4 Notice to the Government of labor disputes.
7.104-5 Patent indemnity.
7.104-6 Filing of patent applications.
7.104-7 Contract schedule subline items not separately priced.
7.104-8 Reporting and refund of royalties.
7.104-9 Rights in data.
7.104-10 Ground and flight risk.
7.104-11 Excess profit.
7.104-12 Military security requirements.
7.104-13 Preference for certain domestic commodities.
7.104-14 Utilization of small business concerns.
7.104-15 Omnibus GAO audit clause.
7.104-16 Gratuities.
7.104-17 Convict labor.
7.104-18 Priorities, allocations and allotments.
7.104-19 Employment of ocean-going vessels—ocean transport of Government-owned supplies.
7.104-20 Utilization of labor surplus area concerns.
7.104-21 Limitation on withholding of payments.
7.104-22 Equal opportunity preaward clearance of subcontracts.
7.104-23 Subcontracts.
7.104-24 Government property.
7.104-25 Special tooling.
7.104-26 Special test equipment.
7.104-27 Options.
7.104-28 Quality program.
7.104-29 Price reduction for defective cost or pricing data.
7.104-30 Humane slaughter of livestock.
7.104-31 Duty-free entry.
7.104-32 Duty-free entry of listed Canadian supplies.
7.104-33 Inspection system.
7.104-34 Advance payments.
7.104-35 Progress payments.
7.104-36 Minority business enterprises.
7.104-37 Required source for jewel bearings.
7.104-38 Required sources for miniature and instrument ball bearings.
7.104-39 Interest.
7.104-40 Competition in subcontracting.
7.104-41 Audit by Department of Defense.
7.104-42 Subcontractor cost and pricing data.
7.104-43 United States Products (Military Assistance Program).
7.104-44 Value engineering incentive.
7.104-45 Limitation of liability for defects.
7.104-46 Required sources for precision components for mechanical time devices.
7.104-47 Multiyear procurement.
7.104-48 New material.
7.104-50 Management systems.





Sec.
7.104-51 Production progress r
7.104-55 First article approva
7.104-56 Order of precedence.
7.104-59 Aluminum.
7.104-60 Contractor-furnished gas cylinders and tainers.
7.104-61 Frequency authoriza
7.104-62 Material inspection report.
7.104-63 Protection of Govern ings, equipment, ai
7.104-64 Recovery of nonrecu non-U.S. Governm defense equipment
7.104-65 Insurance.
7.104-66 Use of excess and ne rency.
7.104-67 Clauses for preserva ing, and packing
7.104-68 Marking of shipment
7.104-69 F.O.B. point for delive ment-furnished pr
7.104-70 F.O.B. origin.
7.104-71 F.O.B. destination.
7.104-72 F.O.B. origin—Minir shipments.
7.104-73 Loading, bracing, an freight car shipme
7.104-74 Shipments to ports.
7.104-75 Diversion of shipmen destination contra
7.104-76 F.O.B. destination— shipment.
7.104-77 Government delay of
7.104-78 [Reserved]
7.104-79 Safety precautions fo and explosives.
7.104-80 Notice of radioactive
7.104-81 Aircraft, missile, ai hicle accident repo vestigation.
7.104-82 Payment of interest o claims.
7.105 Additional clauses.
7.105-1 Alterations in contra
7.105-2 Approval of contract.
7.105-3 Stop work orders.
7.105-4 Report of shipment
7.105-5 Liquidated damages.
7.105-6 Bill of materials.
7.105-7 Supply and commerc
7.106 Price escalation cl lished prices).
7.106-1 Escalation clause fo aluminum, brass, b per mill products.
7.106-2 Escalation clause fo ard steel items.
7.106-3 Escalation clause supplies.
7.106-4 Escalation clause fo ard supplies.
7.107 Price escalation clau material).
7.108 Incentive price revis
7.108-1 Firm targets.
7.108-2 Successive targets.
7.108-3 Special termination

r fixed price supply con-
involving construction

s compensation and war
nsurance overseas.
.can Act.
the Government of labor

emnity.
atent applications.
schedule subline items
rately priced.
and refund of royalties.
lata.
d flight risk.
it.
curity requirements.
for certain domestic
ities.
of small business con-

GAO audit clause.

ior.
allocations and allot-

nt of ocean-going ves-
an transport of Gov-
-owned supplies.
of labor surplus area

on withholding of pay-

rtunity preaward clear-
ubcontracts.
ts.
t property.
ing.
equipment.

gram.
tion for defective cost
data.
ughter of livestock.
ntry.
ntry of listed Canadian

system.
yments.
yments.
isiness enterprises.
urce for jewel bearings.
iources for miniature
ument ball bearings.

1 in subcontracting.
partment of Defense.
tor cost and pricing

tes Products (Military
Program).
eering incentive.
of liability for defects.
ources for precision
ts for mechanical time

rocurement.
il.
t systems.

Sec.
7.104–51 Production progress report.
7.104–55 First article approval.
7.104–56 Order of precedence.
7.104–59 Aluminum.
7.104–60 Contractor-furnished returnable gas cylinders and other containers.
7.104–61 Frequency authorization.
7.104–62 Material inspection and receiving report.
7.104–63 Protection of Government buildings, equipment, and vegetation.
7.104–64 Recovery of nonrecurring costs on non-U.S. Government sales of defense equipment.
7.104–65 Insurance.
7.104–66 Use of excess and near-excess currency.
7.104–67 Clauses for preservation, packaging, and packing requirements.
7.104–68 Marking of shipments.
7.104–69 F.O.B. point for delivery of Government-furnished property.
7.104–70 F.O.B. origin.
7.104–71 F.O.B. destination.
7.104–72 F.O.B. origin—Minimum size of shipments.
7.104–73 Loading, bracing, and blocking of freight car shipments.
7.104–74 Shipments to ports.
7.104–75 Diversion of shipment under F.O.B. destination contracts.
7.104–76 F.O.B. destination—evidence of shipment.
7.104–77 Government delay of work.
7.104–78 [Reserved]
7.104–79 Safety precautions for ammunition and explosives.
7.104–80 Notice of radioactive materials.
7.104–81 Aircraft, missile, and space vehicle accident reporting and investigation.
7.104–82 Payment of interest on contractors' claims.
7.105 Additional clauses.
7.105–1 Alterations in contract.
7.105–2 Approval of contract.
7.105–3 Stop work orders.
7.105–4 Report of shipment (REPSHIP).
7.105–5 Liquidated damages.
7.105–6 Bill of materials.
7.105–7 Supply and commercial warranties.
7.106 Price escalation clauses (established prices).
7.106–1 Escalation clause for basic steel, aluminum, brass, bronze or copper mill products.
7.106–2 Escalation clause for non-standard steel items.
7.106–3 Escalation clause for standard supplies.
7.106–4 Escalation clause for semi-standard supplies.
7.107 Price escalation clause (labor and material).
7.108 Incentive price revision clause.
7.108–1 Firm targets.
7.108–2 Successive targets.
7.108–3 Special termination costs.

Sec.
7.109 Price redetermination clauses.
7.109–1 General.
7.109–2 Prospective periodic price redetermination at stated intervals.
7.109–4 Retroactive price redetermination after completion.

### Subpart B—Clauses for Cost-Reimbursement Type Supply Contracts

7.200 Scope of subpart.
7.202 Applicability.
7.203 Required clauses.
7.203–1 Definitions.
7.203–2 Changes.
7.203–3 Limitation of cost or funds.
7.203–4 Allowable cost, fee, and payment.
7.203–5 Inspection of supplies and correction of defects.
7.203–6 Assignment of claims.
7.203–7 Examination of records by Comptroller General.
7.203–8 Subcontracts.
7.203–9 Utilization of small business concerns.
7.203–10 Termination.
7.203–11 Excusable delays.
7.203–12 Disputes.
7.203–13 Renegotiation.
7.203–14 Commercial bills of lading covering shipment to or from contractors plant.
7.203–15 Convict labor.
7.203–16 Contract Work Hours and Safety Standards Act—overtime compensation.
7.203–17 Walsh-Healey Public Contracts Act.
7.203–18 Equal opportunity.
7.203–19 Officials not to benefit.
7.203–20 Covenant against contingent fees.
7.203–21 Government property.
7.203–22 Insurance; liability to third persons.
7.203–23 Authorization and consent.
7.203–24 Notice and assistance regarding patent infringement.
7.203–25 Communist areas.
7.203–26 Utilization of concerns in labor surplus areas.
7.203–27 Payment for overtime premiums.
7.203–28 Competition in subcontracting.
7.203–29 Audit by Department of Defense.
7.203–30 Price reduction for defective cost or pricing data.
7.203–31 Subcontractor cost and pricing data.
7.203–32 Listing of employment openings for veterans.
7.204 Clauses to be used when applicable.
7.204–1 Clauses for contracts involving construction work.
7.204–2 Workmen's compensation and war hazard insurance overseas.
7.204–3 Buy American Act.
7.204–4 Notice to the Government of labor disputes.
7.204–5 Patent indemnity.
7.204–6 Filing of patent applications.
7.204–7 Patent rights.

Sec.
7.1909–10 Excusable delays.
7.1909–11 Disputes.
7.1909–12 Renegotiation.
7.1909–13 Contract Work Hours and Safety Standards Act.
7.1909–14 Equal opportunity.
7.1909–15 Officials not to benefit.
7.1909–16 Covenant against contingent fees.
7.1909–17 Government property (cost reimbursement).
7.1909–18 Insurance—liability to third persons.
7.1909–19 Authorization and consent.
7.1909–20 Notice and assistant regarding patent infringement.
7.1909–21 Utilization of labor surplus area concerns.
7.1909–22 Payment for overtime premiums.
7.1909–23 Competition in subcontracting.
7.1909–24 Audit by Department of Defense.
7.1909–25 Minority business enterprises.
7.1909–26 Equal opportunity preaward clearance of subcontracts.
7.1909–27 Listing of employment openings for veterans.
7.1910 Clauses to be used when applicable in cost reimbursement service contracts.
7.1910–1 Clauses for cost reimbursement service contracts involving construction work.
7.1910–2 Workmen's compensation and war hazard insurance overseas.
7.1910–3 Continuity of services.
7.1910–4 Notice to the Government of labor disputes.
7.1910–5 [Reserved]
7.1910–6 Filing of patent applications.
7.1910–7 Patent rights.
7.1910–8 Communist areas.
7.1910–9 Reporting of royalties.
7.1910–10 Rights in data.
7.1910–11 Quality program.
7.1910–12 Military security requirements.
7.1910–13 Gratuities.
7.1910–14 Negotiation overhead rates.
7.1910–15 Ocean transport of Government-owned supplies.
7.1910–16 Limitation on withholding of payments.
7.1910–17 Flight risks.
7.1910–18 Taxes.
7.1910–19 Advance payments.
7.1910–20 Frequency authorization.
7.1910–21 Interest.
7.1910–22 Value engineering.
7.1910–23 Price reduction for defective cost or pricing data.
7.1910–24 Subcontractor cost and pricing data.
7.1910–25 Examination of records by Comptroller General.
7.1910–26 Special test equipment.
7.1910–27 Order of precedence.
7.1910–28 U.S. products and services (balance of payments).
7.1910–29 Identification of expenditures in the United States.

Sec.
7.1910–30 Use of excess and near excess currency.
7.1910–31 Service Contract Act of 1965.
7.1910–32 Convict labor.
7.1910–33 Safety precautions for ammunition and explosives.
7.1910–34 Management systems requirements.
7.1911 Additional clauses for use in cost reimbursement service contracts.
7.1911–1 Alterations in contract.
7.1911–2 Approval of contract.
7.1911–3 Options.
7.1911–4 Stop work orders.
7.1911–5 Clauses for contracts involving furnishing of supplies.

**Authority:** The provisions of this Part 7 issued under R.S. 161, secs. 2202, 2301–2314, 70A Stat. 120, 127–133; 5 U.S.C. 301, 10 U.S.C. 2202, 2301–2314.

### § 7.000 Scope of part.

This part sets forth uniform contract clauses for use in connection with the procurement of supplies and services.

[25 F.R. 14175, Dec. 31, 1960]

### § 7.001 Incorporation of contract clauses by reference.

Contract clauses prescribed by this part may be incorporated by reference to the ASPR paragraph number, clause title and date of clause. *Provided:* (a) The clause does not contain blanks to be filled, (b) the clause is not modified, and (c) the instructions for use of the clause do not prohibit incorporating the clause by reference. The Head of a Procuring Activity or his designee may further restrict incorporation by reference for certain types of contracts.

[36 F.R. 7923, Apr. 28, 1971]

## Subpart A—Clauses for Fixed-Price Supply Contracts

### § 7.100 Scope of subpart.

This subpart sets forth uniform contract clauses for use in fixed-price supply contracts as defined in § 7.102.

[25 FR 14175, Dec. 31, 1960]

### § 7.101 Applicability.

As used throughout this subpart, the term "fixed-price supply contract" shall mean any contract (a) entered into either by formal advertising or by negotiation other than (1) purchase orders (but see §§ 7.104–15 and 7.104–16), (2) short form negotiated supply contracts (see § 16.102–2(c) of this chapter), (3) letter contracts, (4) notices of award,

Cha

(5) general contract
services and faciliti
mental agreements
chase orders, which
procurement; (b) a
or without provisio
mination, escalatio
price revision as c
this chapter; and (
than (1) the constr
repair of buildings
other kinds of real
mental, developmen
or (3) facilities to
Government under
as defined in Part
However, there are
which performance
bursement, constru
development, or ot
such cases, see the
containing addition
[36 F.R. 21139, Nov. 4,

§ 7.102 Contracts
centive price re

When a contract
price contract and
incentive contract,
for both types of
cluded. When a
plicable only to fi
or only to items su
revision, such p
labeled.
[28 F.R. 2097, Mar. 5,

§ 7.103 Required

The following cl
in all fixed-price su
[25 F.R. 14175, Dec. 3

§ 7.103–1 Defini

Definitio

As used through
following terms sha
forth below:
(a) The term "
"Secretary" means
Secretary, any Ass
other head or assist
or military depart
agency; and the te
representative" mea
or board (other tha
authorized to act f
or the Secretary.
(b) The term "C
the person execut
half of the Govern
cer or civilian em
designated Contrac
includes, except a
this contract, the

; and near excess cur-
ract Act of 1965.
r.
utions for ammuni-
xplosives.
; systems require-
lauses for use in cost
nent service con-
n contract.
contract.
ders.
contracts involving
of supplies.
isions of this Part 7
secs. 2202, 2301–2314,
5 U.S.C. 301, 10 U.S.C.
rt.
a uniform contract
nnection with the
ies and services.
960]
tion of contract
ice.
prescribed by this
rated by reference
ph number, clause
use. *Provided:* (a)
contain blanks to
se is not modified,
ons for use of the
; incorporating the
'he Head of a Pro-
his designee may
poration by refer-
of contracts.
71]
s for Fixed-Price
ntracts
bpart.
orth uniform con-
fixed-price supply
§ 7.102.
60]
; this subpart, the
ply contract" shall
(a) entered into
tising or by nego-
) purchase orders
nd 7.104–16), (2)
l supply contracts
this chapter), (3)
notices of award,

(5) general contracts for communication services and facilities and (6) supplemental agreements to contracts or purchase orders, which do not effect new procurement; (b) at a fixed price (with or without provision for price redetermination, escalation, or other form of price revision as covered in § 3.404 of this chapter; and (c) for supplies other than (1) the construction, alteration, or repair of buildings, bridges, roads, or other kinds of real property, (2) experimental, developmental, or research work, or (3) facilities to be provided by the Government under a facilities contract as defined in Part 13 of this chapter. However, there are supply contracts in which performance involves cost-reimbursement, construction, research and development, or other special factors. In such cases, see the particular subparts containing additional applicable clauses.

[36 F.R. 21139, Nov. 4, 1971]

### § 7.102 Contracts subject in part to incentive price revision.

When a contract is partly a firm fixed-price contract and partly a fixed-price incentive contract, the clauses required for both types of contracts shall be included. When any provision is applicable only to firm fixed-price items, or only to items subject to incentive price revision, such provision shall be so labeled.

[28 F.R. 2097, Mar. 5, 1963]

### § 7.103 Required clauses.

The following clauses shall be inserted in all fixed-price supply contracts:

[25 F.R. 14175, Dec. 31, 1960]

### § 7.103–1 Definitions.

DEFINITIONS (FEB. 1962)

As used throughout this contract, the following terms shall have the meanings set forth below:

(a) The term "head of the agency" or "Secretary" means the Secretary, the Under Secretary, any Assistant Secretary, or any other head or assistant head of the executive or military department or other Federal agency; and the term "his duly authorized representative" means any person or persons or board (other than the Contracting Officer) authorized to act for the head of the agency or the Secretary.

(b) The term "Contracting Officer" means the person executing this contract on behalf of the Government, and any other officer or civilian employee who is a properly designated Contracting Officer; and the term includes, except as otherwise provided in this contract, the authorized representative of a Contracting Officer acting within the limits of his authority.

(c) Except as otherwise provided in this contract, the term "subcontracts" includes purchase orders under this contract.

Additional definitions may be included provided they are not inconsistent with the foregoing clause or the provisions of this subchapter.

[27 F.R. 3450, Apr. 11, 1962]

### § 7.103–2 Changes.

CHANGES (JAN. 1958)

The Contracting Officer may at any time, by a written order, and without notice to the sureties, make changes, within the general scope of this contract, in any one or more of the following: (i) Drawings, designs, or specifications, where the supplies to be furnished are to be specially manufactured for the Government in accordance therewith; (ii) method of shipment or packing; and (iii) place of delivery. If any such change causes an increase or decrease in the cost of, or the time required for the performance of any part of the work under this contract, whether changed or not changed by any such order, an equitable adjustment shall be made in the contract price or delivery schedule, or both, and the contract shall be modified in writing accordingly. Any claim by the Contractor for adjustment under this clause must be asserted within 30 days from the date or receipt by the Contractor of the notification of change, provided, however, that the Contracting Officer, if he decides that the facts justify such action, may receive and act upon any such claim asserted at any time prior to final payment under this contract. Where the cost of property made obsolete or excess as result of a change is included in the Contractor's claim for adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of such property. Failure to agree to any adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes". However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

In the foregoing clause, the period of "30 days" within which any claim for adjustment must be asserted may be varied in accordance with Departmental procedures. In accordance with 10 U.S.C. 2306(f), prior to the pricing of any change order that is expected to exceed $100,000, except where the price is based on adequate price competition, established catalog or market prices of commercial items sold in substantal quantities to the general public, or prices set by law or regulation, the contracting officer shall require the contractor to furnish a Certificate of Current Cost or

Pricing Data (see § 3.807–4 of this chapter) and shall assure that the contract includes or is modified to include a defective pricing data clause (see § 7.104–29) and the audit clause required by § 7.104–41.

[28 F.R. 4885, May 16, 1963, as amended at 34 F.R. 9264, June 12, 1969]

## § 7.103–3 Extras.

EXTRAS (JULY 1949)

Except as otherwise provided in this contract, no payment for extras shall be made unless such extras and the price therefor have been authorized in writing by the Contracting Officer.

[25 F.R. 14176, Dec. 31, 1960]

## § 7.103–4 Variation in quantity.

(a) Insert the following clause.

VARIATION IN QUANTITY (1949 JULY)

No variation in the quantity of any item called for by this contract will be accepted unless such variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified elsewhere in this contract.

(b) In accordance with § 1.325 of this chapter, insert the following clause.

EXTENT OF QUANTITY VARIATION (1965 AUGUST)

The permissible variation under the clause of the General Provisions entitled "Variation in Quantity" shall be limited to:

Increase (Insert: ______% or none).
Decrease (Insert: ______% or none).

This increase or decrease shall apply to ______.*

[34 F.R. 9264, June 12, 1969]

## § 7.103–5 Inspection.

(a) The following clause shall be inserted in all fixed-price supply contracts, except as provided in paragraphs (b) and (c) of this section.

INSPECTION (MAY 1958)

(a) All supplies (which term throughout this clause includes without limitation raw materials, components, intermediate assemblies, and end products) shall be subject to inspection and test by the Government, to the extent practicable at all times and places including the period of manufacture, and in any event prior to acceptance.

(b) In case any supplies or lots of supplies are defective in material or workmanship or otherwise not in conformity with the requirements of this contract, the Government shall have the right either to reject them (with or without instructions as to their disposition) or to require their correction. Supplies or lots of supplies which have been rejected or required to be corrected shall be removed or, if permitted or required by the Contracting Officer, corrected in place by and at the expense of the Contractor promptly after notice, and shall not thereafter be tendered for acceptance unless the former rejection or requirement of correction is disclosed. If the Contractor fails promptly to remove such supplies or lots of supplies which are required to be removed or promptly to replace or correct such supplies or lots of supplies, the Government either (i) may by contract or otherwise replace or correct such supplies and charge to the Contractor the cost occasioned the Government thereby; or (ii) may terminate this contract for default as provided in the clause of this contract entitled "Default." Unless the Contractor corrects or replaces such supplies within the delivery schedule, the Contracting Officer may require the delivery of such supplies at a reduction in price which is equitable under the circumstances. Failure to agree to such reduction of price shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes."

(c) If any inspection or test is made by the Government on the premises of the Contractor or a subcontractor, the Contractor without additional charge shall provide all reasonable facilities and assistance for the safety and convenience of the Government inspectors in the performance of their duties. If Government inspection or test is made at a point other than the premises of the Contractor or a subcontractor, it shall be at the expense of the Government except as otherwise provided in this contract; *Provided*, That in case of rejection the Government shall not be liable for any reduction in value of samples used in connection with such inspection or test. All inspections and tests by the Government shall be performed in such a manner as not to unduly delay the work. The Government reserves the right to charge to the Contractor any additional cost of Government inspection and test when supplies are not ready at the time such inspection and test is requested by the Contractor or when reinspection or retest is necessitated by prior rejection. Acceptance or rejection of the supplies shall be made as promptly as practicable after delivery, except as otherwise provided in this contract; but failure to inspect and accept or reject supplies shall neither relieve the Contractor from responsibility for such supplies as are not in accordance with the contract requirements nor impose liability on the Government therefor.

(d) The inspection and test by the Government of any supplies or lots thereof does not relieve the Contractor from any responsibility regarding defects or other failures to meet the contract requirements which may be discovered prior to acceptance. Except as otherwise provided in this contract,

...ceptance shall be conclusiv
...ards latent defects, fraud, or
...akes as amount to fraud.
(e) The Contractor shall
maintain an inspection syste
the Government covering the
under. Records of all inspect
Contractor shall be kept com
able to the Government duri
ance of this contract and f
period as may be specified el
contract.

(b) The clause set forth
(a) of this section shall b
all fixed-price incentive
cept that paragraph (b) th
deleted and the following

(b) In case any supplies
plies are defective in materi
ship or otherwise not in conf
requirements of this contrac
ment shall have the right
them (with or without inst
their disposition) or to req
rection. Supplies or lots of
have been rejected or requi
rected shall be removed or,
required by the Contractin
rected in place by the Contr
after notice, and shall not
tendered for acceptance unl
rejection or requirement o
disclosed. Prior to establis
total final price, the cost of
correction shall be considere
curred, or to be incurred, f
of negotiating the total final
under the incentive price re
this contract. After the e
the total final price, all
corrections made by the Co
accomplished at no increase
price. If the Contractor fail
ly to remove such supplies o
which are required to be rem
ly to replace or correct such
of supplies, the Governmen
by contract or otherwise r
such supplies, and equita
target price, or, if it is esta
final price of this contract;
minate this contract for de
in the clause of this c
"Default." Unless the Co
or replaces such supplies
livery schedule, the Contra
require the delivery of su
equitably reduce any targe
established, the total final
tract. Failure to agree t
reduction shall be a disp
question of fact within th
clause of this contract en
(Nov. 1962)

(c) The clause set fo
(a) of this section sha

**rear procurement.**

ith the requirements
s chapter, insert the
forth therein.
30, 1967]

**aterial.**

h the requirements of
apter, insert a clause
therein.
), 1964]

**ft, missile, and space
t reporting and inves-**

ith § 7.104–81, insert
th therein.
1971]

**ity business enter-**

ith § 1.332–3 of this
appropriate clause or
§ 7.104–26.
, 1972]

**l test equipment.**

set forth in § 7.104–26
tracts which provide
r will acquire special
the Government but
items to be acquired
of this chapter).
1971]

**rticle approval.**

nce with § 1.1904 of
sert the clause set
(a) with appropriate

nce with § 1.1904 of
sert the clause set
(b) with appropriate

0, 1970]

**of precedence.**

vith § 7.104–56, insert
h therein.
9, 1965]

**inum.**

vith §1.327, insert the
§ 1.327–2.
, 1966]

**ial inspection and re-**

e in § 7.104–62 except
sistence procurements

and contracts for tanker/barge shipments of bulk petroleum products.

[32 F.R. 10167, July 11, 1967]

**§ 7.204–45 Recovery of nonrecurring costs on foreign sales of major defense equipment.**

Insert the clause set forth in § 7.104–64, as appropriate.

[34 F.R. 9269, June 12, 1969]

**§ 7.204–46 Use of excess and near-excess currency.**

In accordance with the requirements of § 6.1110 of this chapter, insert the clause set forth therein.

[33 F.R. 19918, Dec. 28, 1968]

**§ 7.204–47 Production progress report.**

In accordance with the requirements of § 25.202 of this chapter, insert the clause set forth therein.

[33 F.R. 19918, Dec. 28, 1968]

**§ 7.204–48 Procurement of miniature and instrument ball bearings.**

In accordance with § 1.315–3 of this chapter, insert the clause set forth in § 7.104–38.

[37 FR 12592, June 27, 1972]

**§ 7.204–49 Safety precautions for ammunition and explosives.**

In accordance with § 7.104–79, insert the clause set forth therein.

[34 F.R. 9269, June 12, 1969, as amended at 35 F.R. 6827, Apr. 30, 1970]

**§ 7.204–50 Notice of radioactive materials.**

In accordance with § 7.104–80, insert the clause set forth therein.

[34 F.R. 9269, June 12, 1969]

**§ 7.204–51 Procurement of precision components for mechanical time devices.**

In accordance with § 1.315–4 of this chapter, insert the clause set forth in § 7.104–46.

[37 FR 12592, June 27, 1972]

**§ 7.204–52 Payment of interest on contractors' claims.**

In accordance with § 1.333, of this chapter insert the clause set forth in § 7.104–82.

[37 FR 21500, Oct. 12, 1972]

**§ 7.205 Additional clauses.**

The following clauses shall be inserted in cost-reimbursement type supply contracts in accordance with Department procedures when it is desired to cover the subject matter thereof in such contracts.

[25 F.R. 14199, Dec. 31, 1960]

**§ 7.205–1 Alteration in contract.**

The contract clause set forth in § 7.105–1 may be inserted.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.205–2 Approval of contract.**

The contract clause set forth in § 7.105–2 may be inserted.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.205–3 Title and risk of loss.**

Insert the clause set forth in § 7.103–6.

[33 F.R. 15391, Oct. 17, 1968]

**§ 7.205–4 Bill of materials.**

The contract clause set forth in § 7.105–6 of this regulation may be inserted pursuant to the provisions of that section.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.205–6 Stop work orders.**

The clause set forth in § 7.105–3, if modified by changing (a) the words "the 'Termination for Convenience' clause of this contract" to "the 'Termination' clause of the contract" and (b) the words "an equitable adjustment shall be made in the delivery schedule or contract price, or both" to "an equitable adjustment shall be made in the delivery schedule, the estimated cost, the fee, or a combination thereof, and in any other provisions of the contract that may be affected," is authorized for use in any cost-reimbursement type contract under the criteria and in accordance with the instructions in § 7.105–3.

[33 F.R. 19918, Dec. 28, 1968]

## Subpart C—Clauses for Fixed-Price Research and Development Contracts

**§ 7.301 Applicability.**

As used throughout this subpart, the term "fixed-price research and development contract" means any contract (other than a letter contract, a notice of award, or a modification not affecting new procurement) which (a) is entered into at a fixed price in an amount exceeding $2,500 (with or without any provision for price redetermination, escalation, or other form of price revision as covered in § 3.404 of this chapter) and (b) is for experimental, developmental,

or research work. See § 3.403(b) of this chapter for use of types of contracts for research and development work.

[33 F.R. 19918, Dec. 28, 1968]

### § 7.302 Required clauses.

The following clause shall be inserted, as required, in all fixed-price research and development contracts, except as may otherwise be indicated in this subpart.

[25 F.R. 14200, Dec. 31, 1960]

### § 7.302–1 Definitions.

Insert the contract clause set forth in § 7.103–1. Additional definitions may be included in such clause provided they are not inconsistent with such clause or the provisions of this subchapter.

[25 F.R. 14200, Dec. 31, 1960]

### § 7.302–2 Payments.

PAYMENTS (JUNE 1959)

The Contractor shall be paid, upon submission of proper invoices or vouchers, the prices stipulated herein for work delivered or rendered and accepted, less deductions, if any, as herein provided. Unless otherwise specified, payment will be made upon acceptance of any portion of the work delivered or rendered for which a price is separately stated in the contract.

[25 F.R. 14200, Dec. 31, 1960]

### § 7.302–3 Standards of work.

STANDARDS OF WORK (JUNE 1959)

The Contractor agrees that the performance of work and services pursuant to the requirements of this contract shall conform to high professional standards.

[25 F.R. 14200, Dec. 31, 1960]

### § 7.302–4 Inspection.

(a) The following clause shall be used where the primary contract objective is delivery of end items other than designs, drawings, or reports, except where the contracting officer determines that the use of such clause is impracticable. Where this clause, or this clause as modified in paragraph (c) of this section, is not used, the clause in paragraph (b) of this section shall be used.

INSPECTION (JUNE 1959)

(a) All work under this contract shall be subject to inspection and test by the Government, to the extent practicable, at all times (including the period of performance) and places, and in any event prior to acceptance. The Government through any authorized representative may inspect the premises of the Contractor or any subcontractor engaged in the performance of this contract.

(b) The Government may reject any work that is defective or otherwise not in conformity with the requirements of this contract. If the Contractor fails or is unable to correct or to replace such work, the Contracting Officer may accept such work at a reduction in price which is equitable under the circumstances. Failure to agree on the reduction in price shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes."

(c) If any inspection or test is made by the Government on the premises of the Contractor or a subcontractor, the Contractor shall provide, without additional charge, all reasonable facilities and assistance for the safety and convenience of the Government inspectors in the performance of their duties. If the Government inspection or test is made at a point other than the premises of the Contractor or subcontractor, it shall be at the expense of the Government. All inspections and tests by the Government shall be performed in such a manner as not unduly to delay the work. Final inspection and acceptance or rejection of the work shall be made as promptly as practicable after delivery except as otherwise provided in this contract; but failure to inspect and accept, or reject the work shall neither relieve the Contractor from responsibility for such of the work as is not in accordance with the contract requirements nor impose liability on the Government therefor.

(d) The inspection and test by the Government of any work shall not relieve the Contractor from any responsibility regarding defects or other failures to meet the contract requirements which may be discovered prior to acceptance. Except as otherwise provided in this contract, acceptance shall be conclusive except as regards latent defects, fraud, or such gross mistakes as amount to fraud.

(e) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the work hereunder. Records of all inspection work by the Contractor shall be kept complete and available to the Government during the performance of this contract and for such longer period as may be specified elsewhere in this contract.

(b) The following clause shall be inserted in all contracts subject to this part where the clause in paragraph (a) of this section is not used.

INSPECTION (JUNE 1959)

The Government, through any authorized representatives, has the right, at all reasonable times, to inspect, or otherwise evaluate the work performed or being performed hereunder and the premises in which it is being performed. If any inspection, or evaluation is made by the Government on the premises of the Contractor or a subcontractor, the Contractor shall provide and





Chapt

shall require its subcor
all reasonable facilities a
safety and convenience
representatives in the p
duties. All inspections a
be performed in such a
unduly delay the work.

(c) Where it is desi
tractors to maintain
tem in accordance wi
fication MIL–I–45208 (
chapter), the clause
graph (a) of this se
cluded in the contrac
following shall be ad
sentence of paragraph

The inspection system
ance with the edition o
tion MIL–I–45208 in effe
contract. (August 1967)

[25 F.R. 14200, Dec. 31,
29 F.R. 11821, Aug. 19,
Nov. 30, 1967]

§ 7.302–5 Assignmer

In accordance wit
set forth in § 7.103–8,
clause set forth there

[25 F.R. 14200, Dec. 31,

§ 7.302–6 Examinati
Comptroller Gen

In accordance wit
the clause set forth t

[36 FR 21145, Nov. 4,
37 FR 12592, June 27,

§ 7.302–7 Federal, S

In accordance wit
of § 11.401 of this cha
tract clause set fort
11.401–2 of this chapt

[25 F.R. 14200, Dec. 31,

§ 7.302–8 Utilizatio
concerns.

In accordance wit
of § 1.707–3(a) of thi
the clause set forth t

[27 F.R. 3451, Apr. 11, 1

§ 7.302–9 Default.

In accordance wit
of § 8.710 of this c
clause set forth the

[25 F.R. 14200, Dec. 31

§ 7.302–10 Termina
ience of the gove

(a) In accordance
chapter insert the
§ 7.103–21(b).

may be necessary, or as
cer may direct, for the
rvation of the property
act which is in the pos-
actor and in which the
nay acquire an interest.
as to questions of fact
eunder shall be subject
ause of this contract.

ng paragraph shall be
l) in the above clause
t is with a nonprofit
than an educational

l, agreed to, or deter-
(c) above and (e) below
ice with the section XV
iples and Procedures of
Procurement Regulation
date of this contract.

in paragraph (b) of
ly altered to indicate
etween the prime con-
ontractor is suggested
racts placed with edu-
ns and when modified
paragraph (c) of this
th other nonprofit in-
ed, Such subcontracts
re negotiated on the
principles set forth in
hapter: *And provided*
contracts are placed on
rofit basis.

4, 1971, as amended by
27, 1972]

**utes.**

vith the instructions in
the contract clause set
2.

. 31, 1960]

**egotiation.**

with the requirements
rt the appropriate con-
rth therein.

. 31, 1960]

**American Act.**

with § 6.104–5 of this
e clause set forth there-
in accordance with
9–5, and 18.509–6 of this
lauses prescribed in
7.602–24 are inserted.

12, 1969]

**vict labor.**

with the requirements
t the contract clause set
2–203.

31, 1960]

**§ 7.302–15 Walsh-Healey Public Contracts Act.**

In accordance with the requirements of Part 12, subpart F of this chapter, insert the contract clause set forth in § 12.605 of this chapter.

[25 F.R. 14200, Dec. 31, 1960]

**§ 7.302–16 Contract Work Hours and Safety Standards Act—Overtime compensation.**

In accordance with §§ 12.301 and 12.-302 of this chapter, insert the clause set forth in § 7.103–16.

[37 FR 12592, June 27, 1972]

**§ 7.302–17 Equal opportunity.**

In accordance with § 12.804 of this chapter, insert the applicable clause set forth in § 7.103–18.

[34 F.R. 9269, June 12, 1969]

**§ 7.302–18 Officials not to benefit.**

Insert the contract clause set forth in § 7.103–19.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–19 Covenant against contingent fees.**

Insert the contract clause set forth in § 7.103–20.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–20 Gratuities.**

In accordance with the requirements of § 7.104–16, insert the contract clause set forth therein.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–21 Authorization and consent.**

In accordance with the requirements of § 9.102 of this chapter, insert the appropriate contract clause set forth therein.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–22 Notice and assistance regarding patent infringement.**

In accordance with the requirements of § 9.104 of this chapter, insert the contract clause set forth therein.

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.302–23 Patent rights.**

In accordance with the requirements of § 9.107 of this chapter, insert the appropriate contract clause set forth therein with additional or alternate paragraphs as prescribed therein. However, in the case of contracts awarded on the basis of no profit, the percentage amount specified to be withheld under paragraph (g) of the clause set forth in § 9.107–5(a) of this chapter or paragraph (f) of the clause set forth in § 9.107–5(b) of this chapter may be changed from "five percent (5%)" in all four places where this appears to "one percent (1%)." In contracts with educational institutions and nonprofit organizations, paragraphs (g) and (f) of the clauses set forth in § 9.107–5 (a) and (b) of this chapter, respectively, may be omitted.

[32 F.R. 518, Jan. 18, 1967]

**§ 7.302–24 [Reserved]**

**§ 7.302–25 Military security requirements.**

Insert the Military Security Requirements clause in accordance with § 7.104–12.

[36 F.R. 21145, Nov. 4, 1971]

**§ 7.302–26 Utilization of labor surplus area concerns.**

In accordance with § 1.805–3 of this chapter, insert the clauses set forth in § 7.104–20.

[36 F.R. 7936, Apr. 28, 1971]

**§ 7.302–27 Government delay of work.**

Insert the clause set forth in § 7.104–77.

[33 F.R. 19918, Dec. 28, 1968]

**§ 7.302–28 Title and risk of loss.**

Insert the clause set forth in § 7.103–6.

[33 F.R. 15391, Oct. 17, 1968]

**§ 7.302–29 Pricing of adjustments.**

Insert the clause set forth in § 7.103–26.

[36 F.R. 7936, Apr. 28, 1971]

**§ 7.302–30 Listing of employment openings for veterans.**

In accordance with § 12.1102–2 of this chapter, insert the clause set forth in § 7.103–27.

[37 FR 21500, Oct. 12, 1972]

**§ 7.303 Clauses to be used when applicable.**

[25 F.R. 14201, Dec. 31, 1960]

**§ 7.303–1 Clauses for contracts involving construction work.**

(a) In accordance with the requirements of § 18.703, insert the clauses entitled:

"Davis-Bacon Act."
"Contract Work Hours Standards Act—Overtime Compensation."
"Apprentices."
"Payrolls and Basic Records."